EXHIBIT A

instagram.com/elliotmcgucken/?hl=en
Instagram
elliotmcgucken
Follow
4,181 posts
6,652 followers
1,970 following
Elliot McGucken 45EPIC
McGucken.com 45EPIC Elliot McGucken Fine Art Landscapes & Seascapes. See more of my work @45surf @fineartballet @goldennumberratio
www.mcgucken.com/Camera-Lens-Gear-Fine-Art-Landscape-Portrait-Photography
Bryce
Yosemite
Malibu
POSTS
TAGGED

instagram.com/elliotmcgucken/?hl=en

Instagram

Search

Instagram

Search

instagram.com/elliotmcgucken/?hl=en

Instagram

Search

instagram.com/elliotmcgucken/?hl=en
Instagram
128
1