# Exhibit 1

# Samantha Tejera

| | |
|---|---|
| **From:** | Scott Burroughs <scott@donigerlawfirm.com> |
| **Sent:** | Thursday, April 16, 2020 1:35 PM |
| **To:** | Lindsay R. Edelstein; Laura Zaharia |
| **Cc:** | Nancy Wolff; Stephen Doniger |
| **Subject:** | Re: McGucken v. Newsweek |

Nancy/Lindsay - we are going to seek leave to file a supplemental brief to address the recent opinion from Judge Wood. Will your office consent to this request? Please advise.

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
scott@donigerlawfirm.com

---

**From:** Lindsay R. Edelstein <LEdelstein@cdas.com>
**Sent:** Tuesday, March 24, 2020 4:28 PM
**To:** Laura Zaharia <lzaharia@donigerlawfirm.com>
**Cc:** Scott Burroughs <scott@donigerlawfirm.com>; Nancy Wolff <NWolff@cdas.com>
**Subject:** RE: McGucken v. Newsweek

Hi Laura,

The attached letter looks good to file, except can you please change "Newsweek LLC" to "Newsweek Digital LLC" in the body of the letter, as the latter is its correct corporate name?

Regards,
Lindsay

> Lindsay Edelstein
> Cowan, DeBaets, Abrahams & Sheppard LLP
> *tel: 212-974-7474*
> LEdelstein@cdas.com

**From:** Laura Zaharia <lzaharia@donigerlawfirm.com>
**Sent:** Tuesday, March 24, 2020 3:50 PM
**To:** Lindsay R. Edelstein <LEdelstein@cdas.com>
**Cc:** Scott Burroughs <scott@donigerlawfirm.com>; Nancy Wolff <NWolff@cdas.com>
**Subject:** RE: McGucken v. Newsweek

Thanks Lindsay. Please see attached for the letter we plan to file later today and let us know if you have any objections.
---
Laura M. Zaharia, Esq.
DONIGER / BURROUGHS

1

231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
lzaharia@donigerlawfirm.com

---

**From:** Lindsay R. Edelstein <LEdelstein@cdas.com>
**Sent:** Tuesday, March 24, 2020 2:38 PM
**To:** Laura Zaharia <lzaharia@donigerlawfirm.com>; Nancy Wolff <NWolff@cdas.com>
**Cc:** Scott Burroughs <scott@donigerlawfirm.com>
**Subject:** RE: McGucken v. Newsweek

Hi Laura,

Hope you are also doing well.  We consent to the request.

Regards,
Lindsay



Lindsay Edelstein
Associate
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th fl., New York, NY 10010
*tel: 212-974-7474  / fax: 212-974-8474*
LEdelstein@cdas.com / www.cdas.com

*\*\*\* This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the Recipient(s) indicated and may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended Recipient you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail. \*\*\* [v4141]*

---

**From:** Laura Zaharia <lzaharia@donigerlawfirm.com>
**Sent:** Tuesday, March 24, 2020 12:54 PM
**To:** Lindsay R. Edelstein <LEdelstein@cdas.com>; Nancy Wolff <NWolff@cdas.com>
**Cc:** Scott Burroughs <scott@donigerlawfirm.com>
**Subject:** McGucken v. Newsweek

Lindsay and Nancy,

I hope this email finds you both well. Given the unprecedented COVID-19 crisis, we will be seeking to extend the deadline to oppose Newsweek's motion to dismiss by two weeks. Please let us know if you consent to this request.

Regards,
---
Laura M. Zaharia, Esq.
DONIGER / BURROUGHS
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
lzaharia@donigerlawfirm.com