UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN, an individual,

        *Plaintiff*,

    v.

NEWSWEEK, LLC, a New York Limited
Liability Company; and DOES 1-10, inclusive,

        *Defendant*.

Case No: 1:19-cv-09617 (KPF)



# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior papers and proceedings herein, defendant Newsweek Digital LLC ("Newsweek"), by its undersigned counsel, will move this Court, in the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, at a time and place to be scheduled by this Court, for an order pursuant to Fed. R. Civ. P. 59(e) and 60(b) and Local Civil Rule 6.3, granting reconsideration of, or reargument on, the Court's June 1, 2020 Order (Dkt. No. 35), and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing and answering papers shall be served within fourteen days of service of the moving papers, and any reply papers shall be served within seven days after service of the answering papers.

|  |  |
|---|---|
| Dated: June 15, 2020 | COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP |
|  | By: /s/Nancy E. Wolff<br>Nancy E. Wolff<br>Lindsay R. Edelstein<br>41 Madison Avenue, 38th Floor<br>New York, New York 10010<br>Tel: (212) 974-7474<br>Fax: (212) 974-8474<br>NWolff@cdas.com<br>LEdelstein@cdas.com |

*Attorneys for Newsweek Digital LLC*

```
The Court is in receipt of Defendant's motion for reconsideration.  The
Court ORDERS Plaintiff to file a responsive briefing on or before June 30,
2020.  The Court further ORDERS Defendant to file a reply briefing on or
before July 10, 2020.  The Court STAYS its previously ordered deadlines
regarding the responsive pleading, case management plan, and joint status
letter pending the resolution of the motion for reconsideration.

Dated:     June 16, 2020                SO ORDERED.
           New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE