**EXHIBIT 14**

Atkinson-Baker, a Veritext Company
www.depo.com

1         UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF NEW YORK

3

**CERTIFIED COPY**

4 ELLIOT MCGUCKEN, an individual, )
                     )

5         Plaintiff,   )
                     )

6    vs.             ) No.
                     ) 1:19-cv-09617-KPF

7 NEWSWEEK LLC, a New York    )
 Limited Liability Company; and  )

8 DOES 1-10, inclusive,    )
                     )

9         Defendants.   )
           ____   )

10

11

12

13             CONFIDENTIAL

14    VIDEOCONFERENCING 30(b)(6) DEPOSITION OF

15   NEWSWEEK DIGITAL LLC'S PERSON MOST QUALIFIED,

16     BY AND THROUGH, JAMES ETHERINGTON-SMITH

17       THURSDAY, MARCH 11, 2021

18

19

20

21
  ATKINSON-BAKER, a Veritext Company

22  (800) 288-3376
  www.depo.com

23
  REPORTED BY: MARYLYNNE SANDOVAL-ROBLES,

24         CSR NO. 12498

25   FILE NO.:    AF01A27

Atkinson-Baker, a Veritext Company
www.depo.com

1          UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF NEW YORK

3

4    ELLIOT MCGUCKEN, an            )
                                    )
5    individual,                    )
                                    )
6              Plaintiff,           )   No.
                                    )   1:19-cv-09617-KPF
7         vs.                       )
                                    )
8    NEWSWEEK LLC, a New York       )
     Limited Liability Company; and)
9    DOES 1-10, inclusive ,         )
                                    )
10             Defendants.          )
     _____)

11

12

13

14

15    CONFIDENTIAL VIDEOCONFERENCING 30(b)(6) DEPOSITION

16    OF JAMES ETHERINGTON-SMITH, taken on behalf of the

17    Plaintiff, commencing at 6:34 A.M., on Thursday,

18    March 11, 2021, pursuant to Notice, before MARYLYNNE

19    SANDOVAL-ROBLES, CSR No. 12498, a Certified Shorthand

20    Reporter, in and for the County of Los Angeles, State

21    of California.

22                        ***

23

24

25

```
 1    APPEARANCES:

 2        For the Plaintiff:

 3            DONIGER BURROUGHS APC
              BY:  SCOTT A. BURROUGHS, ESQ.
 4                LAURA M. ZAHARIA, ESQ.
              603 Rose Avenue
 5            Venice, California  90291
              (310) 590-1820
 6            scott@donigerlawfirm.com
              lzaharia@donigerlawfirm.com
 7
          For the Defendants:
 8
              COWAN, DeBAETS, ABRAHAMS & SHEPPARD
 9            BY:  SARA GATES, ESQ.
                  NANCY WOLFF, ESQ.
10            41 Madison Avenue
              38th Floor
11            New York, New York  10010
              (212) 974-7474
12            sgates@cdas.com
              nwolff@cdas.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1                    I   N   D   E   X

 2
         WITNESS                 EXAMINATION              PAGE
 3
         James                   By Mr. Burroughs       6, 168
 4       Etherington-Smith
                                 By Ms. Gates              166
 5

 6

 7

 8                    E X H I B I T S

 9       PLAINTIFF'S                                      PAGE

10         12 - CMS's internal statistics for subject
                article, Bates stamped NEWS000012         127
11
           13 - CMS' internal statistics for subject
12              article, Bates stamped NEWS000013         129

13         14 - Editing portion for subject article, Bates
                stamped NEWS000014                        130
14
           15 - Editing portion for subject article, Bates
15              stamped NEWS000015                        137

16         16 - Dialogue box when embedding an image,
                Bates stamped NEWS000016                  141
17
           17 - E-mail correspondence, Bates stamped NEWS
18              000017-000019                             149

19         18 - E-mail correspondence, Bates stamped
                NEWS000021-000022                         150
20
           19 - Google Analytics of subject article, Bates
21              stamped NEWS000020                        157

22

23

24

25
```

```
 1                    I   N   D   E   X
                         (Continued)
 2

 3
                 PREVIOUSLY MARKED EXHIBITS
 4
     PLAINTIFF'S                                    PAGE
 5
      2 - Newsweek Policy, Bates stamped
 6          NEWS000001-000002                         54

 7    11 - Newsweek Article, Bates stamped
            NEWS000081-000083                         87
 8

 9

10

11

12          QUESTIONS  INSTRUCTED  NOT  TO  ANSWER

13                      None.

14

15

16

17

18

19            INFORMATION  REQUESTED

20                      None.

21

22

23

24

25
```

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1              CALIFORNIA, THURSDAY, MARCH 11, 2021
 2                      6:34 A.M.
 3
 4              JAMES ETHERINGTON-SMITH,
 5         called as a witness by and on behalf
 6         of the Plaintiff, being first duly
 7         sworn, was examined and testified
 8         as follows:
 9
10                  EXAMINATION
11   BY MR. BURROUGHS:
12      Q.   Good morning.  Can you state and spell your
13   name for the record?
14      A.   Yes.  James Etherington-Smith.  That's
15   J-A-M-E-S, E-T-H-E-R-I-N-G-T-O-N, hyphen, Smith,
16   S-M-I-T-H.
17      Q.   Great.  Now, where do you currently reside?
18      A.   In London, England.
19      Q.   Okay.  And are you currently employed?
20      A.   Yes.
21      Q.   Okay.  What is your current occupation?
22      A.   Currently managing editor at Newsweek London
23   Bureau.
24      Q.   Okay.  How long have you had that position?
25      A.   Since October of 2020.
```

Atkinson-Baker, a Veritext Company
www.depo.com

```
 1   BY MR. BURROUGHS:
 2        Q.   Okay.  When you use an embed, is the
 3   photograph displayed on Newsweek.com?
 4        A.   It's -- it is visible on Newsweek.com.
 5        Q.   Is it visible to readers of Newsweek.com?
 6        A.   Yes.
 7        Q.   Okay.  So is it compliant with Newsweek
 8   policy to use third-party artists' work without their
 9   consent so long as it's used via the embed process?
10        MS. GATES:  Objection as to form.
11        THE WITNESS:  Yeah.  Please repeat that one
12   more time.
13   BY MR. BURROUGHS:
14        Q.   Sure.  Is it compliant with Newsweek policy
15   to use third-party artwork without the artists'
16   consent so long as you use it via an embed process on
17   Newsweek.com?
18        MS. GATES:  Objection as to form.
19        THE WITNESS:  Yeah.  I would say that there
20   is no sort of policy on that specifically in the
21   sense that using an embed has never been considered
22   -- and sorry.  What was the last part of your
23   question?  Without consent.  Using an image -- an
24   embed without consent has never been considered a
25   potential copyright issue.
```

Atkinson-Baker, a Veritext Company
www.depo.com

1   BY MR. BURROUGHS:

2       Q.   So in your mind, as of today, March 11th,

3   2021, Newsweek doesn't have a policy about using

4   content via embeds; is that accurate?

5       A.   Nothing that sort of specifically addressed

6   using embeds and saying, do not use embeds without

7   consent.

8       Q.   Are you aware of whether or not Facebook has

9   taken a position on whether publications like yours

10  can use photographers' work without their consent via

11  the embed process?

12          MS. GATES:  Objection as to form.

13          THE WITNESS:  I'm not aware.

14  BY MR. BURROUGHS:

15      Q.   Would it surprise you to learn that Facebook

16  has publicly stated that publications like yours

17  cannot use photographers' content without consent

18  on --

19          MS. GATES:  Objection --

20          (Speaking simultaneously.)

21  BY MR. BURROUGHS:

22      Q.   -- websites like yours?

23      A.   Well, I -- "use" is sort of a very loose

24  word there.

25      Q.   Okay.  Are you aware that Facebook has taken

Atkinson-Baker, a Veritext Company
www.depo.com

1    the position that websites like yours cannot display

2    photography from Instagram without the artist's

3    consent?

4              MS. GATES:  Objection as to form.

5              THE WITNESS:  I'm not aware that we are --

6    that Facebook has taken the stance that we cannot

7    embed anything from Facebook or Instagram.

8    BY MR. BURROUGHS:

9         Q.   Are you aware of any public statements or

10   positions taken by Facebook relating to the use of

11   embedded content on websites like yours?

12        A.   No.

13        Q.   Have you ever done any due diligence or

14   researched the issue of whether Facebook allows sites

15   like yours to use photography from Instagram without

16   the artist's consent?

17             MS. GATES:  Objection as to form.

18             THE WITNESS:  I haven't.

19   BY MR. BURROUGHS:

20        Q.   Are you aware of anyone at Newsweek having

21   any conversations about whether Facebook allows its

22   websites like yours to use content embedded from

23   Instagram without the artist's consent?

24             MS. GATES:  Objection as to form and to the

25   extent this is getting into any privileged

1    regarding the use of Instagram content without

2    consent on websites like yours; is that correct?

3              MS. GATES:  Objection as to form.

4              THE WITNESS:  I don't know the specific

5    details of Facebook or Instagram's policies on this

6    matter.

7    BY MR. BURROUGHS:

8         Q.   Have you ever reviewed those policies?

9         A.   I have not.

10        Q.   Have you ever reviewed Instagram's terms?

11        A.   I have not.

12        Q.   Are you involved at all in reviewing

13   Instagram to look for material to copy for display on

14   your website?

15             MS. GATES:  Objection as to form.

16             THE WITNESS:  Can you sort of more clearly

17   define "review" in that question?

18   BY MR. BURROUGHS:

19        Q.   Look at.

20        A.   I have looked at Instagram.

21        Q.   Have you ever gone on Instagram specifically

22   with the purpose to find photographs to copy for

23   display on your website?

24             MS. GATES:  Objection as to form.

25             THE WITNESS:  Sorry.  So you said copy onto

Atkinson-Baker, a Veritext Company
www.depo.com

1    to err on the side of caution, I will estimate a low

2    number.

3        Q.   Okay.

4        A.   But --

5             (Speaking simultaneously.)

6    BY MR. BURROUGHS:

7        Q.   When was the last time --

8        A.   Yeah.  Sorry.  Please carry on.

9        Q.   When was the last time Newsweek embedded an

10   Instagram image in one of its articles?

11       A.   I couldn't tell you specifically.

12       Q.   Do you recall it happening in the last six

13   months?

14       A.   I'm just racking my brains here.  I would

15   think it has happened in the last six months.

16   Although I can't recall, you know, the last time

17   specifically we did an Instagram embed.

18       Q.   Can you recall specifically if you used an

19   embed in the last year?

20       A.   Specifically, no.  But I am sure we have

21   used an embed on Instagram in the last year.

22       Q.   Okay.  And why are you sure?

23       A.   Based on just, you know, the nature of the

24   -- what we do every day and the kind of articles we

25   write, there is more than likely an Instagram embed

1   in one of those articles.

2       Q.   Okay.  Can you provide me your best estimate

3   as to the percentage of the images displayed on

4   Newsweek.com that come from Instagram via embed as

5   opposed to your Getty images account?

6           MS. GATES:  Objection as to form.

7   Speculation.

8           THE WITNESS:  I couldn't give a sort of

9   percentage on that.

10  BY MR. BURROUGHS:

11      Q.   Okay.  So you couldn't tell me whether or

12  not it was 50/50, for example?

13      A.   I couldn't tell that you.

14      Q.   Okay.  So as you sit here today, you're

15  unaware of how many of the photographs displayed on

16  Newsweek came from Instagram as opposed to Getty;

17  correct?

18          MS. GATES:  Objection as to form.

19          THE WITNESS:  Yes.  I'm unaware of exactly

20  how many Instagram embeds we have on all of our

21  articles on Newsweek.

22  BY MR. BURROUGHS:

23      Q.   Can you provide me with your best estimate

24  as to the percentage?

25      A.   I don't -- I don't think I can, to be

1  website.

2       And I'm not aware of any case where we have

3  also, having been told by an artist do not host our

4  image, that we then went ahead and also embedded it

5  after that fact.

6  BY MR. BURROUGHS:

7       Q.   In situations where you asked for consent

8  but the artist doesn't respond, will you still go

9  ahead and display their content on your site?

10          MS. GATES:   Objection as to form.

11          THE WITNESS:   If you've asked for consent to

12  host the image and they haven't responded, we will

13  probably embed the image.

14  BY MR. BURROUGHS:

15       Q.   Okay.   And that's your policy even today;

16  correct?

17       A.   Our policy is to request permission to host

18  the image.

19       Q.   Okay.   And if you're not given that

20  permission?

21       A.   Then we won't host the image.

22       Q.   Will you also -- will you at that point

23  embed the image?

24       A.   We may embed the image if we haven't heard

25  back from the artist.

1     Q.   And that's your process even today at

2   Newsweek; correct?

3     A.   Yes.  We -- yeah, we do that.

4     Q.   Is there anyone at Newsweek, and perhaps

5   it's you, that reviews articles before they're posted

6   to Newsweek.com to ensure that they're compliant with

7   artists' rights?

8     A.   Yes.  We review articles before they're

9   posted.

10     Q.   And whose job is that?

11     A.   It is my job as well as some other editors

12   in the business.

13     Q.   Okay.  And what's the process for reviewing

14   that content to ensure that it doesn't infringe the

15   copyrights of any third parties?

16         MS. GATES:  Objection as to form.

17         THE WITNESS:  So we will take a look at the

18   article that the reporter has submitted.  Pardon me.

19   And we will, you know, in the process of looking at

20   that article, look at the images that are uploaded

21   into our system.

22         And, you know, if anything strikes us as,

23   you know, potentially an issue for whatever reason,

24   we will just then dig into the details of that and

25   review it with the reporter to ensure that we do have

Atkinson-Baker, a Veritext Company
www.depo.com

1   outside of Getty where we've paid a license fee, but

2   I wouldn't say it's our practice to not pay license

3   fees.

4   BY MR. BURROUGHS:

5       Q.   How many articles do you review a day on a

6   typical day?

7       A.   It can vary.  You know, it can be somewhere

8   between 10 and 20, depending.

9       Q.   And how many articles go live on

10  Newsweek.com on a typical day?

11      A.   I would estimate it's about -- somewhere

12  between 100 to 200.

13      Q.   And that's every day; correct?

14      A.   Yes.  Every day.

15      Q.   Well, what's your best estimate as to the

16  average time it takes one of your writers to put

17  together one of these articles?

18      A.   I would estimate they take about two hours

19  to write some of the standard sized articles.  Yeah.

20      Q.   So are some of your writers filing multiple

21  stories per day?

22      A.   Yes.  They will generally file three to four

23  stories a day.

24      Q.   What is the highest number of stories you've

25  ever seen filed by one writer in one day at Newsweek?

1  that it's not violating the copyrights of third-party

2  artists?

3          MS. GATES:  Object --

4          THE WITNESS:  Sorry.  Can you repeat that

5  again?

6  BY MR. BURROUGHS:

7     Q.   Sure.  Are you aware of any steps that

8  Newsweek takes, other than what you've already

9  mentioned, to ensure that it's not violating the

10  rights of third-party artists?

11          MS. GATES:  Objection as to form.

12          THE WITNESS:  I'm not aware of any

13  additional steps that might be taken.

14  BY MR. BURROUGHS:

15     Q.   Okay.  Does Newsweek have any formal

16  copyright policy, for example?

17     A.   So we have a policy on images, which is sort

18  of shared widely and it's used to train reporters

19  with.

20     Q.   Okay.  Is that the social media guidelines

21  drafted by Ms. Rice?

22     A.   It could be.  If you showed me the document,

23  I'd confirm.

24     Q.   Aside from that, are you aware of any other

25  formal copyright policies at Newsweek?

Atkinson-Baker, a Veritext Company
www.depo.com

1        A.    I did take a look at the logs, and,

2    unfortunately, they don't go that far back.  So I

3    can't recall having edited it.

4        Q.    How far back do they go?

5        A.    Off the top of my head, I can't remember.

6        Q.    Okay.  So is it accurate to say that you

7    went back to the article log to see whether or not

8    you were involved in the disputed article, and you

9    found that those logs were no longer available?

10            MS. GATES:  Objection as to form.

11            THE WITNESS:  Yes.  That's -- yeah, I had a

12   look at the article and had a look at the logs, and

13   the logs stop at a certain date.  I can't remember

14   exactly.  And so they weren't particularly

15   informative.

16   BY MR. BURROUGHS:

17       Q.    Okay.  Do you know who, if anyone, deleted

18   those older logs?

19            MS. GATES:  Objection as to form.

20            THE WITNESS:  I don't think anyone deleted,

21   although I don't know.  I think it's more a case of

22   the system doesn't have a log.  For some reason, it

23   maybe cuts off after a certain amount of time.  But I

24   think I'm just speculating there.

25            ///

1       Q.    Did Ms. McGucken do any background -- I'm

2   sorry.   Withdraw the question.

3             Did Ms. Hignett do any background research

4   on Mr. McGucken before publishing the article?

5       A.    I don't know about that.

6       Q.    Did Ms. Hignett review any of Mr. McGucken's

7   prior work before publishing the article, aside from

8   the image that she displayed?

9             MS. GATES:  Objection to the form.

10  BY MR. BURROUGHS:

11      Q.    Did Ms. Hignett know anything about

12  Mr. McGucken other than what she obtained from

13  Instagram and the third-party article?

14            MS. GATES:  Objection as to form.

15  Speculation.

16            THE WITNESS:  I don't know.

17  BY MR. BURROUGHS:

18      Q.    So as far as Newsweek knows, Mr. Hignett did

19  no -- or Mrs. Hignett did no background research on

20  Mr. McGucken before publishing the article; correct?

21            MS. GATES:  Objection as to form.

22            THE WITNESS:  I don't -- I don't know what

23  she did, so I can't really answer that.

24  BY MR. BURROUGHS:

25      Q.    And the logs that would reflect that have --

Atkinson-Baker, a Veritext Company
www.depo.com

1        THE WITNESS:  Yeah.  It appears the quotes

2    were sourced from SF Gate, and some of the additional

3    information as well.

4    BY MR. BURROUGHS:

5        Q.   Okay.  So other than the material taken from

6    SF Gate, Newsweek does not comment or criticize

7    Mr. McGucken or his work at all in this piece;

8    correct?

9        MS. GATES:  Objection as to form.

10       THE WITNESS:  If we just scroll to the

11   bottom, please.

12       So can you repeat that question, please?

13   BY MR. BURROUGHS:

14       Q.   Sure.  Other than the material that

15   Ms. Hignett copied from SF Gate, and at most

16   paraphrased, about Mr. McGucken, this article doesn't

17   criticize or comment Mr. McGucken or his photography

18   at all, does it?

19       MS. GATES:  Objection as to form.

20       THE WITNESS:  I did not spot any criticism

21   of his photography.  And if we just scroll up to his

22   image again, please.  Whether we commented on it,

23   I -- you know, I think the -- there's no specific

24   comment.  Although we do include his own words.

25   Right?  Saying, you know, how -- his own comments on

Atkinson-Baker, a Veritext Company
www.depo.com

1   the event.

2   BY MR. BURROUGHS:

3      Q.   Okay.  So is it accurate to say that the

4   only comments about the photography in this Newsweek

5   article are Mr. McGucken's comments?

6           MS. GATES:  Objection as to form.

7           THE WITNESS:  I guess that's -- that's fair

8   to say.

9   BY MR. BURROUGHS:

10     Q.   Okay.  Can you point out any other comments

11  on Mr. McGucken's photography in this Newsweek

12  article other than Mr. McGucken's comments?

13     A.   I did not notice any.

14     Q.   Okay.  Scroll down again to the bottom.

15          Do you know who appended the clarification

16  referencing Ms. Cloke at the bottom of this article?

17     A.   I do not know specifically who did.

18     Q.   If you wanted to know that, where would you

19  look?

20     A.   I would want to check the article log.

21     Q.   Okay.  And that would -- those logs are --

22  again, they're -- they no longer exist; correct?

23          MS. GATES:  Objection as to form.

24          THE WITNESS:  I don't know if -- you know,

25  they exist somewhere on the system.  But I can't

Atkinson-Baker, a Veritext Company
www.depo.com

1   access the changes to figure out who added that

2   comment at the bottom, for example.

3   BY MR. BURROUGHS:

4        Q.   Okay.  So as a managing editor of Newsweek,

5   the only records that would indicate to you when the

6   appendage was made are no longer available to you;

7   correct?

8            MS. GATES:  Objection as to form.

9            THE WITNESS:  It currently seems that way

10  unless there's a -- as I say, some other log that I'm

11  not aware of.

12  BY MR. BURROUGHS:

13       Q.   As a managing editor, would there be logs

14  you're not aware of, of articles?

15           MS. GATES:  Objection as to form.

16           THE WITNESS:  It's -- it's possible.  I

17  don't -- and I don't know exactly all the technical

18  details of how the system operates and how logs are

19  stored.

20  BY MR. BURROUGHS:

21       Q.   Okay.  Do you know who added the

22  Hannah Cloke material to this article after it was

23  published?

24           MS. GATES:  Objection.  Asked and answered.

25           THE WITNESS:  I don't know specifically.  I

Atkinson-Baker, a Veritext Company
www.depo.com

1    BY MR. BURROUGHS:

2       Q.    Okay.  So let me rephrase.

3          It is accurate to say that the McGucken logs

4    are the only specific logs that you can recall ever

5    looking for and being unable to locate on the

6    Newsweek system?

7             MS. GATES:  Objection as to form.

8             THE WITNESS:  I would say that I can -- this

9    is the only instance I can recall right now where I

10   wanted to look at the old logs for some reason and I

11   couldn't.

12   BY MR. BURROUGHS:

13      Q.    And you couldn't locate them; correct?

14      A.    They weren't available in the back of our

15   CMS here.

16      Q.    Okay.  We're going to put another document

17   in front of you that we're going to mark as

18   Exhibit 16.  It's Newsweek 16.

19             (Plaintiff's Exhibit 16 was marked

20             for identification by the court

21             reporter and is attached hereto.)

22   BY MR. BURROUGHS:

23      Q.    Do you recognize this exhibit, and if so,

24   how?

25      A.    Yes.  This looks like the -- a dialogue box

Atkinson-Baker, a Veritext Company
www.depo.com

1

2

3

4

5   STATE OF CALIFORNIA          )
                                 )   ss.
6   COUNTY OF LOS ANGELES        )

7

8          I, JAMES ETHERINGTON-SMITH, having appeared

9   for my deposition on Thursday, March 11, 2021, do

10  this date declare under penalty of perjury that I

11  have read the foregoing deposition, I have made any

12  corrections, additions or deletions that I was

13  desirous of making in order to render the within

14  transcript true and correct.

15         IN WITNESS WHEREOF, I have hereunto

16  subscribed my name this _____ day of_____,

17  2021.

18

19

20

21

22         _____

23                  JAMES ETHERINGTON-SMITH

24

25

Atkinson-Baker, a Veritext Company
www.depo.com

1  STATE OF CALIFORNIA          )
                               )    ss.
2  COUNTY OF LOS ANGELES        )

3          I, MARYLYNNE SANDOVAL-ROBLES, CSR No. 12498,

4  a court reporter for the County of Los Angeles, State

5  of California, do hereby certify;

6          That prior to being examined, JAMES

7  ETHERINGTON-SMITH, the witness named in the foregoing

8  deposition, was by me duly sworn to testify the

9  truth, the whole truth, and nothing but the truth;

10          That said deposition was taken before me at

11  the time and place herein set forth, and was taken by

12  me in shorthand and thereafter transcribed into

13  typewriting under my direction and supervision, and I

14  hereby certify that the said deposition is a full,

15  true and correct transcript of my shorthand notes so

16  taken;

17          I further certify that I am neither counsel

18  for nor related to any party to said action, nor in

19  any way interested in the outcome thereof.

20          IN WITNESS WHEREOF, I hereto subscribe my

21  name this 23rd day of March, 2021.

22

23

24  _____
    Certified Shorthand Reporter in
25  and for the County of Los Angeles,