**EXHIBIT 17**

Thu, May 20, 2021

**LOGIN**

**SUBSCRIBE FROM $4 ›**

U.S. | World | Business | Tech & Science | Culture | Newsgeek | Sports | Health | Opinion | Experts | Vantage

About Us
Announcements
Archive
Advertise
Corrections
Contact Us
Editorial Guidelines
**Copyright**
Terms & Conditions
Privacy Policy
Cookie Policy
Terms of Sale

## COPYRIGHT

Notice for Claims of Copyright Violations If you believe that your work has been copied and posted on our site in a way that constitutes copyright infringement, you should provide our Copyright Agent with a written notice that sets forth the infringement details. To be effective, the notice must contain the following information:

**PLEASE PROVIDE**

1. A description of the copyrighted work that you believe has been infringed;
2. A description of the material that you claim is infringing the copyrighted work identified in #1, and a detailed description of where it is located on our website.
3. Your address, telephone number, and email address;
4. A written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
5. A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf; and An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest.

Email: copyright@newsweek.com

For our sites that have subscriber, membership or similar account holder privileges, we reserve the right, in appropriate circumstances and at our discretion, to terminate the privileges of any account holder who repeatedly infringes the copyrights or other intellectual property rights of International Business Times or others.

**PERMISSIONS**

If you are seeking permission to use our content DO NOT contact us at this address. Instead, please visit our contact page.

---

**CHOOSE YOUR SUBSCRIPTION**

**NEWSLETTER**



**PREMIUM**
- Newsweek magazine delivered to your door
- Unlimited access to Newsweek.com
- Ad free Newsweek.com experience
- iOS and Android app access
- Personalized daily newsletter

**SUBSCRIBE ›**



**DIGITAL+**
- Unlimited access to Newsweek.com
- Ad free Newsweek.com experience
- iOS and Android app access
- Personalized daily newsletter

**GET YOUR FREE TRIAL ›**



**BEST OF NEWSWEEK VIA EMAIL**

Daily news headlines & detailed briefings enjoyed by half a million readers.

Email address

**FREE SIGN UP ›**

---



© 2021 NEWSWEEK DIGITAL LLC

  

Editions: U.S. Edition | 日本 | Pakistan | Polska | România

About Us | Announcements | Archive | Corrections | Contact Us | Editorial Guidelines | Advertise | Copyright | Terms & Conditions | Privacy Policy | Cookie Policy | Terms of Sale