UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT McGUCKEN,

                Plaintiff,

         -v.-

NEWSWEEK LLC,

                Defendant.

19 Civ. 9617 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's motions to seal Exhibits 12 and 16 to the Declaration of Scott Alan Burroughs, Esq., submitted in connection with Plaintiff's Motion for Summary Adjudication. (Dkt. #58, 59). The Court hereby GRANTS Plaintiff's motions. The sealed copies of the exhibits shall be viewable to the Court and parties only. The Clerk of Court is directed to terminate the motions at docket entries 58 and 59.

    SO ORDERED.

Dated:    May 24, 2021
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge