UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>         *Plaintiff*,<br><br>    v.<br><br>NEWSWEEK, LLC<br><br>         *Defendant*. | Case No: 1:19-cv-09617 (KPF) |

## **DEFENDANT NEWSWEEK DIGITAL LLC'S NOTICE OF CROSS-MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Sara Gates, dated June 21, 2021, and exhibits annexed thereto, and all prior pleadings and proceedings herein, defendant Newsweek Digital LLC ("Newsweek") by its attorneys, Cowan, DeBaets, Abrahams & Sheppard LLP, will cross-move this Court at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 618, New York, New York 10007, before the Honorable Katherine Polk Failla, on a date and time to be designated by the Court, for an order: (1) denying plaintiff Elliot McGucken's ("Plaintiff") motion for summary judgment, (2) granting summary judgment in favor of Newsweek, pursuant to Fed. R. Civ. P. 56, and (3) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's March 30, 2021 Order, Plaintiff's reply and opposition must be served by July 9, 2021, and Newsweek's reply must be served by July 23, 2021.

1

Respectfully Submitted,

Dated: June 21, 2021    COWAN, DeBAETS, ABRAHAMS
      New York, New York      & SHEPPARD LLP

By: /s/ Nancy E. Wolff
    Nancy E. Wolff
    Sara Gates
    41 Madison Avenue, 38th Floor
    New York, New York 10010
    Tel.: (212) 974-7474
    Fax: (212) 974-8474
    nwolff@cdas.com
    sgates@cdas.com

*Attorneys for Defendant Newsweek Digital LLC*