# EXHIBIT A

1              UNITED STATES DISTRICT COURT FOR THE

2                SOUTHERN DISTRICT OF NEW YORK

3

4      ELLIOT MCGUCKEN,

5                         Plaintiff,

6             vs.                          Case No.
                                           1:19-cv-09617 (KPF)
7      NEWSWEEK, LLC,

8                         Defendant.

9      _____

10

11

12       CONFIDENTIAL DEPOSITION OF ELLIOT McGUCKEN, Ph.D.

13                   APPEARING REMOTELY FROM

14                    VENICE, CALIFORNIA

15
                       March 15, 2021
16
                         9:35 a.m.
17

18

19

20

21

22     REPORTED BY:

23     Sheree L. Spencer

24     CSR No. 11073

25     APPEARING REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA

Elliot McGucken, Ph.D.
March 15, 2021                                          2

1    REMOTE APPEARANCES:

2


3         For Plaintiff:

4              DONIGER / BURROUGHS
               By:  STEPHEN DONIGER
5                   SCOTT ALAN BURROUGHS
                    LAURA M. ZAHARIA
6                   Attorneys at Law
               231 Norman Avenue, Suite 413
7              Brooklyn, New York  11222
               stephen@donigerlawfirm.com
8              scott@donigerlawfirm.com
               lzaharia@donigerlawfirm.com

9


10        For Newsweek Digital, LLC:

11             COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
               By:  NANCY E. WOLFF
12                  SARA GATES
                    Attorneys at Law
13             41 Madison Avenue, 38th Floor
               New York, New York  10010
14             212.974.7474
               212.974.8474  Fax
15             nwolff@cdas.com
               sgates@cdas.com

16

17

18

19

20

21

22

23

24

25

Elliot McGucken, Ph.D.
March 15, 2021                                          3

1              INDEX TO CONFIDENTIAL EXAMINATION

2              WITNESS:  ELLIOT McGUCKEN, PH.D.

3

4    EXAMINATION                                        PAGE

5    By Ms. Gates                                          7

6

7                   INFORMATION REQUESTED

8                        Page      Line

9                          8        20

10                        182        4

11                        182       25

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            INDEX TO EXHIBITS

2          ELLIOT McGUCKEN, Ph.D.

3       Elliot McGucken v. Newsweek, LLC

4          Monday, March 15, 2021

5       Sheree L. Spencer, CSR No. 11073

6

7     MARKED           DESCRIPTION              PAGE

8   Exhibit 1      Screenshot of McGucken.com      58
                   website
9
    Exhibit 2      Certificate of Registration     74
10
    Exhibit 3      Photograph -McGucken1           77
11
    Exhibit 4      Facebook post                   79
12
    Exhibit 5      Facebook photos                 85
13
    Exhibit 6      Facebook photo                  88
14
    Exhibit 7      Screenshot on website           91
15
    Exhibit 8      Screenshot on website           93
16
    Exhibit 9      Amy Graff SFGate e-mail         98
17
    Exhibit 10     SFGate article                 104
18
    Exhibit 11     Megan Gambino e-mail           107
19
    Exhibit 12     Smithsonian article            110
20
    Exhibit 13     AccuWeather e-mail             111
21
    Exhibit 14     Photo used by AccuWeather      120
22
    Exhibit 15     E-mail exchange between Elliot 121
23                 McGucken and Yasemin of "Live
                   Science"
24
    Exhibit 16     Photograph used by "Live       126
25                 Science"

Elliot McGucken, Ph.D.
March 15, 2021                                                                5

1    Exhibit 17       Michael Zhang of PetaPixel          129
                      e-mail exchange
2
     Exhibit 18       Photos used by PetaPixel            134
3
     Exhibit 19       E-mail exchange between Jonathan    135
4                     Carey of "Atlas Obscura" and
                      Elliot McGucken
5
     Exhibit 20       Cease and desist letter            181
6
                      Photo used by "Atlas Obscura"      143
7

8    Exhibit 21       Nicole Yin of NPCA                 153

9    Exhibit 22       E-mail to Nicole Yin               156

10   Exhibit 23       Images published by NPCA           159

11   Exhibit 24       E-mail exchange between Daily      160
                      Mail and Elliot McGucken
12
     Exhibit 25       Contributors Self Billing          167
13                    Invoice

14   Exhibit 26       "Daily Mail" article with photos   169

15   Exhibit 27       Screenshot                         171

16   Exhibit 29       Photo used by "IFLScience"         185

17   Exhibit 30       Photo used by "Hartford Courant"   186

18   Exhibit 31       Photo used by "The Independent"    188

19   Exhibit 32       Photo used by "ScienceAlert"       189

20   Exhibit 33       Photo used by "L.A. Times"         191

21

22

23

24   (All exhibits provided electronically to the reporter)

25

```
 1      REPORTED REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA

 2            MONDAY, MARCH 15, 2021, 9:35 A.M.

 3

 4           THE REPORTER:  The attorneys participating in

 5      this deposition acknowledge that I will be reporting

 6      this deposition remotely pursuant to California Code of

 7      Civil Procedure Section 2025.310.

 8              At this time may I have appearances by counsel

 9      for the record, please.

10              MS. ZAHARIA:  Laura Zaharia of

11      Doniger/Burroughs for Plaintiff Dr. Elliot McGucken and

12      then Stephen Doniger and then Stephen Doniger from our

13      Venice office is also on.

14              MS. GATES:  And for Defendant we have Sara

15      Gates and Nancy Wolff as well.

16              THE REPORTER:  Thank you so much.

17              Mr. McGucken, can you please raise your right

18      hand so I can swear you in?

19              Do you solemnly state that the testimony you

20      are about to give in the cause now pending will be the

21      truth, the whole truth, and nothing but the truth, so

22      help you God?

23              THE WITNESS:  I do.

24              THE REPORTER:  Thank you.

25              You may proceed, Counsel.
```

Elliot McGucken, Ph.D.
March 15, 2021                                7

```
 1              MS. GATES:  Thank you.

 2

 3                         EXAMINATION

 4

 5    BY MS. GATES:

 6       Q.   So is it Dr. "McGucken"?

 7       A.   Yes.  Dr. "McGucken," but that's fine.

 8       Q.   "McGucken."

 9       A.   Yeah.

10       Q.   My apologies.  Thank you.

11       A.   It's Irish.

12       Q.   Understood.

13            Have you been deposed before?

14       A.   Yes, I have.

15       Q.   How many times?

16       A.   Once.

17       Q.   Do you recall what the -- what the case was

18    about?

19       A.   Yes.

20       Q.   Could you provide some information about the

21    purposes of the deposition?

22            MS. ZAHARIA:  I'm going to object to the extent

23    that this calls for attorney-client communications.

24            I instruct you to not answer or disclose any

25    attorney-client communications, but if you have some
```

Elliot McGucken, Ph.D.
March 15, 2021                                          8

1    other understanding independent of the conversations

2    with your attorney, you can let Ms. Gates know.

3            (Instruction not to answer)

4    BY MS. GATES:

5        Q.   Do you have any other understanding separate

6    from the privileged communications about what the

7    deposition or the case was about?

8        A.   It was confidential, but it concerned

9    copyright.

10       Q.   So the deposition was for the purposes of a

11   copyright infringement case --

12       A.   Yes.

13       Q.   -- is that correct?

14       A.   Yes.

15       Q.   Do you understand today that you have to tell

16   the whole truth, nothing but the truth, and will you do

17   that today?

18       A.   Yes.

19       Q.   And do you further understanding that the

20   testimony you're giving today is just as important as if

21   you were in a courtroom before a judge and a jury?

22       A.   Yes.

23       Q.   And throughout today, if you don't understand

24   my question, will you let me know?

25       A.   Yes.

Elliot McGucken, Ph.D.
March 15, 2021                                          9

1        Q.   And if you need me to clarify something, will

2   you ask me to clarify?

3        A.   Yes.

4        Q.   And if you answer my question, I'm just going

5   to assume that you understood the question.   Okay?

6        A.   Yes.

7        Q.   And is there any reason, medical or otherwise

8   that would prevent you from giving truthful, complete,

9   and accurate testimony today?

10       A.   No.

11       Q.   And if that ever changes throughout the day,

12  will you let me know?

13       A.   Yes.

14       Q.   Great.

15            And just touching back about the previous

16  deposition that you were a part of, do you recall the

17  case name?

18       A.   McGucken versus theCHIVE.

19       Q.   Thank you.

20            You said you're located in California; is that

21  correct?

22       A.   Yes.

23       Q.   Is there anyone else in the room with you

24  today?

25       A.   Yes.

Elliot McGucken, Ph.D.
March 15, 2021                                    10

1        Q.    Who is in the room with you?

2        A.    Mr. Doniger.

3        Q.    And is he representing you in a capacity as

4    attorney today?

5        A.    He could.

6        Q.    Is he or can he?

7              MS. ZAHARIA:  Objection.  Vague.

8    BY MS. GATES:

9        Q.    You can answer.

10       A.    I think so.

11       Q.    Is he motioning to you from behind the camera?

12       A.    Not right now.

13       Q.    Can he motion to you -- or is it possible that

14   he could motion to you from behind the camera?

15       A.    Yes.

16             MS. GATES:  Okay.  Mr. Doniger, would it be

17   possible for you to turn on the camera so that we can

18   see you as well as see the witness?

19             MR. DONIGER:  So I'm just here to get things

20   started.  The camera -- I love being in my office.  I

21   plan on being in my office.  I'm just here to make sure

22   that everything's working initially, so I don't -- there

23   is no camera in front of me to turn on.

24             MS. GATES:  Okay.  Would it be possible for you

25   to sit within view of the witness' camera?  I mean,

Elliot McGucken, Ph.D.
March 15, 2021                                      11

1    we're just concerned here that you could potentially be,

2    you know, holding up a huge sign and coaching the

3    witness.

4            MR. DONIGER:  Well, I don't have any huge

5    signs.  I don't know what to do.  I'll just -- good.

6    I'll be in my office.  There's no issues here, guys.

7    Again, not an issue.  I was just setting him up.  Okay.

8    BY MS. GATES:

9        Q.   So if he leaves the room, is there anyone else

10   in the room with you?

11       A.   No, not now.

12       Q.   Is there anyone in your vicinity that can

13   potentially hear your testimony today?

14       A.   No.

15       Q.   Is there anything in front of you that is out

16   of view of the camera?

17       A.   A cup of coffee and a phone.

18       Q.   Is your phone turned on or --

19       A.   This is what it looks like now.

20       Q.   Could you perhaps place it facedown so you --

21       A.   Sure.

22       Q.   -- won't see any messages?

23       A.   Yeah.

24       Q.   Thank you.

25            Are there any other documents or notes in front

Elliot McGucken, Ph.D.
March 15, 2021                                      12

1    of you?

2         A.   Nope.

3         Q.   Great.

4              And what type of device are you using to access

5    this Zoom meeting?

6         A.   Asus VivoBook.

7         Q.   And aside from your phone, are there any other

8    devices in the room --

9         A.   No.

10        Q.   -- iPads, other mobile devices?

11        A.   No.

12        Q.   And is there anything else on your screen?

13        A.   No.  Just this and e-mails going to it.

14        Q.   Okay.  Thank you.

15             So without getting into any privileged

16   communication, could you tell me what you did to prepare

17   for this deposition today?

18        A.   I had a -- I -- I conferred with my attorney.

19        Q.   Did you meet with anyone else?

20        A.   No.

21        Q.   How many times did you meet with your lawyers?

22        A.   Once.

23        Q.   Was that an in-person meeting or a virtual

24   meeting?

25        A.   Phone.

Elliot McGucken, Ph.D.
March 15, 2021                                    13

1        Q.   Did you review any documents with your

2   attorneys?

3        A.   Yes.

4        Q.   Could you briefly characterize what type of

5   documents you reviewed?

6        A.   It was the documents that are generally related

7   to this case.  There may be about seven or eight of

8   them.  Just documents related to this case.

9        Q.   Were they documents that had a Bates number on

10  them?

11       A.   A what number?

12       Q.   A Bates number.

13       A.   I believe so.  They had some numbers on them.

14       Q.   So you reviewed about seven or eight documents

15  in total before today?

16       A.   Yes, about.  Yeah.

17       Q.   Did you do anything else to prepare?

18       A.   Not too much.  Just generally referred the

19  details of the case.

20       Q.   So what is it that you do for a living?

21       A.   Photography.

22       Q.   What type of photography?

23       A.   Landscapes mostly now, but also portraits.

24       Q.   Did you go to school for photography?

25       A.   No.

Elliot McGucken, Ph.D.
March 15, 2021                                              14

1         Q.    What did you go to school for?

2         A.    Physics.

3         Q.    Where did you go to school?

4         A.    Princeton University for undergrad and

5    University of North Carolina for graduate school.

6         Q.    What degrees did you receive?

7         A.    I received a B.A. in Physics, a Master's in

8    Physics, and a Ph.D. in Physics.

9         Q.    And do you have any other degrees?

10        A.    No.

11        Q.    So do you work -- do you work now as a

12   physicist?

13        A.    I write books, physics books, books on physics.

14        Q.    How many physics books have you written?

15        A.    I think I have around five out there with more

16   on the way.  Maybe six.  I think five.

17        Q.    Do you work with other people to write these

18   books?

19        A.    Both.

20              MS. ZAHARIA:  Objection.  Vague.

21   BY MS. GATES:

22        Q.    Do you write the books by yourself, or do you

23   have a coauthor?

24        A.    Yes, I do write them, but as Isaac Newton said,

25   we stand on the shoulders of giants to see further,

Elliot McGucken, Ph.D.
March 15, 2021                                    15

1    so... I mean, physics is very collaborative, but I write

2    them myself.

3        Q.    So you don't have any coauthors for any of your

4    physics books?

5        A.    I don't believe I do.

6        Q.    Aside from writing physics books, do you do any

7    other work in the field?

8        A.    The physics field?

9        Q.    Correct.

10       A.    No.  Right now I'm just writing books.

11       Q.    Do you teach physics?

12       A.    I did, but not at the moment I do not teach.

13       Q.    When did you teach physics?

14       A.    I taught physics last around 2004/2005 -- or

15   maybe 2006 was the final time I taught physics.

16       Q.    And where did you teach at that time?

17       A.    I taught physics last at UNC Chapel Hill.

18       Q.    And what was the course?

19       A.    It would have been Electricity and

20   Magnetism 25, I believe, that's for Pre-Med majors.

21       Q.    And aside from previously teaching and writing

22   books on physics, did you -- have you done any other

23   work in the field of physics?

24       A.    Yeah.  Well, research.

25       Q.    Do you still do research in physics?

Elliot McGucken, Ph.D.
March 15, 2021                                      16

```
 1          A.    Well, for my books.

 2          Q.    And who publishes these physics books?

 3          A.    I publish -- they're self-published.

 4          Q.    So you don't work with a separate publisher?

 5          A.    No, I don't.

 6          Q.    Do you receive an advance for any type of

 7    prepayment for these books?

 8          A.    No.

 9          Q.    So how are you compensated for the physics

10    books?

11          A.    Through sales.

12          Q.    And are you referring to print sales?

13          A.    Well, they're digital books at the moment, so

14    digital sales.

15          Q.    "Digital sales"?

16                Do you sell through a specific digital

17    platform?

18          A.    Amazon.

19          Q.    Do you sell the physics books through any other

20    platform?

21          A.    I -- not at the moment, I don't believe so, no.

22          Q.    What's the typical cost of one of your physics

23    books?

24                MS. ZAHARIA:  Objection.  Vague.

25                THE REPORTER:  I'm sorry.  I didn't hear your
```

Elliot McGucken, Ph.D.
March 15, 2021                                    17

1   objection, Counsel.

2           MS. ZAHARIA:   "Objection.  Vague."

3           THE REPORTER:   Thank you.

4   BY MS. GATES:

5       Q.   You can answer if you understand it or I can

6   rephrase.

7       A.   They're around $9.99.  I believe that's the

8   most.  Some are less expensive.  Maybe 4.99 or 5.99, so

9   probably between 4.99 and 5.99.

10      Q.   Do you know how many books you've sold?

11      A.   I would have to check my records.

12      Q.   Could you provide a ballpark estimate of how

13  many books, physics books, you sold?

14      A.   I would really -- because it varies month to

15  month.  Overall, like a few hundred, but I would have to

16  check.

17      Q.   So a few hundred overall time to date?

18      A.   Yes.  I'd say that's a modest estimate, maybe

19  more.

20      Q.   Okay.  So these books are -- they're sold only

21  through Amazon?

22      A.   At the moment.

23      Q.   How do you typically market the books?

24      A.   Well, I have different -- I mean, you just

25  share your ideas in different physics forums, and I have

Elliot McGucken, Ph.D.
March 15, 2021                                18

1    a Facebook page where my physics books are -- it's like

2    a Facebook page for physics, so it's people interested

3    on that level.  And there's physics groups where you

4    share your ideas.  It's not so much a marketing thing as

5    it is sharing ideas, so.

6        Q.   So sharing ideas is important in physics?

7        A.   Yes.

8        Q.   Can you estimate what your monthly income is

9    from the physics books sales?

10       A.   Maybe -- right now, I'd have to go and check my

11   records because it varies a lot in book selling.  Maybe

12   around a hundred dollars a month is a good month, but

13   sometimes it's a lot less and sometimes it's a bit more,

14   so maybe around 40, $50.

15       Q.   Okay.  Let's go back to photography.  About how

16   much money do you earn through photography a month?

17       A.   Well, that all varies widely from year over

18   year and month over month.  So I would have to go back

19   and check records.

20       Q.   Could you estimate what would be a good month

21   for photography?

22       A.   Maybe around 5-, 6-, 7,000.

23       Q.   And could you estimate what would be a bad

24   month for photography?

25       A.   Like, a thousand or less, or zero.

Elliot McGucken, Ph.D.
March 15, 2021                                    19

```
1        Q.   So would you say that photography is your

2    primary way of making a living?

3        A.   Yes.

4        Q.   And how do you earn money through photography?

5        A.   Licensing.

6        Q.   And you said --

7             (Simultaneous colloquy)

8             THE WITNESS:  Go ahead.

9    BY MS. GATES:

10       Q.   Go ahead.

11       A.   Licensing and print sales.

12       Q.   When you say "licensing," do you mean exclusive

13   licensing?  Nonexclusive licensing?

14       A.   Generally exclusive or both, a combination of

15   both.

16       Q.   And when you say "licensing," are you referring

17   to a specific medium?

18       A.   No.  It's been various mediums.

19       Q.   Do you typically license more for prints or

20   online?

21       A.   Well, it all -- it varies.  The -- probably

22   online more than print.

23       Q.   Can you estimate how much you make a month for

24   online licensing?

25       A.   Well, as I said before, it's in that range.  It
```

Elliot McGucken, Ph.D.
March 15, 2021                                   20

1    could be, like, several thousand dollars or not too much

2    at all.

3        Q.   So for online licensing, you're referring to

4    that same range of 5-, 6-, $7,000 in a good month, and

5    then a thousand dollars or less on a bad month; is that

6    correct?

7        A.   Yes.

8        Q.   So what do you typically charge for an online

9    license?

10       A.   It all varies.  The ones in this case, I think

11   we have documents of how much it was charged.

12       Q.   Okay.  And we can get to that.  Just trying to

13   get a general sense of your licensing history.

14            Do you -- you know, on the high-end, what would

15   you charge for an online license?

16       A.   It all depends on the weeks, and it varies.  I

17   don't know if I have a number.  It all depends on a

18   case-by-case basis.

19       Q.   So what types of usage would you charge a

20   higher license now?

21       A.   It all -- it still depends, because sometimes

22   you get paid different ways.  So for instance, I think I

23   charged $250 for the cover of "Nikon Photo Magazine,"

24   but that was also prestigious to be on the cover, so

25   that's payment in itself.

Elliot McGucken, Ph.D.
March 15, 2021                                        21

1        Q.   So you received a license fee for -- of $250

2   for an image being on the cover of a magazine; is that

3   correct?

4        A.   Yeah, I believe.  It's 200, 250.  I think it's

5   between -- I would have to check directly, but --

6   because it was through a U.K. company, so it's in pounds

7   also, I think, at one point.  So between 200 and 250.

8        Q.   And is that a print magazine or an online

9   magazine?

10       A.   It's both.

11       Q.   So that license, in that instance, was for

12  those prints being online; is that correct?

13       A.   Yes.

14       Q.   And you also referred to print sales; is that

15  right?

16       A.   Yes.

17       Q.   So do you mean selling prints of your own

18  photography?

19       A.   Yes.

20       Q.   And this means the physical prints; correct?

21       A.   Yes.

22       Q.   So how do you sell prints of your photography?

23       A.   Through various people who know people.  I was

24  in a gallery up until around 2013 or so until they sold

25  the building, and I had plans to open a gallery, but

Elliot McGucken, Ph.D.
March 15, 2021                                        22

1    COVID kind of threw a wrench in the machine.  If you're

2    going to sell really, really high-end prints, you need,

3    like, a physical space, so that's kind of what I was

4    shooting for.  So, yeah, it -- it ranges.

5             I donated prints to UCLA hospital, they bought

6    prints from me, and there's -- you know, I've sold

7    prints.

8             One of the -- one of the things I'm not --

9    because of COVID, I'm not really concentrating on

10   selling prints at the moment, because it's a much more

11   in-person kind of thing.  I mean, meeting people, seeing

12   their faces and setting things up, so.

13        Q.   So you referred to a gallery from 2013.  What

14   gallery is that?

15        A.   Oh, it was in the space -- it was in Westwood,

16   and it was in the Bel Air camera store, and a part of it

17   was a gallery.

18        Q.   So was that a gallery dedicated to the sale of

19   your photography or other photographers?

20        A.   Different photographers appeared in there, but

21   I was there probably for most of it until they sold the

22   building.

23        Q.   And how long were you participating in that

24   gallery?

25        A.   Around six months to a year, but then after one

Elliot McGucken, Ph.D.
March 15, 2021                                    23

```
1    of the photographers left, they put some of my works

2    back up.  So it's a little bit nebulous, because they

3    were in the process of selling them both, but they

4    wanted a photographer there so.

5         Q.   And have you been a part of different galleries

6    other than that one?

7         A.   No.

8         Q.   So when you were selling through this gallery,

9    what was the -- a typical price of a print sale?

10        A.   Maybe around a thousand dollars or so.

11        Q.   Was it a limited edition print?

12        A.   Yes.

13        Q.   Do you often sell limited edition prints?

14        A.   No, I don't -- I'm not doing it at the moment,

15   but they're -- I don't sell it directly online, but

16   they're always available if someone calls and asks.

17        Q.   Do you also pay for the -- the cost of

18   printing?

19        A.   Yes.

20        Q.   How much does that typically cost you?

21        A.   It varies.  I mean, it can be up to a thousand

22   dollars, but generally if I sell a print for a thousand

23   dollars in costs, it may be half, around 500 or so.

24        Q.   And when you do limited edition runs, do you

25   select a specific number for the editions?
```

Elliot McGucken, Ph.D.
March 15, 2021                                    24

1          A.   Yes, I've worked with different numbers before,

2     but they're -- that's an ongoing debate as to the best

3     approach.  Like, Ansel Adams never limited his editions,

4     so -- and plus, printer technology gets better over

5     time, so in the far future you can technically print

6     better prints, so I'm -- I'm little bit still figuring

7     out the best model.

8          Q.   So do you have a range for your limited edition

9     run?

10         A.   I mean, it depends on the size, it depends on

11    the format, it depends on what kind of printing options

12    they want, so it varies widely.

13         Q.   Would you say the range is more than 200?

14         A.   Yeah, generally to sell a fine art print it's

15    going to be over $200.

16         Q.   I was referring there to the number of editions

17    if you were --

18         A.   Oh, yes.  I think I had some that were around

19    200 or so.

20         Q.   Would you have a -- an even higher run of

21    500 prints?

22         A.   Yes.  Yes.  It depends on the print being sold.

23    And, again, it's very flexible as to when you can come

24    out and view work, whether you want to do, like, a

25    10 limit or something, or you want to change that number

Elliot McGucken, Ph.D.
March 15, 2021                                              25

1    around.  So, yeah, it varies.

2        Q.   Would you pick the limit, you know, before

3    selling a print?

4        A.   Generally, yes.

5        Q.   So you'll select, you know, for this specific

6    print, I want a limited edition of, you know, 200 prints

7    to be sold?

8        A.   Yeah, generally, yes.

9        Q.   So how do you sell prints now if you don't have

10   a gallery?

11       A.   Online.

12       Q.   And when you say "online," are you referring to

13   a specific platform?

14       A.   Yeah.  Well, it's powered by SmugMug.

15       Q.   What is "SmugMug"?

16       A.   It's a photo share and sell site, like they do

17   prints for you.  But I haven't been heavily promoting

18   it, because it's not my favorite way of selling prints.

19       Q.   Why is it not your favorite way of selling

20   prints?

21       A.   Because I'm trying to build, like, a

22   top-of-the-line brand, so you want the very best

23   printers, and you generally want to do it more in

24   person.  Like in order to sell high-end prints, you

25   really need that tactile presence.  People need to come

Elliot McGucken, Ph.D.
March 15, 2021                                    26

1    in and feel and touch and see it, and that's how you can

2    really sell prints.  So that's what I'm holding off for.

3         Q.   And in order to achieve that, would you need a

4    gallery or a physical location?

5         A.   Yes.

6         Q.   So you said SmugMug has power in the platform?

7    Is it located on SmugMug's website or your own website?

8         A.   No.  No, the print is located on the SmugMug

9    servers.

10        Q.   Got it.

11             And do they also actually print the physical

12   objects for you?

13        A.   Yes.

14        Q.   So SmugMug is -- provides -- providing the

15   platform and then also doing the printing --

16        A.   Yeah.

17        Q.   -- is that correct?

18        A.   The printing and the delivery.  Yeah.

19        Q.   And do you advertise your own prints on your

20   own website?

21        A.   I think I have various links on different

22   places that link but, again, it's not something I'm

23   pushing too heavily right now, because my preferred

24   style would be to sell high-end prints in a gallery.

25        Q.   So now, you know, during the pandemic, what --

Elliot McGucken, Ph.D.
March 15, 2021                                    27

1   what do you typically receive from print sales?

2       A.    Not too much because I'm not promoting it too

3   heavily, so, I mean, there's some months where there's

4   no sales whatsoever and then maybe like a hundred

5   dollars here and there.  But for the past year, I

6   haven't really been pushing items.

7       Q.    Is there anything in particular you've been

8   pushing during the pandemic, if not prints?

9       A.    Mostly I've been self-isolating in the wild

10  just honing my craft and building up my -- my base of

11  photography.  Recently in the Nature's Best Photography

12  Awards, I placed four in the top 100 out of the 3,000

13  entries, so that's kind of like the 99.9 percent

14  percentile.  So my philosophy during COVID, I had looked

15  at some gallery spaces and considered it, but you don't

16  really want to open in a pandemic.  So I took a step

17  back and decided I'm just going to focus on building --

18  building the brand, shooting high quality photography,

19  and getting my name out there.

20      Q.    So when you say "building the brand," what

21  steps have you taken to do that?

22      A.    Well, photography is one of those things where,

23  you know, they -- when the king wanted to learn geometry

24  and he said, "How much do I have to pay you?"

25            And they said, "Well, there's no real road to

Elliot McGucken, Ph.D.
March 15, 2021                                    28

```
 1    geometry.  You know, you have to study it."
 2              So photography there's no real road to
 3    marketing.  I mean, you can't really buy it so much as
 4    the only thing you can do is take better -- better
 5    photos and get your name out there and get a claim in
 6    different places, so that's really been my philosophy.
 7         Q.   So the -- the nomination you just referred to,
 8    is that for professionals or amateurs?
 9         A.   It's for both, but you have to specify, and I
10    was in the professionals category.  Actually, I don't
11    know if they have an amateurs category, but, yes, it's
12    professional photographers.
13         Q.   So have you won any other awards for
14    photography?
15         A.   No.  I really just started thinking about
16    entering to build my brand pretty recently, so...
17         Q.   So it's only recently that you started entering
18    these competitions?
19         A.   Yes.
20         Q.   Have you received any other recognitions for
21    photography?
22         A.   Yeah.  Well, I was published in the
23    Smithsonian, the cover of the "Nikon Photo Magazine."  I
24    have a huge panorama at Edwards Air Force Base at the
25    commander's office.  I think it's, like, 90 feet wide,
```

Elliot McGucken, Ph.D.
March 15, 2021                                            29

1    and I have around over a hundred prints throughout the

2    UCLA hospital system.  So all of these are awards --

3    awards and rewards.  And, you know, when you work with

4    somebody like the art curator at UCLA who's been in the

5    business for, like, 40 years, that's a reward in itself

6    that she likes your work, and that means a lot and

7    carries a lot because she's seen a lot.  So there's tons

8    of smaller awards like that, so...

9        Q.   So of those uses that you were just referring

10   to, is that for a particular image or groups of images?

11       A.   It's different images from over the years, and

12   as much as I like selling my images in the UCLA

13   hospitals, my images have gotten a lot better over the

14   past two years.

15       Q.   So these various uses of your images, do you --

16   do you believe you received prestige from the uses?

17       A.   Oh, definitely.  To be in the commander's

18   office at Edwards Air Force Base, that's huge.  I got a

19   nice note from one the generals there, so that's --

20   that's huge.

21       Q.   And when you are selected for these particular

22   uses, are you donating the images or licensing them?

23       A.   It's all different.  Edwards Air Force Base I

24   donated it, because they called, they're interested.  I

25   mean, they probably would have paid but, you know, since

Elliot McGucken, Ph.D.
March 15, 2021                                    30

1    servicemen put so much on the line for their lives, risk

2    their lives and everything, the least I could do is

3    offer the image for free and say thank you.

4            Same thing at UCLA hospitals.  There's --

5    there's a place for recovering vets, Tiverton House, and

6    they had an image from Fort Irwin of the Painted Rock,

7    which is a really cool place, but it wasn't really high

8    res.  So I drove out that day and took a high-res image

9    of the Painted Rock, and high-res panorama, and I gave

10   it to them for free to print.  I mean, they paid for the

11   print to put it up there, but -- but, yeah, there's a

12   lot of joy in photography, where, you know -- where

13   you're serving people, so...

14       Q.   So in those instances, you know, the service or

15   the prestige is more important than, you know, the

16   amount you would typically receive for the sale?

17       A.   Yeah.  You think about a service member who is

18   injured.  I mean, what's more important?  You know, you

19   can't really start talking about money in that sense.

20       Q.   So in addition to license, do you ever assign

21   your copyrights?

22       A.   No.  I try not to.  As a general principle, I

23   try to own everything I do.

24       Q.   And you said before that, you know, you do both

25   exclusive and nonexclusive licenses.  You know, is -- is

Elliot McGucken, Ph.D.
March 15, 2021                                    31

1    there a percentage of what's typical of what you do more

2    often?

3         A.   Definitely nonexclusive.   I'm trying to

4    think -- I'm not sure.   I might have only done

5    nonexclusive.   I'm not sure if I've done an exclusive

6    yet, but I think I still retain the rights.   So, yeah --

7    yeah.   Generally it's -- I do mostly nonexclusive.

8         Q.   And are you -- are you ever hired to take

9    photos on assignment?

10        A.   No.   I had a strange philosophy when I got into

11   this:   It was I'm going to shoot what I want to shoot

12   when I want to shoot it.   So that's definitely a

13   long-term approach to photography.

14        Q.   So would you characterize your photography more

15   as freelance?

16        A.   No.   I'm a fine arts photographer.   One of my

17   heroes is Ansel Adams, and he struggled his whole life

18   to make ends meet for most of his life.   And, you know,

19   Christies, one of his prints that sold -- being sold for

20   close to a million dollars recently.   Of course he's

21   passed on.   But it's kind of in the arts, you have a lot

22   of -- you're driven by perfecting the shot and getting

23   the best shot.

24             For instance, the Death Valley lake shots, I

25   mean, Death Valley is a popular place to shoot, but I

Elliot McGucken, Ph.D.
March 15, 2021                                          32

1   was the only one to get those lake shots, so and there's

2   like, a lot of prestige in that throughout community and

3   things like that.  So that's what you're all aiming for

4   and building that up over time.

5        Q.   So is there -- do you ever work with a company

6   or a publication regularly?

7        A.   No, I don't.

8        Q.   So would you say that photography is your

9   full-time job?

10       A.   Yes.

11       Q.   Do you list photographer as your profession on

12  a tax return?

13       A.   Yes.  "Fine art photographer."

14       Q.   And regarding enforcement of your copyright,

15  how much time do you spend doing that?

16       A.   Not a whole lot.  I mean, in the past month,

17  I've probably done it not at all.  I've been out in

18  Utah, Yosemite, and Yellowstone.  A week ago today I was

19  photographing wolves at Yellowstone.  So, yeah, I

20  devoted myself to being on the road just pushing limits

21  and getting -- getting really great shots.

22       Q.   So from enforcement, do you receive any profit

23  or incomes from -- from that?

24            MS. ZAHARIA:  I'm going to object to the extent

25  this calls for attorney-client communications.

Elliot McGucken, Ph.D.
March 15, 2021                                    33

1    BY MS. GATES:

2        Q.   You can answer to the extent it doesn't get

3    into any privileged communication.

4             THE WITNESS:   Yes.   In various forms, yes.

5    BY MS. GATES:

6        Q.   When you refer to "various forms," what do you

7    mean?

8        A.   Well, relying on the expertise of attorneys,

9    sometimes it's license, sometimes it's taken down,

10   sometimes it's used, sometimes they pay.   So basically

11   I'm an expert in photography, but I'm not an expert in

12   copyright infringement, so I leave that up to my

13   attorneys pretty much a hundred percent.

14       Q.   So you rely on your attorneys to enforce your

15   copyright; is that correct?

16       A.   Yes.

17       Q.   And would you say that you generate any income

18   from your attorneys' enforcement efforts?

19       A.   Yes.

20       Q.   And about how much income a month do you

21   generate from enforcement?

22       A.   Well, I consider it the same as the licensing.

23   So basically somewhere -- I mean, in the ballpark

24   figures -- I mean, it varies so much from case to case,

25   from use to use.   It's so hard to put, like, a monthly

Elliot McGucken, Ph.D.
March 15, 2021                                    34

1    estimate.

2        Q.   Can you estimate what a good month would be for

3    receiving income from enforcement?

4        A.   5-, 6-, $7,000.

5        Q.   So is that the same number you referred to

6    earlier regarding good months for licensing?

7        A.   Yeah.  Because I -- well, it's the same -- it's

8    a similar thing as to licensing, because some of it is

9    more akin to licensing, some of is more akin to -- I

10   mean, a lot of it is confidential, so all the details

11   and nuts and bolts.  There are many varied different

12   ways that it works, so those numbers are kind of like

13   part of the same pie.  So, yeah, that's -- that's

14   around -- I mean, it's very differentiated depending so

15   much on who's using it, how they -- you know, how they

16   used it and all that.  But yeah, a hundred percent I

17   rely on the expertise of my attorneys.

18       Q.   And when you referred to 5-, 6-, 7,000 for

19   licensing and enforcement, is that the same number for

20   each where it would be 5-, 6-, 7,000 for licensing and

21   enforcement, or are you considering those -- those two

22   concepts separately?

23       A.   I'm combining those two concepts.  I can't

24   really differentiate them because the way that all the

25   deals are worked out, it's all this varies, like,

Elliot McGucken, Ph.D.
March 15, 2021                                    35

1    whether some combination of licensing enforcement or

2    licensing and enforcement.  So I don't fully understand

3    all the details all the time, but I rely on my

4    attorneys.

5        Q.   So in a good month when you say you probably

6    receive 5-, 6-, $7,000, that's from both licensing and

7    enforcement together?

8        A.   Yes.

9        Q.   Now, aside from your attorneys, who are

10   representing you here today, do you work with any other

11   attorneys?

12       A.   Yes.

13       Q.   Could you provide the names of those attorneys?

14       A.   Yes.  I've worked with Higbee & Associates and

15   Steve Vondran.

16       Q.   And do your attorneys represent you on a

17   contingency basis?

18       A.   Yes.

19       Q.   Do you receive any income from litigation

20   settlements?

21            MS. ZAHARIA:  Objection.

22   BY MS. GATES:

23       Q.   You can answer.

24       A.   Yes.

25       Q.   About how much income a month, on a good month,

Elliot McGucken, Ph.D.
March 15, 2021                                        36

1    do you receive from litigation, a settlement?

2         A.   Oh, I put that all as part of the copyright

3    enforcement and licensing.

4         Q.   So about 5-, 6-, or $7,000 on a good month,

5    that is attributed to licensing enforcement and

6    litigation income?

7         A.   Yes.

8              MS. ZAHARIA:   Counsel, I'm going to ask to take

9    a quick break.

10             Before we go off the record, we want to

11   designate this transcript as "confidential."

12             MS. GATES:   We can do the temporary designation

13   and then, you know, go through it portion by portion

14   within the 30 days as allotted by the protective order.

15             MS. ZAHARIA:   That's fine.

16             MS. GATES:   How many -- how much time do you

17   need?

18             MS. ZAHARIA:   About five minutes.

19             MS. GATES:   Okay.

20             (Recess)

21             MS. GATES:   Okay.   We are back on the record

22   now.

23   BY MS. GATES:

24        Q.   I'll remind you that you're still under oath.

25             Did anyone else come back into the room with

Elliot McGucken, Ph.D.
March 15, 2021                                    37

1    you when you sat down?

2         A.   No.

3         Q.   Okay.  So you had testified earlier that you

4    have a website; is that correct?

5         A.   Yes, I have a couple.

6         Q.   Could you provide the URLs of your website?

7         A.   One is emcgucken.com, one is just mcgucken.com,

8    and those are my main photography sites.  There's also

9    mcguckenarts.com -- or mcguckenart.com.

10        Q.   So do you post photos directly on your

11   websites?

12        A.   Yes.

13        Q.   And how do you differentiate between the three

14   different websites?

15        A.   Mcguckenart.com is more portraiture and some of

16   my surf photography.  Mcguckenart.com is a bit of an

17   older version, emcgucken.com is a newer version.  And

18   also, mcgucken.com has more of my physics on it and my

19   books on photography and art.

20        Q.   So how often do you post photos to your

21   websites?

22        A.   It varies.  I haven't posted photos there very

23   recently.  Maybe a few months ago or more.

24        Q.   And when you say "there," are you referring to

25   a specific website or all three?

Elliot McGucken, Ph.D.
March 15, 2021                                    38

1       A.    Emcgucken.com, I think I updated that around

2   this time last year.

3       Q.    And what about the mcgucken.com?

4       A.    I have not updated that in recent memory.

5       Q.    So when you do post photos on these websites,

6   do you post all of your photos or a specific batch?

7       A.    I -- a specific -- specific number.

8       Q.    Which photos do you choose to post?

9       A.    The best ones.

10      Q.    And do you edit the photos before posting?

11      A.    Yes.

12      Q.    And when you post images, are they higher --

13  high resolution images?

14      A.    Generally, yes.

15      Q.    Do you put a watermark on the image?

16      A.    No.

17      Q.    Why not?

18      A.    That kind of went out of style.  I think 2012

19  some people Trade Rec (phonetic) put an article about

20  it, just said it ruins the experience of the image.

21      Q.    So you post the high-resolution edited image as

22  is on your website?

23      A.    Yes.

24      Q.    And do you provide any credit or attribution

25  information along with the image?

Elliot McGucken, Ph.D.
March 15, 2021                                          39

1      A.   It varies.  Some of it have it embedded in the

2  EXIF and some on the page, so, yes.

3      Q.   Do you take any specific measures to protect

4  the images from someone copying them?

5      A.   On the -- no.  On the Internet, people can copy

6  whatever they see.

7      Q.   What do you mean when -- "people can copy

8  whatever they see"?

9      A.   People can copy images from the Internet.

10      Q.   Do you mean that they are permitted to copy

11  images from the Internet or they, you know, are

12  physically capable of copying images from the Internet?

13      A.   They're physically capable.

14      Q.   Are people permitted to copy images from your

15  website?

16      A.   No.  But if they view it on their computer,

17  they have a copy on their commuter, so I'm not sure I

18  understand the question.

19      Q.   What do you mean when they -- when you say that

20  they have a copy on their computer?

21      A.   When they view an image on their computer, they

22  have a copy of the image on their computer.

23      Q.   Do you mean physically saved on their computer?

24      A.   It's present in their browser, so it might also

25  be in the cache, so it might or might not be saved.  But

Elliot McGucken, Ph.D.
March 15, 2021                                    40

1    presumably, to see an image, it's been downloaded on the

2    computer, so it's on the computer.

3        Q.   And are you concerned that your images are

4    copied or may be saved on computers by other users?

5        A.   It depends on the user.

6        Q.   Would you want to use low-resolution images for

7    this reason?

8        A.   I shoot with high-quality cameras, and people

9    like seeing the detail of my work.  It's part of my

10   brand.

11       Q.   So for that reason, you want to post a

12   high-quality version on your website; correct?

13       A.   Yeah.  It's -- it's the finest lab, the finest

14   cameras, and people enjoy seeing the details.

15       Q.   So going back to -- you said you choose for the

16   best versions of the photographs.  How do you make those

17   selections?

18       A.   Artistic opinions as I go through them.

19       Q.   So your own personal opinion, or do you look to

20   others?

21       A.   Oh, 100 percent my personal opinion.

22       Q.   So when you post these high-quality images on

23   your website, do you expect that any of them may be

24   copied?

25       A.   To the extent that when someone views it,

Elliot McGucken, Ph.D.
March 15, 2021                                          41

1    they'll have a copy on their computer, yes.

2         Q.   And what about other types of copies?

3         A.   What do you mean?

4         Q.   Do you expect -- do you expect that someone

5    would physically download the image from your website?

6              MS. ZAHARIA:  Objection.

7    BY MS. GATES:

8         Q.   You can answer.

9         A.   I want people to see my images.

10        Q.   So are you okay with people downloading images

11   from your website?

12             MS. ZAHARIA:  Objection.  Vague.

13   BY MS. GATES:

14        Q.   You can answer.

15        A.   I'm not sure it's possible to see an image

16   without downloading it.

17        Q.   Did you set up your website yourself or did

18   someone else do that?

19        A.   Different websites have their own protocols,

20   so, basically, I -- I'm using SmugMug for most of those

21   websites, so SmugMug set them up.  But I edited it,

22   so...

23        Q.   Does SmugMug provide a template website --

24        A.   Yes.

25        Q.   -- for you to -- got it.

Elliot McGucken, Ph.D.
March 15, 2021                                        42

1              And on your web page, do you also link to any

2     social media accounts?

3         A.    I believe I link to my photography social

4     media.

5         Q.    What social media accounts do you have?

6         A.    Facebook, Instagram, maybe a couple on

7     Facebook.  I have a couple or few Instagrams and Flickr

8     accounts, but that's -- that's about it.

9         Q.    And do you post your photos on all these

10    different social media accounts?

11        A.    Yes.

12        Q.    Go ahead.

13        A.    Yes.

14        Q.    Let's start with Facebook.  Do you have one

15    Facebook account or multiple Facebook accounts?

16        A.    I have one personal Facebook account and then

17    various Facebook pages.

18        Q.    By "Facebook pages," what are you referring to?

19        A.    Are you familiar with Facebook pages?

20        Q.    Yes, but I just want a -- a clean record --

21        A.    Yes.

22        Q.    -- so anyone who is reading this back will

23    understand.

24        A.    It's a group devoted to your work, I describe

25    it.

Elliot McGucken, Ph.D.
March 15, 2021                                          43

1        Q.    So you have one Facebook account.  Is that for

2   you personally?

3        A.    Yes.

4        Q.    And then the Facebook pages you're referring

5   to, are those personal or professional?

6        A.    Both.  They're both.

7        Q.    Do you recall the names of these different

8   Facebook pages?

9        A.    Yes.

10       Q.    Could you provide them now?

11       A.    Maybe not all of them, but I recall mostly.

12  Elliot McGucken is a page, Fine Art Ballet is a page,

13  Golden Number Ratio is a page, McGucken Physics or

14  Elliot McGucken Physics is a page, Ethic Landscape

15  Photography might be a page, Golden Number Ratio, I

16  think I already said that one.  Those are my most

17  prominent pages.  I may have a couple others.

18       Q.    And when you say "most prominent," what do you

19  mean?

20       A.    The ones with the most followers.

21       Q.    About how many followers do you have, for

22  example, on your most prominent Facebook page?

23       A.    I would have to check, but Elliot McGucken

24  photography one, I'm not sure but maybe around 6,000,

25  maybe a little bit over.  Golden number ratio maybe has

Elliot McGucken, Ph.D.
March 15, 2021                                    44

1    around 6,000.  And Elliot McGucken Physics maybe around

2    6,000.  I know that they are all in that ballpark.  I'm

3    not sure of it exactly.  It fluctuates.

4         Q.   And when you say "golden number ratio," what

5    does that mean?

6         A.   The "golden number" is the mathematical

7    formula -- it's a mathematical number, and I use it in

8    my composition.  It's a ratio that artists use.

9         Q.   When you say you use it in your composition,

10   what do you mean?

11        A.   For instance, taking one of the pictures of the

12   Death Valley lake, I put the horizon as the golden ratio

13   between the top of the sky and the mountain of the

14   photograph, and a lot of people have used this

15   compositional technique throughout classical art.

16        Q.   Is there a specific person that this ratio is

17   attributed to, as the -- you know, the creator?

18        A.   Well, I mean, the geometry of the human body is

19   all nature, and it goes back to Euclid's Elements, the

20   first step in geometry.  And it's also called "phi"

21   after Phidias, who I believe, was an Athenian architect,

22   so those are some of the devisers and users of it.

23   Leonardo Da Vinci, many people use it.

24             THE REPORTER:  I'm sorry.  That answer was a

25   little bit technical.  Can you repeat that again,

Elliot McGucken, Ph.D.
March 15, 2021                                          45

1    please?

2              THE WITNESS:  Sure.

3              The golden ratio has been used throughout

4    antiquity, and it's also known as phi, p-h-i.  I believe

5    legend has it it was named after Phidias, who I believe

6    was credited with the Parthenon, and many famous artists

7    such as Leonardo da Vinci have employed it throughout

8    their art, the golden proportion.  Also, it infuses the

9    geometry of the human body, so it's natural -- it's

10   naturally associated with beauty.

11             THE REPORTER:  Thank you.

12             THE WITNESS:  Sure.

13   BY MS. GATES:

14       Q.   So you mention you have a Facebook account and

15   a few different Facebook pages.  You know, how active

16   are you on Facebook?

17             MS. ZAHARIA:  Objection.

18   BY MS. GATES:

19       Q.   You can answer.

20       A.   Fairly active.  Maybe I post once or twice a

21   day -- I mean, once every two days or so.

22       Q.   How often do you check your account?

23       A.   What aspects of the account?

24       Q.   I just mean in addition to posting, do you, you

25   know, check your accounts a few times a day?  A few

Elliot McGucken, Ph.D.
March 15, 2021                                              46

```
1    times a week?

2         A.   Maybe, like, once a day.  You get notifications

3    on your phone, so it depends what you see coming

4    through.  Once a day.

5         Q.   So you have a notification set up where it

6    sends you a message on your phone?

7         A.   Not everything.  It's kind of whatever is

8    default, I just -- I tend to -- I don't do too much

9    fibbling (phonetic).

10        Q.   Do you know if your account is publicly

11   accessible on Facebook?

12             MS. ZAHARIA:  Objection.  Vague.

13   BY MS. GATES:

14        Q.   You can answer.

15        A.   I believe it is.

16        Q.   Do you know where you would need to go to check

17   to see if your account is public?

18        A.   Facebook.com/Elliot McGucken, my photography

19   account.

20        Q.   Do you understand what the difference is

21   between a public account and a private account on

22   Facebook?

23        A.   Yes.

24        Q.   Could you describe what the difference is to

25   these?
```

Elliot McGucken, Ph.D.
March 15, 2021                                    47

1        A.   If you want people to see your photography, you

2    tend to go towards the more public account, and if you

3    don't want people to see your photography, I presume you

4    tend towards a more private account.

5        Q.   So is it accurate that you've chosen the public

6    account in order for people to see your photography?

7        A.   Yes.

8        Q.   Have you ever read any of the terms of service

9    or policies that Facebook provides?

10           MS. ZAHARIA:   Objection.

11   BY MS. GATES:

12       Q.   You can answer.

13       A.   Not directly, but I do have general knowledge

14   because they're all posting excerpts on different

15   websites.

16       Q.   When you say "posting excerpts," what are you

17   referring to?

18       A.   Just throughout the photo bloggers here, you

19   just hear news about terms of service here and there,

20   so.

21       Q.   So you read the excerpts through the photo

22   blogs?

23       A.   Just the general news regarding them.

24       Q.   Is there any specific news you're referring to?

25       A.   Oh, I mean, this has been going on for years.

Elliot McGucken, Ph.D.
March 15, 2021                                              48

1    Now and then -- I can't remember specific examples, but

2    some platform will make a "rights grab."  So they get

3    bad news, and then they change it back to, like, not

4    doing the rights grab, so it turns into good news.  So

5    in general, they just get a feel for it.  And a lot of

6    experts weigh in, and I'm not really an expert, so

7    that's how I get my news a lot of times.

8         Q.   And what do you mean by a "rights grab"?

9         A.   I think that's a nebulous term, but it's, like,

10   you just see it on the comments, because so many

11   photographers say it, like, "They made a rights grab."

12   So then you, like, know not to use that website.  Or if

13   they say they no longer have a rights grab, then the

14   website is okay.  Again, it's this kind of vague just

15   memory over the years, there's a back and forth.

16        Q.   So if you read that specific website was

17   "making a rights grab," as you put it, you would not

18   want to use that website?

19        A.   Probably not, no.

20        Q.   Are there any websites that you're not using

21   right now because of this reason?

22        A.   Probably.  I can't think of any off the top of

23   my head, but if a website was doing it, I just wouldn't

24   use them in the first place, so...

25        Q.   Have you ever stopped using Facebook because of

Elliot McGucken, Ph.D.
March 15, 2021                                    49

1    the "rights grab," as you put it?

2        A.   No.  I always think that there's -- any "rights

3    grab" headlines would change within a day or so, or just

4    somebody could -- no, I've never stopped using Facebook.

5    It seems like it's resolved really quick.

6        Q.   Would you ever stop using other social media

7    accounts like Instagram because of that reason?

8        A.   I --

9             (Simultaneous colloquy)

10            MS. ZAHARIA:   Objection.

11   BY MS. KIM:

12       Q.   Have you ever stopped using Instagram at any

13   point?

14       A.   No.

15       Q.   So how many Instagram accounts do you have?

16       A.   I have four main ones, and I just set up, I

17   believe, a fifth for sculpture, because I'm doing

18   sculpture.

19       Q.   When you say "doing sculpture," do you mean

20   creating sculpture?

21       A.   Yes.

22       Q.   And what are the names of your Instagram

23   accounts?

24       A.   Elliot McGucken, 45SURF, Fine Art Ballet,

25   Golden Number Ratio, and McGucken Sculpture.

Elliot McGucken, Ph.D.
March 15, 2021                                    50

1          Q.   And how do you differentiate between those

2     accounts?

3          A.   Well, most of the names say most of it all.

4     45SURF is a lot of surf photography.  Fine Art Ballet is

5     a lot of my ballet photography, golden number ratio is

6     some of my photography showing the golden ratio and some

7     classics showing golden ratio, and McGucken Sculpture is

8     my sculpture.

9          Q.   So how often do you post on those accounts?

10         A.   Maybe two or three times a day for my most

11    active one, as COVID kind of put a halt on a lot of surf

12    photography.  That's the same as the ballet photography,

13    because they haven't been active.  So those accounts

14    haven't been posted for maybe a year since the shutdown

15    began, so McGucken Photography -- Elliot McGucken, about

16    three times a day, two or three times a day.

17         Q.   Do you also check your account for

18    notifications two to three times a day?

19              MS. ZAHARIA:  Objection.  Vague.

20    BY MS. GATES:

21         Q.   You can answer.

22         A.   Not -- not hugely.  I mostly post.  Every time

23    you post, you see what comes in, so.  Yes, I mean, I --

24    I'm not really conscious of it.  It's just there.

25         Q.   So of those Instagram accounts, is there an

Elliot McGucken, Ph.D.
March 15, 2021                                    51

1    account that you would characterize as your primary

2    account?

3         A.   Elliot McGucken.

4         Q.   Is that the landscape account?

5         A.   Yes.

6         Q.   Is that account public?

7         A.   Yes.

8              MS. ZAHARIA:   Objection.   Vague.

9    BY MS. GATES:

10        Q.   And do you understand the difference between

11   Instagram's public and private account options?

12        A.   Yes, I've seen some private accounts.

13        Q.   So on that account, do you mostly post your

14   landscape photography?

15        A.   Elliot McGucken account?

16        Q.   Correct.

17        A.   Yes.

18        Q.   Do you -- so the photos -- the photos you post

19   on that Instagram account, do you also post them

20   elsewhere such as on your website or Facebook?

21        A.   Yes.  I'll post them also in -- on Flickr, on

22   Facebook, yes.

23        Q.   So for a single photo that you may post on your

24   Instagram account, would you post that same photo

25   multiple different places online?

Elliot McGucken, Ph.D.
March 15, 2021                                          52

1          A.    Maybe two places, two or three.

2          Q.    How do you decide where to post photos?

3          A.    Different places have different audiences, and

4     you're trying to reach different audiences.

5          Q.    Would you post the exact same photo across

6     different accounts, or would you modify it in some way?

7          A.    Mostly the same.  Sometimes editing for color a

8     little bit, but mostly the same.

9          Q.    So when you post on social media, do you edit

10    the photos before posting?

11         A.    Barely at all, if ever.

12         Q.    Do you edit within the application or

13    separately on your computer?

14               MS. ZAHARIA:  Objection.  Vague.

15    BY MS. GATES:

16         Q.    You can answer if you understand.

17         A.    I edit most by large 99.9 percent of my...

18         Q.    What software do you use to edit photo?

19         A.    Adobe Lightroom and Photoshop.

20         Q.    Do you have a Twitter account?

21         A.    Yes.  Barely -- I have a few of them, but I

22    barely use them.

23         Q.    When you -- when you say "barely use them,"

24    what are you referring to?

25         A.    Well, I think when I post to Elliot McGucken,

Elliot McGucken, Ph.D.
March 15, 2021                                                53

1    sometimes it automatically posts to my Twitter account

2    also.

3         Q.    Are you referring to your Instagram account?

4         A.    Yeah, when I post on my Instagram account, it

5    automatically posts to Twitter sometimes.

6         Q.    Do you select that option, or is it a default

7    option?

8         A.    I mean, you can turn it on and off, but yeah, I

9    select to share it on Twitter.

10        Q.    So do you also post photos on Twitter?

11        A.    Yes.  I never log -- really log in and check

12   Twitter, but the posts go there from Instagram.

13        Q.    Do you ever post separately on Twitter

14   different from what you're posting on Instagram?

15        A.    Rarely.  Some of my physics, but rarely.

16   That's pretty rare.

17        Q.    You said you had multiple Twitter accounts.

18   Can you provide the names of the accounts?

19        A.    I think there's just 45SURF, and then there's

20   an Elliot McGucken, and there might be one devoted to my

21   physics, but it hasn't been active for years.  Twitter

22   is not a good place for physics.

23        Q.    Why is that?

24        A.    I think the 140-character limit, there's not

25   too much to do for physics.

Elliot McGucken, Ph.D.
March 15, 2021                                    54

1          Q.    You said you also have a Flickr account; is

2     that correct?

3          A.    Yes.

4          Q.    Do you have multiple Flickr accounts?

5          A.    I have two, but one hasn't been active for

6     years.

7          Q.    So for the active account, how regularly do you

8     use it, that account?

9          A.    Once every few days I'll post there.

10         Q.    And --

11         A.    Sometimes more often.

12         Q.    What is the name of the account?

13         A.    It's Hero's Odyssey Mythology Photography, I

14     believe.

15         Q.    Is there a specific reason you chose that name?

16         A.    Yes.  My photography is inspired by mythology.

17         Q.    So on this Flickr account, do you post all of

18     your photos or a trimmed down batch of photos?

19         A.    A trimmed down batch.

20         Q.    How do you select the photos that you post on

21     Flickr?

22         A.    After returning from a shoot, you go through

23     the best photos and you finish the best.

24         Q.    Do you post the high-quality, high-resolution

25     versions on Flickr?

Elliot McGucken, Ph.D.
March 15, 2021                                          55

1        A.   Yes.

2        Q.   So are these the same photos that you would

3    post on your website?

4        A.   Yes.

5        Q.   And are these the same photos that would you

6    post on Instagram?

7        A.   Yes.  But Instagram scales them down.

8        Q.   What do you mean by "scales them down"?

9        A.   Instagram compresses images.

10       Q.   So compresses the image size?

11       A.   Yes.

12       Q.   Does that affect the quality of the photo?

13       A.   Depending what you want to do with it.  If you

14   want to print it, yes.

15       Q.   And on Flickr, could you post the same photos

16   as you would on Facebook?

17       A.   I probably post more to Flickr.

18       Q.   Do you have any other social media accounts

19   that you regularly post photos on?

20       A.   No.  Those -- that wraps it up, I believe.

21       Q.   Are there any other places online that you

22   share photos?

23            MS. ZAHARIA:  Objection.  Vague.

24   BY MS. GATES:

25       Q.   You can answer if you understand.

Elliot McGucken, Ph.D.
March 15, 2021                                          56

1        A.   Not beyond what we've discussed really.  I

2   can't think off the top of my head.

3        Q.   So why is it that you post photos on your

4   website, Instagram, Facebook, and Flickr?

5        A.   To build my name.

6        Q.   Can you elaborate on that answer?

7        A.   Yes, to build my name and brand as a good

8   photographer.

9        Q.   Is it important to share photos on your website

10  and social media in order to build your name?

11       A.   Yes.

12       Q.   Are there any other reasons you post photos on

13  your website and social media?

14       A.   To share the art.

15       Q.   Is it important to post photos on your website

16  and social media in order to be able to share the art

17  with others?

18            MS. ZAHARIA:  Objection.  Vague.

19  BY MS. GATES:

20       Q.   You can answer.

21       A.   Yes.

22       Q.   Are there any particular audiences or people

23  you're trying to reach by posting your photos on your

24  website and social media?

25       A.   Anyone who loves my photography is welcome to.

Elliot McGucken, Ph.D.
March 15, 2021                                      57

1         Q.   And when you say "welcome to," what do you

2    mean?

3         A.   They're welcome to love my photography.

4         Q.   So posting on your website and social media,

5    are you inviting people to view your photography or

6    share it?

7         A.   View it.

8              MS. ZAHARIA:  Objection.  Vague and ambiguous.

9              THE REPORTER:  I'm sorry.  I didn't get the

10   answer.

11             THE VIDEO TECHNICIAN:  View it.

12   BY MS. GATES:

13        Q.   Do you want people to share your photography?

14        A.   Not illegally.

15        Q.   So you only want people to share your

16   photography legally?

17        A.   Yes.

18             MS. ZAHARIA:  Objection.  Calls for a legal

19   conclusion.

20             Counsel, can we take another five-minute break?

21             MS. GATES:  Okay.  Let's keep it to five

22   minutes, though.

23             MS. ZAHARIA:  I'm going to go off the record.

24             Elliot, please mute yourself.

25             (Recess)

Elliot McGucken, Ph.D.
March 15, 2021                                    58

1            MS. GATES:  All right.  I'd like to share an

2    exhibit here.  Bear with me while I pull it up on the

3    screen.

4    BY MS. GATES:

5        Q.   Do you recognize this document?

6        A.   Yes.

7        Q.   Is this a screenshot of your website

8    mcgucken.com?

9        A.   Yes.

10           MS. GATES:  Great.  Let's go ahead and mark

11   this as -- let's do Defendant's Exhibit 1.

12           (Exhibit 1 remotely introduced and marked)

13   BY MS. GATES:

14       Q.   So looking at this screenshot here, what are

15   these two images of cameras on the left-hand side?

16       A.   The Nikon D810 or D850, and the lens

17   14-24 millimeters.

18       Q.   Why are those images on your website?

19       A.   Affiliate Amazon sales.

20       Q.   So what is an affiliate Amazon sale?

21       A.   You earn money by selling Amazon products.

22       Q.   So if I were to click on this website, it would

23   take me to Amazon?

24       A.   I'm not sure if it's active, I haven't checked,

25   or updated.

Elliot McGucken, Ph.D.
March 15, 2021                                        59

1        Q.   But the purpose is to link to an Amazon

2    listing; is that correct?

3        A.   Yes.

4             MS. ZAHARIA:   Objection.   Vague.

5    BY MS. GATES:

6        Q.   How many affiliate links do you have on this

7    website?

8        A.   I don't know.

9        Q.   Do you receive any income from affiliate links?

10            MS. ZAHARIA:   Objection.   Vague.

11   BY MS. GATES:

12       Q.   You can answer.

13       A.   Barely.

14       Q.   What do you mean by "barely"?

15       A.   Under a hundred dollars a year.

16       Q.   And that's for all of the affiliate links on

17   the website?

18       A.   I believe.

19       Q.   What is this large image here on which it says

20   "McGucken Fine Art"?

21            MS. ZAHARIA:   Objection.   Vague.

22            THE WITNESS:   What is that image?   I'm not sure

23   I understand your question.

24   BY MS. GATES:

25       Q.   I'm just looking at this image on the first

Elliot McGucken, Ph.D.
March 15, 2021                                        60

```
1    page of the screenshot here that appears to show a

2    physical space with several prints --

3         A.   Oh, that's --

4              (Simultaneous colloquy)

5    BY MS. GATES:

6         Q.   -- that --

7         A.   That's the gallery that I spoke of, 2013 about.

8         Q.   So this gallery is no longer in existence?

9         A.   No.

10        Q.   Do you ever get any custom quotes or orders?

11             MS. ZAHARIA:  Objection.  Vague.

12   BY MS. GATES:

13        Q.   You can answer if you understand.

14        A.   This site, no.

15        Q.   Not from this site or not at all?

16        A.   Not from this site.

17        Q.   Do you get any custom quotes or orders from a

18   different website?

19        A.   Maybe a couple.

20        Q.   Are you referring to a couple of quotes or

21   orders?

22        A.   Yes.

23        Q.   How often do you receive custom quotes or

24   orders?

25        A.   Not often at the moment.
```

Elliot McGucken, Ph.D.
March 15, 2021                                      61

1        Q.    In the past, was it more often before the

2    pandemic?

3        A.    A bit more.

4        Q.    So what would be an example of a custom quote

5    or order?

6        A.    Somebody wants some images printed for their

7    office.

8        Q.    And you're referring to your images or someone

9    else's images?

10       A.    My images.

11       Q.    Do buyers often contact you for prints

12   specifically for their offices?

13       A.    Sometimes.  Not too often.

14       Q.    When buyers contact you for prints, do you

15   understand what the use is; whether it's for the office

16   or personal?

17            MS. ZAHARIA:  Objection.  Vague.

18            THE WITNESS:  Generally.

19   BY MS. GATES:

20       Q.    It's generally the office or generally

21   personal?

22       A.    Oh, well office is the one I'm thinking of.

23       Q.    So -- so buyers most often request prints for

24   office uses; is that correct?

25       A.    Yes.

Elliot McGucken, Ph.D.
March 15, 2021                                    62

1        Q.   And do these buyers find you through your
2    website?
3        A.   Partially through word of mouth.
4        Q.   How do they contact you?
5        A.   E-mail or phone.
6        Q.   About how many e-mails do you get per day?
7        A.   Not many.  Zero average per day.
8        Q.   You get zero e-mails a day?
9        A.   How many -- is the question how many total
10   e-mails do I get?
11       Q.   Yes.
12       A.   Pertaining to my art or just e-mail?
13       Q.   Pertaining to your photography.
14       A.   Zero today.
15       Q.   On an average day, how many e-mails do you get
16   pertaining to your photography?
17       A.   Zero.
18       Q.   What about phone calls?
19       A.   Zero.
20       Q.   Do you know why that is?
21       A.   I haven't been pushing or advertising the
22   prints.
23       Q.   And what about licensing?  Do you receive any
24   e-mails or phone calls related to license inquiries?
25       A.   Occasionally.

Elliot McGucken, Ph.D.
March 15, 2021                                        63

1          Q.    How often is that?

2          A.    Once -- once every six months or so.

3          Q.    So would you characterize your photography as

4    more a hobby or a paid profession?

5          A.    It's a --

6                MS. ZAHARIA:   Objection.

7    BY MS. GATES:

8          Q.    You can answer.

9          A.    It's a profession.  I'm building a long-term

10   brand.

11         Q.    So looking back at this Exhibit 1, what are

12   these yellow outlined images at the top of the screen?

13         A.    Those are books that I wrote.

14         Q.    Are these photography specific books or physics

15   books?

16         A.    Some are physics, some are photography, and one

17   is poetry, and one is about the Tao.

18         Q.    And do you know if I were to click on of these

19   books, would it direct me to a separate website?

20         A.    I believe it takes you to Amazon.

21         Q.    And that's where the books are being offered

22   for sale?

23         A.    Yes.

24         Q.    So before when we were talking about your

25   long-term branding, what did you mean by "long-term"?

Elliot McGucken, Ph.D.
March 15, 2021                                    64

```
 1        A.   That's variable, but long -- long-term, in it
 2   for life.
 3        Q.   Are you envisioning a specific number of years?
 4             MS. ZAHARIA:  Objection.  Vague.
 5   BY MS. GATES:
 6        Q.   You can answer if you understand.
 7        A.   I'm not sure I understand in this context.
 8   Could you please clarify?
 9        Q.   When you're using the term "long-term," are you
10   referring to a specific number of years?
11        A.   I don't really have a specific number of years
12   in mind.
13        Q.   What do you have in mind?
14        A.   Long-term, putting a space and creating the
15   best art.
16        Q.   Would you say that "long-term" specifies five
17   years or ten years?
18        A.   I'm not sure I can put that into terms.  Ansel
19   Adams just sold a print for around a million dollars.  I
20   think it was upwards 75 years after he shot it, maybe
21   more.
22        Q.   Have you ever done any work for "National
23   Geographic"?
24        A.   No.
25        Q.   And do you know, for your website, if you have
```

Elliot McGucken, Ph.D.
March 15, 2021                                          65

1    any terms and conditions or privacy policies?

2              MS. ZAHARIA:  Objection.  Vague.

3              THE WITNESS:  I don't believe anything beyond

4    what SmugMug would have.

5    BY MS. GATES:

6         Q.   So SmugMug provided everything you needed for

7    the website?

8         A.   I believe.  This site is hosted on SmugMug.

9         Q.   Have you read the amended complaint in this

10   case?

11        A.   Briefly.

12        Q.   Were you involved in the preparation of the

13   amended complaint?

14             MS. ZAHARIA:  Objection.  Calls for

15   attorney-client communications.

16   BY MS. GATES:

17        Q.   To the extent, you know, outside privileged

18   communications, can you state "yes" or "no" if you were

19   involved in the preparation of the amended complaint?

20        A.   I believe so.

21        Q.   Stating "yes" or "no," did you see any drafts

22   of the amended complaint before it was filed?

23        A.   I'm not sure.

24        Q.   You can't recall?

25        A.   I've seen many documents.  I don't recall

Elliot McGucken, Ph.D.
March 15, 2021                                        66

1    specifically.

2         Q.   Are you familiar with the allegations in the

3    amended complaint?

4              MS. ZAHARIA:  I'm going to object to the extent

5    it calls for attorney-client communication.

6    BY MS. GATES:

7         Q.   To the extent it doesn't get into any

8    privileged communication, are you familiar with the

9    allegations in the amended complaint?

10        A.   I believe so.

11        Q.   What is that belief based on?

12             MS. ZAHARIA:  And I'm going to object to the

13   extent it calls for attorney-client communications.

14   BY MS. GATES:

15        Q.   To the extent it doesn't get into any

16   attorney-client communication.

17        A.   I know what the case is about, but I'll leave

18   the details to my attorneys.

19        Q.   Were you involved in the discovery process in

20   this case, to the extent it doesn't get into any

21   privileged communications?

22        A.   This is part of the discovery process; right?

23        Q.   Correct.

24        A.   Well, then I think, yes, I'm involved.

25        Q.   How would you describe this case?

Elliot McGucken, Ph.D.
March 15, 2021                                      67

1              MS. ZAHARIA:  I'm going to object to the extent

2     it calls for a legal conclusion.

3     BY MS. GATES:

4         Q.   You can answer to your general knowledge.

5         A.   I'm no expert, but we have a constitution which

6     assigns an artist's rights to their creations.

7         Q.   How would you describe this case to a friend?

8              MS. ZAHARIA:  I'm going to object as vague and

9     calls for a legal conclusion.

10    BY MS. GATES:

11        Q.   You can answer.

12        A.   I would have them read the copyright clause of

13    the United States Constitution.

14        Q.   Have you ever seen any document request in

15    connection with this case?

16             MS. ZAHARIA:  Objection to the extent it calls

17    for attorney-client communications.

18    BY MS. GATES:

19        Q.   You can answer so long as it doesn't get into

20    any privileged communication.

21        A.   I believe documents were requested.

22        Q.   Did you read those document requests?

23        A.   I'm not sure if I read them or -- I provided

24    documents that were requested.

25        Q.   So you searched for documents to produce in

Elliot McGucken, Ph.D.
March 15, 2021                                    68

1    this case?

2         A.    Yes.

3         Q.    Where did you search for documents?

4         A.    In my e-mail.

5         Q.    Did you search anywhere else?

6         A.    I don't believe so.  Maybe the copyright

7    office, if that counts, or -- but I believe that's about

8    it.  Maybe correspondence concerning the use of my

9    images.

10        Q.    And without getting into any privileged

11   communications, did you give these documents to your

12   counsel?

13        A.    I gave what was requested.

14        Q.    Did you provide all responsive documents within

15   your possession?

16        A.    I believe so.

17        Q.    Are there any further responsive documents that

18   you have not given to counsel?

19        A.    No, I don't believe so.

20        Q.    So going back to your point about the

21   constitution:  When you're -- you're speaking with a

22   friend, how would you describe the case after the point

23   you made about the Constitution?

24             MS. ZAHARIA:  Objection to the extent this

25   calls for attorney-client communication.

Elliot McGucken, Ph.D.
March 15, 2021                                    69

1    BY MS. GATES:

2        Q.   Your not lawyer friend.

3             MS. ZAHARIA:  Same objection.

4    BY MS. GATES:

5        Q.   You can answer.

6        A.   I'm no expert, but one person can't use your

7    photograph without your consent, I believe.

8        Q.   Would you say anything else?

9             MS. ZAHARIA:  I'm going to object to the extent

10   this calls for attorney-client communications.

11   BY MS. GATES:

12       Q.   You can answer to the extent it doesn't get

13   into privileged communications.

14       A.   It depends on the friend I was talking to.

15       Q.   Why does it depend on the friend you're talking

16   to?

17            MS. ZAHARIA:  Same objection.  I'm going to

18   instruct the witness to not disclose any attorney-client

19   or privileged material, and it's vague.

20   BY MS. GATES:

21       Q.   You can answer with that instruction in mind.

22       A.   Some of my friends have law degrees.

23       Q.   So before you had mentioned the copyright

24   office.  Do you file applications for registration of

25   your photographs to the copyright office?

Elliot McGucken, Ph.D.
March 15, 2021                                          70

1          A.    I do.

2          Q.    Do you personally fill out the applications and

3     file them?

4          A.    I do.

5          Q.    How do you file them?

6                MS. ZAHARIA:   Objection.   Vague.

7                THE WITNESS:   In the manner they request.

8     BY MS. GATES:

9          Q.    And you file them in hard copy or using the

10    copyright office's electronic system?

11         A.    I believe it's only electronic now.

12         Q.    So you have an electronic copyright office

13    account?

14         A.    Yes.

15         Q.    How often do you file applications for

16    registration with the copyright office?

17         A.    It varies.

18         Q.    How about in a typical month?   How many

19    applications would you file for registration?

20         A.    Depends on the month.   Zero to many.

21         Q.    Last month, how many applications for

22    registration did you file with the copyright office?

23         A.    February, maybe I did two last February.   Maybe

24    I did three.   I'm doing some sculpture ones now.

25    February, maybe two, or three, or four.

Elliot McGucken, Ph.D.
March 15, 2021                                    71

1        Q.   How do you choose when to prepare an

2    application for registration?

3             MS. ZAHARIA:   Objection.   Vague.

4    BY MS. GATES:

5        Q.   You can answer.

6        A.   It varies.

7        Q.   What do you mean by "it varies"?

8        A.   Sometimes I'm on the road for months at a time,

9    so it's harder.

10       Q.   So would you not prepare and file an

11   application for registration while you're on the road?

12       A.   I would.

13       Q.   And based off the contents of what's covered in

14   that location, how do you choose to apply to register

15   something?

16            MS. ZAHARIA:   Objection.   Vague.

17            THE WITNESS:   Based on the contents, I'd follow

18   the copyright rules of the office.

19   BY MS. GATES:

20       Q.   Do you register all of your photographs with

21   the copyright office?

22       A.   As best I can.

23       Q.   What do you mean as best you can?

24       A.   I try to register all my photographs.

25       Q.   What type of registration do you typically use

Elliot McGucken, Ph.D.
March 15, 2021                                          72

1   for your photographs?

2              MS. ZAHARIA:  Objection.  Vague.

3              THE WITNESS:  The form that's provided by the

4   copyright office.

5   BY MS. GATES:

6       Q.   Do you know which form you typically use?

7       A.   Not off the top of my head.  I would have to

8   log in.

9       Q.   Do you know how many registrations you

10  currently hold?

11      A.   Maybe around 200 total.  That's a guess.

12      Q.   When did you start filing applications for

13  registration with the copyright office?

14             MS. ZAHARIA:  Objection.  Vague.

15             THE WITNESS:  Back in the '90s, I think.

16  BY MS. GATES:

17      Q.   Do you remember the specific year?

18      A.   No, I don't remember the year.

19      Q.   How did you learn how to fill out and file an

20  application for registration with the copyright office?

21      A.   Self-taught.

22      Q.   Did anyone train you?

23      A.   No.

24      Q.   Did you look at any materials online or

25  provided by the copyright office to teach yourself?

Elliot McGucken, Ph.D.
March 15, 2021                                    73

1       A.   Yes.

2       Q.   Do you recall what materials you looked at?

3       A.   I don't know specifically.   Whatever they

4   provide.

5       Q.   Why is it that you started filing registrations

6   with the copyright office in the '90s?

7            MS. ZAHARIA:   Objection.   Vague.

8   BY MS. GATES:

9       Q.   You can answer.

10      A.   To protect my copyrights.

11      Q.   Did anyone encourage you to file application

12  for registration with the copyright office?

13           MS. ZAHARIA:   I'm going to object to the extent

14  this calls for attorney-client communication.

15  BY MS. GATES:

16      Q.   You can answer.

17           I'm not asking for specific privilege

18  communication.

19      A.   I believe so.

20      Q.   Do you recall filing an application for

21  registration, for the photo at issue in this case?

22      A.   Yes.

23      Q.   Did you file it through your electronic account

24  with the copyright office?

25      A.   Yes.

Elliot McGucken, Ph.D.
March 15, 2021                                        74

1          Q.    Without getting into privileged communications,

2     did anyone assist you in the filing?

3          A.    No.

4          Q.    And did you receive a registration --

5          A.    Yes.

6          Q.    -- for the photo at issue?

7          A.    Yes.

8          Q.    Do you recall when you received that

9     registration?

10         A.    I don't know specifically.  Maybe a month after

11    I registered it.  Yeah.

12         Q.    Is that a typical turnaround time from the

13    copyright office, in your experience?

14         A.    It varies.

15              MS. GATES:  All right.  Let's take a look at

16    another document here.

17    BY MS. GATES:

18         Q.    Do you recognize this document?

19         A.    Yes.

20         Q.    Is this a Certificate of Registration that you

21    received?

22         A.    Yes.

23              MS. GATES:  I'd like to introduce this as

24    Defendant's Exhibit 2.

25              (Exhibit 2 remotely introduced and marked)

Elliot McGucken, Ph.D.
March 15, 2021                                    75

1    BY MS. GATES:

2        Q.   Do you recall filing the application for this

3    registration?

4        A.   Yes.

5        Q.   So you personally provided and filled out all

6    the information --

7        A.   Yes.

8        Q.   -- in this Certificate of Registration?

9        A.   Yes.

10       Q.   Does this registration cover the photograph at

11   issue in this case?

12       A.   Yes.

13       Q.   Do you typically file a group copyright

14   registration?

15       A.   Various, mostly, probably.

16       Q.   Did anyone teach you how to file a group

17   registration?

18       A.   No.

19       Q.   And this is a registration for published

20   photographs; right?

21       A.   Yes.

22       Q.   Do you recall where all the photographs listed

23   in the registration were published?

24       A.   Facebook.

25       Q.   And did you provide the deposit copies that you

Elliot McGucken, Ph.D.
March 15, 2021                                    76

1   submitted to the copyright office for production --

2   production in this case?

3       A.   Yes.

4       Q.   Did you file anything else with the copyright

5   office in connection with this registration?

6            MS. ZAHARIA:  Objection.  Vague.

7            THE WITNESS:  The deposit copies.

8   BY MS. GATES:

9       Q.   Did you file a list or an Excel file regarding

10  this photograph in this registration?

11      A.   I believe so.

12      Q.   Did you provide that Excel file for production

13  in this case?

14      A.   I'm not sure.

15      Q.   Do you know where that Excel file is located if

16  you needed to look for it?

17      A.   I could probably find it.  Yeah.

18           MS. GATES:  Counsel, we would like to request

19  the Excel file in connection with this registration at

20  this time, since I do not believe we've received it yet.

21      Q.   All right.  Let's take a look at --

22           MS. ZAHARIA:  Counsel, I would just like to

23  note for the record that I believe it's close to noon in

24  California.  Do you have an idea of how much

25  longer we'll go and what the plan is for lunch?

Elliot McGucken, Ph.D.
March 15, 2021                                   77

1            MS. GATES:  I did not make a specific plan for

2     lunch.  We're on a different time here.  I can -- you

3     know, I can go for another 30 minutes or more and then

4     we can break.  What is your preference?

5            MS. ZAHARIA:  I mean, does that sound all right

6     with you?

7            THE WITNESS:  I'm fine.  Yeah, perfect.

8            MS. ZAHARIA:  Thank you.

9     BY MS. GATES:

10        Q.   Let's take a look at another document.  Do you

11    recognize this photograph?

12        A.   Yes.

13        Q.   Is this a photograph that you took?

14        A.   Yes.

15           MS. GATES:  All right.  I would like to

16    introduce this as Defendant's Exhibit 3.  And this is,

17    again, McGucken 1 that was produced.

18           (Exhibit 3 remotely introduced and marked)

19    BY MS. GATES:

20        Q.   Do you recall when you took this photograph?

21        A.   Yes.

22        Q.   What date?

23        A.   Early March 2019.

24        Q.   And is this photograph that's included in the

25    registration that we just looked at?

Elliot McGucken, Ph.D.
March 15, 2021                                          78

1      A.    Yes.

2      Q.    Is this the photograph that's at issue in this

3   case?

4      A.    I believe so.

5      Q.    Can you describe what this photograph is

6   depicting?

7      A.    Water in Death Valley in front of the Panamint

8   Range.

9      Q.    So what brought to you this location in Death

10   Valley?

11      A.    Seeking photos of water in Death Valley.

12      Q.    Do you recall how many photographs you took of

13   this location at that time?

14      A.    Probably a few hundred.

15      Q.    Is that typical, to take a few hundred

16   photographs of a specific location?

17      A.    Well, this location this time is a little bit

18   nebulous, because that -- do you mean, like, the five

19   minutes here?  Because I'm around a lot of different

20   places in different angles, so, yeah, a few hundred,

21   especially when you have such a great scene.  Somewhere

22   around there.

23      Q.    Was there anyone else with you when you were

24   taking photographs of this location?

25      A.    No.

Elliot McGucken, Ph.D.
March 15, 2021                                    79

1        Q.    Was there anyone else around when you were

2    taking this photograph?

3        A.    No.

4        Q.    Do you know if you posted this photograph on

5    social media?

6        A.    I believe so.

7        Q.    Do you recall which social media account?

8        A.    Facebook, and Instagram, and probably Flickr.

9        Q.    So recalling the registration was for public --

10   published photos, and you had testified that the photos

11   were published on Facebook, do you -- do you consider

12   Facebook to be a publication?

13       A.    Yes.

14       Q.    Let's take a look at another document.

15             Do you recognize this document?

16       A.    I believe so, yes.

17       Q.    Is this the Facebook post you're referring to?

18       A.    I believe so.

19             MS. GATES:  I'd like to mark this as

20   Defendant's Exhibit 4.  It bears the Bates No.

21   McGucken -- or McGucken, my apologies, 2.

22             (Exhibit 4 remotely introduced and marked)

23   BY MS. GATES:

24       Q.    Did you edit this photo before posting it on

25   Facebook?

Elliot McGucken, Ph.D.
March 15, 2021                                    80

1       A.    Yes.

2       Q.    Why did you post it on Facebook?

3       A.    To build my brand.

4       Q.    And you had testified that you considered

5   Facebook to be a publication.  Why is that?

6             MS. ZAHARIA:  Objection.  Seeking legal

7   conclusion.

8   BY MS. GATES:

9       Q.    You can answer of your general knowledge.

10            MS. ZAHARIA:  I'm going to instruct the witness

11  not to answer on the basis of privilege.

12            MS. GATES:  Is it a legal conclusion or is it

13  privilege?

14            MS. ZAHARIA:  On the basis of privilege.  And

15  if he has an independent basis, he can provide it, but

16  it is also a legal conclusion.

17  BY MS. GATES:

18      Q.    Without getting into a legal conclusion or

19  anything you may have discussed with your attorney, why

20  do you consider Facebook to be a publication?

21      A.    People see the photograph.

22      Q.    So what was your specific purpose for posting

23  this photograph on Facebook?

24      A.    To build my fine art brand.

25      Q.    And how do you build your brand?

Elliot McGucken, Ph.D.
March 15, 2021                                        81

1        A.   By posting great, unique photographs.

2        Q.   Posting on Facebook?

3        A.   Partly.

4        Q.   Do you know if when you post on Facebook,

5   Facebook gets a copy of the photograph?

6             MS. ZAHARIA:  Objection.  Vague.  Seeking legal

7   conclusions.  Speculation.

8   BY MS. GATES:

9        Q.   Without getting into a legal conclusion, do you

10  understand the process of posting on Facebook and

11  whether they get a copy of your photograph?

12            MS. ZAHARIA:  Objection.  Calls for

13  speculation.

14  BY MS. GATES:

15       Q.   You can answer if you understand.

16       A.   Yes.

17       Q.   Does anyone hire you to take any photos in

18  Death Valley?

19       A.   No.

20       Q.   In addition to this photograph, did you post

21  any other photographs that you took that day on

22  Facebook?

23       A.   Yes.

24       Q.   Do you recall how many other photos you posted

25  on Facebook?

Elliot McGucken, Ph.D.
March 15, 2021                                    82

1        A.    I forget.  Maybe around 25 or so.

2        Q.    And is this a public Facebook post?

3              MS. ZAHARIA:  Objection.  Vague.

4    BY MS. GATES:

5        Q.    You can answer if you understand.

6        A.    People who follow me can see it.

7        Q.    Can someone who doesn't follow you see it?

8              MS. ZAHARIA:  Objection.  Calls for

9    speculation.

10   BY MS. GATES:

11       Q.    You can answer if you know.

12       A.    If they don't get a notification, I -- I don't

13   know.

14       Q.    In posting on social media in order to build

15   your brand, do -- do you know if these postings help

16   with getting job opportunities or selling prints?

17       A.    It's -- it's almost hard to tell what will sell

18   and what won't.

19       Q.    Do you have any access to data or analytics

20   that would show you how users access your photos?

21             MS. ZAHARIA:  Objection.  Vague.

22             THE WITNESS:  I think Facebook might have.  I

23   don't look at that.  I think they might have something,

24   but I don't look at it.

25   BY MS. GATES:

Elliot McGucken, Ph.D.
March 15, 2021                                         83

1        Q.   Do you have access to any data or analytics,

2    for example, for your website?

3              MS. ZAHARIA:  Objection.  Vague.

4              THE WITNESS:  I'm not sure beyond the -- yes,

5    there's some analytics there, but I don't check too

6    often.

7    BY MS. GATES:

8        Q.   How often do you check the analytics on the

9    website?

10       A.   It may have been months or a year or so.  I

11   can't recall.

12       Q.   How do you know if your brand is building?

13             MS. ZAHARIA:  Objection.  Vague.

14   BY MS. GATES:

15       Q.   You can answer if you know.

16       A.   Art is a nebulous, difficult industry, so it's

17   tough to measure it by the same measurement with which

18   we measure so many other things.  But being in the

19   Smithsonian is a good measurement and winning awards is

20   a good measurement and being honored with various

21   installations is a good measurement.

22       Q.   When you're referring to the "Smithsonian," are

23   you referring to a specific picture?

24       A.   Photographs they'll definitely like.

25       Q.   Of the photographs that we just saw on three?

Elliot McGucken, Ph.D.
March 15, 2021                                    84

1      A.   I'm not sure if that was the same one included

2   there.

3      Q.   But it was other photographs that you took that

4   same day at Death Valley?

5      A.   I'm not sure if it was that exact, same day.

6   There were a couple of days, but around that time.

7      Q.   How many days did you take photographs at Death

8   Valley?

9      A.   Around seven.  On that trip, the lake was just

10   about two days.

11      Q.   So the photos of the Death Valley lake, those

12   were taken over two days?

13      A.   I believe so.

14      Q.   Do you have any way of measuring financially

15   whether your brand is building?

16           MS. ZAHARIA:  Objection.  Vague.

17   BY MS. GATES:

18      Q.   You can answer.

19      A.   Not directly.  My artistic heroes never

20   consider their art solely on financial terms, but they

21   ended up creating great financial value by focusing on

22   creating excellent art.

23      Q.   So would you say your primary focus is on

24   creating excellent art?

25      A.   Yes.

Elliot McGucken, Ph.D.
March 15, 2021                                    85

1        Q.   I'd like to take a look at another document

2    here.

3             Do you recognize this screenshot?

4        A.   Yes.

5        Q.   Is this a screenshot of the album you posted in

6    connection with the -- the Death Valley lake photos?

7        A.   Yes.

8             MS. GATES:   I would like to mark this as

9    Defendant's Exhibit 5.

10            (Exhibit 5 remotely introduced and marked)

11   BY MS. GATES:

12       Q.   So how soon, after taking the photos of the

13   Death Valley lake, did you post them on Facebook?

14       A.   Well, I see they are taken on March 7th, and

15   they're posted on March 8th.

16       Q.   Do you typically post photos on Facebook within

17   a -- a day or so of taking them?

18       A.   It all depends on my schedule, but sometimes,

19   yes.

20       Q.   And did you edit all these photos before

21   posting them on Facebook?

22       A.   Yes.

23       Q.   Why did you post these photos in an album on

24   Facebook?

25       A.   To share the beauty of the Death Valley lake.

Elliot McGucken, Ph.D.
March 15, 2021                                                86

1      Q.   So you wanted to share multiple photos rather

2    than one or two photos?

3      A.   They capture different moments of different

4    subjects.

5      Q.   Do you usually use albums on Facebook to -- to

6    post multiple photos of the same location?

7      A.   It varies, but probably more often than not.

8      Q.   Did you post these photos anywhere else?

9      A.   Some on Instagram, and on Flickr probably most

10   of them.

11     Q.   Do you recall how many photos, of these photos,

12   did you post on Instagram?

13     A.   I don't know exactly.  Maybe five or six.

14     Q.   And do you recall how many photos -- of these

15   photos that you posted on Flickr?

16     A.   Probably all of them.

17     Q.   Would you say that you post more photos on

18   Flickr than you do on Facebook?

19     A.   Yes.

20     Q.   And would you say that you post more photos on

21   Flickr than you do on Instagram?

22     A.   Yes.

23     Q.   So looking at the screenshot in the right-hand

24   corner, it says 46 shares.  Do you know what that

25   represents?

Elliot McGucken, Ph.D.
March 15, 2021                                    87

1        A.    How many times the album was shared on

2   Facebook.

3        Q.    So did you expect Facebook users to share the

4   images?

5              MS. ZAHARIA:  Objection.  Vague.

6              THE WITNESS:  On Facebook.

7   BY MS. GATES:

8        Q.    But not elsewhere?

9        A.    No.

10       Q.    When you post albums, do people on Facebook

11  often share the album?

12       A.    Sometimes.

13       Q.    Would you say 46 shares is a typical number?

14       A.    Oh, it so varies.

15       Q.    Would you say that's a high number or a low

16  number?

17       A.    Probably on the higher side.

18       Q.    Take a look at another document.  Do you

19  recognize this document?

20       A.    Yes.

21       Q.    What is this document?

22       A.    A screenshot of Instagram.

23       Q.    Is this your Instagram account?

24       A.    Yes.

25             MS. GATES:  I'd like to introduce this as

Elliot McGucken, Ph.D.
March 15, 2021                                          88

1    Defendant's Exhibit 6.  And, for the record, this

2    document is bearing Bates No. NEWS152.

3              (Exhibit 6 remotely introduced and marked)

4    BY MS. GATES:

5        Q.   Do you know if this is the same photo or a

6    different photo from the Facebook post we were looking

7    at?

8        A.   I think it's the same photo.

9        Q.   Is it any different from the photo on Facebook

10   such that it contains edits or modifications?

11       A.   I don't believe so.  Might be cropped.

12       Q.   So you posted this photo on March 13th, 2019?

13       A.   Yes.

14       Q.   -- is that correct?

15            Do you know why you posted it on March 13th?

16       A.   Not specifically.

17       Q.   Do you typically post photos on Facebook first

18   and then post something on Instagram?

19       A.   Not always but sometimes.

20       Q.   Do you know -- do you recall why you were

21   sharing this photo on Instagram in this specific

22   instance?

23       A.   To build my brand.

24       Q.   Was this a public Instagram post?

25            MS. ZAHARIA:  Objection.  Vague.

Elliot McGucken, Ph.D.
March 15, 2021                                          89

1    BY MS. GATES:

2         Q.   You can answer.

3         A.   I'm not sure exactly what you mean, but I think

4    so.

5         Q.   Was this photo publicly accessible on

6    Instagram?

7              MS. ZAHARIA:  Objection.  Vague.

8              THE WITNESS:  I'm not sure, but I believe it

9    was.

10   BY MS. GATES:

11        Q.   Did you place any requirements or restrictions

12   on the use of the photograph in this post?

13             MS. ZAHARIA:  Objection.  Vague.

14             THE WITNESS:  It has my name on it, beside it.

15   BY MS. GATES:

16        Q.   Is that a requirement or a restriction?

17        A.   I believe the Constitution states that I have

18   full control of my images.

19        Q.   Did you post any other photographs similar to

20   this on Instagram?

21        A.   I believe I have.

22        Q.   When you're referring to the "Constitution"

23   before, do you have a specific section in mind?

24             MS. ZAHARIA:  Objection.  Calls for a legal

25   conclusion.

Elliot McGucken, Ph.D.
March 15, 2021                                                90

1    BY MS. GATES:

2         Q.    To the extent you know.

3         A.    Yeah.  I'm no expert, but it's the part of the

4    Constitution that gives creators rights to the work they

5    create.

6         Q.    Have you read the Constitution?

7         A.    Yes.

8         Q.    In its entirety?

9         A.    Yes.

10        Q.    When did you read the Constitution?

11        A.    Over the years.  I'm no expert, but I made my

12   best pass at reading it.

13        Q.    Have you read the Constitution recently?

14        A.    Has it changed?  No.  I don't believe I've read

15   it too recently.

16        Q.    Do you recall the last time you read it?

17        A.    Maybe, like, five or six years ago in its

18   entirety.

19        Q.    I'd like to take a look at another document.

20              Do you recognize this screenshot?

21        A.    Yes.

22        Q.    Is this an album that you posted on your

23   website?

24        A.    Yes, it is.

25              MS. GATES:  I'd like to introduce this as

Elliot McGucken, Ph.D.
March 15, 2021                                    91

1   Defendant's Exhibit 7.

2         (Exhibit 7 remotely introduced and marked)

3   BY MS. GATES:

4      Q.   Do you recall when you posted these photographs

5   on your website?

6      A.   I don't recall exactly.  Around -- around that

7   time, the 10th of March maybe.  I don't recall that.

8      Q.   And did you edit or modify any of these images

9   before posting them on your website?

10     A.   Yes.  Some of them are multishot panoramas

11  which require the stitching together of the multiple

12  photographs for super a high res image.

13     Q.   What is a "multishot panorama"?

14     A.   It's when you take 15 -- 10, 15, 20 shots.

15  Because the Panamint Range, I believe, is 50 miles long,

16  so you're trying to capture the whole span.  And then

17  you stitch those images together in either Lightroom or

18  Photoshop for one final image.

19     Q.   So those images are a high-resolution version;

20  correct?

21     A.   Yes.

22     Q.   Are all of these images that are seen here in

23  the screenshot high-resolution images?

24     A.   I believe so.  This screenshot doesn't show the

25  full resolution, though.

Elliot McGucken, Ph.D.
March 15, 2021                                    92

```
 1        Q.    What do you mean by that?

 2        A.    These are thumbnails.

 3        Q.    So in order to see the full-resolution image,

 4   would you need to click on the thumbnail image?

 5        A.    I believe so, yes.

 6        Q.    Do you recall why you posted these images on

 7   your website?

 8        A.    To share the beauty.

 9        Q.    Do you typically post full-size images on your

10   website?

11        A.    It depends on the website, but often, yes.

12        Q.    For this website, do you typically post

13   full-size images?

14        A.    I believe so.

15        Q.    Let's take a look at another screenshot.

16              Do you recognize this screenshot?

17        A.    Yes.

18        Q.    What is this screenshot?

19        A.    It's of the Death Valley lake.

20        Q.    Is this one of the full-size images from the

21   album of images that were just looking at in Exhibit 7?

22        A.    I think there's a higher res version of this

23   that's bigger.

24        Q.    That's available on your website?

25        A.    I believe so.
```

Elliot McGucken, Ph.D.
March 15, 2021                                            93

1          MS. GATES:  I'd like to introduce this as

2    Defendant's Exhibit 8.

3          (Exhibit 8 remotely introduced and marked)

4    BY MS. GATES:

5      Q.   Can you describe this information on the

6    left-hand side of the screenshot?

7      A.   Yes.  That information says "Copyright Elliot

8    McGucken 45Surf 45Epic."  And it gives various details

9    of the camera and lenses and settings that were used for

10   the image.

11     Q.   Where does this information come?

12     A.   I believe it's the EXIF information that's

13   embedded in the photograph.

14     Q.   So would the information come from your camera

15   or software program?

16     A.   Comes from the camera some of it, and then some

17   of it comes from the software program.

18     Q.   So I can Zoom in here if you need to see it

19   more clearly, but I believe it's one, two, three, four,

20   five, six, seven -- eight lines down it says "Date

21   taken."

22          Are you able to see that image, or do you need

23   me to zoom in?

24     A.   I believe the camera, that's 2017 or something?

25     Q.   Yes.

Elliot McGucken, Ph.D.
March 15, 2021                                          94

1          A.   I believe that's a camera slot, and it wasn't

2     set.

3          Q.   What do you mean it was not set?

4          A.   I didn't -- I don't know -- it doesn't seem

5     like it was set properly.

6          Q.   Do you typically have to set your camera to

7     include a specific date?

8          A.   Yeah.  Just generally when a camera -- some of

9     them have the clock right, some of them don't.  Some of

10    them you need to.  Sometimes the clock resets if there's

11    a sudden change of battery or the power dies, so I can't

12    recall anything about this clock.

13         Q.   Do you use the same camera, or do you have

14    multiple cameras?

15         A.   I have multiple cameras.

16         Q.   And looking down at the bottom here, the second

17    to last line, it says "date modified."

18              Can you read that?

19         A.   "2019," dash, "03/08."  Yeah.

20         Q.   Do you know why it says that date?

21         A.   I think that's Lightroom putting the date that

22    it was edited in Lightroom.

23         Q.   So March 8th, 2019, is when you edited this

24    photo?

25         A.   If the clock was right on my computer.  But,

Elliot McGucken, Ph.D.
March 15, 2021                                          95

1    yeah, that comes from Lightroom.

2         Q.   Does some of this information come from the

3    camera and some comes from Lightroom?

4         A.   Yes.

5         Q.   Would you characterize this information as

6    metadata?

7         A.   Yeah.

8         Q.   So what is it that you do with photographs in

9    the Lightroom program?

10        A.   You edit them.

11        Q.   Can you elaborate a bit more about editing

12   photos in Lightroom?

13        A.   Yes.  High-end photography, you want to capture

14   a raw file, and the raw file contains all of the

15   information of all the different colors and the lights

16   and darks, so it's very dull and grayish.  Then when you

17   edit in Lightroom, you bring out the colors, and the

18   sharpness, and the saturation, and the tones, and the

19   highlights and shadows.  So all that information is

20   there.  That's why you buy an expensive camera.  And

21   you're free to develop it as you see fit and to bend and

22   twist the light so as to bring both the way it was and

23   the way you saw it was to life.

24        Q.   So how long does it take you to typically edit

25   a photo in Lightroom?

Elliot McGucken, Ph.D.
March 15, 2021                                    96

1        A.    It depends.  Maybe a panoramic can take 10, 15,

2    20 minutes.  Your first pass -- the first photo you look

3    at, you're going to make a lot of adjustments, maybe

4    about a dozen of them.  And then once you have that

5    right, you can copy and paste on the other photos, so

6    sometimes some photos can take less time.  But maybe

7    about 10, 15 minutes.  You have to clean it up to

8    inspect for dust and everything.  So around that time.

9    It varies --

10        Q.    And --

11        A.    It varies wide, very wide.

12        Q.    And when you say "copy and paste," were you

13   referring to editing settings?

14        A.    Yeah, editing settings.

15        Q.    So you can edit one photo and then use the same

16   settings for other photos in the same group?

17        A.    Some basic settings would still match up, but

18   you still have to change a lot, but it gets you there

19   closer.

20             MS. GATES:  Now may actually be a good time to

21   break for lunch.

22             THE WITNESS:  Okay.

23             MS. GATES:  How long would you need for lunch?

24             THE WITNESS:  I'm fine with anything.

25             MS. GATES:  Should we say 30 minutes?  Is that

Elliot McGucken, Ph.D.
March 15, 2021                                                    97

```
 1    too short?

 2              THE WITNESS:  That works.  Up to Laura.

 3              MS. ZAHARIA:  Let's take 40 minutes.

 4              MS. GATES:  40 minutes?

 5              THE WITNESS:  Okay.

 6              MS. GATES:  Okay.  So it's 3:13 now, so we'll

 7    put 40 minutes on the clock.

 8              THE WITNESS:  All right.  Thank you.

 9              MS. GATES:  Thank you.

10                           *  *  *

11                     (LUNCHEON RECESS)

12                           *  *  *

13    BY MS. GATES:

14        Q.   So regarding those photographs we looked at

15    today, aside from posting those on your website and

16    social media, did you allow anyone else to use those

17    photographs?

18              MS. ZAHARIA:  Objection.  Vague.

19    BY MS. GATES:

20        Q.   You can answer.

21        A.   I believe in -- the document shares who else

22    was able to use the photographs.

23        Q.   Do you recall any of those people or entities

24    specifically?

25        A.   Yes.  SFGate and some others.
```

Elliot McGucken, Ph.D.
March 15, 2021                                    98

1        Q.    Okay.  Let's take a look at a document.  Do you

2    recognize this document?

3        A.    Yes.

4        Q.    What is it?

5        A.    Correspondence with SFGate regarding use of the

6    photo.

7              MS. GATES:  I would like to introduce this

8    document bearing Bates No. MCGUCKEN79, I believe it's

9    through 80, as Defendant's Exhibit 9.

10             (Exhibit 9 remotely introduced and marked)

11   BY MS. GATES:

12       Q.    So what is "SFGate"?

13       A.    It's a newspaper.

14       Q.    Is it a print newspaper or an online newspaper?

15       A.    It's at least online.  It may also be print.

16       Q.    Do you recall how SFGate got in contact with

17   you regarding the photo?

18       A.    Yes, in the e-mail shown.

19       Q.    Do you know where they saw your images in the

20   first place?

21             MS. ZAHARIA:  Objection.  Calls for

22   speculation.

23             THE WITNESS:  I don't recall.

24   BY MS. GATES:

25       Q.    Do you recall how many of the photos you

Elliot McGucken, Ph.D.
March 15, 2021                                           99

```
 1   permitted SFGate to use?

 2        A.    I don't recall.

 3        Q.    Did you require SFGate to pay a license fee for

 4   any of the photos?

 5        A.    No.

 6        Q.    Why not?

 7        A.    It was good for my brand.

 8        Q.    So because it was good for your brand, you

 9   allowed SFGate to uses the photos for free?

10        A.    Yes.  They put effort into an article, and it

11   was good for my brand.

12        Q.    What do you mean about "put effort into an

13   article"?

14        A.    They interviewed me and got the story.

15        Q.    So did you have a phone conversation separate

16   from the e-mail chain?

17        A.    I believe so.

18        Q.    And when you say it was good for your brand,

19   what do you mean by "good"?

20        A.    It portrayed artistic value of my work in a

21   positive light.

22        Q.    When you had the phone conversation, did you

23   speak with Amy Graff or someone else?

24        A.    I believe it was Amy.

25        Q.    Had you met or spoken with Amy before?
```

Elliot McGucken, Ph.D.
March 15, 2021                                        100

1        A.    I had not.

2        Q.    Had you ever worked with SFGate before?

3        A.    I don't believe so.

4        Q.    And when SFGate used your photos for free, did

5   you require SFGate to provide a credit or attribution?

6        A.    Yes.

7        Q.    Did you require SFGate to provide a link to

8   your website or your social media account?

9        A.    I believe so.

10       Q.    Do you think the credit or the link was more

11  important than a license fee in this instance?

12       A.    That's somewhat nebulous.  I'm not absolutely

13  sure.

14       Q.    Let's put it a different way.

15             What was important regarding SFGate using the

16  photos in this instance?

17       A.    A story -- telling the story of my work as a

18  fine art photographer.

19       Q.    So would you say that using the images in

20  conjunction with the story about you was the most

21  important?

22             MS. ZAHARIA:  Objection.

23  BY MS. GATES:

24       Q.    You can answer.

25       A.    I don't know if it was the most important, but

Elliot McGucken, Ph.D.
March 15, 2021                                          101

1    it was important.

2         Q.   Did you place any other restriction on your --

3    on that SFGATE's use of the photo?

4         A.   Not explicitly, but I trusted them to use them

5    as was discussed.

6         Q.   Did you ever provide SFGate with copies of the

7    image file by e-mail?

8              MS. ZAHARIA:   Objection.   Vague.

9              THE WITNESS:   This is the e-mail that I shared

10   with them.

11   BY MS. GATES:

12        Q.   Is it the only e-mail correspondence you had

13   with SFGate?

14        A.   I believe it encompasses, entails the totality.

15        Q.   So in this e-mail, you're sharing URLs to

16   Facebook and to your website; is that correct?

17        A.   Yes.

18        Q.   How did you expect SFGate would access or

19   download the photos for you?

20             MS. ZAHARIA:   Objection.   Vague.   Calls for

21   speculation.

22             THE WITNESS:   I'm not sure.   As it's generally

23   done.   I'm not sure.

24   BY MS. GATES:

25        Q.   So did you ever provide SFGate with an actual

Elliot McGucken, Ph.D.
March 15, 2021                                    102

1    image file via transfer or e-mail?

2            MS. ZAHARIA:  Objection.  Vague.

3            THE WITNESS:  Well, the images had to be

4    transferred in order for them to get them.

5    BY MS. GATES:

6        Q.   How were the images transferred to SFGate?

7        A.   Online.

8        Q.   How were the images transferred online to

9    SFGate?

10           MS. ZAHARIA:  Objection.  Vague.

11           THE WITNESS:  Over the Internet.

12   BY MS. GATES:

13       Q.   How were the images transferred over the

14   Internet to SFGate?

15           MS. ZAHARIA:  Objection.

16           THE WITNESS:  By the means described in this

17   e-mail.

18   BY MS. GATES:

19       Q.   So is it your testimony that you transferred

20   the image file to SFGate by providing URLs to your

21   Facebook and your website?

22       A.   I don't recall fully, but I believe so.

23       Q.   And when you spoke with Amy or someone else

24   from SFGate after, what was it that you discussed?

25       A.   The basic story that was detailed in SFGate.

Elliot McGucken, Ph.D.
March 15, 2021                                                    103

1        Q.    What do you mean by "the basic story"?

2        A.    The story of capturing the fine art images of

3    the lake in Death Valley.

4        Q.    So when you spoke with Amy or someone else at

5    SFGate, it was primarily about how you captured the

6    images; is that correct?

7        A.    I'm not sure if it was primarily, but it

8    definitely was a huge part of it.

9        Q.    Did you discuss anything else during that

10   conversation?

11       A.    I don't recall.

12       Q.    Would you refer to the images used by SFGate as

13   fine art images?

14       A.    Yes.

15       Q.    Do you recall if in your conversations with

16   SFGate, you asked images to be called fine art?

17       A.    I don't recall.

18       Q.    Let's take a look at another document here.

19             Do you recognize this document?

20       A.    Yes.

21       Q.    What is it?

22       A.    It's an image that I shot of the Death Valley

23   lake, a story about the image that I shot at Death

24   Valley lake.

25       Q.    Is this the story in that, that SFGate

Elliot McGucken, Ph.D.
March 15, 2021                                        104

1    published, regarding the photos?

2         A.   Yes.

3              MS. GATES:  I would like to introduce this as

4    Defendant's Exhibit 10.  We'll use the Bates range from

5    MCGUCKEN3 to 7.

6              (Exhibit 10 remotely introduced and marked)

7    BY MS. GATES:

8         Q.   Does this document refresh your recollection

9    about how many images SFGate used?

10        A.   Yes.

11        Q.   How many images did SFGate use in the article?

12        A.   It says image 10 of 30.

13        Q.   Is there an image 10 of 30?

14        A.   "Image 16 of 30."  It was too small.

15        Q.   So by that read, does it indicate that SFGate

16   included 30 images in the article?

17        A.   It seems to imply that.  Yes.

18        Q.   Do you know if SFGate posted the images

19   anywhere else aside from this article?

20        A.   I'm not --

21             MS. ZAHARIA:  Objection.  Calls for

22   speculation.

23             THE WITNESS:  Not sure.

24   BY MS. GATES:

25        Q.   Did you ever discuss with Amy or someone else

Elliot McGucken, Ph.D.
March 15, 2021                                              105

1    at SFGate as to how the photos would be used?

2         A.    Basically in the e-mail.

3         Q.    Did Amy or anyone else from SFGate ask you if

4    the photos could be used on social media?

5         A.    I don't believe so.

6         Q.    Do you know if any of your photos were used by

7    SFGate on social media?

8         A.    I don't know.

9         Q.    Do you know if all the images in that article

10   were your images?

11            MS. ZAHARIA:  Objection.  Vague.

12            THE WITNESS:  I believe they were, but I'm not

13   sure.

14   BY MS. GATES:

15        Q.    And SFGate has used your images alongside

16   advertising on its website; correct?

17        A.    I believe so.

18        Q.    Do you think SFGate made any money on the

19   article?

20            MS. ZAHARIA:  Objection.  Calls for

21   speculation.

22            THE WITNESS:  I wouldn't know.

23   BY MS. GATES:

24        Q.    Do you ever post advertisements on your own

25   personal website?

Elliot McGucken, Ph.D.
March 15, 2021                                    106

1              MS. ZAHARIA:  Objection.  Vague.

2    BY MS. GATES:

3         Q.   You can answer if you know.

4         A.   I might have in the past.  Not actively.

5         Q.   Are you aware of how advertisements work on a

6    website?

7              MS. ZAHARIA:  Objection.  Vague.

8              THE WITNESS:  Not too aware.

9    BY MS. GATES:

10        Q.   What are you aware of regarding advertisements

11   on websites?

12        A.   I'm no expert, but people pay to advertise.

13        Q.   Do you have any other specific knowledge

14   regarding how advertisements work on a website?

15             MS. ZAHARIA:  Objection.  Vague.

16             THE WITNESS:  I'm no expert.

17   BY MS. GATES:

18        Q.   Are you aware of whether views on the website

19   may affect advertisements?

20             MS. ZAHARIA:  Objection.  Vague.

21             THE WITNESS:  I imagine it depends.

22   BY MS. GATES:

23        Q.   What do you mean "it depends"?

24        A.   I don't understand every single case of online

25   advertising.

Elliot McGucken, Ph.D.
March 15, 2021                                107

1        Q.   What is the basis of your knowledge of online

2    advertising?

3        A.   Minimal.

4        Q.   Have you read any materials or books regarding

5    online advertising?

6        A.   Not really.  Not for a long time.

7        Q.   Take a look at another document.  I realize

8    this has a large black dot on this page, so I'll scroll

9    down.  So do you recognize this document?

10       A.   I believe I do.

11       Q.   What is it?

12       A.   It's an e-mail from the Smithsonian.

13            MS. GATES:  All right.  I would like to

14   introduce this as Defendant's Exhibit 11.  The document

15   bears McGucken Bates No. 48 through 49.

16            (Exhibit 11 remotely introduced and marked)

17   BY MS. KIM:

18       Q.   So had you worked with the Smithsonian or

19   smithsonian.com before this e-mail?

20       A.   No.

21       Q.   Was this the first time the smithsonian.com had

22   ever reached out to you?

23       A.   I believe so.

24       Q.   Do you know if the Smithsonian used your photos

25   after this correspondence?

Elliot McGucken, Ph.D.
March 15, 2021                                            108

1         A.   Yes, they did.

2         Q.   Do you recall if you required the Smithsonian

3    to pay a licensing fee?

4         A.   I didn't.

5         Q.   Why not?

6         A.   It was a payment to be on the Smithsonian

7    website.

8         Q.   What do you mean by "payment"?

9         A.   The Smithsonian has a wonderful brand, and it

10   enhanced my brand to be associated with it.

11        Q.   Did you think that the association with the

12   Smithsonian was worth more than a license fee in this

13   instance?

14        A.   I'm not sure of the exact details, but it seems

15   okay.

16        Q.   What do you mean by "okay"?

17        A.   It seemed okay, an okay exchange.

18        Q.   Do you recall how the Smithsonian used your

19   photos in this instance?

20        A.   Online, I believe.

21        Q.   Do you recall how many photos the Smithsonian

22   used?

23        A.   I don't recall.  A few.

24        Q.   Did you require the Smithsonian to provide you

25   with credit for attribution?

Elliot McGucken, Ph.D.
March 15, 2021                                              109

1          A.    That was implicit in the conversation.

2          Q.    And did you require the Smithsonian to provide

3    a link to your website or social media?

4          A.    I believe that was implicit.

5          Q.    What do you mean by "implicit"?

6          A.    They're my photos and they are celebrating my

7    name, so it's just natural they link to my website.

8          Q.    If they didn't link to your website, would you

9    ask them to do so?

10          A.    I don't recall.  It depends.  I'm not sure.

11          Q.    Do you typically assume if someone like the

12    Smithsonian is using your photos, that they would

13    provide credit and a link to your website?

14          A.    Yeah, they would definitely provide credit.

15    I'm not aware about negotiating how much or in what

16    form, but my name is the most prominent feature.

17          Q.    Do you have any other communications with Megan

18    Gambino or anyone at the Smithsonian regarding the use

19    of your photos in this instance?

20          A.    I believe there was a phone interview.

21          Q.    What did you discuss over the phone?

22          A.    The story of the creation of the fine art

23    images.

24          Q.    Did you discuss any restriction on the use of

25    the photos?

Elliot McGucken, Ph.D.
March 15, 2021                                    110

1          A.   No.  It was a mutually trusting relationship, I

2     felt.

3          Q.   Did you discuss how the Smithsonian would use

4     the photo?

5          A.   I don't recall.

6          Q.   Other than the story, do you recall anything

7     else that was discussed during the phone call?

8          A.   I don't recall.

9          Q.   Do you recognize this document?

10         A.   Yes.

11         Q.   What is it?

12         A.   "Smithsonian Magazine."

13         Q.   Is this the article you were referring to?

14         A.   Yes.

15              MS. GATES:  I'd like to introduce this document

16     as Defendant's Exhibit 12.  This bears

17     Bates No. MCGUCKEN50 through 53.

18              (Exhibit 12 remotely introduced and marked)

19     BY MS. GATES:

20         Q.   So is this how the Smithsonian used your photo?

21         A.   Yes, I believe so.

22         Q.   Do you know if the Smithsonian used your photos

23     in any other way separate from this document?

24         A.   I'm not aware.

25         Q.   Did the Smithsonian also use your photos next

Elliot McGucken, Ph.D.
March 15, 2021                                          111

1    to advertising?

2         A.   It seems so.

3         Q.   Would you also define these images as "fine art

4    images"?

5         A.   Yes.

6         Q.   What is your definition of a "fine art image"?

7         A.   An image that communicates what you were

8    feeling and what you were thinking in your heart and

9    soul when you captured the image.

10        Q.   Would you say that definition is personal to

11   you, or is it an industry-held definition?

12        A.   Probably other people share it with me, but

13   it's definitely my definition.

14        Q.   Do you recognize this document?

15        A.   Yes, I do.

16        Q.   What is it?

17        A.   It's an e-mail from AccuWeather.

18             MS. GATES:  All right.  I'd like to mark this

19   document as Defendant's Exhibit 13.  It bears

20   Bates No. MCGUCKEN64 through 67.

21             (Exhibit 13 remotely introduced and marked)

22   BY MS. GATES:

23        Q.   Do you recall what you were offering

24   AccuWeather in this e-mail?

25        A.   Yes.  To answer their questions and a link to

Elliot McGucken, Ph.D.
March 15, 2021                                                      112

1    the photos.

2        Q.   Were you permitting AccuWeather to use all of

3    your photographs for free?

4        A.   Yes, the photographs that I linked to.

5        Q.   And the link that you refer to, is that

6    Facebook or your website?

7        A.   That is -- well, one of them was Facebook, and

8    one of them is my website.

9        Q.   Do you know how many photos AccuWeather used?

10       A.   I forget the details.

11       Q.   And did you allow AccuWeather to use your

12   photographs for free?

13       A.   Yes, but with credit.

14       Q.   Would you characterize AccuWeather as a "fine

15   arts site"?

16       A.   With my images on it, yes.

17       Q.   Why did you not charge a license fee in this

18   instance?

19       A.   I believe he offered a phone interview, and the

20   story behind the creation of my fine art adds value to

21   my brand.

22       Q.   So because AccuWeather offered a phone

23   interview, you were willing to allow them to use your

24   photographs for free?

25       A.   Because they offered to write a story about the

Elliot McGucken, Ph.D.
March 15, 2021                                          113

 1     creation of my fine art, I felt that that was enhancing

 2     my brand, so I agreed.

 3         Q.    What did you mean here on the top of the second

 4     page where it says, "The original sizes may be enjoyed

 5     here"?

 6         A.    Those are larger than the Facebook.

 7         Q.    Do you recall if you ever provided the image

 8     files directly to AccuWeather?

 9         A.    I don't recall.

10         Q.    When you provided the link to Facebook in your

11     website, did you expect AccuWeather would access and

12     download the photos from those links?

13         A.    I believe so.

14         Q.    And when you wrote "Here are some new photos of

15     the flood too which haven't been shared yet," what were

16     you referring to?

17         A.    I may have finished more additional

18     photographs.

19         Q.    What did you mean by they "haven't been shared

20     yet"?

21         A.    It's March 12th for this?  I guess they might

22     have not been shared in the first batch, so they are

23     photos that I finished more recent.

24         Q.    But you had provided a link to Facebook.  So

25     had you shared them on Facebook?

Elliot McGucken, Ph.D.
March 15, 2021                                            114

1        A.   Yes, I believe I shared them on Facebook.

2        Q.   When you sent the URL to Brian of AccuWeather,

3   did you warn or caution him not to share the images?

4            MS. ZAHARIA:  Objection.  Vague.

5   BY MS. GATES:

6        Q.   You can answer.

7        A.   I think he was going to share them on the

8   AccuWeather story.

9        Q.   Did you place any other restrictions on use?

10       A.   I don't believe I did.

11       Q.   Did you speak with Brian or someone at

12   AccuWeather separately from this e-mail chain?

13       A.   I believe I spoke with Brian on the phone.

14       Q.   What is the YouTube video that is referred to

15   in this document?

16       A.   It's a video of the Death Valley with my brand

17   on it.

18       Q.   What do you mean by "brand"?

19       A.   45EPIC.

20       Q.   Are you referring to the eagle that's depicted

21   on the video?

22       A.   Yes.  It says "45EPIC" on the eagle.

23       Q.   Is that your logo?

24       A.   Yes.

25       Q.   So when you say in the e-mail, "Here's a video

Elliot McGucken, Ph.D.
March 15, 2021                                            115

1    with both stills and video of the lake," are you

2    referring to still photograph?

3         A.   I believe so.

4         Q.   So you shot both photographs and a video of the

5    lake?

6         A.   Yes.

7         Q.   Are any of the photographs you previously

8    looked at today encompassed in this video?

9         A.   They might be.

10        Q.   How do you choose which still photographs to

11   include in a video for YouTube?

12        A.   I forget exactly, but it might have been photos

13   that matched up to the video.

14        Q.   What do you mean by "matched up"?

15        A.   Photographs that showed similar areas depicted

16   in the video.

17        Q.   Do you recall how long the video was?

18        A.   Oh, I forget.  Maybe a minute, or two minutes,

19   or maybe three minutes.  I totally forget.

20        Q.   Do you typically create videos in conjunction

21   with your shoot?

22        A.   I do, but I don't finish or post them.

23        Q.   How often do you post videos to YouTube?

24        A.   Not too often.  Recently some drone videos, but

25   not too often at all.

Elliot McGucken, Ph.D.
March 15, 2021                                          116

1          Q.   With this e-mail, were you permitting Brian and

2     AccuWeather to use this YouTube video?

3          A.   Yes.

4          Q.   Did you send the video file directly to Brian

5     or AccuWeather?

6          A.   I don't know.  I don't think so.  I think they

7     got it off YouTube.

8          Q.   How -- do you know how they would get it off

9     YouTube?

10              MS. ZAHARIA:  Objection.  Calls for

11     speculation.

12              THE WITNESS:  Yeah.  I don't know if I sent it

13     or if they just got it off YouTube.  I totally forget

14     how they got it.

15     BY MS. GATES:

16          Q.   Do you know what syndicated news coverage is?

17              MS. ZAHARIA:  Objection.  Vague.

18              THE WITNESS:  I am no expert in the news

19     industry, but I believe it means "syndicated."

20     BY MS. GATES:

21          Q.   What does "syndicated" mean?

22          A.   "Distributed."

23          Q.   Do you know what Brian was referring to in this

24     e-mail when he talks about syndicated news coverage?

25              MS. ZAHARIA:  Objection.  Calls for

Elliot McGucken, Ph.D.
March 15, 2021                                    117

1    speculation.

2            THE WITNESS:  Not directly.

3    BY MS. GATES:

4        Q.   So when Brian asked, "Can we use your video for

5    our syndicated news coverage as well" and you replied,

6    "sure," was that permission to allow syndicate --

7    syndication of the YouTube video?

8        A.   I believe so.

9        Q.   Did you charge a syndication or a license fee?

10       A.   I did not.

11       Q.   Why not?

12       A.   I felt that getting my name out there with this

13   particular story attached would be a wonderful way to

14   communicate the value and characterize the value of my

15   fine art photography.

16       Q.   So what was your understanding of how the video

17   would be distributed?

18       A.   I believe that people would see it, and my name

19   would be on it and associated with it with credit to me,

20   and that was my understanding.

21       Q.   When you say "people would see it," are you

22   referring to the video on YouTube, or are you saying the

23   video would be seen elsewhere on other platforms?

24       A.   I believe -- I'm not sure, exactly.  I just

25   believed it would be shown with my name on it to various

Elliot McGucken, Ph.D.
March 15, 2021                                                    118

1    people.

2        Q.    Have you ever used a video from YouTube on one

3    of your websites?

4        A.    I believe I might have.

5        Q.    Do you recall how you used the video on your

6    website?

7        A.    Yeah.  I put it on the website.

8        Q.    Do you recall how you put it on the website?

9        A.    They provide a way for you to link the video on

10   the website.

11       Q.    When you say "they," who are you referring to?

12       A.    YouTube.

13       Q.    So YouTube provides you with a way to link to a

14   video on a website; is that correct?

15       A.    Yes.

16       Q.    Do you recall how YouTube provides you with the

17   way to do this?

18       A.    Yes.  They have a link option.

19       Q.    So have you ever used a video from YouTube

20   personally?

21       A.    I believe I have.

22       Q.    So how would you go through the process of

23   doing that?

24       A.    You copy the code and put it on your website.

25       Q.    When you say, "Put it on your website," what do

Elliot McGucken, Ph.D.
March 15, 2021                                     119

1    you mean?

2          A.    You put the code on your website.

3          Q.    When you say, "Put the code on your website,"

4    what do you mean?

5          A.    You take the code to link to the video, put it

6    on your website, and that links the video.

7          Q.    When you say, "Put it on your website," where

8    do you put it?

9          A.    In the HTML code.

10         Q.    So the code that YouTube provides, is it also

11   an HTML code?

12         A.    They provide various options.

13         Q.    When you've done this before, which option do

14   you select?

15         A.    I forget details, but I'm not sure if it's just

16   a link or the HTML.  I'm not sure.

17         Q.    When you used a video from YouTube on your

18   website, is it your own YouTube video or someone else's

19   YouTube video?

20         A.    I believe that I've used my own.  I might have

21   used somebody else's, but I can't recall.

22         Q.    How does the YouTube video appear on your

23   website when you've done it?

24         A.    I think it depends on the browser.

25         Q.    Which browser do you usually use?

Elliot McGucken, Ph.D.
March 15, 2021                                              120

1        A.    Chrome.

2        Q.    How does it appear in Chrome?

3        A.    It appears as the video.

4        Q.    When you say "as the video," what do you mean?

5        A.    You can watch the video.

6        Q.    Does the video refer back to YouTube?

7        A.    Yes.

8        Q.    If you were to watch the video on your website,

9   are you watching the video on YouTube?

10       A.    Yes.  Maybe -- I believe so.

11       Q.    Do you recognize this document?

12       A.    I do.

13       Q.    What is it?

14       A.    It is an article concerning my fine art

15  photography.

16       Q.    Is this an article on accuweather.com?

17       A.    Yes.

18       Q.    Is this the article that you spoke with Brian

19  of AccuWeather about?

20       A.    Yes.

21            MS. GATES:  Okay.  I would like to introduce

22  this document as Defendant's Exhibit 14.

23            (Exhibit 14 remotely introduced and marked)

24  BY MS. GATES:

25       Q.    Is this how AccuWeather used your photo?

Elliot McGucken, Ph.D.
March 15, 2021                                            121

1          A.    Yes, I believe so.

2          Q.    Do you recall how many photos AccuWeather used?

3          A.    It seems 16.

4          Q.    And did AccuWeather provide a link to your

5    website or social media?

6          A.    I believe so.

7          Q.    Is the photo on this page one of your photos?

8          A.    That is not my photograph.

9          Q.    What photograph is it?

10         A.    It says "Photos from the National Parks

11   Service."

12         Q.    Did AccuWeather also use your photos alongside

13   advertising on its website?

14         A.    It appears so, yes.

15         Q.    Do you recognize this document?

16         A.    Yes.

17         Q.    What is it?

18         A.    It's an e-mail requesting the use of my

19   photographs.

20         Q.    An e-mail from whom?

21         A.    Yasemin of "Live Science."

22               MS. GATES:  All right.  I would like to

23   introduce this e-mail MCGUCKEN70 through 78 as

24   Defendant's Exhibit 15.

25               (Exhibit 15 remotely introduced and marked)

Elliot McGucken, Ph.D.
March 15, 2021                                                    122

1     BY MS. GATES:

2          Q.   Do you know Yasemin?

3          A.   I don't.

4          Q.   Had you worked with "Live Science" before?

5          A.   I have not -- I don't believe I have.

6          Q.   Do you recall if you ever signed a photo

7     agreement in connection with this e-mail request?

8          A.   I can't recall.  I might have, but I can't

9     recall.

10         Q.   On the top of this page, it looks like Yasemin

11    is writing, "I will send along our photo agreement."  Do

12    you know if she ever did that?

13         A.   I can't recall.  Maybe she did.  I cannot

14    recall at all.

15         Q.   Would you typically sign a photo agreement for

16    the use of your photo in instances like this?

17         A.   It totally goes by a case-by-case basis.

18         Q.   Would you request a photo agreement, or would

19    it be the other side that would request a photo

20    agreement?

21         A.   It -- it -- it varies case by case.

22         Q.   Do you have your own photo agreement that you

23    use in instances like this?

24         A.   I've created invoices, I believe.

25         Q.   So would the invoice serve as the agreement?

Elliot McGucken, Ph.D.
March 15, 2021                                             123

1        A.    I don't believe it did in this case.

2        Q.    Do you recall if you've provided the image

3    files directly to "Live Science"?

4        A.    I totally forget how they got those.  They

5    might have -- there may be a link to the Facebook.

6        Q.    So if you provided links to the Facebook in

7    your website, would you not have provided the image

8    files directly to "Live Science"?

9        A.    I'm not sure if -- I'm not sure if I provide it

10   directly, but it looks like this was what I sent them.

11       Q.    Do you recall if you required "Live Science" to

12   pay a license fee?

13       A.    I don't believe so.

14       Q.    Why not?

15       A.    I forget details, but I believe I enjoyed the

16   website.  I do remember checking it out, and I enjoyed

17   the spirit of it, so...

18       Q.    In your typical practice, would you not require

19   someone to pay a license fee if you enjoyed the website?

20       A.    It all depends case by case.

21       Q.    Do you think credit was more important than the

22   license fee in this instance?

23       A.    At the time that I made this agreement, I

24   thought it was worth- -- worthwhile.

25       Q.    When you're deciding between requiring credit

Elliot McGucken, Ph.D.
March 15, 2021                                              124

1    or requiring a license fee, what types of factors do you

2    consider?

3         A.   Numerous.  How it reached out to you, how it

4    tells the story regarding my fine art photography, how

5    it presents my work.  Numerous.  Again, case by case, so

6    a lot, but different things can be taken into

7    consideration.

8         Q.   Do you ever discuss how your photos are going

9    to be used before you approve for use?

10             MS. ZAHARIA:  Objection.  Vague.

11             THE WITNESS:  A little bit.  We -- I mean, in

12   life, a lot of life's a dance where you basically have

13   trust.

14   BY MS. GATES:

15        Q.   Are there any other factors you consider in

16   deciding whether to ask for credit or require a license

17   fee?

18        A.   It all varies.  The -- how I'm approached as an

19   artist and photographer and how my work's used.  It's

20   many different factors like that.

21        Q.   Do you know how many photos "Live Science" used

22   in this instance?

23        A.   I don't recall.

24        Q.   Do you know how they used the photos?

25        A.   I don't recall specifically.

Elliot McGucken, Ph.D.
March 15, 2021                                                    125

1        Q.    Do you typically keep track of how entities or

2    people use your photos?

3        A.    I love hearing the stories.

4        Q.    Do you save the stories or have any other

5    recordkeeping of the uses of your photos?

6        A.    The e-mails are usually searchable, so those

7    are a record.

8        Q.    Do you recall if you placed any restrictions on

9    Live Science's use of your photos in this instance?

10       A.    I don't recall anything beyond these e-mails.

11       Q.    Did you speak with Yasemin or anyone else from

12   "Live Science" separate from these e-mails?

13       A.    I don't recall, but she did credit them with

14   Elliot McGucken Fine Art.

15       Q.    When you ask for credit, do you typically ask

16   for just your name or your name plus the term "fine

17   art"?

18       A.    It varies, but would I be guaranteed a credit

19   on all of my fine art photography with Elliot McGucken

20   Fine Art.  So yeah, in this case, I made sure to put

21   that in.

22       Q.    In this instance when Yasemin is writing, "We

23   had published it yesterday and linked to your Facebook,"

24   do you know personally what she was referring to?

25       A.    I don't.

Elliot McGucken, Ph.D.
March 15, 2021                                          126

1          Q.   Do you recognize this document?

2          A.   Yes.

3          Q.   What is it?

4          A.   It is the "Live Science" article.

5          Q.   The same "Live Science" article we were

6     discussing --

7          A.   Yes.

8          Q.   -- just a moment ago?

9          A.   Yes.

10              MS. GATES:  All right.  We would like to

11    introduce this as Defendant's Exhibit 16.

12              (Exhibit 16 remotely introduced and marked)

13    BY MS. GATES:

14         Q.   Is this how "Live Science" used your

15    photograph?

16         A.   I believe so, yes.

17         Q.   And do you recall if there were links to your

18    website or social media?

19         A.   I do not recall, but they did credit Elliot

20    McGucken Fine Art.

21         Q.   Did "Live Science" ask for any quotes or

22    anymore information regarding the story?

23         A.   In those e-mails, I believe that was the extent

24    of our conversation.

25         Q.   Do you have any -- did you have any concerns at

Elliot McGucken, Ph.D.
March 15, 2021                                                    127

1    the time because they did not ask for more information

2    about the creation of the photograph?

3            MS. ZAHARIA:  Objection.  Vague.

4            THE WITNESS:  Yeah, I believe they did, I mean,

5    we had a conversation, and the author said she found my

6    photos to be beautiful.  So when somebody says that they

7    find your work to be beautiful, that definitely bolsters

8    the fine art aspects of it, so then you get a little bit

9    of faith that they're going to treat your work in a fine

10   art manner, which they did.

11   BY MS. GATES:

12       Q.   So you're more concerned about the treatment of

13   the photograph rather than them -- "Live Science" asking

14   for more information about the -- the specifics behind

15   the photograph, you know, the lake and the location?

16       A.   Yeah, they told the story well and presented my

17   work as fine art photography, so I was content.

18       Q.   If you weren't content with how the photos were

19   presented, would you have done anything or taken any

20   action?

21           MS. ZAHARIA:  Objection.  Vague.

22           THE WITNESS:  Yes.  It's -- that's really

23   speculative.  Of course if somebody does something I

24   don't like, I would let them know.

25   BY MS. GATES:

Elliot McGucken, Ph.D.
March 15, 2021                                                128

1          Q.   How would you let them know?

2          A.   By e-mail probably.

3          Q.   Would you ask them to remove the photograph if

4     you didn't like how it was presented?

5          A.   That's so speculative.  I am not sure.

6          Q.   Are there ever -- have there ever been any

7     instances in which you permitted someone to use a

8     photograph but then ask that they take it down because

9     you didn't like the use?

10         A.   I can't recall offhand.

11         Q.   And did "Live Science" use your photograph

12    alongside advertisements?

13         A.   I believe they did.

14         Q.   Was that a concern for you?

15              MS. ZAHARIA:  Objection.  Vague.

16              THE WITNESS:  Not a huge concern.

17    BY MS. GATES:

18         Q.   Was it a minor concern?

19         A.   I didn't think about it.  They were treating my

20    work as fine art and presenting it to a scientific

21    audience.  As my background in physics and I do fine art

22    photography, I felt the use appropriate.

23    BY MS. GATES:

24         Q.   Other than the credit, do you recall if "Live

25    Science" referred to your images as fine art in the

Elliot McGucken, Ph.D.
March 15, 2021                                          129

1    article?

2         A.   I forget.  I would have to review the article,

3    but yeah, the captions of an article are part of the

4    article.

5         Q.   Do you recognize this document?

6         A.   Yes.

7         Q.   What is it?

8         A.   It's correspondence with the editor of

9    PetaPixel regarding a story about my fine art.

10             MS. GATES:  All right.  We would like to

11   introduce this article bearing Bates No. MCGUCKEN81

12   through 83 as Defendant's Exhibit 17.

13             (Exhibit 17 remotely introduced and marked)

14   BY MS. GATES:

15        Q.   Do you recall if PetaPixel reached out to you

16   or if you reached out to them?

17        A.   I believe I reached out to them.

18        Q.   And why did you reach out to PetaPixel?

19        A.   It is one of my favorite photography websites,

20   and it might be the biggest photography website, and it

21   is definitely somewhere to celebrate your fine art.

22        Q.   Have you worked with PetaPixel in the past?

23        A.   I believe I've written one or two articles.

24   Maybe one, maybe two.

25        Q.   When you say "written article," are you

Elliot McGucken, Ph.D.
March 15, 2021                                    130

1    referring to, you know, something lengthy or something

2    shorter such as captions?

3         A.    Relative -- I did an article concerning the

4    golden ratio in Ansel Adams' photography.  I remember

5    doing that with them.

6         Q.    Did PetaPixel reach out to you first, or did

7    you offer to write that article?

8         A.    I believe I pitched it to them.  I reached out

9    to them.

10        Q.    Did they compensate you for the article?

11        A.    No.  Not in monetary, but to be published on

12   PetaPixel and I was selling a book on the golden ratio,

13   so...

14        Q.    So in that instance, you wanted to be published

15   in PetaPixel for promotional purposes?

16        A.    Yes.

17        Q.    Do you know Michael Zhang personally?

18        A.    I don't, but I corresponded with him, I

19   believe, on the golden ratio article.

20        Q.    Do you know what his role is at PetaPixel?

21        A.    I believe he's one of the founders, and I

22   believe that he is, like, the head editor or

23   editor-in-chief or definitely a higher-up editor.  I

24   don't know their business structure, but, yeah, he's

25   founder/editor, something like that.

Elliot McGucken, Ph.D.
March 15, 2021                                        131

1      Q.   Do you recall if you provided the image files

2   directly to PetaPixel?

3      A.   I forget exactly if I provided them a link to

4   the files and he chose his favorites or -- it's

5   probably -- I believe all the correspondence was in this

6   e-mail, so what's here is here.

7      Q.   So when you provide a link to images, do you

8   allow -- typically allow the editor to choose which

9   images they'll use?

10      A.   In this case, I trusted Michael, I loved his

11   website and his work, so...

12      Q.   When you worked with other editors at

13   publications, is that your typical practice, to provide

14   a link and allow them to choose images?

15      A.   Generally, yes.

16      Q.   In this instance, did you expect PetaPixel to

17   download the images from Facebook or your website?

18      A.   Most likely.

19      Q.   Did you require PetaPixel to pay a license fee?

20      A.   I did not.

21      Q.   Why not?

22      A.   It's -- it's an honor in the photographic

23   community to have your fine art photography displayed on

24   PetaPixel.

25      Q.   So because it was an honor, you did not charge

Elliot McGucken, Ph.D.
March 15, 2021                                    132

1    a license fee?

2         A.    Yes.

3         Q.    Did you require PetaPixel to provide you with

4    credit?

5         A.    Yes.  They wrote the -- I think they wrote

6    it -- posted the article as I wrote it myself.

7         Q.    Did you provide a -- separate written documents

8    for the article?

9         A.    I believe if you scroll up, you'll see the

10   story that I told, and I believe that Michael took that

11   story with extra statements.  My general recollection --

12   it was a couple of years ago, but I believe he took that

13   statement and chose the photos he wanted, and that's how

14   he created the article.  That's what I recall.

15        Q.    And do you recall if you asked PetaPixel to

16   provide credit to just your name or your name plus the

17   term "fine art"?

18        A.    Well, it's a different audience.  Like the

19   photographic websites when you're amongst photographers,

20   they recognize fine art when they see it.  So most every

21   photographer in that context is going to see it as fine

22   art.  So, yeah, I generally like people saying fine art,

23   but when you're in the photographic community, it can be

24   a little bit redundant, so...

25        Q.    Do you know how many photos PetaPixel used for

Elliot McGucken, Ph.D.
March 15, 2021                                            133

1    this article?

2         A.    I forget.  Maybe less than a dozen, I would

3    guess maybe between six and 12.  I forget.

4         Q.    And regarding your distinction of using the

5    term "fine art" for PetaPixel versus other types of

6    publications, what is that understanding based on?

7         A.    Just generally that you also want to show a

8    degree of humility amongst your fellow photographers.

9    So many they do fine art.  So if they post pictures,

10   it's kind of there's no need to tell them that it's fine

11   art.  They understand that, so...

12        Q.    Do you know if PetaPixel used the photos

13   anywhere else aside from its website?

14        A.    I'm not sure.

15        Q.    Did you place any restrictions on the use of

16   the photo?

17        A.    No.  I've worked with them before, and I

18   trusted them.

19        Q.    Aside from this e-mail correspondence, did you

20   speak with Michael or anyone from PetaPixel separately?

21        A.    I don't think so.  I think this was the full

22   extent of it.  I believe so.

23        Q.    Do you recognize this document?

24        A.    Yes.  It is the PetaPixel article.

25             MS. GATES:  All right.  We would like to

Elliot McGucken, Ph.D.
March 15, 2021                                    134

```
 1    introduce this as Defendant's Exhibit 18.  There is

 2    Bates No. MCGUCKEN44 through 47.

 3              (Exhibit 18 remotely introduced and marked)

 4    BY MS. GATES:

 5       Q.   Does this refresh your recollection about how

 6    many photos PetaPixel used?

 7       A.   Yes.  It would have been the number displayed

 8    here.  Is that 10 or 12?  I didn't count.  Oh,

 9    perfectly.

10       Q.   You tell me.

11       A.   Well, there's four, five -- it looks like a

12    part of one, so six, seven, eight, nine -- nine?  I

13    guess nine.  It looks like one was cropped.

14       Q.   Did you ask PetaPixel to link to your website

15    or social media accounts in this article?

16       A.   I believe that my name was in the byline, and

17    that links to my website.  Like, I believe there's a

18    link to my website there.  I forget.

19       Q.   And did PetaPixel display your photograph

20    alongside advertising?

21       A.   I believe they did.

22       Q.   Was this a -- any concern whether it be major

23    or minor?

24              MS. ZAHARIA:  Objection.  Vague.

25              THE WITNESS:  I don't recall, but not -- not a
```

Elliot McGucken, Ph.D.
March 15, 2021                                          135

```
 1    huge concern.  They gave me 100 percent control.

 2    BY MS. GATES:

 3        Q.   What do you mean by "100 percent control"?

 4        A.   Oh, they used my words for the article.

 5        Q.   Did they allow you to edit the article before

 6    it was posted?

 7        A.   No, but they pretty much used what I said.

 8        Q.   Do you recognize this document?

 9        A.   Yes.

10        Q.   What is it?

11        A.   It's a letter e-mail from Jonathan Carey at

12    "Atlas Obscura."

13             MS. GATES:  All right.  We'll introduce this

14    document as Defendant's Exhibit 19.  It bears

15    Bates No. MCGUCKEN68.

16             (Exhibit 19 remotely introduced and marked)

17    BY MS. GATES:

18        Q.   What is "Atlas Obscura"?

19        A.   I believe it's basically somewhat of a news

20    site that's more, like, long-term, and they concentrate

21    on phenomena, physical phenomena or paraphysial

22    phenomena, that's just my general sense.

23        Q.   Had you worked with Jonathan Carey or "Atlas

24    Obscura" before this communication?

25        A.   No, I don't believe I have.
```

Elliot McGucken, Ph.D.
March 15, 2021                                    136

```
 1        Q.   Did Atlas ultimately use your photos in an

 2   article?

 3        A.   I believe they did.

 4        Q.   Do you recall how many Atlas used?

 5        A.   I can't recall off the top of my head.

 6        Q.   Do you recall if you provided the image files

 7   to Atlas?

 8        A.   I don't recall how they got them.

 9        Q.   Did you have any separate communications with

10   Atlas aside from this e-mail?

11        A.   I believe this represents the entirety.

12        Q.   Did you speak with anyone by phone at Atlas?

13        A.   I forget.  I might have, but I forget.

14        Q.   Do you know whether Jonathan or someone at

15   Atlas accessed your photos from your website or social

16   media?

17             MS. ZAHARIA:  Objection.  Calls for

18   speculation.

19             THE WITNESS:  Yeah.  I'm not sure exactly.  It

20   would be in this correspondence most likely.

21   BY MS. GATES:

22        Q.   If it's not referenced in the e-mail, how would

23   you expect Atlas to access your photographs?

24             MS. ZAHARIA:  Objection.  Calls for

25   speculation.
```

Elliot McGucken, Ph.D.
March 15, 2021                                    137

```
 1              THE WITNESS:  I'm not sure.

 2    BY MS. GATES:

 3       Q.   Did you charge Atlas a license fee to use your

 4    photograph in this instance?

 5       A.   I don't believe so.

 6       Q.   Why not?

 7       A.   I believe I checked out the website, it had a

 8    little bit of a scientific bent to it.  It had a little

 9    bit of a feel of something that was special and rare, so

10    I kind of felt that that aligned with my fine art brand.

11       Q.   In deciding whether to grant permission to use

12    your photographs without a license fee, do you typically

13    check out the website beforehand?

14       A.   Yes.

15       Q.   What do you look for on the website?

16       A.   I --

17              MS. ZAHARIA:  Objection.

18              THE WITNESS:  It varies.  It all depends on the

19    website.  There's so many variations on websites.

20    BY MS. GATES:

21       Q.   Is there anything in particular that you would

22    like to see on the website in order to approve use of

23    the photo for free?

24       A.   That's nebulous.  I would have to go on a

25    case-by-case basis.
```

Elliot McGucken, Ph.D.
March 15, 2021                                          138

1          Q.    Can you provide an example of what you may see

2    on a website that prompts you to want to allow the

3    website to use your photos for free?

4          A.    Well, the Smithsonian institution is famous for

5    the realm of both science and the arts, so that's

6    definitely a case of where I would want my photos to

7    appear.

8          Q.    So you typically look for websites that are

9    focused on science and the arts?

10         A.    Generally speaking.  There's so many factors.

11         Q.    Would you characterize your images of the Death

12   Valley lake as newsworthy?

13              MS. ZAHARIA:  Objection.  Seeking legal

14   conclusion.

15   BY MS. GATES:

16         Q.    To the extent you understand the term.

17         A.    In a "fine art" sense.

18         Q.    What about in the -- in the news sense?

19         A.    That's up -- I mean, I have no say in what

20   people see as news, but I see them as fine art.

21         Q.    Do you have any experience in journalism?

22         A.    Not really.

23         Q.    But you've written articles for websites like

24   PetaPixel?

25         A.    Yes.

Elliot McGucken, Ph.D.
March 15, 2021                                        139

1       Q.    Have you written any other articles?

2       A.    Maybe a couple.

3       Q.    What types of articles have you written?

4       A.    I don't -- I mean, things on the golden ratio,

5    physics articles for scientific research, so that's

6    probably about it.

7       Q.    Would you say that a weather event is a news

8    event?

9             MS. ZAHARIA:  Objection.

10            THE WITNESS:  I'm no expert, but I think it was

11   a fine art event, in my case.

12   BY MS. GATES:

13      Q.    Would you say that a phenomenon is a news

14   event?

15            MS. ZAHARIA:  Objection.

16            THE WITNESS:  It -- it all depends.

17   BY MS. GATES:

18      Q.    Depends on what?

19      A.    If it becomes news or not.

20      Q.    What do you mean by "if it becomes news or

21   not"?

22      A.    I'm no expert on exactly what constitutes news,

23   but yeah, it's difficult to answer.

24      Q.    Do you think the interest in this instance was

25   in a news event or in your fine art photos?

Elliot McGucken, Ph.D.
March 15, 2021                                          140

1              MS. ZAHARIA:  Objection.

2              THE WITNESS:  I'm not sure in whose -- whose

3       interest you're talking about.  My interest was in the

4       fine art.

5       BY MS. GATES:

6          Q.   Let's take "Atlas Obscura," for example.  This

7       document states, "I'm currently working on a story about

8       the lake that was created in Death Valley."

9              Based on that statement, do you think, you

10      know, "Atlas Obscura's" interest was in the weather

11      event?

12             MS. ZAHARIA:  Objection.  Calls for

13      speculation.

14             THE WITNESS:  Yeah, I would have to speculate.

15      But generally rare weather events make fine art

16      photography, and we seek those rare moments.  And I'd

17      have to add that rare weather events captured with an

18      expertise and a vision that also places your feelings

19      and your interpretations seen upon it.

20      BY MS. GATES:

21         Q.   When you captured the photos of the Death

22      Valley lake, would you say that you were documenting an

23      event?

24             MS. ZAHARIA:  Objection.  Vague.

25             THE WITNESS:  No.  It's not the rare

Elliot McGucken, Ph.D.
March 15, 2021                                                    141

1    documentation.  It's the position of your vision and

2    your feelings and capturing the world as you perceive it

3    through your own individual set of eyes.  Documenting

4    would just be somebody else taking something with their

5    iPhone if it was, but mine was a fine art effort.  I was

6    very conscious of that.

7    BY MS. GATES:

8         Q.   So do you think there's a difference between

9    taking a photo with an iPhone and taking a photo with

10   a -- a camera such as the one you used?

11        A.   Definitely.

12        Q.   What is that difference?

13        A.   Oh, millions of ways.  For one, iPhones of that

14   era didn't shoot raw files.

15        Q.   And what is a "raw file"?

16        A.   A "raw file" is a file that contains all of the

17   information, a huge file, and then you get to select

18   which information you bring out of it in the processing.

19        Q.   Are there any other differences between an

20   image shot with a iPhone and an image shot with a camera

21   like yours?

22        A.   The resolution, the quality, the ability to

23   post process and make it into fine art.  Yes.  It's

24   night and day.

25        Q.   Do you think that --

Elliot McGucken, Ph.D.
March 15, 2021                                                142

1              MS. ZAHARIA:  Counsel, we've been going for

2      over an hour.  Do you have an idea of when we should --

3      we'll be able to take a short break?

4              MS. GATES:  Yeah.  If I can just wrap up this

5      one point, maybe five -- five more minutes.

6         Q.   So do you -- do you think that fine art images

7      can be taken with an iPhone?

8         A.   It's probably possible, but that's speculation.

9      But I think the superior images that you see in

10     galleries that sell for a lot are not taken with

11     iPhones.

12        Q.   Have you ever captured an image with an iPhone?

13        A.   Yes.

14        Q.   Would you characterize any of the images that

15     you've captured with an iPhone as fine art?

16        A.   Probably not.

17        Q.   Do you recognize this document?

18        A.   Yes.

19        Q.   What is it?

20        A.   It is the "Atlas Obscura" article pertaining to

21     my image which says "McGucken 45Epic Fine Art Landscape

22     Photography."

23        Q.   Do you recall if you provided that credit to

24     Atlas?

25        A.   I forget where it came from exactly.

Elliot McGucken, Ph.D.
March 15, 2021                                          143

```
 1              MS. GATES:  Let's introduce this exhibit as

 2    Defendant's Exhibit 20.

 3              (Exhibit 20 remotely introduced and marked)

 4    BY MS. GATES:

 5       Q.   Do you know where Atlas would have drawn that

 6    credit if you had not provided it?

 7              MS. ZAHARIA:  Objection.  Calls for

 8    speculation.

 9              THE WITNESS:  Yeah.  I'm not sure exactly.

10    BY MS. GATES:

11       Q.   The name "45Epic Fine Art Landscape

12    Photography," where is that used online?

13              MS. ZAHARIA:  Objection.  Vague.

14              THE WITNESS:  Various places.

15    BY MS. GATES:

16       Q.   Which places?

17       A.   I believe Facebook, Instagram, my own website,

18    Flickr.  Various places.

19       Q.   Is this how "Atlas Obscura" used your photos?

20       A.   I believe so.

21       Q.   And did Atlas use your photos alongside

22    advertisement?

23       A.   They did.

24       Q.   Was that a concern for you whether major or

25    minor?
```

Elliot McGucken, Ph.D.
March 15, 2021                                    144

1          MS. ZAHARIA:  Objection.  Vague.

2          THE WITNESS:  Probably minor.  He says the

3    photographs are dazzling.

4          THE REPORTER:  I'm sorry.  Can you repeat the

5    end of that statement.  "He says the photographs are" --

6          THE WITNESS:  So the author, Jonathan Carey,

7    said the photographers are dazzling, which definitely

8    plays into my exalted fine art brand.

9    BY MS. GATES:

10         Q.   Where does he say that the photographs are

11   dazzling?

12         A.   I think if you scroll to the bottom, and "The

13   results are these dazzling photos which capture a

14   natural wonder that would have remained hidden if not

15   for the photographer and his camera."

16         So yeah, it exalts my fine art and my

17   uniqueness and talent as a photographer.

18         Q.   Do you think Atlas' use of the photos in this

19   photograph was also for a news purpose?

20         MS. ZAHARIA:  Objection.  Calls for a legal

21   conclusion.

22         THE WITNESS:  I've never given it thought, but

23   they definitely exalted the nature of my fine art brand,

24   and they saluted it and paid tribute to it, so overall

25   that's a good thing.

Elliot McGucken, Ph.D.
March 15, 2021                                        145

1    BY MS. GATES:

2        Q.   Would you agree with the statement noted in

3    this last sentence of the document that "the natural

4    wonder would have remained hidden if not captured by the

5    photographer"?

6            MS. ZAHARIA:  Objection.  Calls for

7    speculation.

8            THE WITNESS:  Yeah.  There are many

9    interpretations for that, but in this case I feel like I

10   captured the event as fine art photography, which

11   resulted in dazzling photographs.

12           MS. ZAHARIA:  All right, Counsel.  We're going

13   to take a break now.  We're going to go off the record

14   for five minutes.

15           MS. GATES:  I have a few questions.  I would

16   like to finish this document so I don't have to come

17   back to it.

18           MS. ZAHARIA:  We're going to proceed to taking

19   a break now.

20           MS. GATES:  How long?

21           MS. ZAHARIA:  Five minutes.

22           MS. GATES:  Let's keep it to five minutes,

23   please.

24           (Recess)

25   BY MS. GATES:

Elliot McGucken, Ph.D.
March 15, 2021                                                    146

1        Q.   Let's go back to taking a look at this,

2   Exhibit 20.  Do you see the sentence here in the exhibit

3   that says, "Luckily, this phenomenon was caught on

4   camera by the photographer?

5        A.   Yes.

6        Q.   Do you agree with that characterization?

7             MS. ZAHARIA:  Objection.  Vague.

8             THE WITNESS:  As a fine art photographer, yes.

9   BY MS. GATES:

10       Q.   Would you agree that a news photograph can also

11  be fine art?

12       A.   I'm no expert.  I'm not sure.  What do you mean

13  by "fine art"?

14       Q.   What do you mean by "fine art"?

15       A.   I think I've already answered that question.

16       Q.   So under your definition of fine art, would you

17  agree that news photographs can also be fine art?

18       A.   But I don't know what you mean by "fine art,"

19  so if I give my answer, I'm not sure if you'll

20  understand it in the way that I intend.  What do you

21  mean by "fine art"?

22       Q.   I would like to use your definition of "fine

23  art."

24       A.   And what was that?

25       Q.   So in the context of my question, using your

Elliot McGucken, Ph.D.
March 15, 2021                                    147

1    definition of "fine art," would you agree that news

2    photographs can also be fine art?

3         A.   In this case, the results are these dazzling

4    photographs which capture a natural wonder, so my

5    photographs are fine art.

6         Q.   Are your photographs also news photographs?

7              MS. ZAHARIA:  Objection.  Vague.

8              THE WITNESS:  What do you mean by "news

9    photographs"?

10   BY MS. GATES:

11        Q.   Are your photographs images of a -- a news

12   event?

13             MS. ZAHARIA:  Objection.  Vague.  Seeking legal

14   conclusion.

15             THE WITNESS:  They're fine art photographs of

16   something that occurred.

17   BY MS. GATES:

18        Q.   Do you think that something that occurred would

19   be of interest to the public?

20             MS. ZAHARIA:  Objection.  Vague.  Calls for

21   speculation.

22             THE WITNESS:  Without my dazzling photographs,

23   which are the subject of this article, I don't know if

24   they'd be of interest.

25   BY MS. GATES:

Elliot McGucken, Ph.D.
March 15, 2021                                              148

1          Q.   Would you agree that your photographs, in this

2     instance, capture phenomenon?

3               MS. ZAHARIA:  Objection.  Vague.

4               THE WITNESS:  My fine art photographs capture

5     fine art of the phenomenon.

6     BY MS. GATES:

7          Q.   But do your photographs capture a lake?

8               MS. ZAHARIA:  Objection.  Vague.

9               THE WITNESS:  My photographs captured the fine

10    art realizations of the lake which, as the article

11    states, results in dazzling photos.

12    BY MS. GATES:

13         Q.   Does your photograph depict a lake?

14              MS. ZAHARIA:  Objection.  Vague.

15              THE WITNESS:  My fine art photographs depicted

16    a fine art impressions of a lake.

17    BY MS. GATES:

18         Q.   Was the subject of your photographs a lake?

19              MS. ZAHARIA:  Objection.  Vague.

20              THE WITNESS:  Well, the subject of my

21    photographs are also what I imbued them with.  So

22    they're fine art photographs.  So there's a lake in

23    them, and also there's my fine art interpretation of the

24    lake.

25    BY MS. GATES:

Elliot McGucken, Ph.D.
March 15, 2021                                               149

1      Q.    What is your fine art interpretation of the

2    lake?

3      A.    As stated before, I photographed the way that

4    the lake felt to me and the feeling.  So my photographs

5    communicated and expressed the depth of feeling that I

6    was experiencing witnessing the lake in a fine art

7    manner.

8      Q.    Do you know if the lake disappeared after you

9    photographed it?

10          MS. ZAHARIA:  Objection.  Calls for

11    speculation.

12          THE WITNESS:  I imagine it did.  I wasn't there

13    to document it.

14    BY MS. GATES:

15      Q.    How would you identify the feeling you

16    described in your photographs?

17      A.    Well, it's an epic mythological biblical

18    feeling.  Of course Noah's flood is a great epic story

19    that contains a lot of mutes, so I saw elements of that.

20    One of my favorite novels is "Moby-Dick," which

21    celebrates the vastness of the ocean and the sea, so

22    there are elements of that.  Another favorite book is

23    Edward Abbey's "Desert Solitaire" where he compares the

24    contrast the desert to the ocean, so I was feeling

25    elements of that, the juxtaposition of the ocean and the

Elliot McGucken, Ph.D.
March 15, 2021                                    150

1    desert.

2        Q.    Your credit "45Epic," what does that mean?

3        A.    "45" comes from the .45 revolver in my favorite

4    Sergio Leone film, "A Fistful of Dollars," and Sergio

5    Leone credited Homer, the greatest poet and author of

6    "The Iliad" and "Odyssey" as being the foundational and

7    preeminent author of the western.  Sergio Leone, you

8    know, is probably credited as the greatest -- one of the

9    greatest directors ever, making Clint Eastwood the star,

10   inspiring Quentin Tarantino.  So that .45 carried with

11   it mythological aspects and artistic view with which I

12   shoot everything:  The .45 revolver.  And "Epic," of

13   course, is just a simple salute to what it says:  Epic

14   poetry.

15       Q.    Going back to Exhibit 17, do you recall sending

16   this e-mail to nps.gov?

17       A.    I believe so.

18       Q.    What was the purpose for sending this e-mail to

19   nps.gov?

20       A.    I believe I was wondering how big the lake was.

21       Q.    And what is nps.gov?

22       A.    "National Park Service."

23       Q.    Why were you seeking information about the size

24   of the lake?

25       A.    Because I was fascinated.  I had never seen a

Elliot McGucken, Ph.D.
March 15, 2021                                    151

1    body of water that big, and it turns out the ranger who

2    saw it the next day, I think, hadn't seen one like that

3    either.

4         Q.   So would you say that, that lake was rare?

5         A.   I believe so in one context.  In another

6    context, that all used to be a lake.

7         Q.   Was the size of the lake interesting?

8              MS. ZAHARIA:  Objection.  Vague.

9              THE WITNESS:  Well, the way that I was able to

10   capture it in my photos that it displayed the vast

11   expanse using my expertise as a photographer, it was of

12   interest.  And shooting the panoramic multishot

13   photograph which showed the size in a fine art manner

14   and communicated the way I was feeling before the

15   vastness became interesting.

16   BY MS. GATES:

17        Q.   Was the event itself interesting to you?

18        A.   I'm a fine art -- professional fine art

19   photographer, so the event would be nothing without --

20   to me it would be nothing without the creation of my

21   fine art photography, with my gear.

22        Q.   After you shot photographs, were you interested

23   in learning more about the event?

24        A.   From this e-mail I was inquiring -- I have a

25   background in physics, and I studied art my entire life.

Elliot McGucken, Ph.D.
March 15, 2021                                              152

1    I have a fair amount -- I'm an outdoors person, so I

2    have a fairly good idea of the sizes of things, but I

3    needed a second opinion, you know, from an expert from

4    the park.  So, yeah, I was interested in finding out

5    more about the size.  And I have realized that it was a

6    huge lake, so I used different photographic techniques

7    to communicate the vastness that I felt in there.

8         Q.   If you hadn't had the chance to photograph it,

9    would you have still found the lake to be interesting?

10             MS. ZAHARIA:  Objection.  Vague.

11             THE WITNESS:  Probably not in a -- especially

12   not in the fine arts context.

13   BY MS. GATES:

14        Q.   What about in any other context?

15        A.   Not really.  I go in the outdoors.  I love the

16   outdoors.  But at the end of the day, I'm there to

17   create fine art.

18        Q.   Would you be interested in the lake at a -- in

19   a science context?

20             MS. ZAHARIA:  Objection.  Vague.

21             THE WITNESS:  Not sure how much science -- if

22   the science is fairly straightforward, so I don't know

23   if, like, a scientific context would be just -- for me

24   it was a fine art -- definitely a huge fine art

25   interest.

Elliot McGucken, Ph.D.
March 15, 2021                                            153

1    BY MS. GATES:

2         Q.   Do you recognize this document?

3         A.   Yes, I believe --

4         Q.   What --

5         A.   -- so.

6         Q.   Go ahead.

7         A.   Yes, I do.

8         Q.   What is it?

9         A.   It's correspondence with Nicole Yin who works

10   with the National Parks Conservation Association.

11             MS. GATES:  All right.  I would like to

12   introduce this as Defendant's Exhibit 21.  It bears

13   Bates No. MCGUCKEN38.

14             (Exhibit 21 remotely introduced and marked)

15   BY MS. GATES:

16        Q.   Who is Nicole Yin?

17        A.   She's a senior creative manager of creative

18   projects at the National Parks Conservation Association.

19        Q.   And what is the National Parks Conservation

20   Association?

21        A.   I feel the title's descriptive.  It's the

22   National Parks Conservation Association.

23        Q.   Is it a government entity?

24        A.   I believe so, or at least nonprofit.

25        Q.   Have you -- before this communication, had you

Elliot McGucken, Ph.D.
March 15, 2021                                                          154

1    ever worked with Nicole Yin or the National Parks

2    Conservation Association before?

3         A.   I don't believe so.

4         Q.   This e-mail references an attachment.  Do you

5    know if these attachments were ever produced?

6         A.   Attachments.  Where does it -- can you scroll a

7    little bit or -- what attachment does it reference?

8         Q.   Give me a minute.  It says "attached please

9    find" --

10        A.   Oh, I believe.  I believe.  Oh, I believe I got

11   those.

12        Q.   Do you recall if you ever produced them in this

13   litigation?

14        A.   I'm not sure if I have or not.

15        Q.   Would you be able to check?

16        A.   Yes, it should be there.

17        Q.   Do you recall what -- and I'll shorten the name

18   of this association to NPCA going forward -- do you

19   recall what NPCA's pay rates were?

20        A.   I forget.  It's in the document.

21        Q.   Have you produced any documents that reference

22   NPCA's pay rates?

23        A.   I believe so.

24        Q.   Do you know whether NPCA used any of your

25   photos?

Elliot McGucken, Ph.D.
March 15, 2021                                                      155

1          A.   I believe they did.

2          Q.   Do you know how many photos they used?

3          A.   I believe two.  At least one, maybe two.

4          Q.   Did you charge NPCA a license fee?

5          A.   Yes, I did.

6          Q.   Do you recall what you charged?

7          A.   No, I don't recall.

8          Q.   Do you recall why you charged a license fee to

9     NPCA in this instance?

10         A.   I believe they offered to pay it.

11         Q.   Is that the only reason you charged a license

12    fee in this instance?

13         A.   Maybe there are other reasons.  I'm not sure.

14    I don't recall.

15         Q.   So you can't recall of any other reasons why

16    you would have -- or would not have charged NPCA a

17    license fee?

18         A.   No, not offhand.  I can't recall exactly what I

19    was thinking.

20         Q.   Do you recall filing anything for the NPCA?

21         A.   I don't recall.

22         Q.   Do you recall preparing any type of agreement

23    in connection with the use for the NPCA?

24         A.   I think I might have prepared an invoice.

25         Q.   Do you recognize this document?

Elliot McGucken, Ph.D.
March 15, 2021                                            156

1        A.    Yes.

2        Q.    What is it?

3        A.    It's an invoice for me for use of my image.

4        Q.    And it's invoice to the NPCA?

5        A.    Yeah.

6              MS. GATES:  All right.  I would like to mark

7    this as Defendant's Exhibit 22.  You'll see it's a

8    document bearing Bates No. MCGUCKEN39.

9              (Exhibit 22 remotely introduced and marked)

10   BY MS. GATES:

11       Q.    So you prepared this invoice personally?

12       A.    Yes, I did.

13       Q.    And the date of this invoice is July 3rd, 2019;

14   is that correct?

15       A.    Yes, I believe so.

16       Q.    Do you recall why the -- this invoice is dated

17   July 3rd, 2019?

18       A.    I believe that's when they were making the

19   agreement.  Unless it's a typo, but I believe that's

20   around why.

21       Q.    How often, after you are contacted by someone,

22   would you prepare an invoice?

23       A.    When I need to.

24       Q.    Do you typically prepare an invoice right away,

25   or do you wait any period of time?

Elliot McGucken, Ph.D.
March 15, 2021                                    157

1        A.   It all depends the details of when it's

2    requested.

3        Q.   If we can go back to the previous exhibit.

4    This e-mail was dated March 20, 2019.

5        A.   Yes.

6        Q.   And I'm going back to Exhibit 22, this invoice

7    is dated July 3rd, 2019.

8        A.   Yes.

9        Q.   Do you know why there's a difference between

10   those two dates?

11       A.   I forget.  There might have been a lapse in our

12   communications, but I forget exactly why.

13       Q.   And this invoice references images.  Do you

14   know if multiple images were licensed to NPCA?

15       A.   I forget exactly which one were used.

16       Q.   Would it have been more than one image?

17       A.   It might have been.

18       Q.   What does "1/4-page use" mean?

19       A.   A "1/4-page use"?

20       Q.   Yes.

21       A.   Yeah.  I believe that means they're a magazine.

22       Q.   So does that term in this invoice refer to a

23   1/4-page of a magazine?

24       A.   Yes.

25       Q.   And what does "$50 on web" mean?

Elliot McGucken, Ph.D.
March 15, 2021                                         158

1          A.    $50 for use online.

2          Q.    So were the images by NPCA used in two separate

3     mediums?

4          A.    Yes.  I believe they were used both online and

5     in print.

6          Q.    Do you recall if they were used anywhere else

7     at NPCA?

8          A.    I don't recall.

9          Q.    Do you typically differentiate in the license

10    fee between a magazine use and an online use?

11         A.    I -- it varies widely.  This was their rates, I

12    believe, so I used those.

13         Q.    So would these be your typical rates for a

14    print image and on online image?

15         A.    It varies widely.  Being published with the

16    National Parks Conservation Association seems like a

17    service and an honor, so it's all taken in account.

18         Q.    If being published with the NPCA is a service

19    and an honor, would you charge no license fee?

20         A.    I would have to think about it and consider it.

21    I forget exactly what I was thinking at the time, but I

22    would have to consider it.

23         Q.    And what would you -- what specifically would

24    you consider?

25         A.    All the factors that we referred to before.

Elliot McGucken, Ph.D.
March 15, 2021                                              159

1     The nature of use, how it dilutes my work, what it's

2     being used for, so all those things.  How to contact me,

3     everything.

4          Q.   Do you recognize this document?

5          A.   Yes.

6          Q.   What is it?

7          A.   It is the image that appeared on the website of

8     the National Parks Conservation Association.

9               MS. GATES:  All right.  We would like to

10    designated this document bearing Bates No. MCGUCKEN41

11    through 43 as Defendant's Exhibit 23.

12               (Exhibit 23 remotely introduced and marked)

13    BY MS. GATES:

14         Q.   Do you recall when your images were published

15    by the NPCA?

16         A.   I don't recall.  Is there a dates on there?

17    Summer 2019.  There you go.

18         Q.   Do you recall when in summer 2019?

19         A.   I don't recall.

20         Q.   In addition to the e-mail you saw earlier, did

21    you speak to the NPCA separately?

22         A.   I think I did.  I can't recall.

23         Q.   Did you speak with them by phone?

24         A.   Yes, I believe I did.

25         Q.   And on the second page here, this thumbnail

Elliot McGucken, Ph.D.
March 15, 2021                                    160

```
 1    image of the magazine, is this the magazine that your

 2    image would have appeared in?

 3         A.   Yes.  It would have been.

 4         Q.   Do you know who receives NPCA's magazine?

 5         A.   Yeah --

 6              MS. ZAHARIA:  Objection.  Calls for

 7    speculation.

 8              THE WITNESS:  Yeah, I'm not sure.  Subscribers.

 9    BY MS. GATES:

10         Q.   Do you subscribe to the NPCA's magazine?

11         A.   I don't, but I did receive a copy.

12         Q.   Do you recognize this document?

13         A.   Yes.

14         Q.   What is it?

15         A.   It is a correspondence with the "Daily Mail."

16              MS. GATES:  All right.  We would like to

17    introduce this document bearing MCGUCKEN59 through 63 as

18    Defendant's Exhibit 24.

19              (Exhibit 24 remotely introduced and marked)

20    BY MS. GATES:

21         Q.   I believe this e-mail exchange that starts at

22    the bottom, so I'll start at the bottom of the document

23    here and scroll up.

24         A.   Okay.

25         Q.   Do you know who Sarah Feinsmith is?
```

Elliot McGucken, Ph.D.
March 15, 2021                                              161

1        A.    I don't.

2        Q.    Had you worked with Sarah Feinsmith -- or the

3    "Daily Mail" before this --

4        A.    No.

5        Q.    -- correspondence?

6        A.    I don't believe so.

7        Q.    Do you know why the "Daily Mail" is reaching

8    out in May of 2019?

9        A.    It says -- in one of her e-mails she says, "One

10   of our editors was struck by your photos of the flooding

11   in Death Valley as seen here."

12       Q.    So you testified that you had taken the photos

13   in March 2019; is that correct?

14       A.    Yes.

15       Q.    Do you know why the "Daily Mail" is reaching

16   out in May 2019?

17       A.    Just this is the e-mail that I had.

18       Q.    In this e-mail, what did you mean by

19   "syndicate"?

20       A.    Which is the usage -- I guess I meant are they

21   only going to be shared on the "Daily Mail" site or are

22   they going to syndicate them to other sites?

23       Q.    What does "syndicate" mean in that sentence?

24       A.    I'm no expert, but in general I think it means

25   sharing it more broadly if you syndicate something.  I

Elliot McGucken, Ph.D.
March 15, 2021                                          162

1    don't know if it's legal or technical, but generally

2    speaking I think to syndicate is to share more broadly.

3         Q.   When you said, "I'm no expert," what are you

4    referring to?

5         A.   I'm no expert in legal terminology, what

6    "syndicate" means.

7         Q.   Is "syndicate" a legal term?

8         A.   I assume it can be.

9         Q.   Do you recall if you ever sent the image files

10   directly to the Daily Mail?

11        A.   I don't recall.  I don't think so.

12        Q.   Do you know if the "Dally Mail" ever used your

13   photograph?

14        A.   Yes, they did.

15        Q.   Did you select the photographs the "Daily Mail"

16   used?

17        A.   I believe they selected them, and I believe

18   they added 45EPIC Elliot McGucken Fine Art on them.  And

19   also, you can see that they published -- enhanced my

20   brand by publishing how I set up the composition with

21   the golden ratio, as I often do.

22        Q.   So you trusted the Daily Mail to select the

23   photographs?

24        A.   Yes.

25        Q.   Do you know if the Daily Mail used the YouTube

Elliot McGucken, Ph.D.
March 15, 2021                                                   163

 1    video that you're referring to in this e-mail?

 2         A.   I'm not sure.

 3         Q.   Do you recall if you ever provided the video

 4    file or just the link to the YouTube video?

 5         A.   I believe just the link.

 6         Q.   Do you recall how much the Daily Mail paid you

 7    as far as a license fee for the use of the photos?

 8         A.   I believe it's included in the correspondence,

 9    so that's better than my memory, whatever is written

10    there.

11         Q.   It is $250 --

12         A.   I believe so.

13         Q.   That's correct?

14         A.   I believe so.

15         Q.   When they rate $250 per selection, do you know

16    specifically what they're referring to?

17         A.   The act of selecting photos for their article.

18         Q.   Do you know -- or do you recall whether they

19    specified how many photos they would use for this amount

20    of money?

21         A.   I believe it's all contained in here, so I'm

22    not sure.

23         Q.   Did the Daily Mail ultimately pay you this

24    license fee?

25         A.   Yes, they did.

Elliot McGucken, Ph.D.
March 15, 2021                                              164

1        Q.   Is this e-mail accurate, that the Daily Mail

2   shared 20 images for $250?

3        A.   I believe so.

4        Q.   And is this accurate that the Daily Mail

5   grabbed them from the link you shared once they had your

6   permission?

7        A.   I believe so.

8        Q.   Do you know how the Daily Mail would have

9   grabbed the images from the link you shared?

10            MS. ZAHARIA:  Objection.  Calls for

11   speculation.

12            THE WITNESS:  I don't know.

13   BY MS. GATES:

14        Q.   Is this -- is this $250 typical of the license

15   fee for online use?

16        A.   It all -- all depends from case to case.

17        Q.   For the Daily Mail or a similar publication, do

18   you think $250 for 200 images is a typical fee for

19   online use?

20        A.   I don't know.  This article also allowed me to

21   talk about the golden ratio and enhance my brand.  And

22   they are also saying that the fine art photographs are

23   beautiful, so that's in good faith that they are going

24   to enhance my fine art artistic brand.  So all that

25   comes into the price, so different situations.  There

Elliot McGucken, Ph.D.
March 15, 2021                                    165

1    are many different factors that weigh in.

2        Q.    If the Daily Mail had not paid a license fee,

3    would you have permitted the use in this instance?

4        A.    Probably not.

5        Q.    Why is that?

6        A.    Because I asked for one.

7        Q.    Why did you ask for a license fee?

8        A.    It all comes down to what I'm feeling at the

9    moment, so I was leaning towards asking for a license

10   fee.

11       Q.    Do you recall what you were feeling at the

12   moment when you sent that e-mail?

13       A.    No.   I just felt it appropriate to ask for a

14   license.

15       Q.    Did you ask the Daily Mail to provide a link to

16   your website or social media account?

17       A.    I believe they said, "How did you want to be

18   credited," and I think I told them somewhere in the

19   e-mail.   And yeah, there's the photo credit.   So yeah,

20   that's -- I'm not sure exactly what I put for it all,

21   but definitely that photo credit that is bolstering and

22   announcing how my fine art brand works.

23       Q.    Do you recall why you offered the choice

24   between the two different photo credits?

25       A.    Well, it says here that shorter is better.   I'm

Elliot McGucken, Ph.D.
March 15, 2021                                                    166

1    a nice guy trying to work with an editor, so 45EPIC,

2    45EPIC Fine Art works for me.

3         Q.   Did you think that "45EPIC" was more important

4    to include in the shorter credit than the term "fine

5    art"?

6         A.   At the moment, though, I could go back and

7    forth on that.  Plus, I was writing a large body of the

8    article that was really giving my views and personality

9    and fine art perspective in there, so...

10        Q.   You said you were writing a large body of the

11   article.  Do you mean that the "Daily Mail" allowed you

12   to write the majority of the piece that was ultimately

13   published?

14        A.   I don't remember the specifics, but I remember,

15   I think, that they had mentioned the golden ratio and my

16   story of the composition, but I don't remember the

17   specifics.  But that was nice to see.

18        Q.   Did they -- did the "Daily Mail" give you the

19   opportunity to have final approval or to edit the

20   article before it was published?

21        A.   I'm sure they would have if I would have put

22   something in there a little extra, but I was generally

23   pleased.

24        Q.   And did you have any further communications

25   with the "Daily Mail" about the photos after?

Elliot McGucken, Ph.D.
March 15, 2021                                         167

1        A.   I believe that was it.  I believe they sent me

2   an invoice or I sent them or they created an invoice for

3   me to complete.

4        Q.   Do you recognize this document?

5        A.   Yes.

6        Q.   Is this the "Daily Mail" invoice you're

7   referring to?

8        A.   Yes.

9             MS. GATES:  All right.  We'd like to introduce

10  this document bearing Bates No. MCGUCKEN69 as

11  Defendant's Exhibit 25.

12             (Exhibit 25 remotely introduced and marked)

13  BY MS. GATES:

14        Q.   Do you recall when you first received this

15  invoice?

16        A.   Approximately.

17        Q.   Approximately when?

18        A.   When -- probably -- is there a date on it -- or

19  I can check my e-mail.  Maybe around May, because it

20  says 16 May, so probably in May sometime.  Or the

21  invoice date is in June, so right around then.

22        Q.   And after you received this invoice, did the

23  "Daily Mail" pay the invoice?

24        A.   I believe I received -- yeah, I believe I got

25  paid.

Elliot McGucken, Ph.D.
March 15, 2021                                                    168

1        Q.   Do you know why the "Daily Mail" is listing two

2    different -- different entries on this invoice?

3        A.   No.  I guess maybe they used the photos twice.

4        Q.   Do you -- are you referring to two separate

5    articles?

6        A.   I don't know if they used two different titles.

7    I -- I don't know.

8        Q.   Did you -- after -- after you received this

9    invoice and the articles were published, did you ever go

10   and look at the articles?

11       A.   Yeah, I believe so.

12       Q.   Do you recall seeing two separate articles?

13       A.   No, I don't think I recall seeing two separate

14   articles.  It was one article, two different versions.

15   I forget.  I remember seeing the Golden -- I was most

16   excited when I saw them mention the golden ratio, so...

17       Q.   Do you recognize this document?

18       A.   I think so.  I mean, I recognize the "Daily

19   Mail" and my photographs.

20       Q.   Is this the "Daily Mail" article that published

21   your photograph?

22       A.   I think so.

23            MS. GATES:  All right.  I would like to

24   introduce this document bearing Bates No. MCGUCKEN31

25   through 37 as Defendant's Exhibit 26.

Elliot McGucken, Ph.D.
March 15, 2021                                            169

1              (Exhibit 26 remotely introduced and marked)

2       BY MS. GATES:

3          Q.   Can you point out where they reference -- the

4       "Daily Mail" referenced the "golden ratio" you were

5       referring to?

6          A.   Just scroll down.

7          Q.   (Scrolls.)

8          A.   Oh, there you go.  If you look down right above

9       the red writing, "In composing the photograph, I set the

10      horizon at the golden cut as the height of the panorama,

11      thusly using the golden ratio in the composition -- a

12      classical technique and art often referred to as "the

13      divine proportions."

14         Q.   Do you know how the "Daily Mail" received this

15      quote?

16         A.   Do I know how they received it?  I believe it

17      was in the e-mail that we were just looking at.

18         Q.   Are you aware of any other publications that

19      used your photos, aside from the ones that we've seen

20      today?

21         A.   Off the top of my head, I don't believe so.

22         Q.   Have you ever seen this screenshot before?

23         A.   I don't believe so.

24         Q.   Have you ever visited the website

25      expressdigest.com before?

Elliot McGucken, Ph.D.
March 15, 2021                                          170

1        A.    I don't recall, no.  I'm not sure, but I don't

2    recall.

3        Q.    Do you recognize these photos in this post?

4        A.    That's my photograph.  That's my photograph.

5    That's my photograph.

6        Q.    Were you aware of the -- this use of your

7    photograph before today?

8        A.    I don't think I was.

9        Q.    Have you ever worked with "Express Digest"

10   before?

11       A.    To the best of my knowledge, I don't think so.

12       Q.    Did you give "Express Digest" permission to use

13   your photos in this instance?

14       A.    I don't think I did.  Do you have a date for

15   this?  I don't recall.

16       Q.    Do you have any idea how "Express Digest" may

17   have obtained these photographs?

18             MS. ZAHARIA:  Objection.  Speculation.

19             THE WITNESS:  No idea.

20   BY MS. GATES:

21       Q.    Do you see this line at the bottom that says,

22   "Read more at dailymail.co.uk"?

23       A.    Yeah.

24       Q.    Do you know if "Express Digest" has any type of

25   relationship with the "Daily Mail"?

Elliot McGucken, Ph.D.
March 15, 2021                                    171

1        A.   I do not.

2        Q.   When you approved -- or licensed the photos to

3    the "Daily Mail," did you permit the "Daily Mail" to use

4    the images outside of their own domain?

5        A.   I don't believe I did.

6             MS. GATES:  Just to preserve this record, we'd

7    like to introduce this as Defendant's Exhibit 27.

8             (Exhibit 27 remotely introduced and marked)

9    BY MS. GATES:

10       Q.   So switching tracks here a bit, do you recall

11   when you first created your Instagram account?

12       A.   2015 or 2016.

13       Q.   So how familiar would you say you are with

14   Instagram's platform?

15            MS. ZAHARIA:  Objection.  Vague.

16            THE WITNESS:  What do you mean by "familiar"?

17   BY MS. GATES:

18       Q.   Would you characterize yourself as a novice or

19   as an amateur or as a professional?

20            MS. ZAHARIA:  Objection.  Vague.

21            THE WITNESS:  Yeah.  I'm not sure what those

22   mean in terms of user.  I don't know.

23   BY MS. GATES:

24       Q.   Do you feel that you have an adequate

25   understanding of Instagram's platform and how it works?

Elliot McGucken, Ph.D.
March 15, 2021                                    172

```
 1              MS. ZAHARIA:  Objection.  Vague.

 2              THE WITNESS:  I don't know.

 3              Compared to Mark Zuckerberg or -- I'm not sure.

 4   BY MS. GATES:

 5      Q.   Do you make use of all of Instagram's platform

 6   features?

 7              MS. ZAHARIA:  Objection.  Vague.

 8              THE WITNESS:  I don't know if I'm aware of all

 9   the features.

10   BY MS. GATES:

11      Q.   How many features do you use on Instagram?

12              MS. ZAHARIA:  Objection.  Vague.

13              THE WITNESS:  What do you mean by "feature"?

14   BY MS. GATES:

15      Q.   I mean an option or a function of the platform.

16              MS. ZAHARIA:  Objection.  Vague.

17              THE WITNESS:  I don't -- I don't really know

18   what you -- what constitutes a "feature."

19   BY MS. GATES:

20      Q.   Are you aware of an Instagram embedding

21   function?

22              MS. ZAHARIA:  Objection.  Vague.

23              And to the extent that your understanding comes

24   from conversations with your attorneys, I'm going to

25   instruct you to not answer based on privilege.  And to
```

Elliot McGucken, Ph.D.
March 15, 2021                                    173

 1    the extent you have an independent -- independent

 2    understanding outside of conversations with your

 3    attorneys, you can answer the question.

 4              THE WITNESS:  What was the question?

 5    BY MS. GATES:

 6         Q.   Are you aware of Instagram's embedding

 7    functions?

 8              MS. ZAHARIA:  Same objection.

 9              THE WITNESS:  Vaguely.

10    BY MS. GATES:

11         Q.   How would you describe Instagram's embedding

12    functions?

13              MS. ZAHARIA:  Same objection.

14              THE WITNESS:  I'm not sure.  What is the

15    "embedding function"?

16    BY MS. GATES:

17         Q.   Do you know what "embedding" means?

18              MS. ZAHARIA:  Same objection.

19              THE WITNESS:  I've seen it used in different

20    contexts, various meanings.

21    BY MS. GATES:

22         Q.   What context are you referring to?

23         A.   Well, what do you mean by "embedding"?

24         Q.   What do you mean by "embedding"?

25         A.   Well, technically it's to embed one thing

Elliot McGucken, Ph.D.
March 15, 2021                                    174

1    inside another.

2         Q.   What do you mean "one thing inside another"?

3         A.   I guess -- I'm not sure, exactly.  It varies so

4    widely depending on what you're talking about.

5         Q.   Do you understand technically how embedding

6    works?

7              MS. ZAHARIA:  Objection.  Vague.  Ambiguous.

8              THE WITNESS:  Not -- I mean, I'm not sure what

9    you mean by -- what you mean by "technically."

10   BY MS. GATES:

11        Q.   Like the -- I mean, technical function.

12        A.   Well, what do you mean by "technical function"?

13        Q.   Technology.

14             MS. ZAHARIA:  Objection.  Vague and ambiguous.

15             THE WITNESS:  Well, I think the entire Internet

16   is based on technology.

17   BY MS. GATES:

18        Q.   When you put a YouTube video on your website,

19   do you think that's embedding?

20        A.   It depends exactly how you do it, I suppose.

21        Q.   How do you do it?

22        A.   I can't recall exactly how I've done it before.

23        Q.   Have you ever embedded anything?

24             MS. ZAHARIA:  Objection.  Vague and ambiguous.

25             THE WITNESS:  Well, I think that means so many

Elliot McGucken, Ph.D.
March 15, 2021                                    175

1   different things, so it's tough for me to say.  I'm not

2   sure what you mean by "embedding."

3   BY MS. GATES:

4       Q.   Do you offer embedding on your website?

5            MS. ZAHARIA:  Objection.  Vague.

6            THE WITNESS:  As a general -- I mean, embedding

7   on my website?  Who would I offer that to?

8   BY MS. GATES:

9       Q.   Viewers or users of your website.

10      A.   Do I allow people to embed things on my

11  website?

12      Q.   Do you offer a function where others can embed

13  content from your website?

14           MS. ZAHARIA:  Objection.  Vague and ambiguous.

15           THE WITNESS:  I'm not sure.  I think people can

16  embed what they want on my website.

17  BY MS. GATES:

18      Q.   On your website, do you offer a function where

19  someone can copy HTML code from your website --

20           MS. ZAHARIA:  Objection.

21  BY MS. GATES:

22      Q.   -- in order to embed content somewhere else?

23           MS. ZAHARIA:  Objection.  Vague and ambiguous.

24           THE WITNESS:  I don't know.  Depending on the

25  expertise, I think some people can copy what they want

Elliot McGucken, Ph.D.
March 15, 2021                                     176

1   and embed it, not that it's legal, but I think they can

2   do it.

3   BY MS. GATES:

4       Q.   Let's go back to Exhibit 7.  Looking at this

5   arrow in the right side of the screenshot, do you know

6   what that is?

7       A.   I don't recall.  Is that a play button?  Which

8   arrow?

9       Q.   Well, there's two icons.  I'm talking about the

10  icon with the arrow on the left.

11      A.   I'm not familiar right at this point with that.

12      Q.   Do you know how to check if your website has an

13  embedding function?

14          MS. ZAHARIA:  Objection.  Vague.

15          THE WITNESS:  I'm not sure what an embedding

16  function is.

17  BY MS. GATES:

18      Q.   Do you know how to check if your website offers

19  an embed code?

20          MS. ZAHARIA:  Objection.  Vague.

21          THE WITNESS:  Yeah, I think depending on who

22  the end user is, every website offers an embed code, but

23  not that that's legal to embed someone's else's work.

24  BY MS. GATES:

25      Q.   What do you mean by "legal"?

Elliot McGucken, Ph.D.
March 15, 2021                                        177

```
 1              MS. ZAHARIA:  Objection.  Seeking legal
 2    conclusion.
 3              THE WITNESS:  I'm no expert, but, again, the
 4    Constitution states that the artist have full rights to
 5    the work that they create so as to promote the creation
 6    of more art.
 7    BY MS. GATES:
 8        Q.   Have you ever read Instagram's terms of
 9    service?
10              MS. ZAHARIA:  Objection.
11              THE WITNESS:  No.
12    BY MS. GATES:
13        Q.   Have you ever read any of Instagram's policies?
14              MS. ZAHARIA:  Objection.  Vague.
15              THE WITNESS:  Not directly.
16    BY MS. GATES:
17        Q.   Have you ever worked with Newsweek before?
18        A.   I don't believe so.
19        Q.   Have you ever spoken to or corresponded with
20    anyone at Newsweek?
21        A.   I don't believe so.
22        Q.   How did you discover that Newsweek had used one
23    of your photos in an article?
24              MS. ZAHARIA:  I'm going to object to the extent
25    that this calls for attorney-client communications.
```

Elliot McGucken, Ph.D.
March 15, 2021                                   178

1    BY MS. GATES:

2         Q.    Without getting into any privileged

3    communication, same question.

4         A.    I believe the Newsweek reporter left a note on

5    my image.

6         Q.    When you say "on your image," what do you mean?

7         A.    They left a comment on my image.

8         Q.    Did you respond to that comment?

9         A.    I don't believe so.

10        Q.    Why not?

11        A.    It is rather unprofessional.

12        Q.    Why is it unprofessional?

13        A.    I forget the exact phrasing, but it didn't seem

14   they saw my work as fine art.

15        Q.    And so for that reason you did not respond?

16        A.    I forget the details.  There was no incentive

17   for me to respond.

18        Q.    What do you mean by "incentive"?

19        A.    What do you mean by "incentive"?

20        Q.    Well, you used "incentive" first, so I'm asking

21   for your definition in that context.

22        A.    Oh, yeah.  Well, in the context of building my

23   fine art brand as many places help me do, and providing

24   monetary incentives as other places did.

25        Q.    So "incentive" to you means building your fine

Elliot McGucken, Ph.D.
March 15, 2021                                         179

1    art brand and monetary compensation?

2        A.   Yes, amongst other things, perhaps.

3        Q.   What other things?

4        A.   Well, chiefly, those two.

5        Q.   Do you recall when you saw those comments on

6    your photo?

7        A.   I don't recall, exactly.

8        Q.   Without getting into any privileged

9    communications, what did you do in response to that

10   comment?

11       A.   I did not respond, I don't believe.

12       Q.   Did you ever read or review an article

13   published by "Newsweek" regarding your image?

14       A.   Yes, I saw the article.

15       Q.   Do you recall when you saw the article?

16       A.   Probably around the same time I saw the

17   comments, but I don't recall exactly.

18       Q.   When you saw the article, did you do anything

19   in response, without getting into any privileged

20   communication?

21       A.   No.

22       Q.   Were you concerned by "Newsweek's" use of the

23   image?

24       A.   Yes.

25       Q.   How so?

Elliot McGucken, Ph.D.
March 15, 2021                                    180

1          A.    They didn't have my consent.

2          Q.    Why did "Newsweek" not have your consent?

3          A.    They didn't receive my consent.

4          Q.    When you say "receive my consent," what does

5     that mean?

6          A.    What do you mean by "consent"?

7          Q.    You said "consent," so I'm asking for your

8     definition in that context.

9          A.    The consent is to give permission, I believe.

10         Q.    After publication of the article, did you ever

11    reach out to "Newsweek"?

12         A.    I don't believe I did.

13         Q.    Did someone else reach out on your behalf?

14         A.    My attorneys.

15         Q.    Do you recall when your attorneys reached out?

16         A.    I don't recall.

17         Q.    Do you recall how your attorneys reached out to

18    Newsweek?

19         A.    I don't recall.

20         Q.    Do you recall who at "Newsweek" your attorneys

21    reached out to?

22         A.    I don't recall.

23         Q.    And do you know if your attorneys ever received

24    a response from "Newsweek"?

25         A.    I don't recall.

Elliot McGucken, Ph.D.
March 15, 2021                                          181

1        Q.   Why did you choose not to contact "Newsweek"

2   directly?

3        A.   I rely on the expertise of my attorneys.

4        Q.   So without getting into privileged

5   communications, what is your recollection from that time

6   period?

7        A.   My recollection is about --

8             MS. ZAHARIA:  You are not to disclose any

9   attorney-client communications, and I -- I don't believe

10  that he can answer this without disclosing any

11  attorney-client communications.  So I'm going to

12  instruct the witness not to answer on the basis of

13  privilege.

14             (Instruction not to answer)

15  BY MS. GATES:

16       Q.   Have you ever seen this document before?

17       A.   I believe so.

18       Q.   What is it?

19       A.   It's a letter from my attorneys to "Newsweek."

20             MS. GATES:  All right.  We'll introduce the

21  document bearing Bates No. MCGUCKEN 12 through 15 as

22  Defendant's Exhibit 20.

23             (Exhibit 20 remotely introduced and marked)

24  BY MS. GATES:

25       Q.   Do you know if you saw this letter before

Elliot McGucken, Ph.D.
March 15, 2021                                    182

1    April 3rd, 2019?

2            MS. ZAHARIA:   Objection.   To the extent this

3    calls for attorney-client communications, I'm going to

4    instruct the witness not to answer.

5            (Instruction not to answer)

6    BY MS. GATES:

7       Q.   Do you have any recollection of when this

8    letter was sent out?

9       A.   No recollection.

10      Q.   Do you have any recollection of whether this

11   letter was ever received?

12      A.   No recollection.

13      Q.   And do you have any recollection of whether

14   this letter was ever responded to?

15           MS. ZAHARIA:   I'm going to object to the extent

16   this calls for attorney-client communications.

17   BY MS. GATES:

18      Q.   So aside from the Instagram comment you had

19   referred to previously, did the writer of the "Newsweek"

20   article ever reach out to you directly?

21      A.   I don't recall seeing anything.

22      Q.   Has anyone told you they would not use your

23   photo because it had been used by "Newsweek"?

24      A.   I'm not sure.  I don't recall.

25      Q.   Are you aware of any other uses of your photos,

Elliot McGucken, Ph.D.
March 15, 2021                                          183

1    other than the ones that we've already seen today?

2         A.    I don't believe so.

3         Q.    Have you ever seen this document before?

4         A.    I don't believe I have.

5         Q.    Is this your photograph?

6         A.    Yes, it is.

7         Q.    Were you aware of this use of your photograph

8    before today?

9         A.    I don't recall.

10        Q.    Do you know how this photograph is being shown

11   on this page?

12              MS. ZAHARIA:  Objection.  Calls for

13   speculation.

14              THE WITNESS:  Yeah.  I'm not sure.

15   BY MS. GATES:

16        Q.    Is this your Instagram account handle?

17        A.    Yes.

18        Q.    And does this say "view more on Instagram"?

19        A.    Yes.

20        Q.    Do you have an understanding of whether this is

21   a screenshot or an embed to Instagram?

22              MS. ZAHARIA:  Objection.  Calls for

23   speculation.

24              THE WITNESS:  Yeah.  Well, as I'm viewing it

25   here, it's a screenshot.

Elliot McGucken, Ph.D.
March 15, 2021                                    184

1    BY MS. GATES:

2         Q.   How do you know it's a screenshot?

3         A.   Because if I click on it, it doesn't go

4    anywhere.

5         Q.   That's why I'm sharing my screen.

6         A.   What?

7         Q.   This document is a screenshot, but you won't be

8    able to click on it --

9         A.   Yeah.

10        Q.   -- while it's in screen share.

11             Is there any other reason to lead you to

12   believe that this is a screenshot versus an Instagram

13   embed?

14        A.   I'm not sure.

15        Q.   So you can't say with certainty sitting here

16   today that this is not an Instagram embed?

17        A.   Well, it seems like a screenshot.

18        Q.   Why does it seem like a screenshot?

19        A.   Because it's an image that seems like a

20   screenshot.  I mean, that's what you're talking about, I

21   believe.

22        Q.   Are you talking about my document, or are you

23   talking about this box containing your photo within the

24   document?

25        A.   Yeah.  Well, it's a PDF, so a PDF, I think,

Elliot McGucken, Ph.D.
March 15, 2021                                           185

1    basically has -- the pictures are embedded in the PDF.

2         Q.   Are you familiar with this website, IFLScience?

3         A.   I don't recall.  I don't believe so.

4         Q.   Have you ever worked with "IFLScience" before?

5         A.   I don't believe so.

6         Q.   Did you give "IFLScience" permission to use

7    your photo in this instance?

8         A.   I do not believe so.

9         Q.   Did you send "IFLScience" any letter or notice

10   in response to this use?

11        A.   I'm not sure.  I don't believe so.

12             MS. GATES:  All right.  Just to preserve the

13   record, I would like to designate this document as

14   Defendant's Exhibit 29.

15             (Exhibit 29 remotely introduced and marked)

16   BY MS. GATES:

17        Q.   Have you ever seen this document before?

18        A.   I don't believe so.

19        Q.   Is this your photo?

20        A.   That is my photo.

21        Q.   Were you aware of this use of your photo before

22   today?

23        A.   I don't think so.

24        Q.   Have you worked with the "Hartford Courant"

25   before?

Elliot McGucken, Ph.D.
March 15, 2021                                    186

1        A.    No, I don't believe I have.

2        Q.    Have you visited the "Hartford Courant's"

3    website before?

4        A.    I don't think so.

5        Q.    Did you give "Hartford Courant" permission to

6    use this photo?

7        A.    No, I did not.

8        Q.    Did you give the "Hartford Courant" permission

9    to embed this photo?

10        A.    No, I did not.

11        Q.    Reviewing this caption on the second page here,

12    is this the same caption that was displayed on

13    Instagram?

14        A.    It looks like it.

15        Q.    And this reference to 581 likes, is this the

16    same number of likes that was displayed on Instagram?

17        A.    Most likely.

18        Q.    Did you send the "Hartford Courant" any letter

19    or notice in response to its use of your image?

20        A.    I don't believe so.

21            MS. GATES:  And just to preserve the record,

22    we'll mark that as Defendant's Exhibit 30.

23            (Exhibit 30 remotely introduced and marked)

24    BY MS. GATES:

25        Q.    Have you ever seen this document before?

Elliot McGucken, Ph.D.
March 15, 2021                                   187

1          A.    I don't believe so.

2          Q.    Is this your photo?

3          A.    It is.

4          Q.    Were you aware of this use of your photo before

5     today?

6          A.    I don't think I was.

7          Q.    Did you give "The Independent" permission to

8     use this photo?

9          A.    I don't think so, no.

10         Q.    Did you give "The Independent" permission to

11    embed this photo?

12         A.    I don't believe so.

13         Q.    Had you ever worked with "The Independent"

14    before?

15         A.    I don't believe so.

16         Q.    Have you ever visited "The Independent's"

17    website before?

18         A.    I think I have.

19         Q.    Do you recall when?

20         A.    No.

21         Q.    Is this the same caption displayed on Instagram

22    with your photo?

23         A.    Yes.

24         Q.    Did you send "The Independent" any letter or

25    notice in response to this use?

Elliot McGucken, Ph.D.
March 15, 2021                              188

1        A.    Not yet.  I don't believe so.

2        Q.    When you say "not yet," what do you mean?

3        A.    We haven't.  I don't think we have.

4              MS. GATES:  All right.  To preserve the record,

5     we'll mark this document as Defendant's Exhibit 31.

6              (Exhibit 31 remotely introduced and marked)

7     BY MS. GATES:

8        Q.    Have you seen this document before?

9        A.    I don't recall.

10       Q.    Is this your photo?

11       A.    It is.

12       Q.    Were you aware of its use before today?

13       A.    I don't believe so.

14       Q.    Are you familiar with "ScienceAlert"?

15       A.    Not intimately.

16       Q.    Have you ever worked with "ScienceAlert"

17    before?

18       A.    I don't believe so.

19       Q.    Have you ever visited "ScienceAlert's" website

20    before?

21       A.    Not to my knowledge.

22       Q.    Did you give "ScienceAlert" permission to use

23    this photo?

24       A.    No.

25       Q.    Did you give "ScienceAlert" permission to take

Elliot McGucken, Ph.D.
March 15, 2021                                      189

1    a screenshot of this photo?

2         A.   I don't believe so.

3         Q.   Are you concerned by "ScienceAlert's" use of

4    this photo?

5         A.   I would have to investigate, but, yes.

6         Q.   Why are you concerned?

7         A.   They didn't get permission.

8         Q.   Is your concern alleviated by viewing the

9    credit to Instagram below the image?

10        A.   No.

11        Q.   Did you send "ScienceAlert" any letter or

12   notice in response to this?

13        A.   I don't believe so.

14             MS. GATES:   To preserve the record, we'll mark

15   this document as Defendant's Exhibit 32.

16             (Exhibit 32 remotely introduced and marked)

17   BY MS. GATES:

18        Q.   Have you ever seen this document before?

19        A.   I believe I saw this.

20        Q.   Do you recall when you saw this document?

21        A.   I believe it was around the time that the

22   article came out in the Conservation -- National Parks

23   Conservation Association.

24        Q.   How did you come across this document?

25        A.   I believe the article was referenced by the

Elliot McGucken, Ph.D.
March 15, 2021                                    190

1    National Parks Conservation Association.

2         Q.   Had you worked with the "L.A. Times" before

3    this article?

4         A.   I have.

5         Q.   Did you give the "L.A. Times" permission to use

6    your photo in this article?

7         A.   No, not this one.

8         Q.   When you first came across this article, were

9    you concerned by the use of your photo?

10        A.   Yes.

11        Q.   Why?

12        A.   They hadn't asked permission.

13        Q.   So the "L.A. Times" did not seek permission to

14   use your photo in this instance?

15        A.   Yes.

16        Q.   Did they -- the "L.A. Times," seek permission

17   to take a screenshot of your photo?

18        A.   No.

19        Q.   Did the "L.A. Times" seek permission to embed

20   your photo?

21        A.   No.

22        Q.   Did you ever send the "L.A. Times" a letter or

23   notice in response to its use?

24        A.   Not yet.

25        Q.   When you say "not yet," what do you mean?

Elliot McGucken, Ph.D.
March 15, 2021                                        191

1          A.   It's something that's possible.

2          Q.   If you saw this use in 2019, did you not want

3     to reach out to the "L.A. Times" at that time?

4          A.   Well, it was put on the back burner.  I was

5     confused by the article, because it seems it's not

6     referencing the lake that I took a photograph of.

7          Q.   How so?

8          A.   Well, Abby Wines says, "It is just a puddle, it

9     is not continuous, and it is shrinking fast."  She was

10    never there, I don't believe.

11         Q.   Do you know who Abby Wines is?

12         A.   No.

13         Q.   So you didn't reach out at the time because of

14    the contents of the article?

15         A.   Somewhat.  I think I saw it in the summer, and

16    it wasn't -- she was looking at something different from

17    the lake that I photographed, so I don't know what she

18    was looking at.

19         Q.   So this article didn't raise concern in your

20    mind at the time?

21         A.   No, because she was talking about puddles, and

22    obviously my video and photographs, there's a lake.

23              MS. GATES:  All right.  To preserve the record,

24    we will mark this document as Defendant's Exhibit 33.

25              (Exhibit 33 remotely introduced and marked)

Elliot McGucken, Ph.D.
March 15, 2021                                    192

1    BY MS. GATES:

2         Q.   How do you know when someone has used your

3    image online?

4              MS. ZAHARIA:   Objection.   Vague.

5              THE WITNESS:   Yes, various ways.   Sometimes you

6    don't.

7    BY MS. GATES:

8         Q.   When you say "various ways," what do you mean?

9         A.   Sometimes they post a comment indicating that

10   they're using your image on the image, and sometimes

11   they don't.

12        Q.   So do you rely on comments to know who uses

13   your image?

14        A.   In part.

15        Q.   Do you use any software to search for images

16   online?

17        A.   Well, Google -- everybody has a reverse image

18   search.

19        Q.   Do you Google reverse image search to search

20   for uses of your images?

21        A.   I have.

22        Q.   How often have you used Google reverse image

23   search for that purpose?

24        A.   Oh, I don't know.   I can't recall the exact

25   number.

Elliot McGucken, Ph.D.
March 15, 2021                                          193

1       Q.   Is it more than 50 times you've used Google
2   reverse image search for that purpose?
3       A.   Probably in my lifetime, yeah, more than 50.
4       Q.   Is it more than a 100 times that you've used
5   Google reverse image search for that purpose?
6       A.   If you add it all up, depending on the month
7   and how busy I am.
8       Q.   Are there months when you would use Google
9   reverse image search more often to look for uses of your
10  photos?
11      A.   Probably.
12      Q.   Why so?
13      A.   I'm not out in the field photographing.
14      Q.   So if you're not out in the field photographing
15  for certain months, in particular, how often would you
16  estimate that you typically would use Google reverse
17  image search?
18      A.   Oh, I'm not sure.
19      Q.   Could you provide a ballpark estimate?
20      A.   It -- it so depends.  I don't -- I mean, it
21  depends on what's going on, and what I think is being
22  infringed, but, I mean, so it depends.
23      Q.   Would you estimate once a day?
24      A.   I don't think I've used it for the past month.
25      Q.   Have -- have you used Google reverse image

Elliot McGucken, Ph.D.
March 15, 2021                                           194

1    search last month?

2         A.    I think in February I did.

3         Q.    How often did you use Google reverse image

4    search in February?

5         A.    I'm not sure.  Maybe -- I -- I have no -- I

6    don't recall.  I don't keep track.  It's just something

7    I do now and then.

8         Q.    Would you say that you use Google reverse image

9    search a few days a month?

10        A.    Not this past month.  I didn't use it at all

11   really.

12        Q.    How about in February?

13        A.    Maybe in early February but not too much.  I've

14   been on the road for a lot this whole year, so,

15   minimally.

16        Q.    Do you use any other platforms or software to

17   search for uses of your image?

18        A.    Yes.

19        Q.    What platforms or software?

20        A.    I use Pixie and TinEye.

21        Q.    Do you -- are -- are those platforms or

22   software subscription fees?

23        A.    Yes, Pixie is.

24        Q.    How much is a Pixie subscription?

25        A.    It varies.

Elliot McGucken, Ph.D.
March 15, 2021                                          195

1          Q.    How much does Pixie charge you for a

2     subscription?

3          A.    I think it's about 3,800 per year.

4          Q.    So it's an annual subscription?

5          A.    Yes.

6          Q.    And what does Pixie do?

7          A.    They reverse search images.

8          Q.    So do you -- do you provide your images to

9     Pixie, and they reverse search it for you?

10         A.    Basically.

11         Q.    How many images do you provide to Pixie?

12         A.    Let's see.  Around 350,000 or a little bit

13    over.

14         Q.    Is that all the images that you -- you take in

15    a year?

16         A.    No.  That's a collection.

17         Q.    So how do you decide which images to provide to

18    Pixie?

19         A.    Hmm, I mean most of my best ones are searched.

20         Q.    When you say "best ones," what are you

21    referring to?

22         A.    My best images.

23         Q.    What do you mean by "best"?

24         A.    My fine art images.

25         Q.    Do you send images to Pixie that you've posted

Elliot McGucken, Ph.D.
March 15, 2021                                          196

1    on your website or social media?

2         A.    Yes.

3         Q.    Do you send images to Pixie that you have not

4    posted on your website or social media?

5         A.    I don't think so.  Maybe, but not -- I don't

6    think so.

7         Q.    So what results do -- does Pixie provide to

8    you?

9         A.    They provide various results, matches of

10   infringement.

11        Q.    What do the results look like?

12        A.    What do you mean, "look like"?

13        Q.    Can you describe what you receive from Pixie to

14   me?

15        A.    It gives you infringement reports or matches

16   based on the technology, so it's hit and miss.

17        Q.    And when you say "infringement," what do you

18   mean?

19        A.    People using images without consent.

20        Q.    Is Pixie's system able to understand what

21   images are with and without consent?

22             MS. ZAHARIA:  Objection.  Vague.

23   BY MS. GATES:

24        Q.    You can answer if you understand.

25        A.    Not -- no.

Elliot McGucken, Ph.D.
March 15, 2021                                          197

1       Q.   Are there matches that you receive that are

2   images that were used with your consent?

3       A.   Yes.

4       Q.   About how many matches are with consent?

5       A.   I don't recall overall.

6       Q.   And once you receive the matches, what do you

7   do with them?

8            MS. ZAHARIA:  Objection.  Vague.

9            THE WITNESS:  I --

10           MS. ZAHARIA:  It calls for attorney-client

11  communications.

12  BY MS. GATES:

13      Q.   Outside of anything privileged, do you review

14  the matches?

15      A.   Generally, yes.

16      Q.   Do you review whether the matches are picking

17  up content that was used with your consent?

18      A.   Yes.

19      Q.   Typically, what percentage of matches do you

20  find were used with your consent?

21      A.   I have no idea.  That's such a nebulous -- I'd

22  have to -- that's so much -- really nebulous.

23      Q.   Would you say that's more than typically more

24  than 50 percent or less than 50 percent?

25      A.   Less than 50 percent.

Elliot McGucken, Ph.D.
March 15, 2021                                    198

1        Q.   Do you or Pixie distinguish between different

2   types of uses?

3        A.   Yes.

4        Q.   How do you distinguish between different types

5   of uses?

6        A.   They have the algorithms, and I have my

7   opinions.  It's really -- it's somewhat of a nebulous

8   answer, so it's case-by-case basis.

9        Q.   When you say "nebulous," what do you mean in

10  this context?

11       A.   I mean it's somewhat abstract.  It's hard to

12  pin down exact quantification.

13       Q.   Does Pixie provide you with various categories

14  of matches?

15       A.   Yes.

16       Q.   What are some of those categories?

17       A.   I believe they have by country, commercial,

18  noncommercial, different things.  But, again, it's all

19  very hit or miss.

20       Q.   What do you mean by "hit or miss"?

21       A.   That expression means sometimes it's right;

22  sometimes it's wrong.

23       Q.   How much time would you say that you spend

24  going over Pixie's results?

25       A.   Over the past month, not at all.

Elliot McGucken, Ph.D.
March 15, 2021                                               199

1          Q.    How about in the prior month, how much time

2     would you typically spend?

3          A.    Maybe a few hours.

4          Q.    And how do you know if a -- a result is a hit

5     or miss?

6          A.    You look at it and you see what -- if it's hit

7     or miss.

8          Q.    Do you compare it to your own records?

9          A.    Yes.

10         Q.    And are those records primarily your e-mail?

11         A.    Various records, memories, e-mails, yes.

12         Q.    Are there other record that you consult?

13         A.    Not usually, no.

14         Q.    When you're referring to commercial versus

15    noncommercial instances, how does Pixie differentiate

16    between those two?

17         A.    I don't know their algorithm.

18         Q.    Do you have an understanding of what Pixie

19    provides for commercial uses?

20         A.    I think they mean, like, a commercial website.

21         Q.    What do you mean by a "commercial website" in

22    this context?

23         A.    A website usually that makes money.

24         Q.    So any website that makes money?

25         A.    I'm not sure why we're debating the word

Elliot McGucken, Ph.D.
March 15, 2021                                              200

```
 1    "commercial."  I think that it means a website that

 2    makes money.

 3         Q.   And without getting into privileged

 4    communication, what do you do with the Pixie results

 5    that you think are without consent?

 6         A.   Oh, it all varies from case to case.

 7         Q.   Do you elevate it to take action, or do you

 8    leave it be?

 9              MS. ZAHARIA:  Objection.  Vague.

10              THE WITNESS:  It varies from case to case.

11    BY MS. GATES:

12         Q.   Can you give me an example?

13         A.   Pertaining to this case, directly?

14         Q.   Sure.

15         A.   I don't think I've used Pixie to find any

16    infringements on this case.

17         Q.   Do you have any other examples that come to

18    mind regarding Pixie?

19         A.   Nothing specific.  Again, it's a vary

20    case-by-case situation.

21         Q.   Are there specific factors you consider when

22    you're evaluating these results case-by-case?

23         A.   I'm no expert, but roughly.

24         Q.   Roughly, what are the factors?

25         A.   If it's a commercial website that's using it
```

Elliot McGucken, Ph.D.
March 15, 2021                                    201

1    commercially.

2         Q.   Is that the only factor?

3         A.   I'd say it's the leading major one.

4         Q.   And there are other factors?

5         A.   Not that I can think of.

6         Q.   So in your example, when there's a commercial

7    website making a commercial use, do you take any action

8    yourself, or do you send it to someone else?

9         A.   I generally almost always rely on the expertise

10   of my counsel.

11        Q.   Do you recall how many copyright infringement

12   lawsuits you've been involved in as a plaintiff?

13             MS. ZAHARIA:  Objection.

14             THE WITNESS:  I don't know the exact number.

15   BY MS. GATES:

16        Q.   Can you provide a best estimate?

17        A.   I'm totally speculating.  Maybe eight or nine.

18             MS. ZAHARIA:  Madam Court Reporter, can you let

19   us know how much time we have on the record?

20             THE REPORTER:  Yes.  We'll have to go off the

21   record, and I'll have to tabulate that.

22   BY MS. GATES:

23        Q.   Have you been a plaintiff in any other lawsuits

24   involving the -- the photos you took of the Death Valley

25   Lake?

Elliot McGucken, Ph.D.
March 15, 2021                                                    202

1        A.    I believe so.

2        Q.    Do you recall the names of those lawsuits?

3        A.    I would have to check records to make

4    absolutely sure, but, yeah, I believe -- I believe I

5    recall a couple of them.

6        Q.    Do you recall the party name or defendant's

7    name in any of those lawsuits?

8        A.    Ripley's Believe It Or Not, and, then, I

9    believe Vice.  I think those two.

10       Q.    So earlier today you had testified about

11   licensing income and licensing versus enforcements.  Can

12   you estimate the amount of monthly income you would

13   receive from retroactive licenses or settlements in

14   comparison to licensing before use?

15            MS. ZAHARIA:  Objection.  Vague.  Calls for

16   attorney-client communications.

17   BY MS. GATES:

18       Q.    You can answer to the extent it doesn't get

19   into privileged communication.

20       A.    I believe I've already provided those overall

21   numbers, but it -- so that includes everything.

22       Q.    On that overall number you provided, is it

23   possible to narrow it to differentiate between the

24   amount you received for a license before the use?

25       A.    Well, a lot of the settlements are

Elliot McGucken, Ph.D.
March 15, 2021                                          203

1   confidential, so I'm not sure.

2       Q.   Without getting into any confidential

3   information regarding settlements, do you know what

4   percentage of the income is from licensing before use as

5   opposed to retroactive licensing?

6            MS. ZAHARIA:   Objection.

7   BY MS. GATES:

8       Q.   You can answer.

9       A.   I don't think --

10           MS. ZAHARIA:   Wait.   He's not going to answer

11  regarding -- regarding settlement payments.

12           MS. GATES:   I'm asking about licensing.

13           THE WITNESS:   It's confidential.

14           MS. ZAHARIA:   So --

15           THE WITNESS:   I'm sure it's confidential.

16  BY MS. GATES:

17      Q.   Licensing of your photos is confidential?

18           MS. ZAHARIA:   Madam Court Reporter, could you

19  please read back the question?

20           (The record is read by the reporter as

21           follows:

22           "QUESTION:   Without getting into any

23           confidential information regarding settlement,

24           do you know what percentage of the income is

25           from licensing before use as opposed to

Elliot McGucken, Ph.D.
March 15, 2021                                                    204

1    retroactive licensing?"

2              And then there was the objection.

3              MS. ZAHARIA:  Thank you.

4              Same objection.

5              And can we break now and also confirm how much

6    time we have left on the record?

7              MS. GATES:  Can we just close out this question

8    first before the break?

9              MS. ZAHARIA:  We're going to take a break now.

10             MS. GATES:  When there's an open question

11   pending?

12             MS. WOLFF:  You can't do that.  You can't do

13   that with an open question.  Excuse me, no.

14             MS. ZAHARIA:  Privilege.  We already objected

15   based on privilege.

16             MS. WOLFF:  There's no privilege to a

17   percentage question that doesn't reveal anything

18   confidential.  We can close the door --

19             MR. BURROUGHS:  I don't mean to jump in here,

20   but generally speaking, there should be one questioning

21   attorney and one objecting attorney, and I object to the

22   extent that we now have a second attorney interposing

23   arguments on the record.  I've been forced to do it.

24   And I move to --

25             MS. WOLFF:  Sustained.

Elliot McGucken, Ph.D.
March 15, 2021                                    205

```
 1              (Simultaneous colloquy)

 2              MR. BURROUGHS:  -- in response to defense

 3      counsel making statements on the record that shouldn't

 4      be made, particularly because she hasn't been on camera

 5      for this entire time.

 6              MS. WOLFF:  That is because I have a sick

 7      husband who is sitting behind me.  Okay?  He has

 8      Parkinson's, and I don't really think you need to watch

 9      this.  All right?  This is enough.  She is --

10              MR. BURROUGHS:  That's fine, but I do not

11      think -- I object -- I object to you yelling at my

12      attorney.

13              MS. WOLFF:  You are not allowed --

14              (Simultaneous colloquy)

15              MR. BURROUGHS:  She's asking a question --

16              MS. WOLFF:  Excuse me.  You are not allowed

17      to --

18              MR. BURROUGHS:  She cannot --

19              MS. WOLFF:  I don't care.

20              (Simultaneous colloquy)

21              THE REPORTER:  I'm sorry.  One at a time,

22      please, or we have to go off the record.

23              MR. DONIGER:  If you want to -- if you want to

24      talk to your attorney, and if you want to -- then we can

25      do that, but I do not want you telling my attorney what
```

Elliot McGucken, Ph.D.
March 15, 2021                                    206

1    to do.  Okay?

2              MS. GATES:  I'd like to just close out the

3    question before the break.

4              THE WITNESS:  It's confidential.

5    BY MS. GATES:

6         Q.   All of your licensing income is confidential?

7         A.   I believe -- I believe it is, except for what

8    was shared with this case.

9         Q.   So separate from this case, all of your other

10   licensing information is confidential?

11        A.   Oh, whatever you can't find publicly is

12   generally confidential.

13        Q.   Does "confidential" mean "nonpublic"?

14        A.   Partly.  That's one way of interpreting it.

15        Q.   How are you interpreting "confidential" in this

16   context?

17        A.   Meaning, that it's private.

18             MS. ZAHARIA:  I'm going to object.  We left an

19   open-ended question to be asked.  Now I would like to go

20   off the record.

21             MR. BURROUGHS:  Before we do, Madam Court

22   Reporter, I just want to state, for the record, that

23   Ms. Wolff has been off camera for the majority of the

24   day today.  She turned her camera on to get -- to enter

25   the record, make statements on the record, and then

Elliot McGucken, Ph.D.
March 15, 2021                                    207

1    provide directions as to how the deposition should

2    proceed.  That's probably not visible in the court

3    reporter's transcript because you can't see the video,

4    but that is what happened.

5            So I'm going to lodge an objection, A, to a

6    second attorney entering the record to make statements

7    on the record and direct the proceedings;

8            And, B, that that was done by -- by an attorney

9    who hasn't been on camera today for the -- the entirety

10   of the session.

11           Thank you.

12           MS. WOLFF:  It's only been for the last hour

13   because my aide has left and my husband almost fell, and

14   I needed to have him in the room, and your associate was

15   terminating a question before it was answered which is

16   not permitted.

17           MS. GATES:  All right.  Can we also let the

18   record reflect that Mr. Burroughs' camera has been off

19   for the majority of the day?

20           We can go off record.

21           (Recess)

22   BY MS. GATES:

23      Q.   Going back to -- and let me remind you, sir,

24   that you're under oath.

25           Going back to what we were previously

Elliot McGucken, Ph.D.
March 15, 2021                                          208

1    discussing, can you estimate what percentage of your

2    monthly income comes from licensing?

3           And when I use the term "licensing" in this

4    instance, I'm referring to licensing before use of the

5    photo.

6        A.   A lot of that is tied up in confidential

7    agreements, so the -- it's difficult for me to say it

8    without breaching that confidentiality.

9        Q.   Okay.  Without getting into any specific

10   numbers, could you provide a ballpark estimate of the

11   percentage of your monthly income?

12       A.   I -- I mean, to me I don't -- it's -- it all

13   seems like licensing.  I mean, it's payment for the use

14   of my art.

15       Q.   Would you say that the percentage of your

16   monthly income from licensing -- for licensing before

17   use of the photos is less than 50 percent of your

18   income?

19       A.   Probably.

20       Q.   Would you say that licensing amount is less

21   than 40 percent of your income?

22       A.   Probably.

23       Q.   Would you say that licensing amount is less

24   than 30 percent of your income?

25       A.   I'd have to go and check my records and look

Elliot McGucken, Ph.D.
March 15, 2021                                    209

1   into that.

2       Q.   Could you provide an estimate of the percentage

3   you receive for retroactive licenses, the percentage of

4   your monthly income, I mean?

5           MS. ZAHARIA:  I'm going to object to the extent

6   this calls for attorney-client communications.

7   BY MS. GATES:

8       Q.   I'm not asking for any hard numbers, but just

9   the general percentage of your monthly income.

10      A.   Well, it all depends on the month.

11      Q.   I'm sorry.  I -- I did not hear the end of what

12  you just said.

13      A.   "Well, it all -- it all depends on the month."

14  It varies so much.

15      Q.   So, for example, February of this year, could

16  you estimate what the percentage of your monthly income

17  was for retroactive licenses?

18      A.   Yeah.  That would have been higher than --

19  yeah.  Maybe around 90 percent or more.

20      Q.   Is that typical of the month, or would you

21  characterize February as being a particularly good

22  month?

23      A.   Well, all months that I make money are good.

24  I -- yeah.  It so varies from month to month, so it's

25  difficult for me to say.

Elliot McGucken, Ph.D.
March 15, 2021                                          210

1          Q.   Could you provide an annual estimate for 2020

2     of what your ballpark percentage was from income for

3     retroactive licenses?

4          A.   I'm trying to think.  That's, like, difficult.

5     Maybe around the same number as well.

6          Q.   When you say the "same number," overall, what

7     are you referring to?

8          A.   Around 90 percent, but I would have to check

9     details.

10         Q.   So would you say the estimate of your

11    percentage of annual income in 2020 for licensing -- and

12    this is licensing before use of the photos -- would you

13    estimate that that's 10 percent?

14         A.   Somewhere around there.  Again, I'd have to

15    check to make sure.

16         Q.   In -- in comparing licenses before use of the

17    photos to retroactive licenses -- and without getting

18    into any specific numbers -- would you say that you

19    charge a premium rate for retroactive licenses?

20         A.   I -- I rely on the expertise of my attorneys,

21    because that involves a lot of other factors.

22         Q.   Would you say that you charge a higher rate?

23         A.   I rely on the expertise of my attorneys,

24    because that involves a lot of factors.

25         Q.   What factors are you talking about in this

Elliot McGucken, Ph.D.
March 15, 2021                                                211

1    instance without getting into any privileged

2    communications?

3        A.    I believe when somebody steals something, there

4    is generally a penalty associated with that, and that's

5    generally determined by the court, and my attorneys are

6    far more privy to exactly how that works than I am.

7        Q.    Would you equate a retroactive licensee with a

8    penalty?

9            MS. ZAHARIA:   Objection to the extent this

10   seeks attorney/client communications.   And objection.

11   Vague.

12   BY MS. GATES:

13       Q.    Without getting into any privileged

14   communications, what's your personal understanding?   Is

15   there a retroactive license, a penalty, in your mind?

16       A.    I'm no expert, but it is a huge body of law.   I

17   know that it's done to encourage the pre-licensing of

18   the photographs, which is unfortunately all too rare.

19       Q.    Do you believe that pre-licensing of a

20   photograph is rare?

21       A.    I believe that copyright infringement is a

22   problem.

23       Q.    As opposed to retroactive licenses, how often

24   are your images pre-licensed?

25           MS. ZAHARIA:   Objection.   Vague.

Elliot McGucken, Ph.D.
March 15, 2021                                      212

1    BY MS. GATES:

2         Q.   You can answer if you know.

3         A.   I would have to look at the exact numbers.

4         Q.   Could you provide your best estimate?

5         A.   Again, I -- it's -- so I would have to research

6    the exact numbers, but there is a lot of copyright

7    infringement.

8         Q.   Have you ever used a licensing agent?

9              MS. ZAHARIA:  Objection.  Vague.

10   BY MS. GATES:

11        Q.   You can answer if you know.

12        A.   I don't believe I have.

13        Q.   Have you ever worked with a stock photography

14   agency?

15        A.   No, maybe Tiny -- briefly, but I don't believe

16   I have.  I'm not -- no, I don't believe.

17        Q.   What is "Tiny"?

18        A.   I believe -- oh, I don't believe I ever did,

19   but I know -- I don't believe I ever have.

20        Q.   Why haven't you worked with a stock photo

21   agency?

22        A.   The caliber of my work is far above what you

23   would find on a stock photography website.

24        Q.   Is that the only reason you haven't worked with

25   a stock photography agency?

Elliot McGucken, Ph.D.
March 15, 2021                                        213

 1        A.    That's one reason.  I don't want to degrade the

 2   value of my pictures.

 3        Q.    How often do you shoot in national parks?

 4        A.    A lot.  I was just in Yellowstone -- this year

 5   I've been in Yellowstone, I've been in Arches, I've been

 6   in Bryce Canyon, I've been in the Grand Canyon.  I've

 7   been in Yosemite all this year.

 8        Q.    Would you say that a majority of your

 9   photographs are shot in national parks?

10        A.    Yes, now they are, perhaps for the past two

11   years.

12        Q.    Is there a -- can you give a reason why you've

13   focused more on national parks in the past two years?

14        A.    Well, the national parks are a vast treasure,

15   and they have unfathomable beauty we are blessed in this

16   part of the world.

17        Q.    How do you choose which park to photograph?

18        A.    Well, they are all so beautiful with such

19   different layouts, and -- I mean, just -- I mean, a

20   variety between here and Montana.  It's just beautifully

21   infinite.  I was also in Canyonlands National Park too.

22        Q.    Do you obtain a permit to shoot in the parks?

23        A.    No, I don't.

24        Q.    So we saw several instances today where you

25   allowed free use of your images with credit; is that

Elliot McGucken, Ph.D.
March 15, 2021                                    214

1   right?

2            MS. ZAHARIA:  Objection.  Vague.

3            THE WITNESS:  Credit in addition to many other

4   things.

5   BY MS. GATES:

6       Q.   What do you mean by "many other things"?

7       A.   Well, we saw compensation.  We saw a

8   celebration of my fine art.  We saw complimentary

9   language like "dazzling photographs."  We saw original

10  phone calls.  We saw the juxtaposition of my views on

11  using the golden ratio in fine art.  So, yeah, we saw

12  numerous factors in addition to credits.

13      Q.   How often do you permit the use of your

14  photographs without a license fee?

15           MS. ZAHARIA:  Objection.  Vague.

16  BY MS. GATES:

17      Q.   You can answer.

18      A.   All right.  In this case with all the

19  documentation, one can add the numbers up and see.  But

20  generally if you're going to make money with

21  photography, you need my consent.

22      Q.   Generally, how often do you charge a -- a

23  license fee for uses of your photograph?

24      A.   I -- I think in this case we can -- you can

25  calculate the percentages, comparing the documents.

Elliot McGucken, Ph.D.
March 15, 2021                                                215

1       Q.   Separate from this case, how often do you

2    charge a license fee for using your photographs?

3       A.   For commercial use, it -- that's such a -- it

4    sort of depends on the case and who approaches me and

5    who wants to use them.  Again, I focus on a photography

6    in building a long-term fine art brand and achieving

7    excellent photography and making a name for myself, so

8    I'm not sure exactly how often.  I'm not sure what --

9    what that -- how do you mean by "often" compared to...

10      Q.   Just compared to when you don't charge a

11   license fee, can you provide a percentage of when you

12   require a license fee versus when you would not, for

13   example, in a month?

14      A.   Well, in this specific case, that was a busy

15   month because of the beautiful Death Valley photographs,

16   but in a given month, it depends on who requests and

17   what they want to use for, and so some months it would

18   be nobody requests or I don't grant any permission.  So

19   it totally depends on the case.

20      Q.   Would you say in a typical month that you do

21   not require a license fee in less than 50 percent of

22   instances?

23      A.   If you're gonna make money off my photographs

24   in any particular month, you're going to have to

25   compensate me somehow.

Elliot McGucken, Ph.D.
March 15, 2021                                                    216

 1        Q.   And what do you mean by "compensate somehow"?

 2        A.   You can provide a high-quality original article

 3   with a phone call.  You can pay me money, you can allow

 4   me to speak of the fine art nature of my work.  You can

 5   present my work, and it results in fine art brand such

 6   as the Smithsonian.  Many different ways I can be

 7   compensated.

 8        Q.   So in a typical month, how often do you not

 9   require any monetary licensing for use of your

10   photographs?

11        A.   For a --

12             MS. ZAHARIA:  Objection.

13   BY MS. GATES:

14        Q.   I'm sorry.  I couldn't hear that over the

15   objection.

16        A.   I'm not sure what you mean by "typical month."

17        Q.   In an average month?

18        A.   I'm not sure what you mean by "an average

19   month."  I mean Yellowstone and the Grand Canyon in the

20   winter.  I mean, every month is so different, I'm not

21   sure I have an average month.

22        Q.   Could you provide an example of a month?

23        A.   To summarize, if you're going to make money off

24   of my images, I need some form of -- of compensation,

25   and I also need to give my consent.

Elliot McGucken, Ph.D.
March 15, 2021                                        217

1        Q.   How much financial compensation do you need in

2   a month?

3             MS. ZAHARIA:   Objection.   Vague.

4             THE WITNESS:   It so varies from month to month

5   and the different uses of my photography.

6   BY MS. GATES:

7        Q.   Do you have a specific budget that you try to

8   meet each month?

9        A.   Not entirely.   I mean, I -- basically, I -- I

10  mean, it varies so much from month to month.   Again,

11  it's -- I think I'm having difficulty getting across the

12  fact that the pursuit of art is difficult, and artists

13  still need to be compensated and paid, and artists don't

14  always think in a strict dollar-or-cent type of thought

15  process, but by no means does that mean that their work

16  is worth nothing.

17       Q.   Do you think that allowing use of your images

18  without a monetary license fee facilitates in building

19  your brand?

20       A.   In the case of an exalted publication like the

21  Smithsonian where they reach out, and they also

22  compliment the beauty of my fine art photography, and I

23  believe that that definitely helps bolster my brand.

24       Q.   And what about in other cases aside from the

25  Smithsonian?

Elliot McGucken, Ph.D.
March 15, 2021                                        218

1        A.    Yes, I was proud to be able to serve the

2   National Parks Conservation Association.  It's something

3   that I believe in deeply, the vast treasure of our

4   national parks.  It was funding in Yellowstone, which

5   Teddy Roosevelt dedicated the arched cornerstone, a part

6   of history.  And when you see the beauty of these

7   places, you realize that it's all worth conserving.

8        Q.    Did you charge the National Parks Conservation

9   Association a monetary license fee for use of your

10  photo?

11       A.    Yes.  They were kind enough to offer.

12       Q.    And what about uses by other entities such as

13  AccuWeather?  Do you have the same feeling?

14       A.    That was a different situation, so the feeling

15  was probably different.

16       Q.    How is it a different situation?

17       A.    It's a different organization, a different

18  contact, a different e-mail, a different structure.  It

19  was different.

20       Q.    Do you think that allowing use of your images

21  without a monetary license fee increases the likelihood

22  that your images will be shared?

23       A.    It's --

24             MS. ZAHARIA:  Objection.  Vague.

25             THE WITNESS:  That's vague.  It all depends.

Elliot McGucken, Ph.D.
March 15, 2021                                              219

1   BY MS. GATES:

2       Q.   What does it depend on?

3       A.   Well, first of all, it depends on how good the

4   get images are.  If they aren't any good, nobody's going

5   to share them.

6       Q.   And if someone does share them?

7            MS. ZAHARIA:  Objection.  Calls for

8   speculation.

9            THE WITNESS:  What's the question?  If somebody

10  shares them?

11  BY MS. GATES:

12      Q.   Do you think that allowing use of your images

13  without a monetary license fee increases the likelihood

14  that your images will be shared, assuming that the

15  images are good?

16           MS. ZAHARIA:  Objection.  Calls for

17  speculation.

18           THE WITNESS:  Yeah.  It depends on the

19  situation.  We've seen about 10 situations today, and

20  they got my consent, and they compensated me in various

21  manners.

22  BY MS. GATES:

23      Q.   Are you a member of any photography

24  associations?

25      A.   My membership might have lapsed.  You get those

Elliot McGucken, Ph.D.
March 15, 2021                                                    220

1    e-mails saying you need to pay.  So, yes, I support

2    them -- the ASMP and the PPA -- so thanks for the

3    reminder.  I've been on the road.  My membership has

4    lapsed.  I will rejoin.  I have been members.  I think

5    I've been a member of them both recently, but I support

6    them.  I'll join again if I'm not.

7        Q.   Can you just spell out the names of those

8    organizations for the record?

9        A.   The PPA, Professional Photographers

10   Association; and the ASMP, American Society of Media

11   Photographers.  I'm not sure of exactly when I was

12   membership, but I support them both, and I'd do it again

13   when I'm sitting in front of a computer with a credit

14   card.

15       Q.   Why have you supported those two associations

16   in the past?

17       A.   Oh, because they're fine bodies that look out

18   for the rights of photographers.  They write Amicus

19   briefs now and then, I believe.

20       Q.   Aside from paying a membership fee, have you

21   been an active member in those associations in any other

22   way?

23       A.   I think I had insurance through the PPA for a

24   while, but I generally stick to the sidelines, but I'm a

25   huge fan.

Elliot McGucken, Ph.D.
March 15, 2021                                    221

1        Q.   Do you know what the general purpose or general

2   creed of these associations are?

3        A.   Yes.  To --

4             MS. ZAHARIA:  Objection.  Calls for

5   speculation.

6             THE WITNESS:  Yeah.  I mean, I -- I never met

7   with anybody, but generally I get the sense they support

8   artists and photographer's rights.

9   BY MS. GATES:

10       Q.   You had mentioned earlier that Instagram

11  compresses images; is that correct?

12       A.   I'm not sure of the technical term, but, yeah,

13  they make images smaller.

14       Q.   So if you -- if you were to license an image

15  for online use, would you provide a compressed image?

16       A.   For online use, I don't think it matters

17  because everybody's looking at a screen that generally

18  is 2K or 4K at the most, so I don't think any -- there's

19  any distinction, really.

20       Q.   What is a 2K or a 4K?

21       A.   Well, maybe HD monitor.  They make different

22  resolutions of monitors.  Like, I believe mine right

23  here is an HD monitor, and then I believe they have

24  2K monitors, and I believe they have 4K monitors, which

25  are higher resolution.

Elliot McGucken, Ph.D.
March 15, 2021                                                  222

1        Q.   So if you're providing an image for online-only

2    use, does it not matter what the image size or the

3    resolution is?

4        A.   It matters to a degree, but for the -- all

5    intents and purposes, I think the vast majority of media

6    is consumed on the iPhone these days, which is smaller

7    than 1080P or -- I'm not sure.

8        Q.   So for images that you provide for online use,

9    what do you typically provide?

10       A.   Well, it's -- it's what do they typically use.

11   I mean, they typically use something that's, like, an

12   Instagram image.  I think most, the vast majority, of

13   online images that you see are Instagram resolution.

14       Q.   Do you know what an Instagram resolution is?

15       A.   Not off the top of my head.  It's probably

16   better than HD, and they change it over time too.  So

17   maybe -- maybe they provide 4K images now.  I'm not

18   sure, but for all intents and purposes, they provide web

19   graphics.

20       Q.   When you say "web graphic," what are you

21   referring to?

22       A.   When you view a website on the web, it has

23   graphics, and generally those images are, like, sized

24   for the web.

25       Q.   Do you know what resolution of images Instagram

Elliot McGucken, Ph.D.
March 15, 2021                                      223

1    typically uses?

2        A.    I don't.

3        Q.    When you license images for online use, do the

4    entities that you're licensing to ask for a specific

5    resolution?

6        A.    I don't believe they do.

7        Q.    What about for print use?

8        A.    For print on the cover of "Nikon Magazine," I

9    mean, I think they requested the original high-res file,

10   but I'm not sure.  I can't recall.  It depends on the

11   camera too, because higher image out of different

12   cameras is a very different thing, so...

13            MS. GATES:  Okay.  I think I may be getting

14   close to finishing up.  If we can, just take a

15   five-minute break.

16            THE WITNESS:  Okay.

17            MS. GATES:  Thank you.

18            (Recess)

19            MS. GATES:  So I have no further questions at

20   this time, subject to anything your counsel may do.

21   I'll pass the witness.

22            MS. ZAHARIA:  Nothing further from Plaintiff's

23   counsel.

24            MS. GATES:  Great.  I thank you so much for

25   your time today.

Elliot McGucken, Ph.D.
March 15, 2021                                                   224

```
1              THE WITNESS:  Thank you, everybody.

2              MS. GATES:  Madam Court Reporter, do you need

3     anything from us?

4              THE REPORTER:  I do need some spellings when

5     we're off the record.  And I just want to check on copy

6     orders real quick before we go off the record.

7              MS. GATES:  Of course.

8              THE REPORTER:  So does anyone want to order

9     copies?  I guess this is basically for Plaintiff's

10    counsel?

11             MS. ZAHARIA:  Yes.

12             THE REPORTER:  Okay.  Thank you.

13             Okay.  Let me -- there's quite a few spellings

14    or clarifications, so just bear with me mostly for the

15    plaintiff -- for the deponent.

16             (Discussion off the record)

17             MS. GATES:  And just one question for counsel,

18    will you accept service for the transcript?

19             MS. ZAHARIA:  Yes, we will.

20             MS. GATES:  Okay.  Thank you.

21             THE REPORTER:  Okay.  Thank you.

22

23             (Deposition concluded at 5:25 p.m.)

24

25                            -0-
```

1              DECLARATION UNDER PENALTY OF PERJURY

2

3        I, ELLIOT McGUCKEN, Ph.D., do hereby certify under

4   penalty of perjury that I have read the foregoing

5   transcript of my deposition taken on March 15, 2021;

6   that I have made such corrections as appear noted on the

7   Deposition Errata Page, attached hereto, signed by me;

8   that my testimony as contained herein, as corrected, is

9   true and correct.

10           I declare under penalties of perjury of the

11  State of California that the foregoing is true and

12  correct.

13           Dated this _____ day of

14  _____, 2021, at

15  _____,

16  California.

17

18

19                  _____

20                  ELLIOT McGUCKEN, Ph.D.

21

22

23

24

25

Elliot McGucken, Ph.D.
March 15, 2021                                          226

```
 1                    DEPOSITION ERRATA SHEET

 2

 3      Page No. _____ Line No. _____

 4      Change:_____

 5      Page No. _____ Line No. _____

 6      Change:_____

 7      Page No. _____ Line No. _____

 8      Change:_____

 9      Page No. _____ Line No. _____

10      Change:_____

11      Page No. _____ Line No. _____

12      Change:_____

13      Page No. _____ Line No. _____

14      Change:_____

15      Page No. _____ Line No. _____

16      Change:_____

17      Page No. _____ Line No. _____

18      Change:_____

19      Page No. _____ Line No. _____

20      Change:_____

21      Page No. _____ Line No. _____

22      Change:_____

23

24      _____     _____

25      ELLIOT McGUCKEN, Ph.D.               Dated
```

Elliot McGucken, Ph.D.
March 15, 2021                                          227

1   UNITED STATES DISTRICT COURT              )
                                              )
2   FOR THE CENTRAL DISTRICT OF CALIFORNIA    )

3

4           I, SHEREE L. SPENCER, CSR No. 11073, Certified

5   Shorthand Reporter, certify:

6           That the foregoing proceedings were taken

7   before me at the time and place therein set forth, at

8   which time the witness was put under oath by me;

9           That the testimony of the witness, the

10  questions propounded, and all objections and statements

11  made at the time of the examination were recorded

12  stenographically by me and were thereafter transcribed;

13          That a review of the transcript by the deponent

14  was requested;

15          That the foregoing is a true and correct

16  transcript of my shorthand notes so taken.

17          I further certify that I am not a relative or

18  employee of any attorney of the parties, nor financially

19  interested in the action.

20          I declare under penalty of perjury under the

21  laws of California that the foregoing is true and

22  correct.

23          Dated this 1st day of April, 2021.

24  _____

    SHEREE L. SPENCER
25  CSR No. 11073

1    U.S. Legal Support, Inc.
     11845 West Olympic Boulevard
2    Suite 600 West
     Los Angeles, CA 90064

3

4    April 5, 2021

5

     ELLIOT McGUCKEN, Ph.D.
6    C/O  STEPHEN DONIGER, ESQ.
          DONIGER / BURROUGHS
7         231 Norman Avenue, Suite 413
          Brooklyn, New York  11222

8

     Re:  Elliot McGucken v. Newsweek
9    Date of Deposition:  March 15, 2021

10   Dear Dr. McGucken:

11   Please be advised that the original transcript of your
     deposition in the above-titled matter is now available
12   for reading and signing.  The transcript will be held in
     our office for 30 days and made available for your
13   review.

14   Please contact us at
     westclientsolutions@uslegalsupport.com
15   to arrange an appointment.

16   You may elect to waive signature of the original and
     review a copy of the transcript.  If it is more
17   convenient to review a copy, please notify our office
     via certified or registered mail of any changes made to
18   your transcript.  Please be advised that we are unable
     to release the original transcript for review.
19
     In the event you do not sign your deposition transcript
20   within the 30-day period, it may be used with the full
     force and effect as though it had been read, corrected,
21   and signed.

22   Thank you,

23   U.S. LEGAL SUPPORT
     Production Department
24
     cc:  All Counsel
25

**Exhibits**

EX 0001 Elliot McGucken,
 Ph.D. 031521
 4:8 58:11,12
 63:11
EX 0002 Elliot McGucken,
 Ph.D. 031521
 4:9 74:24,25
EX 0003 Elliot McGucken,
 Ph.D. 031521
 4:10 77:16,
 18
EX 0004 Elliot McGucken,
 Ph.D. 031521
 4:11 79:20,
 22
EX 0005 Elliot McGucken,
 Ph.D. 031521
 4:12 85:9,10
EX 0006 Elliot McGucken,
 Ph.D. 031521
 4:13 88:1,3
EX 0007 Elliot McGucken,
 Ph.D. 031521
 4:14 91:1,2
 92:21 176:4
EX 0008 Elliot McGucken,
 Ph.D. 031521
 4:15 93:2,3
EX 0009 Elliot McGucken,
 Ph.D. 031521
 4:16 98:9,10
EX 0010 Elliot McGucken,
 Ph.D. 031521
 4:17 104:4,6

EX 0011 Elliot McGucken,
 Ph.D. 031521
 4:18 107:14,
 16
EX 0012 Elliot McGucken,
 Ph.D. 031521
 4:19 110:16,
 18
EX 0013 Elliot McGucken,
 Ph.D. 031521
 4:20 111:19,
 21
EX 0014 Elliot McGucken,
 Ph.D. 031521
 4:21 120:22,
 23
EX 0015 Elliot McGucken,
 Ph.D. 031521
 4:22 121:24,
 25
EX 0016 Elliot McGucken,
 Ph.D. 031521
 4:24 126:11,
 12
EX 0017 Elliot McGucken,
 Ph.D. 031521
 5:1 129:12,
 13 150:15
EX 0018 Elliot McGucken,
 Ph.D. 031521
 5:2 134:1,3
EX 0019 Elliot McGucken,
 Ph.D. 031521
 5:3 135:14,
 16
EX 0020 Elliot McGucken,
 Ph.D. 031521
 5:5 143:2,3

146:2
 181:22,23
EX 0021 Elliot McGucken,
 Ph.D. 031521
 5:8 153:12,
 14
EX 0022 Elliot McGucken,
 Ph.D. 031521
 5:9 156:7,9
 157:6
EX 0023 Elliot McGucken,
 Ph.D. 031521
 5:10 159:11,
 12
EX 0024 Elliot McGucken,
 Ph.D. 031521
 5:11 160:18,
 19
EX 0025 Elliot McGucken,
 Ph.D. 031521
 5:12 167:11,
 12
EX 0026 Elliot McGucken,
 Ph.D. 031521
 5:14 168:25
 169:1
EX 0027 Elliot McGucken,
 Ph.D. 031521
 5:15 171:7,8
EX 0028 Elliot McGucken,
 Ph.D. 031521
EX 0029 Elliot McGucken,
 Ph.D. 031521
 5:16 185:14,
 15
EX 0030 Elliot McGucken,
 Ph.D. 031521
 5:17 186:22,

23
EX 0031 Elliot McGucken,
 Ph.D. 031521
 5:18 188:5,6
EX 0032 Elliot McGucken,
 Ph.D. 031521
 5:19 189:15,
 16
EX 0033 Elliot McGucken,
 Ph.D. 031521
 5:20 191:24,
 25

---

**$**

$200
 24:15
$250
 20:23 21:1
 163:11,15
 164:2,14,18
$50
 18:14 157:25
 158:1
$7,000
 20:4 34:4
 35:6 36:4
$9.99
 17:7

---

**-**

-0-
 224:25

---

**0**

03/08
 94:19

---

**1**

1

Elliot McGucken, Ph.D.
March 15, 2021

2

58:11,12
63:11 77:17
**1/4-page**
157:18,19,23
**10**
24:25 91:14
96:1,7
104:4,6,12,
13 134:8
210:13
219:19
**100**
27:12 40:21
135:1,3
193:4
**1080P**
222:7
**10th**
91:7
**11**
107:14,16
**12**
110:16,18
133:3 134:8
181:21
**12th**
113:21
**13**
111:19,21
**13th**
88:12,15
**14**
120:22,23
**14-24**
58:17
**140-character**
53:24
**15**
91:14 96:1,7
121:24,25
181:21
**16**
104:14 121:3
126:11,12
167:20
**17**
129:12,13

150:15
**18**
134:1,3
**19**
135:14,16

---

**2**

**2**
74:24,25
79:21
**20**
91:14 96:2
143:2,3
146:2 157:4
164:2
181:22,23
**200**
21:4,7
24:13,19
25:6 72:11
164:18
**2004/2005**
15:14
**2006**
15:15
**2012**
38:18
**2013**
21:24 22:13
60:7
**2015**
171:12
**2016**
171:12
**2017**
93:24
**2019**
77:23 88:12
94:19,23
156:13,17
157:4,7
159:17,18
161:8,13,16
182:1 191:2
**2020**
210:1,11

**21**
153:12,14
**22**
156:7,9
157:6
**23**
159:11,12
**24**
160:18,19
**25**
15:20 82:1
167:11,12
**250**
21:4,7
**26**
168:25 169:1
**27**
171:7,8
**29**
185:14,15
**2K**
221:18,20,24

---

**3**

**3**
77:16,18
**3,000**
27:12
**3,800**
195:3
**30**
36:14 77:3
96:25
104:12,13,
14,16
186:22,23
208:24
**31**
188:5,6
**32**
189:15,16
**33**
191:24,25
**350,000**
195:12

**37**
168:25
**3:13**
97:6
**3rd**
156:13,17
157:7 182:1

---

**4**

**4**
79:20,22
**4.99**
17:8,9
**40**
18:14 29:5
97:3,4,7
208:21
**43**
159:11
**45**
150:3,10,12
**45epic**
93:8 114:19,
22 142:21
143:11 150:2
162:18
166:1,2,3
**45surf**
49:24 50:4
53:19 93:8
**46**
86:24 87:13
**47**
134:2
**48**
107:15
**49**
107:15
**4K**
221:18,20,24
222:17

---

**5**

**5**

Elliot McGucken, Ph.D.
March 15, 2021

3

85:9,10

**5-**
18:22 20:4
34:4,18,20
35:6 36:4

**5.99**
17:8,9

**50**
91:15 193:1,
3 197:24,25
208:17
215:21

**500**
23:23 24:21

**53**
110:17

**581**
186:15

**5:25**
224:23

---

**6**

**6**
88:1,3

**6,000**
43:24 44:1,2

**6-**
18:22 20:4
34:4,18,20
35:6 36:4

**63**
160:17

**67**
111:20

---

**7**

**7**
91:1,2 92:21
104:5 176:4

**7,000**
18:22 34:18,
20

**75**
64:20

**78**
121:23

**7th**
85:14

---

**8**

**8**
93:2,3

**80**
98:9

**83**
129:12

**8th**
85:15 94:23

---

**9**

**9**
98:9,10

**90**
28:25 209:19
210:8

**90s**
72:15 73:6

**99.9**
27:13 52:17

---

**A**

**Abbey's**
149:23

**Abby**
191:8,11

**ability**
141:22

**able**
56:16 93:22
97:22 142:3
151:9 154:15
184:8 196:20
218:1

**above**
169:8 212:22

**absolutely**
100:12 202:4

**abstract**
198:11

**accept**
224:18

**access**
12:4 82:19,
20 83:1
101:18
113:11
136:23

**accessed**
136:15

**accessible**
46:11 89:5

**account**
42:15,16
43:1 45:14,
22,23 46:10,
17,19,21
47:2,4,6
50:17 51:1,
2,4,6,11,13,
15,19,24
52:20 53:1,
3,4 54:1,7,
8,12,17
70:13 73:23
79:7 87:23
100:8 158:17
165:16
171:11
183:16

**accounts**
42:2,5,8,10,
15 45:25
49:7,15,23
50:2,9,13,25
51:12 52:6
53:17,18
54:4 55:18
134:15

**accurate**
9:9 47:5
164:1,4

**Accuweather**
111:17,24
112:2,9,11,
14,22 113:8,

**11** 114:2,8,
**12** 116:2,5
120:19,25
121:2,4,12
218:13

**accuweather.
com**
120:16

**achieve**
26:3

**achieving**
215:6

**across**
52:5 189:24
190:8 217:11

**act**
163:17

**action**
127:20 200:7
201:7

**active**
45:15,20
50:11,13
53:21 54:5,7
58:24 220:21

**actively**
106:4

**actual**
101:25

**Adams**
24:3 31:17
64:19

**Adams'**
130:4

**add**
140:17 193:6
214:19

**added**
162:18

**addition**
30:20 45:24
81:20 159:20
214:3,12

**additional**
113:17

**adds**
112:20

Elliot McGucken, Ph.D.
March 15, 2021

4

adequate
  171:24
adjustments
  96:3
Adobe
  52:19
advance
  16:6
advertise
  26:19 106:12
advertisement
  143:22
advertisements
  105:24
  106:5,10,14,
  19 128:12
advertising
  62:21 105:16
  106:25
  107:2,5
  111:1 121:13
  134:20
affect
  55:12 106:19
affiliate
  58:19,20
  59:6,9,16
agency
  212:14,21,25
agent
  212:8
ago
  32:18 37:23
  90:17 126:8
  132:12
agree
  145:2 146:6,
  10,17 147:1
  148:1
agreed
  113:2
agreement
  122:7,11,15,
  18,20,22,25
  123:23
  155:22

156:19
agreements
  208:7
ahead
  19:8,10
  42:12 58:10
  153:6
aide
  207:13
aiming
  32:3
Air
  22:16 28:24
  29:18,23
akin
  34:9
album
  85:5,23
  87:1,11
  90:22 92:21
albums
  86:5 87:10
algorithm
  199:17
algorithms
  198:6
aligned
  137:10
allegations
  66:2,9
alleviated
  189:8
allotted
  36:14
allow
  97:16
  112:11,23
  117:6 131:8,
  14 135:5
  138:2 175:10
  216:3
allowed
  99:9 164:20
  166:11
  205:13,16
  213:25

allowing
  217:17
  218:20
  219:12
alongside
  105:15
  121:12
  128:12
  134:20
  143:21
amateur
  171:19
amateurs
  28:8,11
Amazon
  16:18 17:21
  58:19,20,21,
  23 59:1
  63:20
ambiguous
  57:8 174:7,
  14,24
  175:14,23
amended
  65:9,13,19,
  22 66:3,9
American
  220:10
Amicus
  220:18
amount
  30:16 152:1
  163:19
  202:12,24
  208:20,23
Amy
  99:23,24,25
  102:23 103:4
  104:25 105:3
analytics
  82:19 83:1,
  5,8
angles
  78:20
announcing
  165:22

annual
  195:4 210:1,
  11
Ansel
  24:3 31:17
  64:18 130:4
answer
  8:3 9:4 10:9
  17:5 33:2
  35:23 41:8,
  14 44:24
  45:19 46:14
  47:12 50:21
  52:16 55:25
  56:6,20
  57:10 59:12
  60:13 63:8
  64:6 67:4,
  11,19 69:5,
  12,21 71:5
  73:9,16
  80:9,11
  81:15 82:5,
  11 83:15
  84:18 89:2
  97:20 100:24
  106:3 111:25
  114:6 139:23
  146:19
  172:25 173:3
  181:10,12,14
  182:4,5
  196:24 198:8
  202:18
  203:8,10
  212:2,11
  214:17
answered
  146:15
  207:15
antiquity
  45:4
anybody
  221:7
anymore
  126:22
anyone
  9:23 11:9,12

Elliot McGucken, Ph.D.
March 15, 2021
5

12:19 36:25
42:22 56:25
72:22 73:11
74:2 75:16
78:23 79:1
81:17 97:16
105:3 109:18
125:11
133:20
136:12
177:20
182:22 224:8
**apologies**
79:21
**appeared**
22:20 159:7
160:2
**appears**
60:1 120:3
121:14
**application**
52:12 71:2,
11 72:20
73:11,20
75:2
**applications**
69:24 70:2,
15,19,21
72:12
**apply**
71:14
**approach**
24:3 31:13
**approached**
124:18
**approaches**
215:4
**appropriate**
128:22
165:13
**approval**
166:19
**approve**
124:9 137:22
**approved**
171:2

**Approximately**
167:16,17
**April**
182:1
**arched**
218:5
**Arches**
213:5
**architect**
44:21
**areas**
115:15
**arguments**
204:23
**around**
14:15 15:14
17:7 18:12,
14,22 21:24
22:25 23:10,
23 24:18
25:1 29:1
34:14 38:1
43:24 44:1
64:19 72:11
78:19,22
79:1 82:1
84:6,9 91:6
96:8 156:20
167:19,21
179:16
189:21
195:12
209:19
210:5,8,14
**arrow**
176:5,8,10
**art**
24:14 29:4
32:13 37:19
43:12 44:15
45:8 49:24
50:4 56:14,
16 59:20
62:12 64:15
80:24 83:16
84:20,22,24
100:18
103:2,13,16

109:22
111:3,6
112:20 113:1
117:15
120:14 124:4
125:14,17,
19,20 126:20
127:8,10,17
128:20,21,25
129:9,21
131:23
132:17,20,22
133:5,9,11
137:10
138:17,20
139:11,25
140:4,15
141:5,23
142:6,15,21
143:11
144:8,16,23
145:10
146:8,11,13,
14,16,17,18,
21,23 147:1,
2,5,15
148:4,5,10,
15,16,22,23
149:1,6
151:13,18,
21,25
152:17,24
162:18
164:22,24
165:22
166:2,5,9
169:12 177:6
178:14,23
179:1 195:24
208:14
214:8,11
215:6 216:4,
5 217:12,22
**article**
38:19 99:10,
13 104:11,
16,19 105:9,
19 110:13
120:14,16,18

126:4,5
129:1,2,3,4,
11,25 130:3,
7,10,19
132:6,8,14
133:1,24
134:15
135:4,5
136:2 142:20
147:23
148:10
163:17
164:20
166:8,11,20
168:14,20
177:23
179:12,14,
15,18 180:10
182:20
189:22,25
190:3,6,8
191:5,14,19
216:2
**articles**
129:23
138:23
139:1,3,5
168:5,9,10,
12,14
**artist**
124:19 177:4
**artist's**
67:6
**artistic**
40:18 84:19
99:20 150:11
164:24
**artists**
44:8 45:6
217:12,13
221:8
**arts**
31:16,21
112:15
138:5,9
152:12
**asked**
103:16 117:4

132:15 165:6
190:12
206:19
asking
73:17 127:13
165:9 178:20
180:7 203:12
205:15 209:8
asks
23:16
ASMP
220:2,10
aspects
45:23 127:8
150:11
assign
30:20
assignment
31:9
assigns
67:6
assist
74:2
associate
207:14
associated
45:10 108:10
117:19 211:4
Associates
35:14
association
108:11
153:10,18,
20,22 154:2,
18 158:16
159:8 189:23
190:1 218:2,
9 220:10
associations
219:24
220:15,21
221:2
assume
9:5 109:11
162:8
assuming
219:14

Asus
12:6
Athenian
44:21
Atlas
135:12,18,23
136:1,4,7,
10,12,15,23
137:3 140:6,
10 142:20,24
143:5,19,21
Atlas'
144:18
attached
117:13 154:8
attachment
154:4,7
attachments
154:5,6
attorney
8:2 10:4
12:18 80:19
204:21,22
205:12,24,25
207:6,8
attorney-
client
32:25 65:15
66:5,13,16
67:17 68:25
69:10,18
73:14 177:25
181:9,11
182:3,16
197:10
202:16 209:6
attorney/
client
211:10
attorneys
13:2 33:8,
13,14 34:17
35:4,9,11,
13,16 66:18
172:24 173:3
180:14,15,
17,20,23
181:3,19

210:20,23
211:5
attorneys'
33:18
attributed
36:5 44:17
attribution
38:24 100:5
108:25
audience
128:21
132:18
audiences
52:3,4 56:22
author
127:5 144:6
150:5,7
automatically
53:1,5
available
23:16 92:24
average
62:7,15
216:17,18,21
awards
27:12 28:13
29:2,3,8
83:19
aware
106:5,8,10,
18 109:15
110:24
169:18 170:6
172:8,20
173:6 182:25
183:7 185:21
187:4 188:12

_____

**B**

_____

B.A.
14:7
back
9:15 18:15,
18 23:2
27:17 36:21,
25 40:15

42:22 44:19
48:3,15
63:11 68:20
72:15 120:6
145:17 146:1
150:15
157:3,6
166:6 176:4
191:4 203:19
207:23,25
background
128:21
151:25
bad
18:23 20:5
48:3
ballet
43:12 49:24
50:4,5,12
ballpark
17:12 33:23
44:2 193:19
208:10 210:2
barely
52:11,21,22,
23 59:13,14
base
27:10 28:24
29:18,23
based
66:11 71:13,
17 133:6
140:9 172:25
174:16
196:16
204:15
basic
96:17 102:25
103:1
basically
33:10,23
41:20 105:2
124:12
135:19 185:1
195:10 217:9
224:9
basis
20:18 35:17

80:11,14,15
107:1 122:17
137:25
181:12 198:8
**batch**
38:6 54:18,
19 113:22
**Bates**
13:9,12
79:20 88:2
98:8 104:4
107:15
110:17
111:20
129:11 134:2
135:15
153:13 156:8
159:10
167:10
168:24
181:21
**battery**
94:11
**bear**
58:2 224:14
**bearing**
88:2 98:8
129:11 156:8
159:10
160:17
167:10
168:24
181:21
**bears**
79:20 107:15
110:16
111:19
135:14
153:12
**beautiful**
127:6,7
164:23
213:18
215:15
**beautifully**
213:20
**beauty**
45:10 85:25

92:8 213:15
217:22 218:6
**began**
50:15
**behalf**
180:13
**behind**
10:11,14
112:20
127:14 205:7
**Bel**
22:16
**belief**
66:11
**believe**
13:13 15:5,
20 16:21
17:7 21:4
29:16 42:3
44:21 45:4,5
46:15 49:17
54:14 55:20
59:18 63:20
65:3,8,20
66:10 67:21
68:6,7,16,19
69:7 70:11
73:19 76:11,
20,23 78:4
79:6,16,18
84:13 88:11
89:8,17,21
90:14 91:15,
24 92:5,14,
25 93:12,19,
24 94:1
97:21 98:8
99:17,24
100:3,9
101:14
102:22
105:5,12,17
107:10,23
108:20
109:4,20
110:21
112:19
113:13

114:1,10,13
115:3 116:19
117:8,18,24
118:4,21
119:20
120:10
121:1,6
122:5,24
123:1,13,15
126:16,23
127:4 128:13
129:17,23
130:8,19,21,
22 131:5
132:9,10,12
133:22
134:16,17,21
135:19,25
136:3,11
137:5,7
143:17,20
150:17,20
151:5 153:3,
24 154:3,10,
23 155:1,3,
10 156:15,
18,19 157:21
158:4,12
159:24
160:21 161:6
162:17
163:5,8,12,
14,21 164:3,
7 165:17
167:1,24
168:11
169:16,21,23
171:5
177:18,21
178:4,9
179:11
180:9,12
181:9,17
183:2,4
184:12,21
185:3,5,8,
11,18 186:1,
20 187:1,12,
15 188:1,13,

18 189:2,13,
19,21,25
191:10
198:17
202:1,4,8,9,
20 206:7
211:3,19,21
212:12,15,
16,18,19
217:23 218:3
220:19
221:22,23,24
223:6
**believed**
117:25
**below**
189:9
**bend**
95:21
**bent**
137:8
**beside**
89:14
**best**
24:2,7 25:22
27:11 31:23
38:9 40:16
54:23 64:15
71:22,23
90:12 170:11
195:19,20,
22,23 201:16
212:4
**better**
24:4,6 28:4
29:13 163:9
165:25
222:16
**biblical**
149:17
**big**
150:20 151:1
**bigger**
92:23
**biggest**
129:20

Elliot McGucken, Ph.D.
March 15, 2021

8

bit
  18:13 23:2
  24:6 37:16
  43:25 44:25
  52:8 61:3
  78:17 95:11
  124:11 127:8
  132:24
  137:8,9
  154:7 171:10
  195:12
black
  107:8
blessed
  213:15
bloggers
  47:18
blogs
  47:22
bodies
  220:17
body
  44:18 45:9
  151:1 166:7,
  10 211:16
bolster
  217:23
bolstering
  165:21
bolsters
  127:7
bolts
  34:11
book
  18:11 130:12
  149:22
books
  14:13,14,18,
  22 15:4,6,
  10,22 16:1,
  2,7,10,13,
  19,23 17:10,
  13,20,23
  18:1,9 37:19
  63:13,14,15,
  19,21 107:4

bottom
  94:16 144:12
  160:22
  170:21
bought
  22:5
box
  184:23
brand
  25:22 27:18,
  20 28:16
  40:10 56:7
  63:10 80:3,
  24,25 82:15
  83:12 84:15
  88:23 99:7,
  8,11,18
  108:9,10
  112:21 113:2
  114:16,18
  137:10
  144:8,23
  162:20
  164:21,24
  165:22
  178:23 179:1
  215:6 216:5
  217:19,23
branding
  63:25
breaching
  208:8
break
  36:9 57:20
  77:4 96:21
  142:3
  145:13,19
  204:5,8,9
  206:3 223:15
Brian
  114:2,11,13
  116:1,4,23
  117:4 120:18
briefly
  13:4 65:11
  212:15
briefs
  220:19

bring
  95:17,22
  141:18
broadly
  161:25 162:2
brought
  78:9
browser
  39:24
  119:24,25
Bryce
  213:6
budget
  217:7
build
  25:21 28:16
  56:5,7,10
  80:3,24,25
  82:14 88:23
building
  21:25 22:22
  27:10,17,18,
  20 32:4 63:9
  83:12 84:15
  178:22,25
  215:6 217:18
burner
  191:4
BURROUGHS
  204:19
  205:2,10,15,
  18 206:21
Burroughs'
  207:18
business
  29:5 130:24
busy
  193:7 215:14
button
  176:7
buy
  28:3 95:20
buyers
  61:11,14,23
  62:1
byline
  134:16

C

cache
  39:25
calculate
  214:25
caliber
  212:22
California
  9:20 76:24
call
  110:7 216:3
called
  29:24 44:20
  103:16
calls
  23:16 32:25
  57:18 62:18,
  24 65:14
  66:5,13
  67:2,9,16
  68:25 69:10
  73:14 81:12
  82:8 89:24
  98:21 101:20
  104:21
  105:20
  116:10,25
  136:17,24
  140:12 143:7
  144:20 145:6
  147:20
  149:10 160:6
  164:10
  177:25
  182:3,16
  183:12,22
  197:10
  202:15 209:6
  214:10
  219:7,16
  221:4
camera
  10:11,14,17,
  20,23,25
  11:16 22:16
  93:9,14,16,

Elliot McGucken, Ph.D.
March 15, 2021

9

24 94:1,6,8,
13 95:3,20
141:10,20
144:15 146:4
205:4
206:23,24
207:9,18
223:11
cameras
40:8,14
58:15 94:14,
15 223:12
Canyon
213:6 216:19
Canyonlands
213:21
capable
39:12,13
capacity
10:3
caption
186:11,12
187:21
captions
129:3 130:2
capture
86:3 91:16
95:13 144:13
147:4 148:2,
4,7 151:10
captured
103:5 111:9
140:17,21
142:12,15
145:4,10
148:9
capturing
103:2 141:2
card
220:14
care
205:19
Carey
135:11,23
144:6
Carolina
14:5

carried
150:10
carries
29:7
case
8:7,11 9:17
13:7,8,19
20:10 33:24
65:10 66:17,
20,25 67:7,
15 68:1,22
73:21 75:11
76:2,13 78:3
106:24
122:21
123:1,20
124:5 125:20
131:10 138:6
139:11 145:9
147:3 164:16
200:6,10,13,
16 206:8,9
214:18,24
215:1,4,14,
19 217:20
case-by-case
20:18 122:17
137:25 198:8
200:20,22
cases
217:24
categories
198:13,16
category
28:10,11
caught
146:3
caution
114:3
celebrate
129:21
celebrates
149:21
celebrating
109:6
celebration
214:8

certain
193:15
certainty
184:15
Certificate
74:20 75:8
chain
99:16 114:12
chance
152:8
change
24:25 48:3
49:3 94:11
96:18 222:16
changed
90:14
changes
9:11
Chapel
15:17
characterizat
ion
146:6
characterize
13:4 31:14
51:1 63:3
95:5 112:14
117:14
138:11
142:14
171:18
209:21
charge
20:8,15,19
112:17 117:9
131:25 137:3
155:4 158:19
195:1
210:19,22
214:22
215:2,10
218:8
charged
20:11,23
155:6,8,11,
16

check
17:11,16
18:10,19
21:5 43:23
45:22,25
46:16 50:17
53:11 83:5,8
137:13
154:15
167:19
176:12,18
202:3 208:25
210:8,15
224:5
checked
58:24 137:7
checking
123:16
chiefly
179:4
choice
165:23
choose
38:8 40:15
71:1,14
115:10
131:8,14
181:1 213:17
chose
54:15 131:4
132:13
chosen
47:5
Christies
31:19
Chrome
120:1,2
claim
28:5
clarification
s
224:14
clarify
9:1,2 64:8
classical
44:15 169:12

classics
  50:7
clause
  67:12
clean
  42:20 96:7
clearly
  93:19
click
  58:22 63:18
  92:4 184:3,8
Clint
  150:9
clock
  94:9,10,12,
  25 97:7
close
  31:20 76:23
  204:7,18
  206:2 223:14
closer
  96:19
coaching
  11:2
coauthor
  14:23
coauthors
  15:3
code
  118:24
  119:2,3,5,9,
  10,11 175:19
  176:19,22
coffee
  11:17
collaborative
  15:1
collection
  195:16
colloquy
  19:7 49:9
  60:4 205:1,
  14,20
color
  52:7
colors
  95:15,17

combination
  19:14 35:1
combining
  34:23
come
  24:23 25:25
  36:25 93:11,
  14 95:2
  145:16
  189:24
  200:17
comes
  50:23 93:16,
  17 95:1,3
  150:3 164:25
  165:8 172:23
  208:2
commander's
  28:25 29:17
comment
  178:7,8
  179:10
  182:18 192:9
comments
  48:10 179:5,
  17 192:12
commercial
  198:17
  199:14,19,
  20,21 200:1,
  25 201:6,7
  215:3
commercially
  201:1
communicate
  117:14 152:7
communicated
  149:5 151:14
communicates
  111:7
communication
  12:16 33:3
  66:5,8,16
  67:20 68:25
  73:14,18
  135:24
  153:25 178:3

  179:20 200:4
  202:19
communication
s
  8:6 32:25
  65:15,18
  66:13,21
  67:17 68:11
  69:10,13
  74:1 109:17
  136:9 157:12
  166:24
  177:25 179:9
  181:5,9,11
  182:3,16
  197:11
  202:16 209:6
  211:2,10,14
community
  32:2 131:23
  132:23
commuter
  39:17
company
  21:6 32:5
compare
  199:8
compared
  172:3 215:9,
  10
compares
  149:23
comparing
  210:16
  214:25
comparison
  202:14
compensate
  130:10
  215:25 216:1
compensated
  16:9 216:7
  217:13
  219:20
compensation
  179:1 214:7
  216:24 217:1

competitions
  28:18
complaint
  65:9,13,19,
  22 66:3,9
complete
  9:8 167:3
compliment
  217:22
complimentary
  214:8
composing
  169:9
composition
  44:8,9
  162:20
  166:16
  169:11
compositional
  44:15
compressed
  221:15
compresses
  55:9,10
  221:11
computer
  39:16,20,21,
  22,23 40:2
  41:1 52:13
  94:25 220:13
computers
  40:4
concentrate
  135:20
concentrating
  22:9
concepts
  34:22,23
concern
  128:14,16,18
  134:22 135:1
  143:24 189:8
  191:19
concerned
  8:8 11:1
  40:3 127:12
  179:22

189:3,6
190:9
**concerns**
126:25
**concluded**
224:23
**conclusion**
57:19 67:2,9
80:7,12,16,
18 81:9
89:25 138:14
144:21
147:14 177:2
**conclusions**
81:7
**conditions**
65:1
**conferred**
12:18
**confidential**
8:8 34:10
36:11 203:1,
2,13,15,17,
23 204:18
206:4,6,10,
12,13,15
208:6
**confidentiali
ty**
208:8
**confirm**
204:5
**confused**
191:5
**conjunction**
100:20
115:20
**connection**
67:15 76:5,
19 85:6
122:7 155:23
**conscious**
50:24 141:6
**consent**
69:7 180:1,
2,3,4,6,7,9
196:19,21

197:2,4,17,
20 200:5
214:21
216:25
219:20
**Conservation**
153:10,18,
19,22 154:2
158:16 159:8
189:22,23
190:1 218:2,
8
**conserving**
218:7
**consider**
33:22 79:11
80:20 84:20
124:2,15
158:20,22,24
200:21
**consideration**
124:7
**considered**
27:15 80:4
**considering**
34:21
**constitutes**
139:22
172:18
**constitution**
67:5,13
68:21,23
89:17,22
90:4,6,10,13
177:4
**consult**
199:12
**consumed**
222:6
**contact**
61:11,14
62:4 98:16
159:2 181:1
218:18
**contacted**
156:21

**contained**
163:21
**contains**
88:10 95:14
141:16
149:19
**content**
127:17,18
175:13,22
197:17
**contents**
71:13,17
191:14
**context**
64:7 132:21
146:25
151:5,6
152:12,14,
19,23 173:22
178:21,22
180:8 198:10
199:22
206:16
**contexts**
173:20
**contingency**
35:17
**continuous**
191:9
**contrast**
149:24
**control**
89:18 135:1,
3
**conversation**
99:15,22
103:10 109:1
126:24 127:5
**conversations**
8:1 103:15
172:24 173:2
**cool**
30:7
**copied**
40:4,24
**copies**
41:2 75:25

76:7 101:6
224:9
**copy**
39:5,7,9,10,
14,17,20,22
41:1 70:9
81:5,11
96:5,12
118:24
160:11
175:19,25
224:5
**copying**
39:4,12
**copyright**
8:9,11 32:14
33:12,15
36:2 67:12
68:6 69:23,
25 70:10,12,
16,22 71:18,
21 72:4,13,
20,25 73:6,
12,24 74:13
75:13 76:1,4
93:7 201:11
211:21 212:6
**copyrights**
30:21 73:10
**corner**
86:24
**cornerstone**
218:5
**correct**
8:13 9:21
15:9 20:6
21:3,12,20
26:17 33:15
37:4 40:12
51:16 54:2
59:2 61:24
66:23 88:14
91:20 101:16
103:6 105:16
118:14
156:14
161:13
163:13

221:11

**corresponded**
130:18
177:19

**correspondence**
68:8 98:5
101:12
107:25 129:8
131:5 133:19
136:20 153:9
160:15 161:5
163:8

**cost**
16:22 23:17,
20

**costs**
23:23

**counsel**
17:1 36:8
57:20 68:12,
18 76:18,22
142:1 145:12
201:10 205:3
223:20,23
224:10,17

**count**
134:8

**country**
198:17

**counts**
68:7

**couple**
37:5 42:6,7
43:17 60:19,
20 84:6
132:12 139:2
202:5

**Courant**
185:24
186:5,8,18

**Courant's**
186:2

**course**
15:18 31:20
127:23
149:18

150:13 224:7

**court**
201:18
203:18
206:21 207:2
211:5 224:2

**courtroom**
8:21

**cover**
20:23,24
21:2 28:23
75:10 223:8

**coverage**
116:16,24
117:5

**covered**
71:13

**COVID**
22:1,9 27:14
50:11

**craft**
27:10

**create**
90:5 115:20
152:17 177:5

**created**
122:24
132:14 140:8
167:2 171:11

**creating**
49:20 64:14
84:21,22,24

**creation**
109:22
112:20 113:1
127:2 151:20
177:5

**creations**
67:6

**creative**
153:17

**creator**
44:17

**creators**
90:4

**credit**
38:24 100:5,

10 108:25
109:13,14
112:13
117:19
123:21,25
124:16
125:13,15,18
126:19
128:24
132:4,16
142:23 143:6
150:2
165:19,21
166:4 189:9
213:25 214:3
220:13

**credited**
45:6 150:5,8
165:18

**credits**
165:24
214:12

**creed**
221:2

**cropped**
88:11 134:13

**cup**
11:17

**curator**
29:4

**custom**
60:10,17,23
61:4

**cut**
169:10

---

### D

**D810**
58:16

**D850**
58:16

**da**
44:23 45:7

**Daily**
160:15
161:3,7,15,

21 162:10,
15,22,25
163:6,23
164:1,4,8,17
165:2,15
166:11,18,25
167:6,23
168:1,18,20
169:4,14
170:25 171:3

**dailymail.co.
uk**
170:22

**Dally**
162:12

**dance**
124:12

**darks**
95:16

**dash**
94:19

**data**
82:19 83:1

**date**
17:17 77:22
93:20 94:7,
17,20,21
156:13
167:18,21
170:14

**dated**
156:16
157:4,7

**dates**
157:10
159:16

**day**
9:11 30:8
45:21,25
46:2,4 49:3
50:10,16,18
62:6,7,8,15
81:21 84:4,5
85:17 141:24
151:2 152:16
193:23
206:24
207:19

Elliot McGucken, Ph.D.
March 15, 2021

13

**days**
  36:14 45:21
  54:9 84:6,7,
  10,12 194:9
  222:6
**dazzling**
  144:3,7,11,
  13 145:11
  147:3,22
  148:11 214:9
**deals**
  34:25
**Death**
  31:24,25
  44:12 78:7,
  9,11 81:18
  84:4,7,11
  85:6,13,25
  92:19 103:3,
  22,23 114:16
  138:11
  140:8,21
  161:11
  201:24
  215:15
**debate**
  24:2
**debating**
  199:25
**decide**
  52:2 195:17
**decided**
  27:17
**deciding**
  123:25
  124:16
  137:11
**dedicated**
  22:18 218:5
**deeply**
  218:3
**default**
  46:8 53:6
**defendant's**
  58:11 74:24
  77:16 79:20
  85:9 88:1

91:1 93:2
98:9 104:4
107:14
110:16
111:19
120:22
121:24
126:11
129:12 134:1
135:14 143:2
153:12 156:7
159:11
160:18
167:11
168:25 171:7
181:22
185:14
186:22 188:5
189:15
191:24 202:6
**defense**
  205:2
**define**
  111:3
**definitely**
  29:17 31:3,
  12 83:24
  103:8 109:14
  111:13 127:7
  129:21
  130:23 138:6
  141:11
  144:7,23
  152:24
  165:21
  217:23
**definition**
  111:6,10,11,
  13 146:16,22
  147:1 178:21
  180:8
**degrade**
  213:1
**degree**
  133:8 222:4
**degrees**
  14:6,9 69:22

**delivery**
  26:18
**depend**
  69:15 219:2
**depending**
  34:14 55:13
  174:4 175:24
  176:21 193:6
**depends**
  20:16,17,21
  24:10,11,22
  40:5 46:3
  69:14 70:20
  85:18 92:11
  96:1 106:21,
  23 109:10
  119:24
  123:20
  137:18
  139:16,18
  157:1 164:16
  174:20
  193:20,21,22
  209:10,13
  215:4,16,19
  218:25
  219:3,18
  223:10
**depict**
  148:13
**depicted**
  114:20
  115:15
  148:15
**depicting**
  78:6
**deponent**
  224:15
**deposit**
  75:25 76:7
**deposition**
  8:7,10 9:16
  12:17 207:1
  224:23
**depth**
  149:5
**describe**

42:24 46:24
66:25 67:7
68:22 78:5
93:5 173:11
196:13
**described**
  102:16
  149:16
**descriptive**
  153:21
**desert**
  149:23,24
  150:1
**designate**
  36:11 185:13
**designated**
  159:10
**designation**
  36:12
**detail**
  40:9
**detailed**
  102:25
**details**
  13:19 34:10
  35:3 40:14
  66:18 93:8
  108:14
  112:10
  119:15
  123:15 157:1
  178:16 210:9
**determined**
  211:5
**develop**
  95:21
**device**
  12:4
**devices**
  12:8,10
**devisers**
  44:22
**devoted**
  32:20 42:24
  53:20
**dies**
  94:11

Elliot McGucken, Ph.D.
March 15, 2021                                    14

**difference**
  46:20,24
  51:10 141:8,
  12 157:9
**differences**
  141:19
**different**
  17:24,25
  20:22 22:20
  23:5 24:1
  26:21 28:6
  29:11,23
  34:11 37:14
  41:19 42:10
  43:7 45:15
  47:14 51:25
  52:3,4,6
  53:14 60:18
  77:2 78:19,
  20 86:3
  88:6,9 95:15
  100:14
  124:6,20
  132:18 152:6
  164:25
  165:1,24
  168:2,6,14
  173:19 175:1
  191:16
  198:1,4,18
  213:19
  216:6,20
  217:5
  218:14,15,
  16,17,18,19
  221:21
  223:11,12
**differentiate**
  34:24 37:13
  50:1 158:9
  199:15
  202:23
**differentiate
d**
  34:14
**difficult**
  83:16 139:23
  208:7 209:25

210:4 217:12
**difficulty**
  217:11
**Digest**
  170:9,12,16,
  24
**digital**
  16:13,14,15,
  16
**dilutes**
  159:1
**direct**
  63:19 207:7
**directions**
  207:1
**directly**
  21:5 23:15
  37:10 47:13
  84:19 113:8
  116:4 117:2
  123:3,8,10
  131:2 162:10
  177:15 181:2
  182:20
  200:13
**directors**
  150:9
**disappeared**
  149:8
**disclose**
  69:18 181:8
**disclosing**
  181:10
**discover**
  177:22
**discovery**
  66:19,22
**discuss**
  103:9 104:25
  109:21,24
  110:3 124:8
**discussed**
  56:1 80:19
  101:5 102:24
  110:7
**discussing**
  126:6 208:1

**discussion**
  224:16
**display**
  134:19
**displayed**
  131:23 134:7
  151:10
  186:12,16
  187:21
**distinction**
  133:4 221:19
**distinguish**
  198:1,4
**distributed**
  116:22
  117:17
**divine**
  169:13
**document**
  58:5 67:14,
  22 74:16,18
  77:10 79:14,
  15 85:1
  87:18,19,21
  88:2 90:19
  97:21 98:1,
  2,8 103:18,
  19 104:8
  107:7,9,14
  110:9,15,23
  111:14,19
  114:15
  120:11,22
  121:15 126:1
  129:5 133:23
  135:8,14
  140:7 142:17
  145:3,16
  149:13 153:2
  154:20
  155:25 156:8
  159:4,10
  160:12,17,22
  167:4,10
  168:17,24
  181:16,21
  183:3 184:7,
  22,24

185:13,17
  186:25
  188:5,8
  189:15,18,
  20,24 191:24
**documentation**
  141:1 214:19
**documenting**
  140:22 141:3
**documents**
  11:25 13:1,
  5,6,8,9,14
  20:11 65:25
  67:21,24,25
  68:3,11,14,
  17 132:7
  154:21
  214:25
**doing**
  23:14 26:15
  32:15 48:4,
  23 49:17,19
  70:24 118:23
  130:5
**dollar-or-
cent**
  217:14
**dollars**
  18:12 20:1,5
  23:10,22,23
  27:5 31:20
  59:15 64:19
  150:4
**domain**
  171:4
**donated**
  22:5 29:24
**donating**
  29:22
**Doniger**
  10:2,16,19
  11:4 205:23
**door**
  204:18
**dot**
  107:8

Elliot McGucken, Ph.D.
March 15, 2021

15

download
  41:5 101:19
  113:12
  131:17
downloaded
  40:1
downloading
  41:10,16
dozen
  96:4 133:2
drafts
  65:21
drawn
  143:5
driven
  31:22
drone
  115:24
drove
  30:8
dull
  95:16
dust
  96:8

_____

E

e-mail
  62:5,12 68:4
  98:18 99:16
  101:7,9,12,
  15 102:1,17
  105:2
  107:12,19
  111:17,24
  114:12,25
  116:1,24
  121:18,20,23
  122:7 128:2
  131:6 133:19
  135:11
  136:10,22
  150:16,18
  151:24 154:4
  157:4 159:20
  160:21
  161:17,18

  163:1 164:1
  165:12,19
  167:19
  169:17
  199:10
  218:18
e-mails
  12:13 62:6,
  8,10,15,24
  125:6,10,12
  126:23 161:9
  199:11 220:1
eagle
  114:20,22
earlier
  34:6 37:3
  159:20
  202:10
  221:10
early
  77:23 194:13
earn
  18:16 19:4
  58:21
Eastwood
  150:9
edit
  38:10 52:9,
  12,17,18
  79:24 85:20
  91:8 95:10,
  17,24 96:15
  135:5 166:19
edited
  38:21 41:21
  94:22,23
editing
  52:7 95:11
  96:13,14
edition
  23:11,13,24
  24:8 25:6
editions
  23:25 24:3,
  16
editor
  129:8

  130:22,23
  131:8 166:1
editor-in-
chief
  130:23
editors
  131:12
  161:10
edits
  88:10
Edward
  149:23
Edwards
  28:24 29:18,
  23
effort
  99:10,12
  141:5
efforts
  33:18
eight
  13:7,14
  93:20 134:12
  201:17
either
  91:17 151:3
elaborate
  56:6 95:11
Electricity
  15:19
electronic
  70:10,11,12
  73:23
elements
  44:19
  149:19,22,25
elevate
  200:7
Elliot
  43:12,14,23
  44:1 49:24
  50:15 51:3,
  15 52:25
  53:20 57:24
  93:7 125:14,
  19 126:19
  162:18

else's
  61:9 119:18,
  21 176:23
embed
  173:25
  175:10,12,
  16,22 176:1,
  19,22,23
  183:21
  184:13,16
  186:9 187:11
  190:19
embedded
  39:1 93:13
  174:23 185:1
embedding
  172:20
  173:6,11,15,
  17,23,24
  174:5,19
  175:2,4,6
  176:13,15
emcgucken.com
  37:7,17 38:1
employed
  45:7
encompassed
  115:8
encompasses
  101:14
encourage
  73:11 211:17
end
  144:5 152:16
  176:22
  209:11
ended
  84:21
ends
  31:18
enforce
  33:14
enforcement
  32:14,22
  33:18,21
  34:3,19,21
  35:1,2,7

Elliot McGucken, Ph.D.
March 15, 2021                                    16

36:3,5
enforcements
  202:11
enhance
  164:21,24
enhanced
  108:10
  162:19
enhancing
  113:1
enjoy
  40:14
enjoyed
  113:4
  123:15,16,19
entails
  101:14
enter
  206:24
entering
  28:16,17
  207:6
entire
  151:25
  174:15 205:5
entirely
  217:9
entirety
  90:8,18
  136:11 207:9
entities
  97:23 125:1
  218:12 223:4
entity
  153:23
entries
  27:13 168:2
envisioning
  64:3
epic
  149:17,18
  150:12,13
equate
  211:7
era
  141:14

estimate
  17:12,18
  18:8,20,23
  19:23 34:1,2
  193:16,19,23
  201:16
  202:12
  208:1,10
  209:2,16
  210:1,10,13
  212:4
Ethic
  43:14
Euclid's
  44:19
evaluating
  200:22
event
  139:7,8,11,
  14,25
  140:11,23
  145:10
  147:12
  151:17,19,23
events
  140:15,17
everybody
  192:17 224:1
everybody's
  221:17
everything's
  10:22
exact
  52:5 84:5
  108:14
  178:13
  192:24
  198:12
  201:14
  212:3,6
exactly
  44:3 86:13
  89:3 91:6
  115:12
  117:24 131:3
  136:19
  139:22
  142:25 143:9

155:18
157:12,15
158:21
165:20
174:3,20,22
179:7,17
211:6 215:8
220:11
exalted
  144:8,23
  217:20
exalts
  144:16
examples
  48:1 200:17
Excel
  76:9,12,15,
  19
excellent
  84:22,24
  215:7
excerpts
  47:14,16,21
exchange
  108:17
  160:21
excited
  168:16
exclusive
  19:12,14
  30:25 31:5
Excuse
  204:13
  205:16
exhibit
  58:2,11,12
  63:11 74:24,
  25 77:16,18
  79:20,22
  85:9,10
  88:1,3 91:1,
  2 92:21
  93:2,3 98:9,
  10 104:4,6
  107:14,16
  110:16,18
  111:19,21

120:22,23
121:24,25
126:11,12
129:12,13
134:1,3
135:14,16
143:1,2,3
146:2 150:15
153:12,14
156:7,9
157:3,6
159:11,12
160:18,19
167:11,12
168:25 169:1
171:7,8
176:4
181:22,23
185:14,15
186:22,23
188:5,6
189:15,16
191:24,25
EXIF
  39:2 93:12
existence
  60:8
expanse
  151:11
expect
  40:23 41:4
  87:3 101:18
  113:11
  131:16
  136:23
expensive
  17:8 95:20
experience
  38:20 74:13
  138:21
experiencing
  149:6
expert
  33:11 48:6
  67:5 69:6
  90:3,11
  106:12,16
  116:18

139:10,22
146:12 152:3
161:24
162:3,5
177:3 200:23
211:16
**expertise**
33:8 34:17
140:18
151:11
175:25 181:3
201:9
210:20,23
**experts**
48:6
**explicitly**
101:4
**Express**
170:9,12,16,
24
**expressdigest**
**.com**
169:25
**expressed**
149:5
**expression**
198:21
**extent**
32:24 33:2
40:25 65:17
66:4,7,13,
15,20 67:1,
16 68:24
69:9,12
73:13 90:2
126:23
133:22
138:16
172:23 173:1
177:24
182:2,15
202:18
204:22 209:5
211:9
**extra**
132:11
166:22

**eyes**
141:3

_____

**F**

_____

**Facebook**
18:1,2 42:6,
7,14,15,16,
17,18,19
43:1,4,8,22
45:14,15,16
46:11,22
47:9 48:25
49:4 51:20,
22 55:16
56:4 75:24
79:8,11,12,
17,25 80:2,
5,20,23
81:2,4,5,10,
22,25 82:2,
22 85:13,16,
21,24 86:5,
18 87:2,3,6,
10 88:6,9,17
101:16
102:21
112:6,7
113:6,10,24,
25 114:1
123:5,6
125:23
131:17
143:17
**Facebook.com/**
**elliot**
46:18
**facedown**
11:20
**faces**
22:12
**facilitates**
217:18
**fact**
217:12
**factor**
201:2

**factors**
124:1,15,20
138:10
158:25 165:1
200:21,24
201:4
210:21,24,25
214:12
**fair**
152:1
**fairly**
45:20 152:2,
22
**faith**
127:9 164:23
**familiar**
42:19 66:2,8
171:13,16
176:11 185:2
188:14
**famous**
45:6 138:4
**fan**
220:25
**far**
24:5 163:7
211:6 212:22
**fascinated**
150:25
**fast**
191:9
**favorite**
25:18,19
129:19
149:20,22
150:3
**favorites**
131:4
**feature**
109:16
172:13,18
**features**
172:6,9,11
**February**
70:23,25
194:2,4,12,
13 209:15,21

**fee**
21:1 99:3
100:11
108:3,12
112:17 117:9
123:12,19,22
124:1,17
131:19 132:1
137:3,12
155:4,8,12,
17 158:10,19
163:7,24
164:15,18
165:2,7,10
214:14,23
215:2,11,12,
21 217:18
218:9,21
219:13
220:20
**feel**
26:1 48:5
137:9 145:9
153:21
171:24
**feeling**
111:8 149:4,
5,15,18,24
151:14
165:8,11
218:13,14
**feelings**
140:18 141:2
**fees**
194:22
**feet**
28:25
**Feinsmith**
160:25 161:2
**fell**
207:13
**fellow**
133:8
**felt**
110:2 113:1
117:12
128:22
137:10 149:4

Elliot McGucken, Ph.D.
March 15, 2021
18

152:7 165:13

**fibbling**
46:9

**field**
15:7,8,23
193:13,14

**fifth**
49:17

**figures**
33:24

**figuring**
24:6

**file**
69:24 70:3,
5,9,15,19,22
71:10 72:19
73:11,23
75:13,16
76:4,9,12,
15,19 95:14
101:7 102:1,
20 116:4
141:15,16,17
163:4 223:9

**filed**
65:22

**files**
113:8 123:3,
8 131:1,4
136:6 141:14
162:9

**filing**
72:12 73:5,
20 74:2 75:2
155:20

**fill**
70:2 72:19

**filled**
75:5

**film**
150:4

**final**
15:15 91:18
166:19

**financial**
84:20,21
217:1

**financially**
84:14

**find**
62:1 76:17
127:7 154:9
197:20
200:15
206:11
212:23

**finding**
152:4

**fine**
24:14 31:16
32:13 36:15
43:12 49:24
50:4 59:20
77:7 80:24
96:24 100:18
103:2,13,16
109:22
111:3,6
112:14,20
113:1 117:15
120:14 124:4
125:14,16,
19,20 126:20
127:8,9,17
128:20,21,25
129:9,21
131:23
132:17,20,
21,22 133:5,
9,10 137:10
138:17,20
139:11,25
140:4,15
141:5,23
142:6,15,21
143:11
144:8,16,23
145:10
146:8,11,13,
14,16,17,18,
21,22 147:1,
2,5,15
148:4,5,9,
15,16,22,23
149:1,6

151:13,18,21
152:12,17,24
162:18
164:22,24
165:22
166:2,4,9
178:14,23,25
195:24
205:10
214:8,11
215:6 216:4,
5 217:22
220:17

**finest**
40:13

**finish**
54:23 115:22
145:16

**finished**
113:17,23

**finishing**
223:14

**first**
44:20 48:24
59:25 88:17
96:2 98:20
107:21
113:22 130:6
167:14
171:11
178:20 190:8
204:8 219:3

**Fistful**
150:4

**fit**
95:21

**five**
14:15,16
36:18 57:21
64:16 78:18
86:13 90:17
93:20 134:11
142:5
145:14,21,22

**five-minute**
57:20 223:15

**flexible**
24:23

**Flickr**
42:7 51:21
54:1,4,17,
21,25 55:15,
17 56:4 79:8
86:9,15,18,
21 143:18

**flood**
113:15
149:18

**flooding**
161:10

**fluctuates**
44:3

**focus**
27:17 84:23
215:5

**focused**
138:9 213:13

**focusing**
84:21

**follow**
71:17 82:6,7

**followers**
43:20,21

**follows**
203:21

**Force**
28:24 29:18,
23

**forced**
204:23

**forget**
82:1 112:10
115:12,18,19
116:13
119:15
123:4,15
129:2 131:3
133:2,3
134:18
136:13
142:25
154:20
157:11,12,15
158:21
168:15

178:13,16
**form**
72:3,6
109:16
216:24
**format**
24:11
**forms**
33:4,6
**formula**
44:7
**Fort**
30:6
**forth**
48:15 166:7
**forums**
17:25
**forward**
154:18
**found**
127:5 152:9
**foundational**
150:6
**founder/**
**editor**
130:25
**founders**
130:21
**four**
27:12 49:16
70:25 93:19
134:11
**free**
30:3,10
95:21 99:9
100:4 112:3,
12,24 137:23
138:3 213:25
**freelance**
31:15
**friend**
67:7 68:22
69:2,14,15
**friends**
69:22
**front**
10:23 11:15,

25 78:7
220:13
**full**
89:18 91:25
133:21 177:4
**full-**
**resolution**
92:3
**full-size**
92:9,13,20
**full-time**
32:9
**fully**
35:2 102:22
**function**
172:15,21
173:15
174:11,12
175:12,18
176:13,16
**functions**
173:7,12
**funding**
218:4
**future**
24:5

———————

**G**

———————

**galleries**
23:5 142:10
**gallery**
21:24,25
22:13,14,17,
18,24 23:8
25:10 26:4,
24 27:15
60:7,8
**Gambino**
109:18
**Gates**
8:2,4 10:8,
16,24 11:8
14:21 17:4
19:9 33:1,5
35:22 36:12,
16,19,21,23

41:7,13
45:13,18
46:13 47:11
50:20 51:9
52:15 55:24
56:19 57:12,
21 58:1,4,
10,13 59:5,
11,24 60:5,
12 61:19
63:7 64:5
65:5,16
66:6,14
67:3,10,18
69:1,4,11,20
70:8 71:4,19
72:5,16
73:8,15
74:15,17,23
75:1 76:8,18
77:1,9,15,19
79:19,23
80:8,12,17
81:8,14
82:4,10,25
83:7,14
84:17 85:8,
11 87:7,25
88:4 89:1,
10,15 90:1,
25 91:3
93:1,4
96:20,23,25
97:4,6,9,13,
19 98:7,11,
24 100:23
101:11,24
102:5,12,18
104:3,7,24
105:14,23
106:2,9,17,
22 107:13
110:15,19
111:18,22
114:5
116:15,20
117:3
120:21,24
121:22 122:1

124:14
126:10,13
127:11,25
128:17,23
129:10,14
133:25 134:4
135:2,13,17
136:21
137:2,20
138:15
139:12,17
140:5,20
141:7 142:4
143:1,4,10,
15 144:9
145:1,15,20,
22,25 146:9
147:10,17,25
148:6,12,17,
25 149:14
151:16
152:13
153:1,11,15
156:6,10
159:9,13
160:9,16,20
164:13
167:9,13
168:23 169:2
170:20
171:6,9,17,
23 172:4,10,
14,19 173:5,
10,16,21
174:10,17
175:3,8,17,
21 176:3,17,
24 177:7,12,
16 178:1
181:15,20,24
182:6,17
183:15 184:1
185:12,16
186:21,24
188:4,7
189:14,17
191:23
192:1,7
196:23

Elliot McGucken, Ph.D.
March 15, 2021                                    20

197:12
200:11
201:15,22
202:17
203:7,12,16
204:7,10
206:2,5
207:17,22
209:7 211:12
212:1,10
214:5,16
216:13 217:6
219:1,11,22
221:9
223:13,17,
19,24 224:2,
7,17,20

**gave**
30:9 68:13
135:1

**gear**
151:21

**general**
20:13 30:22
47:13,23
48:5 67:4
80:9 132:11
135:22
161:24 175:6
209:9 221:1

**generally**
13:6,18
19:14 23:22
24:14 25:4,
8,23 31:7
38:14 61:18,
20 94:8
101:22
131:15
132:22 133:7
138:10
140:15 162:1
166:22
197:15 201:9
204:20
206:12
211:4,5
214:20,22

220:24
221:7,17
222:23

**generals**
29:19

**generate**
33:17,21

**Geographic**
64:23

**geometry**
27:23 28:1
44:18,20
45:9

**getting**
12:15 27:19
31:22 32:21
68:10 74:1
80:18 81:9
82:16 117:12
178:2 179:8,
19 181:4
200:3 203:2,
22 208:9
210:17
211:1,13
217:11
223:13

**giants**
14:25

**give**
68:11 146:19
154:8 166:18
170:12 180:9
185:6 186:5,
8 187:7,10
188:22,25
190:5 200:12
213:12
216:25

**given**
68:18 144:22
215:16

**giving**
8:20 9:8
166:8

**goes**
44:19 122:17

**going**
9:4 12:13
22:2 24:15
27:17 31:11
32:24 36:8
40:15 47:25
57:23 66:4,
12 67:1,8
68:20 69:9,
17 73:13
80:10 96:3
114:7 124:8
127:9 132:21
142:1
145:12,13,18
150:15
154:18 157:6
161:21,22
164:23
172:24
177:24
181:11
182:3,15
193:21
198:24
203:10 204:9
206:18
207:5,23,25
209:5 214:20
215:24
216:23 219:4

**golden**
43:13,15,25
44:4,6,12
45:3,8 49:25
50:5,6,7
130:4,12,19
139:4 162:21
164:21
166:15
168:15,16
169:4,10,11
214:11

**good**
11:5 18:12,
20 20:4
34:2,6 35:5,
25 36:4 48:4

53:22 56:7
83:19,20,21
96:20 99:7,
8,11,18,19
144:25 152:2
164:23
209:21,23
219:3,4,15

**Google**
192:17,19,22
193:1,5,8,
16,25 194:3,
8

**government**
153:23

**grab**
48:2,4,8,11,
13,17 49:1,3

**grabbed**
164:5,9

**graduate**
14:5

**Graff**
99:23

**Grand**
213:6 216:19

**grant**
137:11
215:18

**graphic**
222:20

**graphics**
222:19,23

**grayish**
95:16

**great**
9:14 12:3
32:21 58:10
78:21 81:1
84:21 149:18
223:24

**greatest**
150:5,8,9

**group**
42:24 75:13,
16 96:16

groups
  18:3 29:10
guaranteed
  125:18
guess
  72:11 113:21
  133:3 134:13
  161:20 168:3
  174:3 224:9
guy
  166:1
guys
  11:6

_____

          H

half
  23:23
halt
  50:11
handle
  183:16
happened
  207:4
hard
  33:25 70:9
  82:17 198:11
  209:8
harder
  71:9
Hartford
  185:24
  186:2,5,8,18
HD
  221:21,23
  222:16
head
  48:23 56:2
  72:7 130:22
  136:5 169:21
  222:15
headlines
  49:3
hear
  11:13 16:25
  47:19 209:11
  216:14

hearing
  125:3
heart
  111:8
heavily
  25:17 26:23
  27:3
height
  169:10
help
  82:15 178:23
helps
  217:23
Hero's
  54:13
heroes
  31:17 84:19
hidden
  144:14 145:4
Higbee
  35:14
high
  27:18 30:7
  38:13 87:15
  91:12
high-end
  20:14 22:2
  25:24 26:24
  95:13
high-quality
  40:8,12,22
  54:24 216:2
high-res
  30:8,9 223:9
high-
resolution
  38:21 54:24
  91:19,23
higher
  20:20 24:20
  38:12 87:17
  92:22 209:18
  210:22
  221:25
  223:11
higher-up
  130:23

highlights
  95:19
Hill
  15:17
hire
  81:17
hired
  31:8
history
  20:13 218:6
hit
  196:16
  198:19,20
  199:4,6
Hmm
  195:19
hobby
  63:4
hold
  72:10
holding
  11:2 26:2
Homer
  150:5
honing
  27:10
honor
  131:22,25
  158:17,19
honored
  83:20
horizon
  44:12 169:10
hospital
  22:5 29:2
hospitals
  29:13 30:4
hosted
  65:8
hour
  142:2 207:12
hours
  199:3
House
  30:5
HTML

highlights
119:9,11,16
  175:19
huge
  11:2,4 28:24
  29:18,20
  103:8 128:16
  135:1 141:17
  152:6,24
  211:16
  220:25
hugely
  50:22
human
  44:18 45:9
humility
  133:8
hundred
  17:15,17
  18:12 27:4
  29:1 33:13
  34:16 59:15
  78:14,15,20
husband
  205:7 207:13

_____

          I

icon
  176:10
icons
  176:9
idea
  76:24 142:2
  152:2
  170:16,19
  197:21
ideas
  17:25 18:4,
  5,6
identify
  149:15
IFLSCIENCE
  185:2,4,6,9
Iliad
  150:6
illegally
  57:14

Elliot McGucken, Ph.D.
March 15, 2021
22

image
  21:2 29:10
  30:3,6,8
  38:15,20,21,
  25 39:21,22
  40:1 41:5,15
  55:10 59:19,
  22,25 91:12,
  18 92:3,4
  93:10,22
  101:7 102:1,
  20 103:22,23
  104:12,13,14
  111:6,7,9
  113:7 123:2,
  7 131:1
  136:6 141:20
  142:12,21
  156:3 157:16
  158:14 159:7
  160:1,2
  162:9 178:5,
  6,7 179:13,
  23 184:19
  186:19 189:9
  192:3,10,13,
  17,19,22
  193:2,5,9,
  17,25 194:3,
  8,17 221:14,
  15 222:1,2,
  12 223:11
images
  29:10,11,12,
  13,15,22
  38:12,13
  39:4,9,11,
  12,14 40:3,
  6,22 41:9,10
  55:9 58:15,
  18 61:6,8,9,
  10 63:12
  68:9 87:4
  89:18 91:8,
  17,19,22,23
  92:6,9,13,
  20,21 98:19
  100:19
  102:3,6,8,13

  103:2,6,12,
  13,16 104:9,
  11,16,18
  105:9,10,15
  109:23
  111:3,4
  112:16 114:3
  128:25
  131:7,9,14,
  17 138:11
  142:6,9,14
  147:11
  157:13,14
  158:2 159:14
  164:2,9,18
  171:4
  192:15,20
  195:7,8,11,
  14,17,22,24,
  25 196:3,19,
  21 197:2
  211:24
  213:25
  216:24
  217:17
  218:20,22
  219:4,12,14,
  15 221:11,13
  222:8,13,17,
  23,25 223:3
imagine
  106:21
  149:12
imbued
  148:21
implicit
  109:1,4,5
imply
  104:17
important
  8:20 18:6
  30:15,18
  56:9,15
  100:11,15,
  21,25 101:1
  123:21 166:3
impressions
  148:16

in-person
  12:23 22:11
incentive
  178:16,18,
  19,20,25
incentives
  178:24
include
  94:7 115:11
  166:4
included
  77:24 84:1
  104:16 163:8
includes
  202:21
income
  18:8 33:17,
  20 34:3
  35:19,25
  36:6 59:9
  202:11,12
  203:4,24
  206:6 208:2,
  11,16,18,21,
  24 209:4,9,
  16 210:2,11
incomes
  32:23
increases
  218:21
  219:13
independent
  8:1 80:15
  173:1 187:7,
  10,13,24
Independent's
  187:16
indicate
  104:15
indicating
  192:9
individual
  141:3
industry
  83:16 116:19
industry-held
  111:11

infinite
  213:21
information
  38:25 75:6
  93:5,7,11,
  12,14 95:2,
  5,15,19
  126:22
  127:1,14
  141:17,18
  150:23
  203:3,23
  206:10
infringed
  193:22
infringement
  8:11 33:12
  196:10,15,17
  201:11
  211:21 212:7
infringements
  200:16
infuses
  45:8
initially
  10:22
injured
  30:18
inquiries
  62:24
inquiring
  151:24
inside
  174:1,2
inspect
  96:8
inspired
  54:16
inspiring
  150:10
Instagram
  42:6 49:7,
  12,15,22
  50:25 51:19,
  24 53:3,4,
  12,14 55:6,
  7,9 56:4

79:8 86:9,
12,21 87:22,
23 88:18,21,
24 89:6,20
143:17
171:11
172:11,20
182:18
183:16,18,21
184:12,16
186:13,16
187:21 189:9
221:10
222:12,13,
14,25
**Instagram's**
51:11
171:14,25
172:5 173:6,
11 177:8,13
**Instagrams**
42:7
**installations**
83:21
**instance**
20:22 21:11
31:24 44:11
88:22
100:11,16
108:13,19
109:19
112:18
123:22
124:22
125:9,22
130:14
131:16 137:4
139:24 148:2
155:9,12
165:3 170:13
185:7 190:14
208:4 211:1
**instances**
30:14
122:16,23
128:7 199:15
213:24
215:22

**institution**
138:4
**instruct**
69:18 80:10
172:25
181:12 182:4
**instruction**
8:3 69:21
181:14 182:5
**insurance**
220:23
**intend**
146:20
**intents**
222:5,18
**interest**
139:24
140:3,10
147:19,24
151:12
152:25
**interested**
18:2 29:24
151:22
152:4,18
**interesting**
151:7,15,17
152:9
**Internet**
39:5,9,11,12
102:11,14
174:15
**interposing**
204:22
**interpretatio
n**
148:23 149:1
**interpretatio
ns**
140:19 145:9
**interpreting**
206:14,15
**interview**
109:20
112:19,23
**interviewed**
99:14

**intimately**
188:15
**introduce**
74:23 77:16
87:25 90:25
93:1 98:7
104:3 107:14
110:15
120:21
121:23
126:11
129:11 134:1
135:13 143:1
153:12
160:17 167:9
168:24 171:7
181:20
**introduced**
58:12 74:25
77:18 79:22
85:10 88:3
91:2 93:3
98:10 104:6
107:16
110:18
111:21
120:23
121:25
126:12
129:13 134:3
135:16 143:3
153:14 156:9
159:12
160:19
167:12 169:1
171:8 181:23
185:15
186:23 188:6
189:16
191:25
**investigate**
189:5
**inviting**
57:5
**invoice**
122:25
155:24
156:3,4,11,

13,16,22,24
157:6,13,22
167:2,6,15,
21,22,23
168:2,9
**invoices**
122:24
**involved**
65:12,19
66:19,24
201:12
**involves**
210:21,24
**involving**
201:24
**ipads**
12:10
**iphone**
141:5,9,20
142:7,12,15
222:6
**iphones**
141:13
142:11
**Irwin**
30:6
**Isaac**
14:24
**issue**
11:7 73:21
74:6 75:11
78:2
**issues**
11:6
**items**
27:6

---

**J**

---

**job**
32:9 82:16
**join**
220:6
**Jonathan**
135:11,23
136:14 144:6

Elliot McGucken, Ph.D.
March 15, 2021

24

**journalism**
138:21
**joy**
30:12
**judge**
8:21
**July**
156:13,17
157:7
**jump**
204:19
**June**
167:21
**jury**
8:21
**juxtaposition**
149:25
214:10

**K**

**keep**
57:21 125:1
145:22 194:6
**KIM**
49:11 107:17
**kind**
22:1,3,11
24:11 27:13
31:21 34:12
38:18 46:7
48:14 50:11
133:10
137:10
218:11
**king**
27:23
**know**
8:2,24 9:12
11:2,5 17:10
20:14,17
21:23 22:6
25:2,5,6
26:25 27:23
28:1,11
29:3,25
30:12,14,15,

18,24,25
31:18 34:15
36:13 39:11
44:2,17
45:15,25
46:10,16
48:12 59:8
62:20 63:18
64:25 65:17
66:17 72:6,9
73:3 74:10
76:15 77:3
79:4 81:4
82:11,13,15
83:12,15
86:13,24
88:5,15,20
90:2 94:4,20
98:19 100:25
104:18
105:6,8,9,22
106:3 107:24
110:22 112:9
116:6,8,12,
16,23 122:2,
12 124:21,24
125:24
127:15,24
128:1 130:1,
17,20,24
132:25
133:12
136:14
140:10 143:5
146:18
147:23 149:8
150:8 152:3,
22 154:5,24
155:2 157:9,
14 160:4,25
161:7,15
162:1,12,25
163:15,18
164:8,12,20
168:1,6,7
169:14,16
170:24
171:22
172:2,8,17

173:17
175:24
176:5,12,18
180:23
181:25
183:10 184:2
191:11,17
192:2,12,24
199:4,17
201:14,19
203:3,24
211:17
212:2,11,19
221:1
222:14,25
**knowledge**
47:13 67:4
80:9 106:13
107:1 170:11
188:21
**known**
45:4

**L**

**L.A.**
190:2,5,13,
16,19,22
191:3
**lab**
40:13
**lake**
31:24 32:1
44:12 84:9,
11 85:6,13,
25 92:19
103:3,23,24
115:1,5
127:15
138:12
140:8,22
148:7,10,13,
16,18,22,24
149:2,4,6,8
150:20,24
151:4,6,7
152:6,9,18
191:6,17,22

201:25
**landscape**
43:14 51:4,
14 142:21
143:11
**Landscapes**
13:23
**language**
214:9
**lapse**
157:11
**lapsed**
219:25 220:4
**large**
52:17 59:19
107:8 166:7,
10
**larger**
113:6
**Laura**
97:2
**law**
69:22 211:16
**lawsuits**
201:12,23
202:2,7
**lawyer**
69:2
**lawyers**
12:21
**layouts**
213:19
**lead**
184:11
**leading**
201:3
**leaning**
165:9
**learn**
27:23 72:19
**learning**
151:23
**leave**
33:12 66:17
200:8
**leaves**
11:9

Elliot McGucken, Ph.D.
March 15, 2021                          25

**left**
  23:1 176:10
  178:4,7
  204:6 206:18
  207:13
**left-hand**
  58:15 93:6
**legal**
  57:18 67:2,9
  80:6,12,16,
  18 81:6,9
  89:24 138:13
  144:20
  147:13
  162:1,5,7
  176:1,23,25
  177:1
**legally**
  57:16
**legend**
  45:5
**lengthy**
  130:1
**lens**
  58:16
**lenses**
  93:9
**Leonardo**
  44:23 45:7
**Leone**
  150:4,5,7
**letter**
  135:11
  181:19,25
  182:8,11,14
  185:9 186:18
  187:24
  189:11
  190:22
**level**
  18:3
**license**
  19:19 20:9,
  15,20 21:1,
  11 30:20
  33:9 62:24
  99:3 100:11

  108:12
  112:17 117:9
  123:12,19,22
  124:1,16
  131:19 132:1
  137:3,12
  155:4,8,11,
  17 158:9,19
  163:7,24
  164:14
  165:2,7,9,14
  202:24
  211:15
  214:14,23
  215:2,11,12,
  21 217:18
  218:9,21
  219:13
  221:14 223:3
**licensed**
  157:14 171:2
**licensee**
  211:7
**licenses**
  30:25 202:13
  209:3,17
  210:3,16,17,
  19 211:23
**licensing**
  19:5,11,12,
  13,16,24
  20:3,13
  29:22 33:22
  34:6,8,9,19,
  20 35:1,2,6
  36:3,5 62:23
  108:3
  202:11,14
  203:4,5,12,
  17,25 204:1
  206:6,10
  208:2,3,4,
  13,16,20,23
  210:11,12
  212:8 216:9
  223:4
**life**
  31:17,18

  64:2 95:23
  124:12
  151:25
**life's**
  124:12
**lifetime**
  193:3
**light**
  95:22 99:21
**Lightroom**
  52:19 91:17
  94:21,22
  95:1,3,9,12,
  17,25
**lights**
  95:15
**likelihood**
  218:21
  219:13
**likes**
  29:6 186:15,
  16
**limit**
  24:25 25:2
  53:24
**limited**
  23:11,13,24
  24:3,8 25:6
**limits**
  32:20
**line**
  30:1 94:17
  170:21
**lines**
  93:20
**link**
  26:22 42:1,3
  59:1 100:7,
  10 109:3,7,
  8,13 111:25
  112:5
  113:10,24
  118:9,13,18
  119:5,16
  121:4 123:5
  131:3,7,14
  134:14,18

  163:4,5
  164:5,9
  165:15
**linked**
  112:4 125:23
**links**
  26:21 59:6,
  9,16 113:12
  119:6 123:6
  126:17
  134:17
**list**
  32:11 76:9
**listed**
  75:22
**listing**
  59:2 168:1
**litigation**
  35:19 36:1,6
  154:13
**little**
  23:2 24:6
  43:25 44:25
  52:8 78:17
  124:11 127:8
  132:24 137:8
  154:7 166:22
  195:12
**Live**
  121:21 122:4
  123:3,8,11
  124:21
  125:9,12
  126:4,5,14,
  21 127:13
  128:11,24
**lives**
  30:1,2
**living**
  13:20 19:2
**located**
  9:20 26:7,8
  76:15
**location**
  26:4 71:14
  78:9,13,16,
  17,24 86:6

127:15
**lodge**
  207:5
**log**
  53:11 72:8
**logo**
  114:23
**long**
  22:23 64:1
  67:19 91:15
  95:24 96:23
  107:6 115:17
  145:20
**long-term**
  31:13 63:9,
  25 64:1,9,
  14,16 135:20
  215:6
**longer**
  48:13 60:8
  76:25
**look**
  40:19 72:24
  74:15 76:16,
  21 77:10
  79:14 82:23,
  24 85:1
  87:18 90:19
  92:15 96:2
  98:1 103:18
  107:7 137:15
  138:8 146:1
  168:10 169:8
  193:9
  196:11,12
  199:6 208:25
  212:3 220:17
**looked**
  27:14 73:2
  77:25 97:14
  115:8
**looking**
  58:14 59:25
  63:11 86:23
  88:6 92:21
  94:16 169:17
  176:4
  191:16,18

221:17
**looks**
  11:19 122:10
  123:10
  134:11,13
  186:14
**lot**
  18:11,13
  29:6,7,13
  30:12 31:21
  32:2,16
  34:10 44:14
  48:5,7 50:4,
  5,11 78:19
  96:3,18
  124:6,12
  142:10
  149:19
  194:14
  202:25 208:6
  210:21,24
  212:6 213:4
**love**
  10:20 57:3
  125:3 152:15
**loved**
  131:10
**loves**
  56:25
**low**
  87:15
**low-
resolution**
  40:6
**Luckily**
  146:3
**lunch**
  76:25 77:2
  96:21,23
**LUNCHEON**
  97:11

_____

_____

**M**

**machine**
  22:1

**Madam**
  201:18
  203:18
  206:21 224:2
**made**
  48:11 68:23
  90:11 105:18
  123:23
  125:20 205:4
**magazine**
  20:23 21:2,
  8,9 28:23
  110:12
  157:21,23
  158:10
  160:1,4,10
  223:8
**Magnetism**
  15:20
**Mail**
  160:15
  161:3,7,15,
  21 162:10,
  12,15,22,25
  163:6,23
  164:1,4,8,17
  165:2,15
  166:11,18,25
  167:6,23
  168:1,19,20
  169:4,14
  170:25 171:3
**main**
  37:8 49:16
**major**
  134:22
  143:24 201:3
**majority**
  166:12
  206:23
  207:19 213:8
  222:5,12
**majors**
  15:20
**make**
  10:21 19:23
  31:18 40:16
  48:2 77:1

96:3 140:15
141:23 172:5
202:3 206:25
207:6 209:23
210:15
214:20
215:23
216:23
221:13,21
**makes**
  199:23,24
  200:2
**making**
  19:2 48:17
  150:9 156:18
  201:7 205:3
  215:7
**manager**
  153:17
**manner**
  70:7 127:10
  149:7 151:13
**manners**
  219:21
**March**
  77:23 85:14,
  15 88:12,15
  91:7 94:23
  113:21 157:4
  161:13
**mark**
  58:10 79:19
  85:8 111:18
  156:6 172:3
  186:22 188:5
  189:14
  191:24
**marked**
  58:12 74:25
  77:18 79:22
  85:10 88:3
  91:2 93:3
  98:10 104:6
  107:16
  110:18
  111:21
  120:23
  121:25

Elliot McGucken, Ph.D.
March 15, 2021
27

126:12
129:13 134:3
135:16 143:3
153:14 156:9
159:12
160:19
167:12 169:1
171:8 181:23
185:15
186:23 188:6
189:16
191:25
**market**
17:23
**marketing**
18:4 28:3
**Master's**
14:7
**match**
96:17
**matched**
115:13,14
**matches**
196:9,15
197:1,4,6,
14,16,19
198:14
**material**
69:19
**materials**
72:24 73:2
107:4
**mathematical**
44:6,7
**matter**
222:2
**matters**
221:16 222:4
**Mcgucken**
9:18 43:12,
13,14,23
44:1 46:18
49:24,25
50:7,15
51:3,15
52:25 53:20
59:20 77:17

79:21 93:8
107:15
125:14,19
126:20
142:21
162:18
181:21
**mcgucken.com**
37:7,18 38:3
58:8
**MCGUCKEN3**
104:5
**MCGUCKEN31**
168:24
**MCGUCKEN38**
153:13
**MCGUCKEN39**
156:8
**MCGUCKEN41**
159:10
**MCGUCKEN44**
134:2
**MCGUCKEN50**
110:17
**MCGUCKEN59**
160:17
**MCGUCKEN64**
111:20
**MCGUCKEN68**
135:15
**MCGUCKEN69**
167:10
**MCGUCKEN70**
121:23
**MCGUCKEN79**
98:8
**MCGUCKEN81**
129:11
**Mcguckenart.
com**
37:15,16
**mcguckenart.
com.**
37:9
**mcguckenarts.
com**
37:9

**mean**
10:25 15:1
17:24 19:12
21:17 22:11
23:21 24:10
27:3 28:3
29:25 30:10,
18 31:25
32:16 33:7,
23,24 34:10,
14 39:7,10,
19,23 41:3
43:19 44:5,
10,18 45:21,
24 47:25
48:8 49:19
50:23 53:8
55:8 57:2
59:14 63:25
71:7,23 77:5
78:18 89:3
92:1 94:3
99:12,19
103:1 106:23
108:8,16
109:5 113:3,
19 114:18
115:14
116:21
119:1,4
120:4 124:11
127:4 135:3
138:19
139:4,20
146:12,14,
18,21 147:8
150:2
157:18,25
161:18,23
166:11
168:18
171:16,22
172:13,15
173:23,24
174:2,8,9,
11,12 175:2,
6 176:25
178:6,18,19
180:5,6

184:20 188:2
190:25 192:8
193:20,22
195:19,23
196:12,18
198:9,11,20
199:20,21
204:19
206:13
208:12,13
209:4 213:19
214:6 215:9
216:1,16,18,
19,20 217:9,
10,15 221:6
222:11 223:9
**Meaning**
206:17
**meanings**
173:20
**means**
21:20 29:6
102:16
116:19
157:21
161:24 162:6
173:17
174:25
178:25
198:21 200:1
217:15
**meant**
161:20
**measure**
83:17,18
**measurement**
83:17,19,20,
21
**measures**
39:3
**measuring**
84:14
**media**
42:2,4,5,10
49:6 52:9
55:18 56:10,
13,16,24
57:4 79:5,7

Elliot McGucken, Ph.D.
March 15, 2021
28

82:14 97:16
100:8 105:4,
7 109:3
121:5 126:18
134:15
136:16
165:16
196:1,4
220:10 222:5
**medical**
9:7
**medium**
19:17
**mediums**
19:18 158:3
**meet**
12:19,21
31:18 217:8
**meeting**
12:5,23,24
22:11
**Megan**
109:17
**member**
30:17 219:23
220:5,21
**members**
220:4
**membership**
219:25
220:3,12,20
**memories**
199:11
**memory**
38:4 48:15
163:9
**mention**
45:14 168:16
**mentioned**
69:23 166:15
221:10
**message**
46:6
**messages**
11:22
**met**
99:25 221:6

**metadata**
95:6
**Michael**
130:17
131:10
132:10
133:20
**miles**
91:15
**millimeters**
58:17
**million**
31:20 64:19
**millions**
141:13
**mind**
64:12,13
69:21 89:23
191:20
200:18
211:15
**mine**
141:5 221:22
**Minimal**
107:3
**minimally**
194:15
**minor**
128:18
134:23
143:25 144:2
**minute**
115:18 154:8
**minutes**
36:18 57:22
77:3 78:19
96:2,7,25
97:3,4,7
115:18,19
142:5
145:14,21,22
**mobile**
12:10
**Moby-dick**
149:20
**model**
24:7

**modest**
17:18
**modifications**
88:10
**modified**
94:17
**modify**
52:6 91:8
**moment**
15:12 16:13,
21 17:22
22:10 23:14
60:25 126:8
165:9,12
166:6
**moments**
86:3 140:16
**monetary**
130:11
178:24 179:1
216:9 217:18
218:9,21
219:13
**money**
18:16 19:4
30:19 58:21
105:18
163:20
199:23,24
200:2 209:23
214:20
215:23
216:3,23
**monitor**
221:21,23
**monitors**
221:22,24
**Montana**
213:20
**month**
17:14,15
18:12,16,18,
20,24 19:23
20:4,5 32:16
33:20 34:2
35:5,25 36:4
70:18,20,21

74:10 193:6,
24 194:1,9,
10 198:25
199:1
209:10,13,
20,22,24
215:13,15,
16,20,24
216:8,16,17,
19,20,21,22
217:2,4,8,10
**monthly**
18:8 33:25
202:12
208:2,11,16
209:4,9,16
**months**
22:25 27:3
34:6 37:23
63:2 71:8
83:10 193:8,
15 209:23
215:17
**motion**
10:13,14
**motioning**
10:11
**mountain**
44:13
**mouth**
62:3
**move**
204:24
**multiple**
42:15 51:25
53:17 54:4
86:1,6 91:11
94:14,15
157:14
**multishot**
91:10,13
151:12
**mute**
57:24
**mutes**
149:19

Elliot McGucken, Ph.D.
March 15, 2021

29

mutually
  110:1
mythological
  149:17
  150:11
mythology
  54:13,16

_____

        N

_____

name
  9:17 27:19
  28:5 54:12,
  15 56:5,7,10
  89:14 109:7,
  16 117:12,
  18,25 125:16
  132:16
  134:16
  143:11
  154:17
  202:6,7
  215:7
named
  45:5
names
  35:13 43:7
  49:22 50:3
  53:18 202:2
  220:7
narrow
  202:23
national
  64:22 121:10
  150:22
  153:10,18,
  19,22 154:1
  158:16 159:8
  189:22 190:1
  213:3,9,13,
  14,21 218:2,
  4,8
natural
  45:9 109:7
  144:14 145:3
  147:4

naturally
  45:10
nature
  44:19 144:23
  159:1 216:4
Nature's
  27:11
nebulous
  23:2 48:9
  78:18 83:16
  100:12
  137:24
  197:21,22
  198:7,9
need
  9:1 22:2
  25:25 26:3
  36:17 46:16
  92:4 93:18,
  22 94:10
  96:23 133:10
  156:23 205:8
  214:21
  216:24,25
  217:1,13
  220:1 224:2,
  4
needed
  65:6 76:16
  152:3 207:14
negotiating
  109:15
never
  24:3 49:4
  53:11 84:19
  144:22
  150:25
  191:10 221:6
newer
  37:17
news
  47:19,23,24
  48:3,4,7
  116:16,18,24
  117:5 135:19
  138:18,20
  139:7,13,19,
  20,22,25

  144:19
  146:10,17
  147:1,6,8,11
NEWS152
  88:2
newspaper
  98:13,14
Newsweek
  177:17,20,22
  178:4 179:13
  180:2,11,18,
  20,24 181:1,
  19 182:19,23
Newsweek's
  179:22
newsworthy
  138:12
Newton
  14:24
nice
  29:19 166:1,
  17
Nicole
  153:9,16
  154:1
night
  141:24
Nikon
  20:23 28:23
  58:16 223:8
nine
  134:12,13
  201:17
Noah's
  149:18
nobody's
  219:4
nomination
  28:7
noncommercial
  198:18
  199:15
nonexclusive
  19:13 30:25
  31:3,5,7
nonprofit
  153:24

nonpublic
  206:13
noon
  76:23
North
  14:5
note
  29:19 76:23
  178:4
noted
  145:2
notes
  11:25
notice
  185:9 186:19
  187:25
  189:12
  190:23
notification
  46:5 82:12
notifications
  46:2 50:18
novels
  149:20
novice
  171:18
NPCA
  154:18,24
  155:4,9,16,
  20,23 156:4
  157:14
  158:2,7,18
  159:15,21
NPCA's
  154:19,22
  160:4,10
nps.gov
  150:16,19,21
number
  13:9,11,12
  20:17 23:25
  24:16,25
  34:5,19 38:7
  43:13,15,25
  44:4,6,7
  49:25 50:5
  64:3,10,11

87:13,15,16
134:7 186:16
192:25
201:14
202:22
210:5,6
**numbers**
13:13 24:1
34:12 202:21
208:10 209:8
210:18
212:3,6
214:19
**numerous**
124:3,5
214:12
**nuts**
34:11

———————————

O

———————————

**oath**
36:24 207:24
**object**
32:24 66:4,
12 67:1,8
69:9 73:13
177:24
182:15
204:21
205:11
206:18 209:5
**objected**
204:14
**objecting**
204:21
**objection**
10:7 14:20
16:24 17:1,2
35:21 41:6,
12 45:17
46:12 47:10
49:10 50:19
51:8 52:14
55:23 56:18
57:8,18
59:4,10,21

60:11 61:17
63:6 64:4
65:2,14
67:16 68:24
69:3,17 70:6
71:3,16
72:2,14 73:7
76:6 80:6
81:6,12
82:3,8,21
83:3,13
84:16 87:5
88:25 89:7,
13,24 97:18
98:21 100:22
101:8,20
102:2,10,15
104:21
105:11,20
106:1,7,15,
20 114:4
116:10,17,25
124:10
127:3,21
128:15
134:24
136:17,24
137:17
138:13
139:9,15
140:1,12,24
143:7,13
144:1,20
145:6 146:7
147:7,13,20
148:3,8,14,
19 149:10
151:8
152:10,20
160:6 164:10
170:18
171:15,20
172:1,7,12,
16,22 173:8,
13,18 174:7,
14,24 175:5,
14,20,23
176:14,20
177:1,10,14

182:2
183:12,22
192:4 196:22
197:8 200:9
201:13
202:15 203:6
204:2,4
207:5 211:9,
10,25 212:9
214:2,15
216:12,15
217:3 218:24
219:7,16
221:4
**objects**
26:12
**Obscura**
135:12,18,24
140:6 142:20
143:19
**Obscura's**
140:10
**obtain**
213:22
**obtained**
170:17
**obviously**
191:22
**Occasionally**
62:25
**occurred**
147:16,18
**ocean**
149:21,24,25
**Odyssey**
54:13 150:6
**offer**
30:3 130:7
175:4,7,12,
18 218:11
**offered**
63:21
112:19,22,25
155:10
165:23
**offering**
111:23

**offers**
176:18,22
**offhand**
128:10
155:18
**office**
10:20,21
11:6 28:25
29:18 61:7,
15,20,22,24
68:7 69:24,
25 70:12,16,
22 71:18,21
72:4,13,20,
25 73:6,12,
24 74:13
76:1,5
**office's**
70:10
**offices**
61:12
**okay**
9:5 10:16,24
11:7 12:14
17:20 18:15
20:12 36:19,
21 37:3
41:10 48:14
57:21 96:22
97:5,6 98:1
108:15,16,17
120:21
160:24 205:7
206:1 208:9
223:13,16
224:12,13,
20,21
**older**
37:17
**once**
12:22 45:20,
21 46:2,4
54:9 63:2
96:4 164:5
193:23 197:6
**one**
16:22 21:7
22:8,25 23:6

Elliot McGucken, Ph.D.
March 15, 2021                                          31

27:22 29:19
31:16,19
32:1 37:7
42:14,16
43:1,16,24
44:11 50:11
53:20 54:5
61:22 63:16,
17 69:6 84:1
86:2 91:18
92:20 93:19
96:15 112:7,
8 118:2
121:7
129:19,23,24
130:21
134:12,13
141:10,13
142:5 149:20
150:8 151:2,
5 155:3
157:15,16
161:9 165:6
168:14
173:25 174:2
177:22 190:7
201:3
204:20,21
205:21
206:14 213:1
214:19
224:17
**ones**
20:10 38:9
43:20 49:16
70:24 169:19
183:1
195:19,20
**ongoing**
24:2
**online**
19:20,22,24
20:3,8,15
21:8,12
23:15 25:11,
12 51:25
55:21 72:24
98:14,15

102:7,8
106:24
107:1,5
108:20
143:12
158:1,4,10,
14 164:15,19
192:3,16
221:15,16
222:8,13
223:3
**online-only**
222:1
**open**
21:25 27:16
204:10,13
**open-ended**
206:19
**opinion**
40:19,21
152:3
**opinions**
40:18 198:7
**opportunities**
82:16
**opportunity**
166:19
**opposed**
203:5,25
211:23
**option**
53:6,7
118:18
119:13
172:15
**options**
24:11 51:11
119:12
**order**
25:24 26:3
36:14 47:6
56:10,16
61:5 82:14
92:3 102:4
137:22
175:22 224:8

**orders**
60:10,17,21,
24 224:6
**organization**
218:17
**organizations**
220:8
**original**
113:4 214:9
216:2 223:9
**outdoors**
152:1,15,16
**outlined**
63:12
**outside**
65:17 171:4
173:2 197:13

———————
**P**
———————

**p-h-i**
45:4
**p.m.**
224:23
**page**
18:1,2 39:2
42:1 43:12,
13,14,15,22
60:1 107:8
113:4 121:7
122:10
159:25
183:11
186:11
**pages**
42:17,18,19
43:4,8,17
45:15
**paid**
20:22 29:25
30:10 63:4
144:24 163:6
165:2 167:25
217:13
**Painted**
30:6,9

**Panamint**
78:7 91:15
**pandemic**
26:25 27:8,
16 61:2
**panorama**
28:24 30:9
91:13 169:10
**panoramas**
91:10
**panoramic**
96:1 151:12
**paraphysial**
135:21
**park**
150:22 152:4
213:17,21
**Parkinson's**
205:8
**parks**
121:10
153:10,18,
19,22 154:1
158:16 159:8
189:22 190:1
213:3,9,13,
14,22 218:2,
4,8
**part**
9:16 22:16
23:5 34:13
36:2 40:9
66:22 90:3
103:8 129:3
134:12
192:14
213:16 218:5
**Parthenon**
45:6
**Partially**
62:3
**participating**
22:23
**particular**
27:7 29:10,
21 56:22
117:13

Elliot McGucken, Ph.D.
March 15, 2021
32

137:21
193:15
215:24
**Partly**
81:3 206:14
**party**
202:6
**pass**
90:12 96:2
223:21
**passed**
31:21
**past**
27:5 29:14
32:16 61:1
106:4 129:22
193:24
194:10
198:25
213:10,13
220:16
**paste**
96:5,12
**pay**
23:17 27:24
33:10 99:3
106:12 108:3
123:12,19
131:19
154:19,22
155:10
163:23
167:23 216:3
220:1
**paying**
220:20
**payment**
20:25 108:6,
8 208:13
**payments**
203:11
**PDF**
184:25 185:1
**penalty**
211:4,8,15
**pending**
204:11

**people**
14:17 18:2
21:23 22:11
25:25 30:13
38:19 39:5,
7,9,14 40:8,
14 41:9,10
44:14,23
47:1,3,6
56:22 57:5,
13,15 80:21
82:6 87:10
97:23 106:12
111:12
117:18,21
118:1 125:2
132:22
138:20
175:10,15,25
196:19
**perceive**
141:2
**percent**
27:13 33:13
34:16 40:21
52:17 135:1,
3 197:24,25
208:17,21,24
209:19
210:8,13
215:21
**percentage**
31:1 197:19
203:4,24
204:17
208:1,11,15
209:2,3,9,16
210:2,11
215:11
**percentages**
214:25
**percentile**
27:14
**perfect**
77:7
**perfecting**
31:22

**perfectly**
134:9
**period**
156:25 181:6
**permission**
117:6 137:11
164:6 170:12
180:9 185:6
186:5,8
187:7,10
188:22,25
189:7 190:5,
12,13,16,19
215:18
**permit**
171:3 213:22
214:13
**permitted**
39:10,14
99:1 128:7
165:3 207:16
**permitting**
112:2 116:1
**person**
25:24 44:16
69:6 152:1
**personal**
40:19,21
42:16 43:5
61:16,21
105:25
111:10
211:14
**personality**
166:8
**personally**
43:2 70:2
75:5 118:20
125:24
130:17
156:11
**perspective**
166:9
**pertaining**
62:12,13,16
142:20
200:13

**Petapixel**
129:9,15,18,
22 130:6,12,
15,20 131:2,
16,19,24
132:3,15,25
133:5,12,20,
24 134:6,14,
19 138:24
**Ph.d.**
14:8
**phenomena**
135:21,22
**phenomenon**
139:13 146:3
148:2,5
**phi**
44:20 45:4
**Phidias**
44:21 45:5
**philosophy**
27:14 28:6
31:10
**phone**
11:17,18
12:7,25
46:3,6 62:5,
18,24 99:15,
22 109:20,21
110:7
112:19,22
114:13
136:12
159:23
214:10 216:3
**phonetic**
38:19 46:9
**photo**
20:23 25:16
28:23 47:18,
21 51:23,24
52:5,18
55:12 73:21
74:6 79:24
88:5,6,8,9,
12,21 89:5
94:24 95:25
96:2,15

Elliot McGucken, Ph.D.
March 15, 2021

33

98:6,17
101:3 110:4,
20 120:25
121:7 122:6,
11,15,16,18,
19,22 133:16
137:23 141:9
165:19,21,24
179:6 182:23
184:23
185:7,19,20,
21 186:6,9
187:2,4,8,
11,22
188:10,23
189:1,4
190:6,9,14,
17,20 208:5
212:20
218:10
**photograph**
44:14 69:7
75:10 76:10
77:11,13,20,
24 78:2,5
79:2,4
80:21,23
81:5,11,20
89:12 93:13
115:2 121:8,
9 126:15
127:2,13,15
128:3,8,11
134:19 137:4
144:19
146:10
148:13
151:13 152:8
162:13
168:21 169:9
170:4,5,7
183:5,7,10
191:6 211:20
213:17
214:23
**photographed**
149:3,9
191:17

**photographer**
23:4 31:16
32:11,13
56:8 100:18
124:19
132:21
144:15,17
145:5 146:4,
8 151:11,19
**photographer'
s**
221:8
**photographers**
22:19,20
23:1 28:12
48:11 132:19
133:8 144:7
220:9,11,18
**photographic**
131:22
132:19,23
152:6
**photographing**
32:19
193:13,14
**photographs**
40:16 69:25
71:20,24
72:1 75:20,
22 78:12,16,
24 81:1,21
83:24,25
84:3,7 89:19
91:4,12 95:8
97:14,17,22
112:3,4,12,
24 113:18
115:4,7,10,
15 121:19
136:23
137:12
144:3,5,10
145:11
146:17
147:2,4,5,6,
9,11,15,22
148:1,4,7,9,
15,18,21,22

149:4,16
151:22
162:15,23
164:22
168:19
170:17
191:22
211:18 213:9
214:9,14
215:2,15,23
216:10
**photography**
13:21,22,24
18:15,16,21,
24 19:1,4
21:18,22
22:19 27:11,
18,22 28:2,
14,21 30:12
31:13,14
32:8 33:11
37:8,16,19
42:3 43:15,
24 46:18
47:1,3,6
50:4,5,6,12,
15 51:14
54:13,16
56:25 57:3,
5,13,16
62:13,16
63:3,14,16
95:13 117:15
120:15 124:4
125:19
127:17
128:22
129:19,20
130:4 131:23
140:16
142:22
143:12
145:10
151:21
212:13,23,25
214:21
215:5,7
217:5,22
219:23

**photos**
28:5 31:9
37:10,20,22
38:5,6,8,10
42:9 51:18
52:2,10
53:10 54:18,
20,23 55:2,
5,15,19,22
56:3,9,12,
15,23 78:11
79:10 81:17,
24 82:20
84:11 85:6,
12,16,20,23
86:1,2,6,8,
11,14,15,17,
20 88:17
95:12 96:5,
6,16 98:25
99:4,9
100:4,16
101:19 104:1
105:1,4,6
107:24
108:19,21
109:6,12,19,
25 110:22,25
112:1,9
113:12,14,23
115:12
121:2,7,10,
12 124:8,21,
24 125:2,5,9
127:6,18
132:13,25
133:12 134:6
136:1,15
138:3,6
139:25
140:21
143:19,21
144:13,18
148:11
151:10
154:25 155:2
161:10,12
163:7,17,19
166:25 168:3

169:19
170:3,13
171:2 177:23
182:25
193:10
201:24
203:17
208:17
210:12,17
Photoshop
    52:19 91:18
phrasing
    178:13
physical
    21:20 22:3
    26:4,11 60:2
    135:21
physically
    39:12,13,23
    41:5
physicist
    14:12
physics
    14:2,7,8,13,
    14 15:1,4,6,
    8,11,13,14,
    15,17,22,23,
    25 16:2,9,
    19,22 17:13,
    25 18:1,2,3,
    6,9 37:18
    43:13,14
    44:1 53:15,
    21,22,25
    63:14,16
    128:21 139:5
    151:25
pick
    25:2
picking
    197:16
picture
    83:23
pictures
    44:11 133:9
    185:1 213:2
pie

34:13
piece
    166:12
pin
    198:12
pitched
    130:8
Pixie
    194:20,23,24
    195:1,6,9,
    11,18,25
    196:3,7,13
    198:1,13
    199:15,18
    200:4,15,18
Pixie's
    196:20
    198:24
place
    11:20 30:5,7
    31:25 48:24
    53:22 89:11
    98:20 101:2
    114:9 133:15
places
    26:22 28:6
    51:25 52:1,3
    55:21 78:20
    140:18
    143:14,16,18
    178:23,24
    218:7
plaintiff
    201:12,23
    224:15
Plaintiff's
    223:22 224:9
plan
    10:21 76:25
    77:1
plans
    21:25
platform
    16:17,20
    25:13 26:6,
    15 48:2
    171:14,25

172:5,15
platforms
    117:23
    194:16,19,21
play
    176:7
plays
    144:8
please
    45:1 57:24
    64:8 145:23
    154:8 203:19
    205:22
pleased
    166:23
poet
    150:5
poetry
    63:17 150:14
point
    21:7 49:13
    68:20,22
    142:5 169:3
    176:11
policies
    47:9 65:1
    177:13
popular
    31:25
portion
    36:13
portraits
    13:23
portraiture
    37:15
portrayed
    99:20
position
    141:1
positive
    99:21
possession
    68:15
possible
    10:13,17,24
    41:15 142:8
    191:1 202:23

post
    37:10,20
    38:5,6,8,12,
    21 40:11,22
    42:9 45:20
    50:9,22,23
    51:13,18,19,
    21,23,24
    52:2,5,9,25
    53:4,10,13
    54:9,17,20,
    24 55:3,6,
    15,17,19
    56:3,12,15
    79:17 80:2
    81:4,20 82:2
    85:13,16,23
    86:6,8,12,
    17,20 87:10
    88:6,17,18,
    24 89:12,19
    92:9,12
    105:24
    115:22,23
    133:9 141:23
    170:3 192:9
posted
    37:22 50:14
    79:4 81:24
    85:5,15
    86:15 88:12,
    15 90:22
    91:4 92:6
    104:18 132:6
    135:6 195:25
    196:4
posting
    38:10 45:24
    47:14,16
    52:10 53:14
    56:23 57:4
    79:24 80:22
    81:1,2,10
    82:14 85:21
    91:9 97:15
postings
    82:15

posts
  53:1,5,12
potentially
  11:1,13
pounds
  21:6
power
  26:6  94:11
powered
  25:14
PPA
  220:2,9,23
practice
  123:18
  131:13
pre-licensed
  211:24
pre-licensing
  211:17,19
Pre-med
  15:20
preeminent
  150:7
preference
  77:4
preferred
  26:23
premium
  210:19
preparation
  65:12,19
prepare
  12:16  13:17
  71:1,10
  156:22,24
prepared
  155:24
  156:11
preparing
  155:22
prepayment
  16:7
presence
  25:25
present
  39:24  216:5

presented
  127:16,19
  128:4
presenting
  128:20
presents
  124:5
preserve
  171:6  185:12
  186:21  188:4
  189:14
  191:23
prestige
  29:16  30:15
  32:2
prestigious
  20:24
presumably
  40:1
presume
  47:3
pretty
  28:16  33:13
  53:16  135:7
prevent
  9:8
previous
  9:15  157:3
previously
  15:21  115:7
  182:19
  207:25
price
  23:9  164:25
primarily
  103:5,7
  199:10
primary
  19:2  51:1
  84:23
Princeton
  14:4
principle
  30:22
print
  16:12  19:11,
  22  21:8,14

23:9,11,22
24:5,14,22
25:3,6  26:8,
11  27:1
30:10,11
55:14  64:19
98:14,15
158:5,14
223:7,8
printed
  61:6
printer
  24:4
printers
  25:23
printing
  23:18  24:11
  26:15,18
prints
  19:19  21:12,
  17,20,22
  22:2,5,6,7,
  10  23:13
  24:6,21
  25:6,9,17,
  18,20,24
  26:2,19,24
  27:8  29:1
  31:19  60:2
  61:11,14,23
  62:22  82:16
prior
  199:1
privacy
  65:1
private
  46:21  47:4
  51:11,12
  206:17
privilege
  73:17  80:11,
  13,14  172:25
  181:13
  204:14,15,16
privileged
  8:6  12:15
  33:3  65:17
  66:8,21

67:20  68:10
69:13,19
74:1  178:2
179:8,19
181:4  197:13
200:3  202:19
211:1,13
privy
  211:6
probably
  17:9  19:21
  22:21  29:25
  32:17  35:5
  48:19,22
  55:17  75:15
  76:17  78:14
  79:8  86:7,9,
  16  87:17
  111:12  128:2
  131:5  139:6
  142:8,16
  144:2  150:8
  152:11  165:4
  167:18,20
  179:16
  193:3,11
  207:2
  208:19,22
  218:15
  222:15
problem
  211:22
proceed
  145:18  207:2
proceedings
  207:7
process
  23:3  66:19,
  22  81:10
  118:22
  141:23
  217:15
processing
  141:18
produce
  67:25
produced
  77:17  154:5,

Elliot McGucken, Ph.D.
March 15, 2021

36

12,21

**production**
  76:1,2,12

**products**
  58:21

**profession**
  32:11 63:4,9

**professional**
  28:12 43:5
  151:18
  171:19 220:9

**professionals**
  28:8,10

**profit**
  32:22

**program**
  93:15,17
  95:9

**projects**
  153:18

**prominent**
  43:17,18,22
  109:16

**promote**
  177:5

**promoting**
  25:17 27:2

**promotional**
  130:15

**prompts**
  138:2

**properly**
  94:5

**proportion**
  45:8

**proportions**
  169:13

**protect**
  39:3 73:10

**protective**
  36:14

**protocols**
  41:19

**proud**
  218:1

**provide**

17:12 35:13
37:6 38:24
41:23 43:10
53:18 68:14
73:4 75:25
76:12 80:15
100:5,7
101:6,25
108:24
109:2,13,14
118:9 119:12
121:4 123:9
131:7,13
132:3,7,16
138:1 165:15
193:19
195:8,11,17
196:7,9
198:13
201:16 207:1
208:10 209:2
210:1 212:4
215:11
216:2,22
221:15
222:8,9,17,
18

**provided**
  65:6 67:23
  72:3,25 75:5
  113:7,10,24
  123:2,6,7
  131:1,3
  136:6 142:23
  143:6 163:3
  202:20,22

**provides**
  26:14 47:9
  118:13,16
  119:10
  199:19

**providing**
  26:14 102:20
  178:23 222:1

**public**
  46:17,21
  47:2,5 51:6,
  11 79:9 82:2

88:24 147:19

**publication**
  32:6 79:12
  80:5,20
  164:17
  180:10
  217:20

**publications**
  131:13 133:6
  169:18

**publicly**
  46:10 89:5
  206:11

**publish**
  16:3

**published**
  28:22 75:19,
  23 79:10,11
  104:1 125:23
  130:11,14
  158:15,18
  159:14
  162:19
  166:13,20
  168:9,20
  179:13

**publisher**
  16:4

**publishes**
  16:2

**publishing**
  162:20

**puddle**
  191:8

**puddles**
  191:21

**pull**
  58:2

**purpose**
  59:1 80:22
  144:19
  150:18
  192:23
  193:2,5
  221:1

**purposes**
  8:10 130:15

**pursuit**
  217:12

**pushing**
  26:23 27:6,8
  32:20 62:21

**put**
  23:1 30:1,11
  33:25 36:2
  38:15,19
  44:12 48:17
  49:1 50:11
  64:18 97:7
  99:10,12
  100:14
  118:7,8,24,
  25 119:2,3,
  5,7,8 125:20
  165:20
  166:21
  174:18 191:4

**putting**
  64:14 94:21

_____

Q

_____

**quality**
  27:18 55:12
  141:22

**quantificatio
n**
  198:12

**Quentin**
  150:10

**question**
  8:24 9:4,5
  39:18 59:23
  62:9 146:15,
  25 173:3,4
  178:3
  203:19,22
  204:7,10,13,
  17 205:15
  206:3,19
  207:15 219:9
  224:17

**questioning**
204:20
**questions**
111:25
145:15
223:19
**quick**
36:9 49:5
224:6
**quite**
224:13
**quote**
61:4 169:15
**quotes**
60:10,17,20,
23 126:21

**R**

**raise**
191:19
**range**
19:25 20:4
24:8,13 78:8
91:15 104:4
**ranger**
151:1
**ranges**
22:4
**rare**
53:16 137:9
140:15,16,
17,25 151:4
211:18,20
**rarely**
53:15
**rate**
163:15
210:19,22
**rates**
154:19,22
158:11,13
**ratio**
43:13,15,25
44:4,8,12,16
45:3 49:25
50:5,6,7

130:4,12,19
139:4 162:21
164:21
166:15
168:16
169:4,11
214:11
**raw**
95:14
141:14,15,16
**reach**
52:4 56:23
129:18 130:6
180:11,13
182:20
191:3,13
217:21
**reached**
107:22 124:3
129:15,16,17
130:8
180:15,17,21
**reaching**
161:7,15
**read**
47:8,21
48:16 65:9
67:12,22,23
90:6,10,13,
14,16 94:18
104:15 107:4
170:22
177:8,13
179:12
203:19,20
**reading**
42:22 90:12
**real**
27:25 28:2
224:6
**realizations**
148:10
**realize**
107:7 218:7
**realized**
152:5
**realm**

138:5
**reason**
9:7 40:7,11
48:21 49:7
54:15 155:11
178:15
184:11
212:24
213:1,12
**reasons**
56:12
155:13,15
**Rec**
38:19
**recall**
9:16 43:7,11
65:24,25
73:2,20 74:8
75:2,22
77:20 78:12
79:7 81:24
83:11 86:11,
14 88:20
90:16 91:4,
6,7 92:6
94:12 97:23
98:16,23,25
99:2 102:22
103:11,15,17
108:2,18,21,
23 109:10
110:5,6,8
111:23
113:7,9
115:17
118:5,8,16
119:21 121:2
122:6,8,9,
13,14 123:2,
11 124:23,25
125:8,10,13
126:17,19
128:10,24
129:15 131:1
132:14,15
134:25
136:4,5,6,8
142:23

150:15
154:12,17,19
155:6,7,8,
14,15,18,20,
21,22 156:16
158:6,8
159:14,16,
18,19,22
162:9,11
163:3,6,18
165:11,23
167:14
168:12,13
170:1,2,15
171:10
174:22 176:7
179:5,7,15,
17 180:15,
16,17,19,20,
22,25
182:21,24
183:9 185:3
187:19 188:9
189:20
192:24 194:6
197:5 201:11
202:2,5,6
223:10
**recalling**
79:9
**receive**
14:6 16:6
27:1 30:16
32:22 35:6,
19 36:1 59:9
60:23 62:23
74:4 160:11
180:3,4
196:13
197:1,6
202:13 209:3
**received**
14:7 21:1
28:20 29:16
74:8,21
76:20
167:14,22,24
168:8

Elliot McGucken, Ph.D.
March 15, 2021
38

169:14,16
180:23
182:11
202:24
**receives**
160:4
**receiving**
34:3
**recent**
38:4 113:23
**recently**
27:11 28:16,
17 31:20
37:23 90:13,
15 115:24
220:5
**Recess**
36:20 57:25
97:11 145:24
207:21
223:18
**recognitions**
28:20
**recognize**
58:5 74:18
77:11 79:15
85:3 87:19
90:20 92:16
98:2 103:19
107:9 110:9
111:14
120:11
121:15 126:1
129:5 132:20
133:23 135:8
142:17 153:2
155:25 159:4
160:12 167:4
168:17,18
170:3
**recollection**
104:8 132:11
134:5 181:5,
7 182:7,9,
10,12,13
**record**
36:10,21
42:20 57:23

76:23 88:1
125:7 145:13
171:6 185:13
186:21 188:4
189:14
191:23
199:12
201:19,21
203:20
204:6,23
205:3,22
206:20,22,25
207:6,7,18,
20 220:8
224:5,6,16
**recordkeeping**
125:5
**records**
17:11 18:11,
19 199:8,10,
11 202:3
208:25
**recovering**
30:5
**red**
169:9
**redundant**
132:24
**refer**
33:6 103:12
112:5 120:6
157:22
**reference**
154:7,21
169:3 186:15
**referenced**
136:22 169:4
189:25
**references**
154:4 157:13
**referencing**
191:6
**referred**
13:18 21:14
22:13 28:7
34:5,18
114:14

128:25
158:25
169:12
182:19
**referring**
16:12 19:16
20:3 24:16
25:12 29:9
37:24 42:18
43:4 47:17,
24 52:24
53:3 60:20
61:8 64:10
79:17 83:22,
23 89:22
96:13 110:13
113:16
114:20 115:2
116:23
117:22
118:11
125:24 130:1
162:4 163:1,
16 167:7
168:4 169:5
173:22
195:21
199:14 208:4
210:7 222:21
**reflect**
207:18
**refresh**
104:8 134:5
**regarding**
32:14 34:6
47:23 76:9
97:14 98:5,
17 100:15
104:1
106:10,14
107:4 109:18
124:4 126:22
129:9 133:4
179:13
200:18
203:3,11,23
**register**
71:14,20,24

**registered**
74:11
**registration**
69:24 70:16,
19,22 71:2,
11,25 72:13,
20 73:12,21
74:4,9,20
75:3,8,10,
14,17,19,23
76:5,10,19
77:25 79:9
**registrations**
72:9 73:5
**regularly**
32:6 54:7
55:19
**rejoin**
220:4
**related**
13:6,8 62:24
**relationship**
110:1 170:25
**Relative**
130:3
**rely**
33:14 34:17
35:3 181:3
192:12 201:9
210:20,23
**relying**
33:8
**remained**
144:14 145:4
**remember**
48:1 72:17,
18 123:16
130:4
166:14,16
168:15
**remind**
36:24 207:23
**reminder**
220:3
**remotely**
58:12 74:25
77:18 79:22

85:10 88:3
91:2 93:3
98:10 104:6
107:16
110:18
111:21
120:23
121:25
126:12
129:13 134:3
135:16 143:3
153:14 156:9
159:12
160:19
167:12 169:1
171:8 181:23
185:15
186:23 188:6
189:16
191:25
**remove**
128:3
**repeat**
44:25 144:4
**rephrase**
17:6
**replied**
117:5
**reporter**
16:25 17:3
44:24 45:11
57:9 144:4
178:4
201:18,20
203:18,20
205:21
206:22
224:2,4,8,
12,21
**reporter's**
207:3
**reports**
196:15
**represent**
35:16
**representing**
10:3 35:10

**represents**
86:25 136:11
**request**
61:23 67:14
70:7 76:18
122:7,18,19
**requested**
67:21,24
68:13 157:2
223:9
**requesting**
121:18
**requests**
67:22
215:16,18
**require**
91:11 99:3
100:5,7
108:24 109:2
123:18
124:16
131:19 132:3
215:12,21
216:9
**required**
108:2 123:11
**requirement**
89:16
**requirements**
89:11
**requiring**
123:25 124:1
**res**
30:8 91:12
92:22
**research**
15:24,25
139:5 212:5
**resets**
94:10
**resolution**
38:13 91:25
141:22
221:25
222:3,13,14,
25 223:5

**resolutions**
221:22
**resolved**
49:5
**respond**
178:8,15,17
179:11
**responded**
182:14
**response**
179:9,19
180:24
185:10
186:19
187:25
189:12
190:23 205:2
**responsive**
68:14,17
**restriction**
89:16 101:2
109:24
**restrictions**
89:11 114:9
125:8 133:15
**result**
199:4
**resulted**
145:11
**results**
144:13 147:3
148:11
196:7,9,11
198:24
200:4,22
216:5
**retain**
31:6
**retroactive**
202:13 203:5
204:1 209:3,
17 210:3,17,
19 211:7,15,
23
**return**
32:12

**returning**
54:22
**reveal**
204:17
**reverse**
192:17,19,22
193:2,5,9,
16,25 194:3,
8 195:7,9
**review**
13:1 129:2
179:12
197:13,16
**reviewed**
13:5,14
**Reviewing**
186:11
**revolver**
150:3,12
**reward**
29:5
**rewards**
29:3
**right**
10:12 15:10
18:10 21:15
26:23 48:21
58:1 66:22
74:15 75:20
76:21 77:5,
15 94:9,25
96:5 97:8
107:13
111:18
121:22
126:10
129:10
133:25
135:13
145:12
153:11
156:6,24
159:9 160:16
167:9,21
168:23 169:8
176:5,11
181:20
185:12 188:4

Elliot McGucken, Ph.D.
March 15, 2021

40

191:23
198:21 205:9
207:17
214:1,18
221:22
**right-hand**
86:23
**rights**
31:6 48:2,4,
8,11,13,17
49:1,2 67:6
90:4 177:4
220:18 221:8
**Ripley's**
202:8
**risk**
30:1
**road**
27:25 28:2
32:20 71:8,
11 194:14
220:3
**Rock**
30:6,9
**role**
130:20
**room**
9:23 10:1
11:9,10 12:8
36:25 207:14
**Roosevelt**
218:5
**roughly**
200:23,24
**ruins**
38:20
**rules**
71:18
**run**
24:9,20
**runs**
23:24

**S**

**sale**
22:18 23:9

30:16 58:20
63:22
**sales**
16:11,12,14,
15 18:9
19:11 21:14
27:1,4 58:19
**salute**
150:13
**saluted**
144:24
**Sarah**
160:25 161:2
**sat**
37:1
**saturation**
95:18
**save**
125:4
**saved**
39:23,25
40:4
**saying**
117:22
132:22
164:22 220:1
**says**
59:19 86:24
93:7,20
94:17,20
104:12 113:4
114:22
121:10 127:6
142:21
144:2,5
146:3 150:13
154:8 161:9
165:25
167:20
170:21 191:8
**scales**
55:7,8
**scene**
78:21
**schedule**
85:18

**school**
13:24 14:1,
3,5
**science**
121:21 122:4
123:3,8,11
124:21
125:12
126:4,5,14,
21 127:13
128:11,25
138:5,9
152:19,21,22
**Science's**
125:9
**Sciencealert**
188:14,16,
22,25 189:11
**Sciencealert'
s**
188:19 189:3
**scientific**
128:20 137:8
139:5 152:23
**screen**
12:12 58:3
63:12 184:5,
10 221:17
**screenshot**
58:7,14 60:1
85:3,5 86:23
87:22 90:20
91:23,24
92:15,16,18
93:6 169:22
176:5
183:21,25
184:2,7,12,
17,18,20
189:1 190:17
**scroll**
107:8 132:9
144:12 154:6
160:23 169:6
**Scrolls**
169:7
**sculpture**
49:17,18,19,

20,25 50:7,8
70:24
**sea**
149:21
**search**
68:3,5
192:15,18,
19,23 193:2,
5,9,17
194:1,4,9,17
195:7,9
**searchable**
125:6
**searched**
67:25 195:19
**second**
94:16 113:3
152:3 159:25
186:11
204:22 207:6
**section**
89:23
**see**
10:18 11:22
14:25 26:1
39:6,8 40:1
41:9,15
46:3,17
47:1,3,6
48:10 50:23
65:21 80:21
82:6,7 85:14
92:3 93:18,
22 95:21
117:18,21
132:9,20,21
137:22
138:1,20
142:9 146:2
156:7 162:19
166:17
170:21
195:12 199:6
207:3 214:19
218:6 222:13
**seeing**
22:11 40:9,
14 168:12,

13,15 182:21
**seek**
140:16
190:13,16,19
**seeking**
78:11 80:6
81:6 138:13
147:13
150:23 177:1
**seeks**
211:10
**select**
23:25 25:5
53:6,9 54:20
119:14
141:17
162:15,22
**selected**
29:21 162:17
**selecting**
163:17
**selection**
163:15
**selections**
40:17
**self-isolating**
27:9
**self-published**
16:3
**Self-taught**
72:21
**sell**
16:16,19
21:22 22:2
23:13,15,22
24:14 25:9,
16,24 26:2,
24 82:17
142:10
**selling**
18:11 21:17
22:10 23:3,8
25:3,18,19
29:12 58:21
82:16 130:12

**send**
116:4 122:11
185:9 186:18
187:24
189:11
190:22
195:25 196:3
201:8
**sending**
150:15,18
**sends**
46:6
**senior**
153:17
**sense**
20:13 30:19
135:22
138:17,18
221:7
**sentence**
145:3 146:2
161:23
**separate**
8:5 16:4
63:19 99:15
110:23
125:12 132:7
136:9 158:2
168:4,12,13
206:9 215:1
**separately**
34:22 52:13
53:13 114:12
133:20
159:21
**Sergio**
150:4,7
**serve**
122:25 218:1
**servers**
26:9
**service**
30:14,17
47:8,19
121:11
150:22
158:17,18

177:9 224:18
**servicemen**
30:1
**serving**
30:13
**session**
207:10
**set**
41:17,21
46:5 49:16
94:2,3,5,6
141:3 162:20
169:9
**setting**
11:7 22:12
**settings**
93:9 96:13,
14,16,17
**settlement**
36:1 203:11,
23
**settlements**
35:20
202:13,25
203:3
**seven**
13:7,14 84:9
93:20 134:12
**several**
20:1 60:2
213:24
**SFGATE**
97:25 98:5,
12,16 99:1,
3,9 100:2,4,
5,7,15
101:6,13,18,
25 102:6,9,
14,20,24,25
103:5,12,16,
25 104:9,11,
15,18 105:1,
3,7,15,18
**SFGATE's**
101:3
**shadows**
95:19

**share**
17:25 18:4
25:16 53:9
55:22 56:9,
14,16 57:6,
13,15 58:1
85:25 86:1
87:3,11 92:8
111:12
114:3,7
162:2 184:10
219:5,6
**shared**
87:1 101:9
113:15,19,
22,25 114:1
161:21
164:2,5,9
206:8 218:22
219:14
**shares**
86:24 87:13
97:21 219:10
**sharing**
18:5,6 88:21
101:15
161:25 184:5
**sharpness**
95:18
**shoot**
31:11,12,25
40:8 54:22
115:21
141:14
150:12
213:3,22
**shooting**
22:4 27:18
151:12
**short**
97:1 142:3
**shorten**
154:17
**shorter**
130:2 165:25
166:4
**shot**
31:22,23

64:20
103:22,23
115:4 141:20
151:22 213:9
**shots**
31:24 32:1,
21 91:14
**shoulders**
14:25
**show**
60:1 82:20
91:24 133:7
**showed**
115:15
151:13
**showing**
50:6,7
**shown**
98:18 117:25
183:10
**shrinking**
191:9
**shutdown**
50:14
**sick**
205:6
**side**
58:15 87:17
93:6 122:19
176:5
**sidelines**
220:24
**sign**
11:2 122:15
**signed**
122:6
**signs**
11:5
**similar**
34:8 89:19
115:15
164:17
**simple**
150:13
**simultaneous**
19:7 49:9
60:4 205:1,

14,20
**single**
51:23 106:24
**sir**
207:23
**sit**
10:25
**site**
25:16 60:14,
15,16 65:8
112:15
135:20
161:21
**sites**
37:8 161:22
**sitting**
184:15 205:7
220:13
**situation**
200:20
218:14,16
219:19
**situations**
164:25
219:19
**size**
24:10 55:10
150:23
151:7,13
152:5 222:2
**sized**
222:23
**sizes**
113:4 152:2
**sky**
44:13
**slot**
94:1
**small**
104:14
**smaller**
29:8 221:13
222:6
**Smithsonian**
28:23 83:19,
22 107:12,
18,24 108:2,

6,9,12,18,
21,24 109:2,
12,18 110:3,
12,20,22,25
138:4 216:6
217:21,25
**smithsonian.
com**
107:19,21
**Smugmug**
25:14,15
26:6,8,14
41:20,21,23
65:4,6,8
**Smugmug's**
26:7
**social**
42:2,3,5,10
49:6 52:9
55:18 56:10,
13,16,24
57:4 79:5,7
82:14 97:16
100:8 105:4,
7 109:3
121:5 126:18
134:15
136:15
165:16
196:1,4
**Society**
220:10
**software**
52:18 93:15,
17 192:15
194:16,19,22
**sold**
17:10,13,20
21:24 22:6,
21 24:22
25:7 31:19
64:19
**solely**
84:20
**Solitaire**
149:23
**someone's**
176:23

**sort**
215:4
**soul**
111:9
**sound**
77:5
**space**
22:3,15 60:2
64:14
**spaces**
27:15
**span**
91:16
**speak**
99:23 114:11
125:11
133:20
136:12
159:21,23
216:4
**speaking**
68:21 138:10
162:2 204:20
**special**
137:9
**specific**
16:16 19:17
23:25 25:5,
13 37:25
38:6,7 39:3
44:16 47:24
48:1,16
54:15 63:14
64:3,10,11
72:17 73:11
77:1 78:16
80:22 83:23
88:21 89:23
94:7 106:13
200:19,21
208:9 210:18
215:14 217:7
223:4
**specifically**
61:12 66:1
73:3 74:10
88:16 97:24
124:25

Elliot McGucken, Ph.D.
March 15, 2021
43

158:23
163:16
**specifics**
127:14
166:14,17
**specified**
163:19
**specifies**
64:16
**specify**
28:9
**speculate**
140:14
**speculating**
201:17
**speculation**
81:7,13 82:9
98:22 101:21
104:22
105:21
116:11 117:1
136:18,25
140:13 142:8
143:8 145:7
147:21
149:11 160:7
164:11
170:18
183:13,23
219:8,17
221:5
**speculative**
127:23 128:5
**spell**
220:7
**spellings**
224:4,13
**spend**
32:15 198:23
199:2
**spirit**
123:17
**spoke**
60:7 102:23
103:4 114:13
120:18

**spoken**
99:25 177:19
**stand**
14:25
**star**
150:9
**start**
30:19 42:14
72:12 160:22
**started**
10:20 28:15,
17 73:5
**starts**
160:21
**state**
65:18 206:22
**stated**
149:3
**statement**
132:13 140:9
144:5 145:2
**statements**
132:11 205:3
206:25 207:6
**states**
67:13 89:17
140:7 148:11
177:4
**Stating**
65:21
**steals**
211:3
**step**
27:16 44:20
**steps**
27:21
**Steve**
35:15
**stick**
220:24
**stills**
115:1
**stitch**
91:17
**stitching**
91:11

**stock**
212:13,20,
23,25
**stop**
49:6
**stopped**
48:25 49:4,
12
**store**
22:16
**stories**
125:3,4
**story**
99:14
100:17,20
102:25
103:1,2,23,
25 109:22
110:6
112:20,25
114:8 117:13
124:4 126:22
127:16 129:9
132:10,11
140:7 149:18
166:16
**straightforwa
rd**
152:22
**strange**
31:10
**strict**
217:14
**struck**
161:10
**structure**
130:24
218:18
**struggled**
31:17
**studied**
151:25
**study**
28:1
**style**
26:24 38:18

**subject**
147:23
148:18,20
223:20
**subjects**
86:4
**submitted**
76:1
**subscribe**
160:10
**Subscribers**
160:8
**subscription**
194:22,24
195:2,4
**sudden**
94:11
**summarize**
216:23
**summer**
159:17,18
191:15
**super**
91:12
**superior**
142:9
**support**
220:1,5,12
221:7
**supported**
220:15
**suppose**
174:20
**sure**
10:21 11:21
31:4,5 39:17
41:15 43:24
44:3 45:2,12
58:24 59:22
64:7,18
65:23 67:23
76:14 83:4
84:1,5 89:3,
8 100:13
101:22,23
103:7 104:23
105:13

Elliot McGucken, Ph.D.
March 15, 2021

44

108:14
109:10
117:6,24
119:15,16
123:9 125:20
128:5 133:14
136:19 137:1
140:2 143:9
146:12,19
152:21
154:14
155:13 160:8
163:2,22
165:20
166:21 170:1
171:21 172:3
173:14
174:3,8
175:2,15
176:15
182:24
183:14
184:14
185:11
193:18 194:5
199:25
200:14 202:4
203:1,15
210:15 215:8
216:16,18,21
220:11
221:12
222:7,18
223:10
**surf**
  37:16 50:4,
11
**Sustained**
  204:25
**switching**
  171:10
**syndicate**
  117:6
  161:19,22,
  23,25 162:2,
  6,7
**syndicated**
  116:16,19,

21,24 117:5
**syndication**
  117:7,9
**system**
  29:2 70:10
  196:20

_____

        **T**
_____

**tabulate**
  201:21
**tactile**
  25:25
**take**
  28:4 31:8
  36:8 39:3
  57:20 58:23
  74:15 76:21
  77:10 78:15
  79:14 81:17
  84:7 85:1
  87:18 90:19
  91:14 92:15
  95:24 96:1,6
  97:3 98:1
  103:18 107:7
  119:5 128:8
  140:6 142:3
  145:13
  188:25
  190:17
  195:14 200:7
  201:7 204:9
  223:14
**taken**
  27:21 33:9
  84:12 85:14
  93:21 124:6
  127:19
  142:7,10
  158:17
  161:12
**takes**
  63:20
**taking**
  44:11 78:24
  79:2 85:12,

17 141:4,9
145:18 146:1
**talent**
  144:17
**talk**
  164:21
  205:24
**talking**
  30:19 63:24
  69:14,15
  140:3 174:4
  176:9
  184:20,22,23
  191:21
  210:25
**talks**
  116:24
**Tao**
  63:17
**Tarantino**
  150:10
**taught**
  15:14,15,17
**tax**
  32:12
**teach**
  15:11,12,13,
  16 72:25
  75:16
**teaching**
  15:21
**technical**
  44:25 162:1
  174:11,12
  221:12
**technically**
  24:5 173:25
  174:5,9
**TECHNICIAN**
  57:11
**technique**
  44:15 169:12
**techniques**
  152:6
**technology**
  24:4 174:13,
  16 196:16

**Teddy**
  218:5
**tell**
  8:15 12:16
  82:17 133:10
  134:10
**telling**
  100:17
  205:25
**tells**
  124:4
**template**
  41:23
**temporary**
  36:12
**ten**
  64:17
**tend**
  46:8 47:2,4
**term**
  48:9 64:9
  125:16
  132:17 133:5
  138:16
  157:22 162:7
  166:4 208:3
  221:12
**terminating**
  207:15
**terminology**
  162:5
**terms**
  47:8,19
  64:18 65:1
  84:20 171:22
  177:8
**testified**
  37:3 79:10
  80:4 161:12
  202:10
**testimony**
  8:20 9:9
  11:13 102:19
**thank**
  9:19 11:24
  12:14 17:3
  30:3 45:11

Elliot McGucken, Ph.D.
March 15, 2021

45

77:8 97:8,9
204:3 207:11
223:17,24
224:1,12,20,
21

**thanks**
220:2

**thechive**
9:18

**thing**
18:4 22:11
28:4 30:4
34:8 144:25
173:25 174:2
223:12

**things**
10:19 22:8,
12 27:22
32:3 83:18
124:6 139:4
152:2 159:2
175:1,10
179:2,3
198:18
214:4,6

**think**
10:10 14:15,
16 20:10,22
21:4,7 24:18
26:21 28:25
30:17 31:4,6
38:1,18
43:16 48:9,
22 49:2
52:25 53:19,
24 56:2
64:20 66:24
72:15 82:22,
23 88:8 89:3
92:22 94:21
100:10
105:18
108:11 114:7
116:6 119:24
123:21
128:19 132:5
133:21
139:10,24

140:9 141:8,
25 142:6,9
144:12,18
146:15
147:18 151:2
155:24
158:20
159:22
161:24
162:2,11
164:18
165:18
166:3,15
168:13,18,22
170:8,11,14
174:15,19,25
175:15,25
176:1,21
184:25
185:23 186:4
187:6,9,18
188:3 191:15
193:21,24
194:2 195:3
196:5,6
199:20
200:1,5,15
201:5 202:9
203:9 205:8,
11 210:4
214:24
217:11,14,17
218:20
219:12
220:4,23
221:16,18
222:5,12
223:9,13

**thinking**
28:15 61:22
111:8 155:19
158:21

**thought**
123:24
144:22
217:14

**thousand**
18:25 20:1,5

23:10,21,22

**three**
37:13,25
50:10,16,18
52:1 70:24,
25 83:25
93:19 115:19

**threw**
22:1

**thumbnail**
92:4 159:25

**thumbnails**
92:2

**thusly**
169:11

**tied**
208:6

**time**
15:15,16
17:17 24:5
32:4,15 35:3
36:16 38:2
50:22 71:8
74:12 76:20
77:2 78:13,
17 84:6
90:16 91:7
96:6,8,20
107:6,21
123:23 127:1
156:25
158:21
179:16 181:5
189:21
191:3,13,20
198:23 199:1
201:19 204:6
205:5,21
222:16
223:20,25

**times**
12:21 45:25
46:1 48:7
50:10,16,18
87:1 190:2,
5,13,16,19,
22 191:3
193:1,4

**Tineye**
194:20

**Tiny**
212:15,17

**title's**
153:21

**titles**
168:6

**Tiverton**
30:5

**today**
8:15,17,20,
23 9:9,24
10:4 11:13
12:17 13:15
32:18 35:10
62:14 97:15
115:8 169:20
170:7 183:1,
8 184:16
185:22 187:5
188:12
202:10
206:24 207:9
213:24
219:19
223:25

**told**
127:16
132:10
165:18
182:22

**tones**
95:18

**tons**
29:7

**top**
27:12 44:13
48:22 56:2
63:12 72:7
113:3 122:10
136:5 169:21
222:15

**top-of-the-
line**
25:22

**total**

Elliot McGucken, Ph.D.
March 15, 2021

46

13:15 62:9
72:11
**totality**
101:14
**totally**
115:19
116:13
122:17 123:4
201:17
215:19
**touch**
26:1
**touching**
9:15
**tough**
83:17 175:1
**track**
125:1 194:6
**tracks**
171:10
**Trade**
38:19
**train**
72:22
**transcript**
36:11 207:3
224:18
**transfer**
102:1
**transferred**
102:4,6,8,
13,19
**treasure**
213:14 218:3
**treat**
127:9
**treating**
128:19
**treatment**
127:12
**tribute**
144:24
**trimmed**
54:18,19
**trip**
84:9

**trust**
124:13
**trusted**
101:4 131:10
133:18
162:22
**trusting**
110:1
**truth**
8:16
**truthful**
9:8
**try**
30:22,23
71:24 217:7
**trying**
20:12 25:21
31:3 52:4
56:23 91:16
166:1 210:4
**turn**
10:17,23
53:8
**turnaround**
74:12
**turned**
11:18 206:24
**turns**
48:4 151:1
**twice**
45:20 168:3
**twist**
95:22
**Twitter**
52:20 53:1,
5,9,10,12,
13,17,21
**two**
29:14 34:21,
23 45:21
50:10,16,18
52:1 54:5
58:15 70:23,
25 84:10,12
86:2 93:19
115:18
129:23,24

155:3 157:10
158:2 165:24
168:1,4,6,
12,13,14
176:9 179:4
199:16 202:9
213:10,13
220:15
**type**
12:4 13:4,22
16:6 71:25
155:22
170:24
217:14
**types**
20:19 41:2
124:1 133:5
139:3 198:2,
4
**typical**
16:22 23:9
31:1 70:18
74:12 78:15
87:13 123:18
131:13
158:13
164:14,18
209:20
215:20
216:8,16
**typically**
17:23 19:19
20:8 23:20
27:1 30:16
71:25 72:6
75:13 85:16
88:17 92:9,
12 94:6
95:24 109:11
115:20
122:15
125:1,15
131:8 137:12
138:8 156:24
158:9 193:16
197:19,23
199:2 222:9,
10,11 223:1

**typo**
156:19

---

**U**

---

**U.K.**
21:6
**UCLA**
22:5 29:2,4,
12 30:4
**ultimately**
136:1 163:23
166:12
**UNC**
15:17
**undergrad**
14:4
**understand**
8:15,23 17:5
35:2 39:18
42:23 46:20
51:10 52:16
55:25 59:23
60:13 61:15
64:6,7
81:10,15
82:5 106:24
133:11
138:16
146:20 174:5
196:20,24
**understanding**
8:1,5,19
117:16,20
133:6 171:25
172:23 173:2
183:20
199:18
211:14
**understood**
9:5
**unfathomable**
213:15
**unique**
81:1
**uniqueness**
144:17

United
  67:13
University
  14:4,5
unprofessiona
l
  178:11,12
updated
  38:1,4 58:25
upwards
  64:20
URL
  114:2
URLS
  37:6 101:15
  102:20
usage
  20:19 161:20
user
  40:5 171:22
  176:22
users
  40:4 44:22
  82:20 87:3
  175:9
Utah
  32:18

_____

V

_____

vague
  10:7 14:20
  16:24 17:2
  41:12 46:12
  48:14 50:19
  51:8 52:14
  55:23 56:18
  57:8 59:4,
  10,21 60:11
  61:17 64:4
  65:2 67:8
  69:19 70:6
  71:3,16
  72:2,14 73:7
  76:6 81:6
  82:3,21
  83:3,13

84:16 87:5
88:25 89:7,
13 97:18
101:8,20
102:2,10
105:11
106:1,7,15,
20 114:4
116:17
124:10
127:3,21
128:15
134:24
140:24
143:13 144:1
146:7 147:7,
13,20 148:3,
8,14,19
151:8
152:10,20
171:15,20
172:1,7,12,
16,22 174:7,
14,24 175:5,
14,23
176:14,20
177:14 192:4
196:22 197:8
200:9 202:15
211:11,25
212:9 214:2,
15 217:3
218:24,25
Vaguely
  173:9
Valley
  31:24,25
  44:12 78:7,
  10,11 81:18
  84:4,8,11
  85:6,13,25
  92:19 103:3,
  22,24 114:16
  138:12
  140:8,22
  161:11
  201:24
  215:15

value
  84:21 99:20
  112:20
  117:14 213:2
variable
  64:1
variations
  137:19
varied
  34:11
varies
  17:14 18:11,
  17 19:21
  20:10,16
  23:21 24:12
  25:1 33:24
  34:25 37:22
  39:1 70:17
  71:6,7 74:14
  86:7 87:14
  96:9,11
  122:21
  124:18
  125:18
  137:18
  158:11,15
  174:3 194:25
  200:6,10
  209:14,24
  217:4,10
variety
  213:20
various
  19:18 21:23
  26:21 29:15
  33:4,6 42:17
  75:15 83:20
  93:8 117:25
  119:12
  143:14,18
  173:20
  192:5,8
  196:9 198:13
  199:11
  219:20
vary
  200:19

vast
  151:10
  213:14 218:3
  222:5,12
vastness
  149:21
  151:15 152:7
version
  37:17 40:12
  91:19 92:22
versions
  40:16 54:25
  168:14
versus
  9:18 133:5
  184:12
  199:14
  202:11
  215:12
vets
  30:5
Vice
  202:9
vicinity
  11:12
video
  57:11
  114:14,16,
  21,25 115:1,
  4,8,11,13,
  16,17 116:2,
  4 117:4,7,
  16,22,23
  118:2,5,9,
  14,19 119:5,
  6,17,18,19,
  22 120:3,4,
  5,6,8,9
  163:1,3,4
  174:18
  191:22 207:3
videos
  115:20,23,24
view
  10:25 11:16
  24:24 39:16,
  21 57:5,7,11
  150:11

Elliot McGucken, Ph.D.
March 15, 2021

48

183:18
222:22
Viewers
175:9
viewing
183:24 189:8
views
40:25 106:18
166:8 214:10
Vinci
44:23 45:7
virtual
12:23
visible
207:2
vision
140:18 141:1
visited
169:24 186:2
187:16
188:19
Vivobook
12:6
Vondran
35:15

---

W

---

wait
156:25
203:10
want
24:12,24,25
25:6,22,23
27:16 31:11,
12 36:10
40:6,11 41:9
42:20 47:1,3
48:18 55:13,
14 57:13,15
95:13 133:7
138:2,6
165:17
175:16,25
191:2
205:23,24,25
206:22 213:1

215:17
224:5,8
wanted
23:4 27:23
86:1 130:14
132:13
warn
114:3
watch
120:5,8
205:8
watching
120:9
water
78:7,11
151:1
watermark
38:15
way
14:16 19:2
25:18,19
34:24 52:6
84:14 95:22,
23 100:14
110:23
117:13
118:9,13,17
146:20 149:3
151:9,14
206:14
220:22
ways
20:22 34:12
141:13
192:5,8
216:6
weather
139:7
140:10,15,17
web
42:1 157:25
222:18,20,
22,24
website
26:7,20
37:4,6,25
38:22 39:15

40:12,23
41:5,11,17,
23 48:12,14,
16,18,23
51:20 55:3
56:4,9,13,
15,24 57:4
58:7,18,22
59:7,17
60:18 62:2
63:19 64:25
65:7 83:2,9
90:23 91:5,9
92:7,10,11,
12,24 97:15
100:8 101:16
102:21
105:16,25
106:6,14,18
108:7 109:3,
7,8,13
112:6,8
113:11
118:6,7,8,
10,14,24,25
119:2,3,6,7,
18,23 120:8
121:5,13
123:7,16,19
126:18
129:20
131:11,17
133:13
134:14,17,18
136:15
137:7,13,15,
19,22 138:2,
3 143:17
159:7 165:16
169:24
174:18
175:4,7,9,
11,13,16,18,
19 176:12,
18,22 185:2
186:3 187:17
188:19
196:1,4
199:20,21,

23,24 200:1,
25 201:7
212:23
222:22
websites
37:11,14,21
38:5 41:19,
21 47:15
48:20 106:11
118:3 129:19
132:19
137:19
138:8,23
week
32:18 46:1
weeks
20:16
weigh
48:6 165:1
went
38:18
western
150:7
Westwood
22:15
whatsoever
27:4
wide
28:25 96:11
widely
18:17 24:12
158:11,15
174:4
wild
27:9
Wines
191:8,11
winning
83:19
winter
216:20
witness
10:18 11:3
19:8 33:4
45:2,12
59:22 61:18
65:3 69:18

Elliot McGucken, Ph.D.
March 15, 2021

49

70:7 71:17
72:3,15 76:7
77:7 80:10
82:22 83:4
87:6 89:8,14
96:22,24
97:2,5,8
98:23 101:9,
22 102:3,11,
16 104:23
105:12,22
106:8,16,21
116:12,18
117:2 124:11
127:4,22
128:16
134:25
136:19
137:1,18
139:10,16
140:2,14,25
143:9,14
144:2,6,22
145:8 146:8
147:8,15,22
148:4,9,15,
20 149:12
151:9
152:11,21
160:8 164:12
170:19
171:16,21
172:2,8,13,
17 173:4,9,
14,19 174:8,
15,25 175:6,
15,24
176:15,21
177:3,11,15
181:12 182:4
183:14,24
192:5 197:9
200:10
201:14
203:13,15
206:4 214:3
217:4 218:25
219:9,18
221:6

223:16,21
224:1
**witness'**
10:25
**witnessing**
149:6
**Wolff**
204:12,16,25
205:6,13,16,
19 206:23
207:12
**wolves**
32:19
**won**
28:13
**wonder**
144:14 145:4
147:4
**wonderful**
108:9 117:13
**wondering**
150:20
**word**
62:3 199:25
**words**
135:4
**work**
14:11,17
15:7,23 16:4
24:24 29:3,6
32:5 35:10
40:9 42:24
64:22 90:4
99:20 100:17
106:5,14
124:5 127:7,
9,17 128:20
131:11 159:1
166:1 176:23
177:5 178:14
212:22
216:4,5
217:15
**work's**
124:19
**worked**
24:1 34:25

35:14 100:2
107:18 122:4
129:22
131:12
133:17
135:23 154:1
161:2 170:9
177:17
185:4,24
187:13
188:16 190:2
212:13,20,24
**working**
10:22 140:7
**works**
23:1 34:12
97:2 153:9
165:22 166:2
171:25 174:6
211:6
**world**
141:2 213:16
**worth**
108:12
217:16 218:7
**worth-**
123:24
**worthwhile**
123:24
**wrap**
142:4
**wraps**
55:20
**wrench**
22:1
**write**
14:13,17,22,
24 15:1
112:25 130:7
166:12
220:18
**writer**
182:19
**writing**
15:6,10,21
122:11
125:22

166:7,10
169:9
**written**
14:14
129:23,25
132:7 138:23
139:1,3
163:9
**wrong**
198:22
**wrote**
63:13 113:14
132:5,6

---

**Y**

**Yasemin**
121:21
122:2,10
125:11,22
**yeah**
11:23 13:16
15:24 21:4
22:4 24:14
25:1,8,14
26:16,18
28:22 30:11,
17 31:6,7
32:19 34:7,
13,16 40:13
53:4,8 74:11
76:17 77:7
78:20 90:3
94:8,19
95:1,7 96:14
109:14
116:12 118:7
125:20
127:4,16
129:3 130:24
132:22
136:19
139:23
140:14 142:4
143:9 144:16
145:8 152:4
156:5 157:21
160:5,8

Elliot McGucken, Ph.D.
March 15, 2021

50

165:19
167:24
168:11
170:23
171:21
176:21
178:22
183:14,24
184:9,25
193:3 202:4
209:18,19,24
214:11
219:18
221:6,12
**year**
18:17,18
22:25 27:5
38:2 50:14
59:15 72:17,
18 83:10
194:14
195:3,15
209:15
213:4,7
**years**
29:5,11,14
47:25 48:15
53:21 54:6
64:3,10,11,
17,20 90:11,
17 132:12
213:11,13
**yelling**
205:11
**yellow**
63:12
**Yellowstone**
32:18,19
213:4,5
216:19 218:4
**yesterday**
125:23
**Yin**
153:9,16
154:1
**Yosemite**
32:18 213:7

**Youtube**
114:14
115:11,23
116:2,7,9,13
117:7,22
118:2,12,13,
16,19
119:10,17,
18,19,22
120:6,9
162:25 163:4
174:18

---

**Z**

---

**ZAHARIA**
10:7 14:20
16:24 17:2
32:24 35:21
36:8,15,18
41:6,12
45:17 46:12
47:10 49:10
50:19 51:8
52:14 55:23
56:18 57:8,
18,23 59:4,
10,21 60:11
61:17 63:6
64:4 65:2,14
66:4,12
67:1,8,16
68:24 69:3,
9,17 70:6
71:3,16
72:2,14
73:7,13
76:6,22
77:5,8 80:6,
10,14 81:6,
12 82:3,8,21
83:3,13
84:16 87:5
88:25 89:7,
13,24 97:3,
18 98:21
100:22
101:8,20

102:2,10,15
104:21
105:11,20
106:1,7,15,
20 114:4
116:10,17,25
124:10
127:3,21
128:15
134:24
136:17,24
137:17
138:13
139:9,15
140:1,12,24
142:1 143:7,
13 144:1,20
145:6,12,18,
21 146:7
147:7,13,20
148:3,8,14,
19 149:10
151:8
152:10,20
160:6 164:10
170:18
171:15,20
172:1,7,12,
16,22 173:8,
13,18 174:7,
14,24 175:5,
14,20,23
176:14,20
177:1,10,14,
24 181:8
182:2,15
183:12,22
192:4 196:22
197:8,10
200:9
201:13,18
202:15
203:6,10,14,
18 204:3,9,
14 206:18
209:5 211:9,
25 212:9
214:2,15
216:12 217:3

218:24
219:7,16
221:4 223:22
224:11,19
**zero**
18:25 62:7,
8,14,17,19
70:20
**Zhang**
130:17
**zoom**
12:5 93:18,
23
**Zuckerberg**
172:3