# EXHIBIT E

https://www.facebook.com/media/set/?set=a.808761752842836&type=1&l=bf2c98d2fd

facebook

Email or Phone | Password | Log In | Forgot Account?

Elliot McGucken's 45Epic Fine Art Landscape Photography's albums

# Surf's Up in Death Valley National Park!

Surf's Up in Death Valley National Park! These were taken on March 7, 2019, after parts of Death Valley received .8 inches of rain during the storm!

March 8, 2019 ·

75 4 Comments 46 Shares

Share

https://www.facebook.com/media/set/?set=a.808761752842836&type=1&...

facebook

Email or Phone
Password
Log In
Forgot Account?

Elliot McGucken's 45Epic Fine Art Landscape Photography's albums

## Surf's Up in Death Valley National Park!

Surf's Up in Death Valley National Park! These were taken on March 7, 2019, after parts of Death Valley received .8 inches of rain during the storm!

March 8, 2019 ·

75 4 Comments 46 Shares

Share

ttps://www.facebook.com/mcgucken/photos/a.808761752842836/808763986175946/

1:57 PM
3/12/2021





