# EXHIBIT F



NEWS000283

https://www.mcgucken.com/Death-Valley-National-Park-372019-Rain-Floods-Lake/

HOME BROWSE SEARCH

Contact the gallery for custom quotes & orders: 310-806-3647 goldennumberratio@gmail.com

Purchase Prints !

Contact 310-806-3647 goldennumberratio@gmail.com for commercial licensing inquiries.

COPYRIGHT (C) Dr. Elliot McGucken 45EPIC Fine Art Photography: ALL RIGHTS RESERVED

All photos on this website are subject to the Copyright Laws of the United States. You must seek written permission or a license to use.

BACK TO TOP

Powered by SmugMug Owner Log In

1:59 PM
3/12/2021





