# EXHIBIT G



NEWS000228



NEWS000229



NEWS000230



NEWS000231



NEWS000232

March 16, 2021



NEWS000233

March 16, 2021



NEWS000234

March 16, 2021



NEWS000235

March 16, 2021



NEWS000236

March 16, 2021



NEWS000237

March 16, 2021



NEWS000238

March 16, 2021



NEWS000239

March 16, 2021



NEWS000240

March 16, 2021



NEWS000241

March 16, 2021



NEWS000242

March 16, 2021 



NEWS000243

March 16, 2021



NEWS000244

March 16, 2021



NEWS000245

March 16, 2021



NEWS000246

March 16, 2021



NEWS000247

March 16, 2021



NEWS000248

March 16, 2021



NEWS000249

March 16, 2021



NEWS000250

March 16, 2021



NEWS000251

March 16, 2021



NEWS000252

March 16, 2021



NEWS000253

March 16, 2021



NEWS000254

March 16, 2021



NEWS000255

March 16, 2021



NEWS000256

March 16, 2021



March 16, 2021





NEWS000258

March 16, 2021



NEWS000259

March 16, 2021



NEWS000260

March 16, 2021





NEWS000261

March 16, 2021





NEWS000262

March 16, 2021







NEWS000263

March 16, 2021



NEWS000264

March 16, 2021



NEWS000265

March 16, 2021



NEWS000266

March 16, 2021



NEWS000267

March 16, 2021



March 16, 2021



NEWS000269

March 16, 2021



NEWS000270

March 16, 2021



NEWS000271

March 16, 2021



NEWS000272

March 16, 2021



NEWS000273

March 16, 2021



NEWS000274

March 16, 2021



NEWS000275

March 16, 2021



March 16, 2021



NEWS000277

March 16, 2021



NEWS000278

March 16, 2021



NEWS000279

March 16, 2021



NEWS000280

March 16, 2021



March 16, 2021 



NEWS000282