# EXHIBIT H





Search


Post-Poned (S03 • E02): All
Shall Be Well (aasbwaamotsb...
WherePostRockDwells
45K views •
Streamed 2 weeks ago
360°


Todd Snider - Sail On, My Friend
(Official Video + Behind the...
Todd Snider
10K views • 1 week ago


10 Best Places to Visit in Utah -
Travel Video
touropia
907K views • 1 year ago


Death Valley National Park - 4K
(Ultra HD) Nature Documentar...
4K Relaxation Channel
1.5M views • 4 years ago


DEATH VALLEY / PANAMINT
LAKE FLOOD 5-09-2019
james cleveland
656 views • 1 year ago


Death Valley's Chicken Rock
(AKA Holy Shi* G*d Dam* Fu**...
Incomplete Jeep
876 views • 1 year ago


National Parks of North
America IMAX HD by husky40
Dariusz Wybieralski
685K views • 10 years ago


Sign of Life Abruptly Appears in
Death Valley Leaving Experts...
Facts Verse
26K views • 1 year ago


Moab to Bryce road trip - Utah
Grand Circle segment Travel...
The West is Big! Travel Guides
97K views • 8 years ago

The COOLEST Place in the US
You've NEVER Heard of_3

0:00 / 3:17

Death Valley Rare Flood Waters 10 Mile Long Lake! Record Rains March 2019 Dr. Elliot McGucken 45EPIC

13,831 views • Mar 12, 2019

 40       0       SHARE       SAVE   ...

McGucken Golden Ratio Phi Art Design Photography
376 subscribers

Death Valley Rare Flood Waters 10 Mile Long Lake! Record Rains March 2019 Dr. Elliot McGucken
45EPIC Fine Art Photography!

 SUBSCRIBE

NEWS000303

https://www.youtube.com/watch?v=lfRD7KYJu-U

YouTube

Search

SIGN IN

Death Valley Rare Flood Waters 10 Mile Long Lake Landscape! McGucken Fine Art Nature Photography!

1,035 views • Mar 12, 2019

5 0 SHARE SAVE

McGucken Golden Ratio Phi Art Design Photography
376 subscribers

SUBSCRIBE

Death Valley Rare Flood Waters 10 Mile Long Lake Landscape! Fine Art Landscape & Nature Photography! Record Rains March 2019 Dr. Elliot McGucken 45EPIC!

Ghost of Water - Death Valley Explorer Episode 2
DeathValleyNP
23K views • 3 years ago

The Art of Digital Nature Photography
Professional Nature Photographer
29K views • 5 years ago

National Parks of North America IMAX HD by husky40
Dariusz Wybieralski
685K views • 10 years ago

More Than a Mountain: A Short Film on the Story of Saddleback
Saddleback Maine
11K views • 6 days ago
New

10 Vegetables You Should ALWAYS Grow
Self Sufficient Me
2M views • 6 months ago

How to escape education's death valley | Sir Ken Robinson
TED
5.1M views • 7 years ago

HUGE FLASH FLOOD!!
FightSmart
2.3M views • 4 years ago

11 Years Living Off-Grid On A Self-Built Island (full tour)
Gone with the Wynns
857K views • 1 week ago

He Spent 40 Years Alone in the Woods, and Now Scientists...
National Geographic
12M views • 4 years ago

Polar Vortex SUP Boarding in Lake Ontario!

2:04 PM
3/12/2021