# EXHIBIT I


NEWS000076





NEWS000078



