# EXHIBIT J



instagram.com/p/Bu-VGhzIRSN/

Instagram

Search

elliotmcgucken • Follow
Death Valley National Park

elliotmcgucken Death Valley Lake! See more golden ratio harmonies @goldennumberratio !! #landscape #visitcalifornia #special_shots #deathvalleydesert #nationalparks #deathvalleyreflection #departmentoftheinterior #nationalpark #deathvalleynationalpark #longexposure #waycoolshots #igpodium #deathvalleynationalpark #deathvalleynp #deathvalleynps

582 likes

MARCH 13, 2019

Add a comment... Post

More posts from **elliotmcgucken**

Elliot McGucken 45EPIC on Ins

instagram.com/p/Bu-VGhzIRSN/

Instagram

Search

elliotmcgucken • Follow
Death Valley National Park

elliotmcgucken Death Valley Lake! See more golden ratio harmonies @goldennumberratio !! #landscape #visitcalifornia #special_shots #deathvalleydesert #nationalparks #deathvalleyreflection #departmentoftheinterior #nationalpark #deathvalleynationalpark #longexposure #waycoolshots #igpodium #deathvalleynationalpark #deathvalleynp #deathvalleynps

s

, 2019

dd a comment...

Post

**Report**

Share to...

Copy Link

Embed

Cancel

More posts from **elliotmcgucken**







Elliot McGucken 45EPIC on Ins

instagram.com/p/Bu-VGhzIRSN/

Instagram

Search

elliotmcgucken • Follow
Death Valley National Park

elliotmcgucken Death Valley Lake! See more golden ratio harmonies @goldennumberratio !! #landscape #visitcalifornia #special_shots #deathvalleydesert #nationalparks #deathvalleyreflection #departmentoftheinterior #nationalpark #deathvalleynationalpark #longexposure #waycoolshots #igpodium #deathvalleynationalpark #deathvalleynp #deathvalleynps

s

, 2019

dd a comment...

Post

<blockquote class="instagram-media" data-instgrm-cap

Include caption

**Copy Embed Code**

By using this embed, you agree to Instagram's API Terms of Use
.

More posts from **elliotmcgucken**

NEWS000148



Elliot McGucken 45EPIC on Ins

instagram.com/p/Bu-VGhzIRSN/

Instagram

Search

elliotmcgucken • Follow
Death Valley National Park

elliotmcgucken Death Valley Lake! See more golden ratio harmonies @goldennumberratio !! #landscape #visitcalifornia #special_shots #deathvalleydesert #nationalparks #deathvalleyreflection #departmentoftheinterior #nationalpark #deathvalleynationalpark #longexposure #waycoolshots #igpodium #deathvalleynationalpark #deathvalleynp #deathvalleynps

, 2019

dd a comment... Post

<blockquote class="instagram-media" data-instgrm-cap

Include caption

**Copy Embed Code**

By using this embed, you agree to Instagram's API Terms of Use .

More posts from **elliotmcgucken**

https://www.instagram.com/about/legal/terms/api/

NEWS000149