# EXHIBIT K

newsweek.com/death-valley-lake-california-flooding-rain-winter-storm-1362695



THE BRITISH-OR-IRISH QUIZ
SPONSORED BY THE NEW YORK TIMES
Test your knowledge of British and Irish dialects.
See More

# Newsweek

Mon, Dec 02, 2019

SIGN IN   SUBSCRIBE ›

U.S. | World | Business | Tech & Science | Culture | Newsgeek | Sports | Health | Opinion | Vantage   Search 🔍

## U.S.

# HUGE LAKE APPEARS IN DEATH VALLEY, ONE OF THE HOTTEST, DRIEST PLACES ON EARTH

BY KATHERINE HIGNETT ON 3/14/19 AT 9:16 AM EDT

▶ CONTINUE

TODAY'S TOP STORY
DEADLY STORM SLAMS CALIFORNIA
FLOODING AND MUDSLIDES KILL 4; FORCE EVACUATIONS

SHARE 🔵🔵🔵🔵🔵🔵🔵

U.S.   CALIFORNIA   FLOODING   RAIN   WINTER STORM

R esidents of California have been battling severe weather for weeks. But amid the chaos, the rain has created a lake in the usually arid Death Valley.

One of the hottest and driest places in the world, the temporary lake emerged after the desert valley was drenched with 0.87 inches of rain on March 5 and 6, Weather.com reported.

Although it may not sound like much, that's about a third of Death Valley's yearly average, meteorologist Chris Dolce said. "Because water is not readily absorbed in the desert environment, even moderate rainfall can cause flooding in Death Valley."

Or, as NWS meteorologist Todd Lericos previously told local outlet SF Gate, "It's like putting water on concrete."

The area near Salt Creek has seen temporary pools before, but the size of the lake is particularly notable, education and interpretation chief Patrick Taylor told the publication. "It has formed before in smaller ponds, but I don't remember seeing it this large in this location before," said Taylor, who has worked at the park for six years.

Hannah Cloke, a hydrologist at the University of Reading in the U.K., called the lake "fascinating." A combination of heavy rain and very dry soil, she explained, can allow such bodies of water to pool surprisingly quickly—a bit like a road that fills with water when rain overwhelms its drains. "When the rainfall is very heavy, prolonged or you get lots of storms one after the other, it can take only a matter of hours to create a lake appearance on dry ground," she told Newsweek.

"Of course in wetter parts of the world we see such flooding regularly," she said. But in desert regions like Death Valley, she added, "I haven't seen anything quite like that before."

DELIVER
PERFORMANCE
WITH P... 🔵 Learn More

SPONSORED BY SAS

Keeping life-savers airborne

Lockheed Martin uses SAS® to help C-130 Hercules operators know when maintenance i...

See More

FEATURED SLIDESHOWS

A Look at Every Starbucks Winter Holiday Cup By Year from 1997 to 2019

What Starbucks Christmas Holiday Drinks Are Available This Year?

Meet the Master Carver Who Turns Pumpkins Into Portraits

Our Cosplay Favorites from NYCC 2019

newsweek.com/death-valley-lake-california-flooding-rain-winter-storm-1362695

**Newsweek** HUGE LAKE APPEARS IN DEATH VALLEY, ONE OF THE HOTTEST, DRIEST PLACES ON EARTH | U.S.

Photographer Elliott McGucken captured the Salt Creek spectacle and shared several snaps on Instagram this week. "It's a surreal feeling seeing so much water in the world's driest place," he told SF Gate. "Nature presents this ephemeral beauty, and I think a lot of what photography is about is searching for it and then capturing it."

Supreme Court could expand gun rights in biggest Second Amendment case in a decade

Should gun rights under the Heller decision be expanded to extend outside of one's home?

- Yes, is implied in the Second Amendment
- No, should not be expanded
- No, should be more limited
- I don't know/care

Powered by

LUXURY RETIREMENT HOMES

SPONSORED BY THE NEW YORK TIMES

A new batch of retirement communities caters to wealthy, style-focused seniors.

See More

McGucken said park officials told him the lake appeared to reach a length of about 10 miles at its peak. But they didn't know exactly how large the body of water had stretched. Although the water was still still there Tuesday, the lake is reportedly shrinking.

elliotmcgucken
Death Valley National Park

View Profile

View More on Instagram

588 likes

elliotmcgucken

Death Valley Lake! See more golden ratio harmonies @goldennumberratio !! #landscape #visitcalifornia #special_shots #deathvalleydesert #nationalparks #deathvalleyreflection #departmentoftheinterior #nationalpark #deathvalleynationalpark #longexposure #waycoolshots #igpodium #deathvalleynationalpark #deathvalleynp #deathvalleynps #sonyalpha #deathvalleylake #sky_sultans #deathvalleydunes #mastershots #chasingemotions #artofvisuals #landscapephotography #sunset #nationalparks #earthpix #dreamworldimages #saltcreekdeathvalley

view all 11 comments

Add a comment...

The Great Alone: Walking the Pacific Crest Trail

SPONSORED BY ELECTRIFY AMERICA

Think Electric Cars Are Weird?

Electric cars. They're normal now. With longer ranges, faster charging, and many models to...

See More

SIGN UP FOR OUR NEWSLETTER

SIGN UP >

Update your preferences »



← → C   🔒 newsweek.com/death-valley-lake-california-flooding-rain-winter-storm-1362695

  **Newsweek**   HUGE LAKE APPEARS IN DEATH VALLEY, ONE OF THE HOTTEST, DRIEST PLACES ON EARTH | U.S.

**RELATED STORIES**

Experts Fear California Isn't
Prepared For Mega Storms

California Slammed With More
Heavy Rain and Flooding

California Winter Storm Brings
Heavy Rain and Snowfall

Winter storms have been battering California for weeks, bringing flash floods, mudslides and even a sinkhole to The Golden State. But the wet weather also brought millions of painted lady butterflies to Southern California in February in the largest migration event since 2005.

Experts say the rain created a super bloom event, in which plants and butterflies flourished on a massive scale. "The more plants, the more butterflies," University of California, Davis, professor Art Shapiro said at the time.

One conservationist said the butterflies made him feel "like a Disney princess," while he was cycling in Riverside County. "They were flying parallel to me, just bobbing along as I rode past the date palms," James Danoff-Burg said. "It was absolutely magical."

*This article has been updated with comment from Hannah Cloke.*



A general view of Salt Creek in Death Valley National Park in Death Valley, California on February 14, 2017.
RHONA WISE/AFP/GETTY IMAGES

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

SPONSORED CONTENT                                                                                    mgid ▷


Former Fox News Host Is Back. What's His Goal? Watch Now
Oxford Club


Dads Are Getting Super Ripped On This Stuff!
Trustedproductreview


74-Year-Old Grandma Shocks Doctors: Forget Botox, Do This
Simply Restore


MAN vs BEAR
PREMIERES WED 9P
**Discovery**



**Trump Signs Largest Wilderness Protection Law in Decade**



**California Slammed With More Heavy Rain and Flooding**



**Temperature Hits 51C on India's Hottest**