# EXHIBIT L

**NEWSWEEK** | HUGE LAKE APPEARS IN DEATH VALLEY, ONE OF THE HOTTEST, DRIEST PLACES ON EARTH | U.S.

was still still there Tuesday, the lake is reportedly shrinking.

**elliotmcgucken**
Death Valley National Park

View Profile



View More on Instagram

587 likes

**elliotmcgucken**

Death Valley Lake! See more golden ratio harmonies @goldennumberratio !! #landscape #visitcalifornia #special_shots #deathvalleydesert #nationalparks #deathvalleyreflection #departmentoftheinterior #nationalpark #deathvalleynationalpark #longexposure #waycoolshots #igpodium #deathvalleynationalpark #deathvalleynp #deathvalleynps #sonyalpha #deathvalleylake #sky_sultans #deathvalleydunes #mastershots #chasingemotions #artofvisuals #landscapephotography #sunset #nationalparks #earthpix #dreamworldimages #saltcreekdeathvalley

view all 11 comments

Add a comment...

https://www.instagram.com/p/Bu-VGhzlRSN/?utm_source=ig_embed

Winter storms have been battering California for weeks, bringing

**LATEST IN DEATH VALLEY**



**Earthquakes in Southern California Put Stress on a Major Fault Line**



**Trump S
Protecti**





