# EXHIBIT M



---------- Forwarded message ---------
From: **Katherine Hignett** <k.hignett@newsweek.com>
Date: Tue, Mar 19, 2019 at 2:39 PM
Subject: Re: Newsweek Media Request: Expert insight on flooding
To: Ioanna Stamataki <is242@bath.ac.uk>


No problem at all. And thank you, I will!

Best wishes,
Katherine

On Tue, Mar 19, 2019 at 2:38 PM Ioanna Stamataki <is242@bath.ac.uk> wrote:

> I apologise for the delay. Please feel free to contact me again for further articles.
>
> Best Regards,
> Ioanna
>
>
> I**oanna Stamataki**
> PhD Student, WISE CDT
> University of Bath
>
> Tel: +44 (0)77 65 980 581
> Email: i.stamataki@bath.ac.uk
>
> **From:** Katherine Hignett [mailto:k.hignett@newsweek.com]
> **Sent:** 19 March 2019 14:36
> **To:** Ioanna Stamataki <is242@bath.ac.uk>
> **Subject:** Re: Newsweek Media Request: Expert insight on flooding
>
> Hi Ionna,
>
> Thanks for your email - yes, unfortunately we've already published a story on this.
>
> Thanks all the same,
> Katherine
>
>
> On Tue, Mar 19, 2019 at 2:35 PM Ioanna Stamataki <is242@bath.ac.uk> wrote:
>
>> Dear Katherine,
>>
>> I just got around to this email. I imagine it is a bit late now?

CONFIDENTIAL NEWS000139

Best Regards,
Ioanna


**Ioanna Stamataki**
PhD Student, WISE CDT
University of Bath

Tel: +44 (0)77 65 980 581
Email: i.stamataki@bath.ac.uk

**From:** Katherine Hignett [mailto:k.hignett@newsweek.com]
**Sent:** 14 March 2019 10:09
**To:** Ioanna Stamataki <is242@bath.ac.uk>
**Subject:** Newsweek Media Request: Expert insight on flooding

Dear Ms Stamataki,

My name is Katherine Hignett and I am a reporter for Newsweek. I am currently writing an article about a large lake that recently appeared in Death Valley, California, amid heavy rainfall in the state.

You can find more info about the appearance of the lake here: https://www.sfgate.com/weather/article/lake-Death-Valley-National-Park-flooding-water-CA-13679346.php#item-85307-tbla-15

I wondered if you would be interested in offering some insight into how these kinds of pools can form in what's usually such an arid place? I have a few short questions (below), the answers to which will appear in the article.

1) How do temporary lakes like this develop?
2) How quickly can such a lake appear?
3) How unusual is the appearance of such a large lake, so quickly, somewhere so dry?
4) Is there anything else you think it is important our readers know on this topic?

Thanks very much for your help,
Katherine

**Katherine Hignett** | **Reporter**
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 203 040 1952
E | k.hignett@newsweek.com
W | newsweek.com
A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ


Newsweek

--

**Katherine Hignett** | **Reporter**
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 203 040 1952
E | k.hignett@newsweek.com
W | newsweek.com
A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ

Newsweek

--

**Katherine Hignett** | Reporter
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 203 040 1952
E | k.hignett@newsweek.com
W | newsweek.com
A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ

Newsweek

--

**Katherine Hignett** | Reporter
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 208 075 3514
E | k.hignett@newsweek.com
W | newsweek.com
A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ

Newsweek

---------- Forwarded message ---------
From: **Paul Bates** <Paul.Bates@bristol.ac.uk>
Date: Thu, Mar 14, 2019 at 11:00 AM
Subject: RE: Newsweek Media Request: Expert insight on flooding
To: Katherine Hignett <k.hignett@newsweek.com>

Not really, sorry

P

**From:** Katherine Hignett <k.hignett@newsweek.com>
**Sent:** 14 March 2019 10:58
**To:** Paul Bates <Paul.Bates@bristol.ac.uk>
**Subject:** Re: Newsweek Media Request: Expert insight on flooding

Hi Paul,

Thanks very much for your email. Any idea who might be able to advise?

Best,
Katherine

On Thu, Mar 14, 2019 at 10:55 AM Paul Bates <Paul.Bates@bristol.ac.uk> wrote:

> Hi Katherine,
>
> Apologies, not really my field.
>
> Cheers
>
> Paul
>
>
> **From:** Katherine Hignett <k.hignett@newsweek.com>
> **Sent:** 14 March 2019 10:00
> **To:** Paul Bates <Paul.Bates@bristol.ac.uk>
> **Subject:** Newsweek Media Request: Expert insight on flooding
>
> Dear Prof Bates,
>
> My name is Katherine Hignett and I am a reporter for Newsweek. I am currently writing an article about a large lake that recently appeared in Death Valley, California, amid heavy rainfall in the state.

CONFIDENTIAL                                                                                                                                                   NEWS000142

You can find more info about the appearance of the lake here: https://www.sfgate.com/weather/article/lake-Death-Valley-National-Park-flooding-water-CA-13679346.php#item-85307-tbla-15

I wondered if you would be interested in offering some insight into how these kinds of pools can form in what's usually such an arid place? I have a few short questions (below), the answers to which will appear in the article.

1) How do temporary lakes like this develop?
2) How quickly can such a lake appear?
3) How unusual is the appearance of such a large lake, so quickly, somewhere so dry?
4) Is there anything else you think it is important our readers know on this topic?

Thanks very much for your help,
Katherine

**Katherine Hignett** | **Reporter**
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 203 040 1952
E | k.hignett@newsweek.com
W | newsweek.com
A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ


Newsweek

--

**Katherine Hignett** | **Reporter**
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 203 040 1952
E | k.hignett@newsweek.com
W | newsweek.com
A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ


Newsweek

--

**Katherine Hignett** | **Reporter**
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 208 075 3514
E | k.hignett@newsweek.com
W | newsweek.com

A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ

Newsweek

CONFIDENTIAL
NEWS000144



---------- Forwarded message ---------
From: **Katherine Hignett** <k.hignett@newsweek.com>
Date: Thu, Mar 14, 2019 at 3:51 PM
Subject: Re: Newsweek Media Request: Expert insight on flooding
To: Hannah Cloke <h.l.cloke@reading.ac.uk>


Thanks so much for this Hannah - your answers are very helpful indeed!

Have a nice afternoon,
Katherine

On Thu, Mar 14, 2019 at 3:40 PM Hannah Cloke <h.l.cloke@reading.ac.uk> wrote:

> Dear Katherine
> Thanks for your email
> What a fascinating lake.
>
>  1) How do temporary lakes like this develop?
>
> Whenever water can't soak away into the ground it will pool on the land surface. Of course we will be familiar with the puddles that appear after heavy rain. If there is enough heavy rain these can rapidly enlarge and in our cities we might see this effect when roads fill with water after heavy rain which can't soak into the roads and the drains cannot take the water away. Both very Very dry soil and bare rocks don't let water soak in very quickly and so this affect can surprisingly be seen in desert areas
>
>  2) How quickly can such a lake appear?
>
> You'd need quite a lot of water to form this lake but when the rainfall is very heavy, prolonged or you get lots of storms one after the other it can take only a matter of hours to create a lake appearance on dry ground.
>
>  3) How unusual is the appearance of such a large lake, so quickly, somewhere so dry?
>
> The amount of rain that must have fallen in this area must have been quite unusual as the lake is quite big. I haven't seen anything quite like that before. Of course in wetter parts of the world we see such flooding regularly.
>
>  4) Is there anything else you think it is important our readers know on this topic?
>
> Not sure off the top of my head but please do come back for clarifications if you need.
> I am not in the office but let me know if you have a deadline

CONFIDENTIAL                                                                                                                NEWS000145

Best wishes
Hannah

Prof Hannah Cloke
University of Reading

I work flexitime and my working hours may not be your working hours. Please only reply in your work hours.

Sent from my iPhone

On 14 Mar 2019, at 09:57, Katherine Hignett <k.hignett@newsweek.com> wrote:

Dear Prof Cloke,

My name is Katherine Hignett and I am a reporter for Newsweek. I am currently writing an article about a large lake that recently appeared in Death Valley, California, amid heavy rainfall in the state.

You can find more info about the appearance of the lake here: https://www.sfgate.com/weather/article/lake-Death-Valley-National-Park-flooding-water-CA-13679346.php#item-85307-tbla-15

I wondered if you would be interested in offering some insight into how these kinds of pools can form in what's usually such an arid place? I have a few short questions (below), the answers to which will appear in the article.

1) How do temporary lakes like this develop?
2) How quickly can such a lake appear?
3) How unusual is the appearance of such a large lake, so quickly, somewhere so dry?
4) Is there anything else you think it is important our readers know on this topic?

Thanks very much for your help,
Katherine

**Katherine Hignett** | *Reporter*
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T | +44 (0) 203 040 1952
E | k.hignett@newsweek.com
W | newsweek.com
A | Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ



--

**Katherine Hignett** | *Reporter*
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T **|** +44 (0) 203 040 1952

E **|** k.hignett@newsweek.com

W **|**  newsweek.com

A **|** Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ

Newsweek

--

**Katherine Hignett** | Reporter
**NEWSWEEK**

*Please note I am based in the U.K. (BST).*

T **|** +44 (0) 208 075 3514

E **|** k.hignett@newsweek.com

W **|**  newsweek.com

A **|** Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ

Newsweek