# EXHIBIT N

Case 1:19-cv-09617-KPF   Document 67-14   Filed 06/21/21   Page 2 of 2



NEWS000098