# EXHIBIT O

## Pages

SAVE  EXPORT  SHARE  INSIGHTS

All Users
100.00% Pageviews

+ Add Segment

Mar 1, 2018 - Oct 31, 2019

**Explorer** | Navigation Summary

Pageviews vs. Select a metric

Day | Week | **Month**

● Pageviews

6,000
4,000
2,000

2019

Primary Dimension: **Page**  Page Title  Other

Plot Rows | Secondary dimension | Sort Type: Default | 1362695 | advanced

| Page | Pageviews ↓ | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|
|  | 5,427<br>% of Total:<br>0.00%<br>(1,187,792,363) | 5,099<br>% of Total:<br>0.00%<br>(1,098,910,781) | 00:07:05<br>Avg for View:<br>00:03:32<br>(100.13%) | 4,744<br>% of Total:<br>0.00%<br>(945,453,160) | 91.58%<br>Avg for View:<br>88.68%<br>(3.27%) | 87.99%<br>Avg for View:<br>79.60%<br>(10.54%) | $0.00<br>% of Total:<br>0.00% ($0.00) |
| 1. /death-valley-lake-california-flooding-rain-winter-storm-1362695 | 3,572 (65.82%) | 3,345 (65.60%) | 00:06:51 | 3,030 (63.87%) | 90.83% | 85.92% | $0.00 (0.00%) |
| 2. /death-valley-lake-california-flooding-rain-winter-storm-1362695?amp=1 | 1,354 (24.95%) | 1,271 (24.93%) | 00:07:04 | 1,239 (26.12%) | 92.49% | 91.58% | $0.00 (0.00%) |
| 3. /death-valley-lake-california-flooding-rain-winter-storm-1362695?amp=1&__twitter_impression=true | 366 (6.74%) | 358 (7.02%) | 00:09:44 | 357 (7.53%) | 97.20% | 96.99% | $0.00 (0.00%) |
| 4. /death-valley-lake-california-flooding-rain-winter-storm-1362695?0= | 118 (2.17%) | 108 (2.12%) | 00:10:57 | 102 (2.15%) | 81.37% | 80.51% | $0.00 (0.00%) |
| 5. /death-valley-lake-california-flooding-rain-winter-storm-1362695?__twitter_impression=true | 8 (0.15%) | 8 (0.16%) | 00:00:00 | 8 (0.17%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 6. /death-valley-lake-california-flooding-rain-winter-storm-1362695?amp=1&amp_lite= | 4 (0.07%) | 4 (0.08%) | 00:00:00 | 4 (0.08%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 7. /death-valley-lake-california-flooding-rain-winter-storm-1362695?piano_t=1 | 3 (0.06%) | 3 (0.06%) | 00:00:00 | 3 (0.06%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 8. /death-valley-lake-california-flooding-rain-winter-storm-1362695?amp;utm_medium=SiteUS&amp;utm_campaign=Partnerships | 1 (0.02%) | 1 (0.02%) | 00:00:00 | 1 (0.02%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 9. /death-valley-lake-california-flooding-rain-winter-storm-1362695=1108&bih=585 | 1 (0.02%) | 1 (0.02%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Show rows: 10  Go to: 1  1 - 9 of 9

This report was generated on 1/14/21 at 9:53:41 AM - Refresh Report

© 2021 Google | Analytics Home | Terms of Service | Privacy Policy | Send Feedback

CONFIDENTIAL