# EXHIBIT P - SEALED