# EXHIBIT T







https://web.archive.org/web/20190310192003/https://www.instagram.com/developer/embedding/

INTERNET ARCHIVE WaybackMachine https://www.instagram.com/developer/embedding/ Go

1,552 captures 27 Feb 2011 - 14 Jan 2021

JAN MAR APR 10 2018 2019 2020

About this capture

- Overview
- Authentication
- Login Permissions
- Permissions Review
- Sandbox Mode
- Secure Requests
- Endpoints
- Embedding
- Mobile Sharing
- Libraries
- Support
- Changelog
- Platform Policy

# Embedding

Embedding Instagram posts is an easy way to add Instagram photos and videos to the stories you want to tell on articles or websites. You can embed your own content as well as photos and videos from public profiles. As always, people own their Instagram content, and embedded posts give the proper attribution by showing the username and linking back to the original content on Instagram.

## Embedding on your website

To embed Instagram content you need to first visit the post on the web and get the embed code. Go to the post URL if you have it, or you can search for the username on Instagram.com, visit their profile, and then click the post to expand it. Click the more **[...]** button and select "Embed".

This will open a dialog where you can get the HTML embed code. Simply copy the code into your website and the embedded post will automatically load. By default the post contains the media caption. You can decide to hide it by simply unchecking the caption option in the Embed button dialog.

tps://web.archive.org/web/

3:43 PM 2/10/2021

https://web.archive.org/web/20190310192003/https://www.instagram.com/developer/embedding/
INTERNET ARCHIVE WayBackMachine
https://www.instagram.com/developer/embedding/ Go
1,552 captures
27 Feb 2011 - 14 Jan 2021
JAN MAR APR
10
2018 2019 2020
About this capture

Login Permissions
Permissions Review
Sandbox Mode
Secure Requests
Endpoints
Embedding
Mobile Sharing
Libraries
Support
Changelog
Platform Policy

Embedded posts are responsive and automatically resize if the embedding container becomes smaller. This means that the content will look great both on desktop and mobile websites.

We're putting the Weekend Hashtag Project on hold this weekend. Instead, we're challenging people around the world to participate in the 10th Worldwide InstaMeet! Grab a few good friends or meet up with a larger group in your area and share your best photos and videos from the InstaMeet with the #WWIM10 hashtag for a chance to be featured on our blog Monday morning. Be sure to include the name of the location where your event took place along with the unique hashtag you've chosen for your InstaMeet in your caption. Photo by @sun_shinealight

A post shared by Instagram (@instagram) on Oct 3, 2014 at 11:00am PDT

## Embedding in WordPress

WordPress makes it even easier to embed Instagram content on your blog. All you have to do is to copy the Instagram URL of the media page and paste it on its own line in the WordPress editor. For example:

https://www.instagram.com/p/bNd86MSFv6/

ttps://web.archive.org/web/20190310192003/https://www.instagram.com/developer/secure-api-requests/
3:43 PM
2/10/2021

https://web.archive.org/web/20190310192003/https://www.instagram.com/developer/embedding/
INTERNET ARCHIVE WaybackMachine
https://www.instagram.com/developer/embedding/ Go
1,552 captures
27 Feb 2011 - 14 Jan 2021
JAN MAR APR
10
2018 2019 2020
About this capture

Login Permissions
Permissions Review
Sandbox Mode
Secure Requests
Endpoints
Embedding
Mobile Sharing
Libraries
Support
Changelog
Platform Policy

You can also use the Wordpress shortcode which allows you to remove the caption or manually specify the width. Just paste this in your blog post as an example:

[instagram url=https://www.instagram.com/p/bNd86MSFv6/ hidecaption=true width=320]

You can check out the WordPress documentation for more information on how to use and customize embedded posts: http://support.wordpress.com/instagram/instagram-images/

## Embedding for developers

We provide two ways to programmatically add an Instagram post to your page: an oEmbed endpoint and a simple URL append endpoint. Neither requires an access_token or client_id.

Given a short link, the oEmbed endpoint allows you to get the embed code and additional information about the media associated with the link.

The embed code contains a preview HTML code and a reference to the Instagram **embeds.js** JavaScript library. When the library is loaded, it scans the page for the HTML code and generates the fully rendered post.

If you want to load the library separately from the HTML code, you can call the oEmbed endpoint with the **omitscript** parameter. This is useful for websites that want to handle the loading of the embeds.js script by themselves. To manually initialize the embed code, you can then call the JavaScript function **instgrm.Embeds.process()**.

The embedded post is responsive and will adapt to the size of its container. This means that the height will vary depending on the container width and the length of the caption. You can set the maximum width by using the **maxwidth** parameter. You can also use the **hidecaption** parameter to display the post without the caption.

If loading the embed code is not an option, you can use the URL append endpoint. Given an Instagram short link, this endpoint issues a redirect to that media's image file. If you embed an Instagram image this way, you must provide clear attribution next to the image, including attribution to the original author and to Instagram, and a link to the Instagram media page.

| | | |
|---|---|---|
| GET | /oembed | Returns the embed code and info about the media a... |
| GET | /p/ shortcode /media | Issues a redirect to that media's JPG file. |

**GET** /oembed

`https://api.instagram.com/oembed?url=http://instagr.am/p/fA9uwTtkSN/`

RESPONSE

Given a short link, returns the embed code and information about the media associated with that link.

PARAMETERS

| | |
|---|---|
| **URL** | A short link, like http://instagr.am/p/fA9uwTtkSN/. |
| **MAXWIDTH** | Maximum width of returned media. This value is optional and must be greater than 320. Note that the maxheight parameter is not supported and always returns null. This is because the embed code is responsive and its height varies depending on its width and lenght of the caption. |

3:44 PM
2/10/2021

https://web.archive.org/web/20190310192003/https://www.instagram.com/developer/embedding/

INTERNET ARCHIVE WayBackMachine https://www.instagram.com/developer/embedding/ Go

1,552 captures
27 Feb 2011 - 14 Jan 2021

JAN MAR APR
10
2018 2019 2020

About this capture

Login Permissions
Permissions Review
Sandbox Mode
Secure Requests
Endpoints
Embedding
Mobile Sharing
Libraries
Support
Changelog
Platform Policy

endpoint issues a redirect to that media's image file. If you embed an Instagram image this way, you must provide clear attribution next to the image, including attribution to the original author and to Instagram, and a link to the Instagram media page.

| | | |
|---|---|---|
| GET | /oembed | Returns the embed code and info about the media a... |
| GET | /p/ shortcode /media | Issues a redirect to that media's JPG file. |

**GET** /oembed

`https://api.instagram.com/oembed?url=http://instagr.am/p/fA9uwTtkSN/` RESPONSE

Given a short link, returns the embed code and information about the media associated with that link.

PARAMETERS

| | |
|---|---|
| URL | A short link, like http://instagr.am/p/fA9uwTtkSN/. |
| MAXWIDTH | Maximum width of returned media. This value is optional and must be greater than 320. Note that the maxheight parameter is not supported and always returns null. This is because the embed code is responsive and its height varies depending on its width and lenght of the caption. |
| HIDECAPTION | If set to true, the embed code hides the caption. Defaults to false. |
| OMITSCRIPT | If set to true, the embed code does not include the script tag. This is useful for websites that want to handle the loading of the embeds.js script by themselves. To manually initialize the embed code, call the JS function instgrm.Embeds.process(). |
| CALLBACK | A JSON callback to be invoked. |

**GET** /p/ **shortcode** /media

`https://instagram.com/p/fA9uwTtkSN/media/?size=t` RESPONSE

Given a short link, issues a redirect to that media's JPG file.

PARAMETERS

| | |
|---|---|
| SIZE | Desired size of the resulting media. Supported values are t (thumbnail), m (medium), l (large). Defaults to m. |

 © 2019 INSTAGRAM

3:44 PM
2/10/2021

NEWS000156

