# EXHIBIT U

Log in

# Introducing Web Embedding Instagram Content on Websites

◷ July 10, 2013

Today, we're excited to introduce web embedding for Instagram content and bring you an easy way to add Instagram photos and videos to the stories you want to tell.

Now, when you visit an Instagram photo or video page on your desktop web browser, you'll see a new share button on the right side of your photo (just under the comments button). Click the button to see the embed code. Copy the block of text it gives you and paste it into your blog, website or article. When you hit publish, the photo or video will appear.

As always, you own your photos and videos, and we want to make sure that's understood no matter where your content appears. Whether you want to embed your video on your blog or a friend wants to feature your photo on a website, everyone will clearly see that your content belongs to you. Your embedded photo or video appears with your Instagram username, and clicking on the Instagram logo will take people to your page on Instagram.com where they can discover more of your photos and videos.

Is your content private? Then nothing has changed. Embed code is only available to those whose photos and videos are public.

For more information about web embedding, check out the Instagram Help Center.









Log in





**RELATED ARTICLES**

# Check out more announcements about product