# EXHIBIT V

https://web.archive.org/web/20191225093853/https://help.instagram.com/147542625391305

INTERNET ARCHIVE WaybackMachine
https://help.instagram.com/147542625391305 Go
23 captures
1 Jan 2013 - 10 Mar 2021
JAN DEC APR
25
2018 2019 2021
About this capture

How can we help?

• Help Center

# How can I remove my images from Google search?

Your images may appear in Google search results if you've logged into your account using a web viewer, which authorizes them to access your profile and images. These third-party sites have been created with our API and aren't affiliated with Instagram directly.

If you don't want your photos or videos to appear on Google, we suggest revoking access to the third-party website or setting your account to private. It may take some time for these sites and Google to re-index and remove the images, even if you delete your account. You can also contact the app that's displaying your photographs on Google to expedite the process.

Instagram isn't directly associated with third-party apps that utilize our API such as web viewers, desktop apps or image printing services, and we can't assist you in speeding up the process to remove any Instagram images that may appear on Google.

You can find more information on removing a page or site from Google's search results.

Was this information helpful?

- Yes
- No

Permalink Related articles

Related articles

- When I share something to my Instagram story, where does it appear?
- How do I change how ads on Instagram are targeted to my child?
- Can I prevent people from being able to tell that I've seen their Instagram story?
- Can I obtain information about someone's Instagram account?
- What posts do I see in my Instagram feed?

ABOUT US HELP API JOBS TERMS PRIVACY ENGLISH (US) ESPAÑOL FRANÇAIS (FRANCE) 中文(简体) العربية © 2019 INSTAGRAM, INC.
PORTUGUÊS (BRASIL) ITALIANO 한국어 DEUTSCH हिन्दी 日本語

Waiting for web.archive.org...

5:23 PM
3/15/2021

