# EXHIBIT W



NEWS000172



NEWS000173



"I kept planning and canceling [trips to Death Valley], but I know that as time goes on you get less and less chance for rain as you get into summer, so I figured I better go now, so I did. I was really lucky," McGucken told AccuWeather.

"I was just hoping to see some water down in Badwater Basin. It was in a totally different place than what I was [originally] thinking," McGucken said

On Wednesday, March 6, Death Valley measured 0.87 of an inch of rain. While this may not sound significant, this total accounts for more than 30 percent of the park's average yearly rainfall of 2.36 inches.

Since the ground in Death Valley is hard-packed, the water isn't absorbed into the ground too easily, so floodwater just settle on the valley floor and sit there until it evaporates. Sometimes this process can take days.

Some roads in the park were also closed after flooding left behind sediment and debris across roadways.

McGucken said that the lake was only around 6 inches deep in the spots he ventured out to, but he estimates that it could have been several feet deep in some areas.

"There isn't really an official name for it, and the size all depends onhow much rain we got and how long it has been since that rain," Death Valley Park Ranger Patrick Taylor said.

**RELATED:**

Photos: Stunning 'super bloom' of wildflowers paints Southern California deserts yellow and purple

The 25 best campgrounds at America's National Parks

Barren desert 'fairy circles' caused by ... rain?

This phenomenon does not happen often, and not many people were in the park

NEWS000174





Kayakers enjoying the temporary lake that formed in Death Valley National Park. (Photo/NPS)

Death Valley is known for its extreme heat and holds the global record for the highest air temperature ever recorded, a sizzling 134 degrees Fahrenheit recorded in July 1913. And in July 2018, Death Valley set the world record for the hottest month ever, according to The World Meteorological Organisation, with an average temperature of 108.1 F, beating out the monthly world record it set the previous July with an average temperature of 107.3 F.

However, the winter months there are much cooler with rain occasionally falling as winter storms track across California.

On the day when the rain that spawned the temporary lake fell, the high temperature was only 72 F. The following day when McGucken captured the breathtaking images of the 10-mile-wide lake, the high temperature in the park peaked in the mid-80s.

NEWS000176



The lake has since dissipated and may not reappear until next winter, or potentially longer. California had an unusually wet winter, with a parade of rain and snowstorms in higher elevations dumping enough precipitation on the Golden State to officially lift it out of a drought for the first time in eight years, scientists announced this week.

Questions or comments? Email Brian Lada at Brian.Lada@accuweather.com and be sure to follow him on Twitter!

<a href="https://twitter.com/wxlada" class="twitter-follow-button" data-show-count="false">Follow @wxlada</a>
!function(d,s,id){var js,fjs=d.getElementsByTagName(s)[0],p=/^http:/.test(d.location)?'http:':'https:';if(!d.getElementById(id)){js=d.createElement(s);js.id=id;js.src=p+'//platform.twitter.com/widgets.js';fjs.parentNode.insertBefore(js,fjs);}}(document, 'script', 'twitter-wjs');</em></center>

Report a Typo

**More storms headed toward soggy West Coast**

trynanosparkle.com
Simple Fix to Car



# Found: A Lake in Death Valley, the Hottest and Driest of the U.S. National Parks

It was not a mirage.

BY JONATHAN CAREY  •  MARCH 15, 2019

**In This Story**

DESTINATION GUIDE
California

The mountains of Death Valley stare at their own reflection. ELLIOT MCGUCKEN/#5EPIC FINE ART LANDSCAPE PHOTOGRAPHY

**DEATH VALLEY NATIONAL PARK, WHICH** sprawls across the border of Nevada and California, is well known for its superlatives: It is the hottest, driest, and lowest of the U.S. national parks. So in early March 2019, when a lake suddenly appeared there, people were amazed and perplexed. How did this happen?

Well, it was definitely not a mirage. The estimated 10-mile-long

WANT TO SEE FEWER ADS?
BECOME A MEMBER.



Well, it was definitely not a mirage. The estimated 10-mile-long ephemeral lake was the result of heavy rainstorms in the area. As first reported by *SFGate*, between March 5 and 6, Death Valley received 0.84 inches of rain. The average rainfall for the entire year is around two inches. The dry climate has created soil that can only absorb water at a very slow rate. Those two factors—the unusual volume of the rain and the extreme dryness of the soil—are what allowed the lake to form.

The lake was an estimated 10 miles long. ELLIOT MCGUCKEN/48EPIC FINE ART LANDSCAPE PHOTOGRAPHY

This wasn't the first time this has happened, but typically, these bodies of water are merely very shallow ponds. Patrick Taylor, the chief of

NEWS000192



This wasn't the first time this has happened, but typically, these bodies of water are merely very shallow ponds. Patrick Taylor, the chief of education and interpretation at the park, told *SFGate* that this was the largest lake he had seen near that location in six years

**RELATED**
## A Photographer Turned His Mumbai Window Into a Butterfly Garden

He spent $5 on a few water jugs and two succulents.

Read more →

VIDEO FROM ATLAS OBSCURA

The Lava Lab

Luckily, the phenomenon was caught on camera by the photographer Elliot McGucken. *SFGate* reports that McGucken was in the area to take pictures at the Badwater Basin. However, road closures due to the heavy rains blocked the path. That's when McGucken happened upon the lake and there was no need to look for further photographic inspiration.

WANT TO SEE FEWER ADS?
BECOME A MEMBER.

KACHAVA

THE CLEANEST
MOST NUTRIENT-DENSE
MEAL IMAGINABLE

TRY IT YOURSELF

**Most Read Stories**

SCIENCE
1 Scientists Accidentally Discovered Strange Creatures Under Half a Mile of Ice
MATT SIMON

SKULLS
2 Solved: The Mystery of a Lonely Human Skull in an Italian Cave
GEMMA TARLACH

NEWS000193



NEWS000194



NEWS000196



NEWS000197



NEWS000198



McGucken was hoping to photograph Badwater Basin where he thought water might have also accumulated, but he couldn't access the area due to flooding and stumbled upon the ethereal lake

'There's an irony even though I couldn't get down to Badwater Basin. Overall, I think these shots are probably more unique.'

McGucken said Death Valley is usually windy blustery conditions were creating ripples on the water when he first happened upon the lake. 'Then, the wind died down and it got really calm,' he said.

This enabled him to capture a selection of images as reflection of the rugged Panamint Range, its tallest Peak frosted in snow, can be seen in the crystal clear waters.

NEWS000199



NEWS000200



In composing the photograph, McGucken set the horizon at the golden cut in the height of the panorama and used a golden ratio in the composition, which is a classical technique in art oft referred to as the 'divine proportion'

'Nature presents this ephemeral beauty, and I think a lot of what photography is about is searching for it and then capturing it,' he said.

The exact length of the lake is unknown, but the park emailed a statement to McGucken estimating it's about 10 miles long.

The park said in an email: 'I believe we would need aerial photos to accurately determine the size. From the road, it looks like it stretched from approximately Harmony Borax Works to Salt Creek right after the rain, which is a little less than 10 road miles.

NEWS000201



EXPRESSDIGEST    Home    Magazine    Advertise with us

Patrick Taylor, chief of education and interpretation, claimed that he had never seen a lake of that size near Salt Creek in the six years he has worked in the park

The Park received .87 inches of rain over March 5 and 6, which is almost three times the average for that month in a given year

'But, the road does curve a bit, so it's not an entirely accurate guess.'

It is understood that flooding occurred because on March 5 and 6, the Park received .87 inches of rain, almost three times the average for March. The downfall represents about one-third of Death Valley's total annual precipitation. Pam Wright of Weather.com told Smithsonian.com

NEWS000202



NEWS000203



The shallow lake was discovered by photographer Elliott McGucken on March 7 as he intended to picture a nearby beauty spot

'Flash flooding can happen even where it is not raining. Normally dry creeks or arroyos can become flooded due to rainfall upstream.'

McGucken said of taking the images: 'I was not too surprised that it took a couple hours to hike to the water's edge, as the lake grew and grew, until it did indeed become quite vast. I had planned to visit and photograph Badwater Basin that day, but the flooding had closed the roads leading out that way.

'In composing the photograph, I set the horizon at the golden cut in the height of the panorama, thusly using the golden ratio in the composition—a classical technique in art oft referred to as the 'divine proportion.'

**Read more at DailyMail.co.uk**

Share this...





NEWS000209



Social media and blogs were ablaze this week with photos of a so-called "lake" that formed in Death Valley National Park last week after another heavy rainstorm.

But a park spokeswoman said in reality, the "lake" is not actually a lake — it's more like a series of puddles.

*Advertisement*

# MODERN TRAVELER

"It is exaggerated," spokeswoman Abby Wines said. "It is just a puddle, it is not continuous and it is shrinking fast.

"It is not a thing," she said.

The water pooled in the park after it rained about .84 inches in the valley on March 6. A similar thing happened when it rained about .44 inches on Feb. 14. The state has been doused this winter with a series of storms.

The puddles in Death Valley are between Furnace Creek and Salt Creek, Wines said.

*Advertisement*

NewYork-Presbyterian Hospital
We have performed more lung transplants than all other NY hospitals combined. Over 1,000 performed.
BOOK AN APPOINTMENT
COLUMBIA   NewYork-Presbyterian

NEWS000210



NEWS000211



NEWS000214



NEWS000215





NEWS000217



NEWS000218



NEWS000219



NEWS000220



NEWS000221



NEWS000222



NEWS000223



NEWS000224



NEWS000225



Death Valley is not only the hottest place in the world, with temperatures that can reach 134 degrees Fahrenheit (57 degrees Celsius), but also the driest place in North America.

**RECOMMENDED VIDEOS FOR YOU...**

LIVESCIENCE

Death Valley is a desert that has dry, compact soil which doesn't absorb water very well.
(Image credit: Elliot McGucken Fine Art)

On average, Death Valley receives less than 2 inches (5 centimeter) of rain a year, according to the National Park Service. Typically, about 0.3 inches (0.76 cm)

Advertisement

SENSODYNE
NEW CLEAN & FRESH TASTE

Learn more

MOST READ   MOST SHARED

1   Meteor explodes over Vermont with the force of 440 pounds of TNT

2   Rare meteorite, a 'relic of the early solar system,' falls on a driveway in England

NEWS000226



NEWS000227



NEWS000299



He was trying to get to Badwater Basin, where he thought there could be flooding, when he saw the giant lake.

"It's a surreal feeling seeing so much water in the world's driest place," McGucken told SF Gate. "There's an irony even though I couldn't get down to Badwater Basin. Overall, I think these shots are probably more unique."

He posted photos of the 16-kilometre-long (10-mile-long) temporary lake, with the Panamint Range in the background, on Instagram.

(elliotmcgucken/Instagram)

You don't actually need that much water for a lake to emerge in this incredibly arid place.

"Because water is not readily absorbed in the desert environment, even moderate rainfall can cause flooding in Death Valley," weather.com meteorologist Chris Dolce explained. "Flash flooding can happen even where it is not raining. Normally dry creeks or arroyos can become flooded due to

NEWS000300



"Because water is not readily absorbed in the desert environment, even moderate rainfall can cause flooding in Death Valley," weather.com meteorologist Chris Dolce explained. "Flash flooding can happen even where it is not raining. Normally dry creeks or arroyos can become flooded due to rainfall upstream."

Death Valley is located in Eastern California; during summertime, it can be one of the hottest places in the whole world.

Back in 1972, it clocked the highest natural ground surface temperature on Earth, with a blistering 93.9 degrees Celsius (201 degrees Fahrenheit). And for the last two years, it's the place where we've marked the hottest month ever measured on the planet.

It is also the driest place in all of North America. On a regular year, Death Valley will only receive about two inches (60 mm) of rain.

But there are some pretty amazing sights to be enjoyed when the rains do show up.

NEWS000301



NEWS000302

**Staying home saves lives.** #AloneTogether
For more info visit coronavirus.gov

 60° F  San Francisco ▾     Search 🔍     f 🐦 📷 📌 📶  Sign In

 SFGATE   NEWS   SPORTS   LOCAL   CULTURE   COMMUTING   FOOD + DRINK   TRAVEL   REAL ESTATE   OBITS

     
Overstock
Free Shipping on EVERYTHING!*
SHIPS FREE* $24.79   SHIPS FREE* $49.49   SHIPS FREE* $109.99   SHIPS FREE* $618.49   SHIPS FREE* $26.49

**FULL CORONAVIRUS COVERAGE**



**Tweets show SF and NYC mayors' different approaches to outbreak**
2:03 PM

Updates: Berkeley reports first COVID-19 death  1:55 PM

This week's 'SNL' may be the greatest or worst episode ever  2:12 PM

Here's how long after curve drops experts say we can go out again

Top Santa Clara official expects no sports through Thanksgiving

CDC traces start of Chicago outbreak to two family gatherings

# Rare 10-mile-long lake forms in Death Valley after heavy rains and flooding

By Amy Graff, SFGATE  Updated 1:42 pm PDT, Tuesday, March 12, 2019

✉ f 🐦 📌 🔴 ▣        🖨 💬 74



Photo: Elliot McGucken's 45Epic Fine Art Landscape Photography

**IMAGE 16 OF 30**

After a wet winter storm swept Death Valley National Park, a lake formed near Salt Creek. LA-based photographer Elliot McGucken captured photos of the water on March 7, 2019.

It's not a sight you expect to see in the driest spot in the country.

A massive lake formed in **Death Valley National Park** near Salt Creek last week after a storm packed with tropical moisture **drenched** Southern California, triggering flooding on several park roads.

**FROM THE WEB**   Sponsored Links

**Gut Doctor "I Beg Americans To Throw Out This Vegetable Now"**
Wellnessguide2020

**Top Gut Doctor: A Simple Method To Encourage A Bowel Movement**
Gundry MD

 MCGUCKEN0003

Photographer Elliott McGucken was in Death Valley to photograph the storm and its aftermath; on March 7, he took images of the temporary, nameless lake.



McGucken was hoping to photograph Badwater Basin where he thought water might have also collected, but he couldn't access the area due to flooding and stumbled upon the lake.



"It's a surreal feeling seeing so much water in the world's driest place," said McGucken, who also writes books on physics. "There's an irony even though I couldn't get down to Badwater Basin. Overall, I think these shots are probably more unique."

Sponsored Links



McGucken said Death Valley is usually windy, and when he first arrived at the lake, blustery conditions were creating ripples on the water. "Then, the wind died down and it got really calm," he said.

The result was a collection of images with the rugged Panamint Range, its tallest Telescope Peak frosted in snow, reflected in glassy waters.

"Nature presents this ephemeral beauty, and I think a lot of what photography is about is searching for it and then capturing it," he said.

The exact length of the lake is unknown, but the park emailed a statement to McGucken estimating it's about 10 miles long: "I believe we would need aerial photos to accurately determine the size. From the road, it looks like it stretched from approximately Harmony Borax Works to Salt Creek right after the rain, which is a little less than 10 road miles. But, the road does curve a bit, so it's not an entirely accurate guess."

As of Tuesday, the park said the lake was still there but getting smaller.

The Best Way to Stop a Barking Dog (It's Genius)
Bark Begone





Here's why you need a wax canvas jacket in your closet
Hearst Newspapers

by Taboola

Ad



New Pain Relief Socks Are Here

New Sock Is Helping Millions Turn Back The Clock On Aging Feet

deals.getcompressa.com

Open >

SPONSORED CONTENT



RIT grad John Traver revolutionized an industry by helping creative people focus on...

Learn more about RIT alum John Traver and his creative video solution Frame.io

BY: 



MOST POPULAR

Patrick Taylor, chief of education and interpretation, says he's never seen a lake of this size near Salt Creek in his six years he has worked in the park.

"It has formed before in smaller ponds, but I don't remember seeing it this large in this location before," Taylor said.

**ALSO: Death Valley flooded by drenching rains: 'It's like putting water on concrete'**

In a typical March, the Furnace Creek rain gauge in Death Valley records 0.3 inches of rainfall. In a 24-hour span running from last Tuesday to Wednesday, the same gauge measured 0.84 inches. In the surrounding mountains, the National Weather Service estimates 1 to 1.5 inches fell.

Sponsored Links



How to Stop Dog Barking

trypetgentle.com

New Pain Relief Socks Are Here

deals.getcompressa.com



How to Fix Thinning Hair

Hair La Vie

New Drone Flying Off Shelves

Intuitive Inventions

This might not sound like a lot of rain, but NWS meteorologist Todd Lericos explains the desert landscape doesn't easily absorb water. Rain in the mountains rushes down to the valley floor.

"The desert soils are dry and compact," said Lericos, who works in the NWS Las Vegas office. "It's like putting water on concrete."

*This story was updated on March 12 at 1:30 p.m.*

TabⓄla Feed



**The Best Way to Stop a Barking Dog (It's Genius)**
Bark Begone | Sponsored



**This Is What Liza Minnelli's Derelict Beverly Hills Mansion Looks Like Inside**
Magellan Times | Sponsored



**Yes – We ship to New York!**
Firstleaf | Sponsored



1 Study investigates if COVID-19 came to Calif. in fall 2019

2 Here's how long after curve drops experts say we can go out again

3 Marin cracks down on park-goers, CoCo reports new death

4 CDC traces start of Chicago outbreak to two family gatherings

5 SF-based Yelp laying off, furloughing more than 2,000 employees

6 NorCal woman charged with licking $1,800 worth of groceries

7 'Business has been incredible': Inside one of the few SF businesses thriving during the pandemic

8 Why are eggs getting so expensive? Blame coronavirus demand

9 Barr calls lockdown measures 'draconian,' and suggests they should be revisited next month

10 Tweets show SF and NYC mayors' different approaches to outbreak

11 A massive wave of evictions is coming. Temporary bans won't help.

12 Some doctors moving away from ventilators for virus patients

13 In this Bay Area town, neighbors sing on their porches every week

14 Who will be Biden's running mate? Here are the odds.

15 This week's 'SNL' may be the greatest or worst episode ever

LATEST NEWS

3 suspects hold resident at gunpoint in SF home invasion

The streets are empty, but Home Depot isn't

Why eggs are getting so expensive

My near-death experience on a ventilator

NorCal woman charged with licking $1,800 worth of groceries

Fauci says he's 'somewhat serious' on no shaking hands ever again

Yelp laying off, furloughing 2,000 employees

SFO pushes back billion-dollar renovation project

#AloneTogether

You can help slow the spread of





**Gut Doctor "I Beg Americans To Throw Out This Vegetable Now"**
Wellnessguide2020 | Sponsored



**Walk-In Bathtubs Could Be The New Bathroom Trend Of 2020**
Walk in Tubs | Search Ads | Sponsored

**Each State Hilariously Depicted By One Stereotypical Photo**
Science A2Z | Sponsored



**40 Photographs That Show What McDonald's Was Like In The 1980s And 1990s**
Historical Post | Sponsored



VIEW COMMENTS



**Ben Affleck Was on Harvey Weinstein's 'Red Flag List'**
SFGate



**Adam Schlesinger dies of coronavirus complications at 52**
SFGate





MCGUCKEN000006

**Brooklyn,New York Launches New Policy For Cars Used Less Than 49 Miles/Day**
Comparisons.org | Sponsored

**Top Gut Doctor: A Simple Method To Encourage A Bowel Movement**
Gundry MD | Sponsored



MCGUCKEN000007





# It's not a mirage! Photographer driving through Death Valley - America's hottest and driest place - captures ten-mile-long LAKE formed after rare heavy rainfall

- A collection of stunning images show a 10-mile-long lake that formed after rare torrential rain in Death Valley
- Photographer Elliott McGucken was in the area to photograph the storm and its aftermath last March when he stumbled upon the temporary shallow lake, providing him with a 'panorama of a lifetime'
- The exact length of the lake is unknown, but officials estimated it to be about around 10 miles with blue water
- Death Valley National Park received more than three times its average level of rainfall in March

By LEAH MCDONALD FOR DAILYMAIL.COM
PUBLISHED: 22:18 EST, 16 May 2019 | UPDATED: 00:15 EST, 17 May 2019

327 shares    40 View comments



Stunning landscape images show a 10-mile-long lake that formed after rare torrential downpours in Death Valley, California, which is one of North America's hottest and driest locations.

A huge lake formed near Salt Creek last week after a storm packed with tropical moisture affected Southern California, triggering flooding on several park roads last March.

Photographer Elliott McGucken was in Death Valley to photograph the storm and its aftermath on March 7, when he happened upon the temporary lake and started shooting.



Stunning images show a 10-mile-long lake, (pictured), that formed after torrential downpours last March in Death Valley, California, which is one of North America's hottest and driest locations

MCGUCKEN000031



© Elliot McGucken 45EPIC Fine Art                                    📷 +10

**A huge lake has formed in near Salt Creek last week after a storm packed with tropical moisture affected Southern California, triggering flooding on several roads within the grounds of the national park**

And the stunning series of otherworldly images have been picked up by several news outlets at home and aboard and have been widely shared on social media, with hundreds of users commenting on them since they were first published in March.



'Marilyn Manson horrifically abused me for years': Westworld actress Evan Rachel Wood, 33, claims rocker ex-fiance, 52, 'groomed and brainwashed her as a teenager' as four more women make allegations about him

Read More ›

McGucken was planning to visit Badwater Basin to take some photos after a storm had passed through. However, he could not reach the Basin because of this other, larger lake along Salt Creek.

The National Park Service estimates that the picturesque lake, which has not yet been given a name, stretches some 10 miles.

'It's a surreal feeling seeing so much water in the world's driest place,' McGucken, who also writes books on physics told the **San Francisco Gate**.



MCGUCKEN000032



Photographer Elliott McGucken was in Death Valley to photograph the storm and its aftermath on March 7, when he took images of the temporary lake



McGucken was hoping to photograph Badwater Basin where he thought water might have also accumulated, but he couldn't access the area due to flooding and stumbled upon the ethereal lake

SHARE THIS
ARTICLE



RELATED ARTICLES



 Dancing in the moonlight: Perfectly timed image captures the...

 Astronomer captures the incredible moment a meteor explodes...

 Apocalyptic dust storm rages towards an Outback town - but...

'There's an irony even though I couldn't get down to Badwater Basin. Overall, I think these shots are probably more unique.'

McGucken said Death Valley is usually windy blustery conditions were creating ripples on the water when he first happened upon the lake. 'Then, the wind died down and it got really calm,' he said.

This enabled him to capture a selection of images as reflection of the rugged Panamint Range, its tallest Peak frosted in snow, can be seen in the crystal clear waters.



MCGUCKEN000033



He claimed that the day following the rare rains and flooding provided him with a 'panorama of a lifetime' opportunity



In composing the photograph, McGucken set the horizon at the golden cut in the height of the panorama and used a golden ratio in the composition, which is a classical technique in art oft referred to as the 'divine proportion'

'Nature presents this ephemeral beauty, and I think a lot of what photography is about is searching for it and then capturing it,' he said.

On the lake's size, the park said in an email: 'I believe we would need aerial photos to accurately determine the size. From the road, it looks like it stretched from approximately Harmony Borax Works to Salt Creek right after the rain, which is a little less than 10 road miles.



Patrick Taylor, chief of education and interpretation, claimed that he had never seen a lake of that size near Salt Creek in the six years he has worked in the park



MCGUCKEN000034



The Park received .87 inches of rain over March 5 and 6, which is almost three times the average for that month in a given year

'But, the road does curve a bit, so it's not an entirely accurate guess.'

It is understood that flooding occurred because on March 5 and 6, the Park received .87 inches of rain, almost three times the average for March. The downfall represents about one-third of Death Valley's total annual precipitation, Pam Wright of Weather.com told **Smithsonian.com**.

Because soil in the desert is completely sapped of moisture and due to its compacted nature, large amounts of water or rain cannot be absorbed quick enough.

'Because water is not readily absorbed in the desert environment, even moderate rainfall can cause flooding in Death Valley,' Weather.com meteorologist Chris Dolce explains.



The National Park Service estimates that it stretches about 10 miles although it it difficult to estimate its exact size



The shallow lake was discovered by photographer Elliott McGucken on March 7 as he intended to picture a nearby beauty spot

'Flash flooding can happen even where it is not raining. Normally dry creeks or arroyos can become flooded due to rainfall upstream.'

McCucken said of taking the images: 'I was not too surprised that it took a couple hours to hike to the water's edge, as the lake grew and grew, until it did indeed become quite vast. I had planned to visit and photograph Badwater Basin that day, but the flooding had closed the roads leading out that way.

'In composing the photograph, I set the horizon at the golden cut in the height of the panorama, thusly using the golden ratio in the composition--a classical technique in art oft referred to as the 'divine proportion.'

**Read more:**
Rare 10-mile-long lake forms in Death Valley after heavy rains and flooding - SFGate
Flooding Creates a 10-Mile-Long Lake in Death Valley | Smart News | Smithsonian

Share or comment on this article: Photographer driving through Death Valley captures rare and breathtaking 10-mile-long lake

      

**327**
shares

"Death Valley, California, which is one of North A...
by Galahad ⬆ 65

 Feed



MCGUCKEN000035



These Cars Are So Loaded It's Hard to Believe They're So Cheap
Luxury SUVs | Search Ads



After Céline Dion's Major Weight Loss, She Confirms What We Suspected All Along
Zen Herald

Sponsored Links ▷



This Only Looks Like A Regular Pocketknife - A Deejo Is Anything But That
My Deejo



U.S. Surgeon: This Simple Trick Empties Almost Immediately Your Bowels Every Morning
Gundry MD

Sponsored Links ▷



Box Office Flops That Destroyed Careers And Cost Hollywood Millions
Upbeat News



50 Types of Dogs That Don't Shed
FamilyMinded



Most Beautiful Beach Cities Where You Can Live for Cheap
Thrillist

Sponsored Links ▷



After Two Decades Of Marriage Robert De Niro Has Sad News
Maternity Week

This Is Why Lily From The AT&T Ads Is Causing A Stir
Total Past

Sponsored Links ▷



Appalling moment Covidiot harasses Chris Whitty in the street and accuses the Downing Street advisor of 'lying' about the virus during...
News



Courtside Karen apologizes: Glam Hawks fan, 25, says sorry 'for losing my cool and removing my mask' after getting ejected for clashing...
News



Sarah Jessica Parker and Taraji P Henson will announce the Golden Globe nominations live on the Today show
TV&Showbiz



MCGUCKEN000036

Tammy Faye Bakker's Last Photo Is Truly Tragic
Miss Penny Stocks

Elmsford Luxury Rehab Centers You Have To See To Believe
Sponsored Listings

Sponsored Links



**Inside Colombia's FOUR BILLION DOLLAR jungle cocaine labs where country's largest guerrilla group produced and ship tons of...**
News



**Pro-choice woman slams Mormon BYU football player for 'abusive behavior' after he called her a 'baby murderer' in vile Tinder message**
Femail



**Done! Rebel Wilson, 40, confirms she has SPLIT from her boyfriend Jacob Busch, 29, as she says she is a 'single girl'**
TV&Showbiz

A Skeletal Céline Dion Defends Her Major Weight Loss To Worried Fans
Auto Inquirer

Under Notre Dame, Researchers Found Something Chilling — Look Closer...
Elite Herald

This Man Opened The Door To A Plane He Turned Into His Home – Take A Look Inside
Zen Herald

Sponsored Links

Comments 40
Share what you think

| Newest | Oldest | Best rated | Worst rated |
|---|---|---|---|

Loading...

The comments below have not been moderated.


Loading...

Loading...

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.



**Apple's upcoming iOS 14.5 will let mask-wearing users open iPhones with an Apple Watch**
Science



**Single shot of Oxford University's Covid jab 'is 76% effective for 12 weeks and may block seven in 10 people from spreading the disease'**
News



**Wally Lewis' new lover is revealed to be a glamorous mother with a tragic past - as fallout deepens after the footy legend's shock split from his...**
News



**Robinhood relaxes buying restrictions on plunging GameStop shares as Barstool Sports founder Dave Portnoy reveals he sold at a $700K loss - but WallStreetBets founder says the 'meme stock' frenzy proves 'the little guys...**
News



**Kim Kardashian channels her inner pinup model rocking 'sensual' silk pajamas in shades of gold and bronze ahead of her latest SKIMS collection**
TV&Showbiz





MCGUCKEN000037



Summer 2019

# An Ethereal Whatchamacallit

By Rona Marech

© ELLIOT MCGUCKEN, 45EPIC

Summer 2019: **An Ethereal Whatchamacallit**

↑ **Back to top**

## What exactly was that 10-mile-long body of water in the desert?

"It was just such a lucky shot," said L.A.-based photographer Elliot McGucken. He was in Death Valley National Park in March when he stumbled across a 10-mile-long body of water that materialized after around 0.84 inches of rain fell in a 24-hour span. When the wind died down, McGucken snapped the panoramic photo above, capturing the mountains reflected in the still water. "You forget all the technical details and science when you're out there, and you just go for the ethereal quality," he said.



**Click to enlarge**

To McGucken's delight, his images ricocheted around social media, and numerous media outlets picked up the story. Not everyone was quite so impressed. Park spokeswoman Abby Wines dismissed #deathvalleylake as a puddle — or maybe a skim of water.

"There really isn't a word for what it is," she said. Plus, she pointed out, the event wasn't as rare as the stories breathlessly reported. Water had collected in the same spot earlier in the winter, and the rainfall didn't break any records.

But lake or glorified puddle, even Wines had to admit the nameless body had its merits: "It was beautiful," she said.

---

ABOUT THE AUTHOR



**Rona Marech**
Editor-in-Chief

A longtime journalist, Rona Marech joined NPCA in 2013. She is the editor-in-chief of National Parks magazine.

**Read more by Rona Marech**

MCGUCKEN000041



JOIN THE DISCUSSION

**Disqus**

This article appeared in the Summer 2019 issue

National Parks, our award-winning quarterly magazine, is an exclusive benefit of membership in the National Parks Conservation Association.

SUBSCRIBE NOW

MORE FROM THIS ISSUE

**Naming Matters**

Sign up for NPCA email updates

## READ MORE FROM NPCA

BLOG POST

**Mask Requirement at National Parks Offers Opportunities to Adventure Responsibly**

Feb 2021 | By Amy Hagovsky

Staff and visitors must now wear masks in federal buildings and facilities, as well as outdoor attractions where distancing isn't possible. NPCA urges everyone to respect COVID-safe practices and...



BLOG POST

**Taking Our Lands and Waters Off the Auction Block**

Feb 2021 | By Melissa Martinez

Last week's moratorium on offering public lands and waters for oil and gas development is a critical first step toward a more just and sustainable energy future.



BLOG POST

**5 Facts You Might Not Know About Harriet Tubman**

Feb 2021 | By Jennifer Errick

She is a revered American hero — but there's more to Harriet Tubman's story than what we learn in school.



Sign up for NPCA email updates

Sign up for NPCA email updates

0 Comments    Park Advocate    🔒 Disqus' Privacy Policy                    ① Login ⌄

♡ Recommend    🐦 Tweet    f Share                          Sort by Best ⌄

Start the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

Name

Sign up for NPCA email updates

Be the first to comment.

✉ Subscribe    ⊕ Add Disqus to your site    ⚠ Do Not Sell My Data            **DISQUS**



NATIONAL PARKS CONSERVATION ASSOCIATION

*Preserving Our Past. Protecting Our Future.*          DONATE

777 6th Street NW
Suite 700

NEWS & RESOURCES        PARKS        GIVE

MCGUCKEN000042



MCGUCKEN000043

PetaPixel       News      Equipment      Tutorials      Archives      Send a Tip      ...      Q      f 500K   y 1M

# Photos of Death Valley Flooded with a 10-Mile Lake

🕐 MAR 16, 2019     👤 ELLIOT MCGUCKEN

f Share 5.4K    y Tweet                                                9 COMMENTS



I was out in Death Valley last week and was fortunate to photograph some unique scenes of the floods. A rare 10-mile-long lake formed in Death Valley after heavy rains.

From the road, one can see water, but due to the general vastness of Death Valley and the scale of the mountains and all, the body of water looks relatively small from the road even though it spans around 10 miles or so.



It was breathtaking, though! In between shooting photographs, we always steal a few seconds for ourselves and take some deep breaths out there, allowing the scene to wash over us in all its ephemeral beauty. And then we get back to taking photos, striving to make the fleeting beauty eternal, knowing that we can only ever fall short.





**TRENDING POSTS**

 **This Photographer Made a 3D-Printed Miniature of Himself for Tiny Scenes**
FEB 01, 2021

 **For Nikon Shooters With Sony Paranoia...**
JAN 30, 2021

 **Fuji GFX 100S: I Found the Landscape Photography Camera of My Dreams**
JAN 20, 2021

 **Take a Look at These Full Resolution Photos From the Sony Alpha 1**
8 HOURS AGO

 **36 Awe-Inspiring Sun, Moon, and Milky Way Photos of 2020**
FEB 01, 2021

 **An Intro to the Most Basic Photo Edits for Folks Who Don't Edit (At All)**
JAN 30, 2021

 **70 Inspirational Quotes for Photographers**
MAY 25, 2014

MCGUCKEN000044



It took me a lot longer to hike to the edge of the lake than I had originally estimated, as again, things are often far larger and distances greater than they at first appear in Death Valley due to the vast expanses and scales we are not normally used to. Even a lake spanning ten miles can appear rather small and close. But try hiking to its edge and you will find it to be far away and vast.



*About the author:* Dr. Elliot McGucken is a fine art landscape and seascape photographer. The opinions expressed in this article are solely those of the author. You can find more of McGucken's work on his *website, Facebook,* and *Instagram.*




Yongnuo Announces the YN685 II Speedlite for Canon and Nikon
FEB 01, 2021


First Impressions of the Fujifilm XF 27mm f/2.8 Pancake Lens
JAN 29, 2021

Hands-On First Impressions with the Fujifilm X-E4
JAN 29, 2021


Great Reads in Photography: January 31, 2021
JAN 31, 2021

This 3D Stereoscopic Pinhole Camera Aims to Revive Spatial Photography
FEB 01, 2021

Micro Four Thirds Has Japan's Number One Market Share Among All Lens Mounts
JAN 29, 2021


Saying Goodbye: Shooting a Final, Expired Roll of Fujifilm Pro 400H
JAN 29, 2021


20 Composition Techniques That Will Improve Your Photos
SEP 14, 2016

ON1 Makes Good on Promise, Adds Plugin Support for Capture One
FEB 01, 2021


Improve Your Photos
SEP 14, 2016


ON1 Makes Good on Promise, Adds Plugin Support for Capture One
FEB 01, 2021


Annie Leibovitz Shoots the Pirelli Calendar Into a New Direction
DEC 03, 2015


Censorship Concerns Arise After Journalist Arrested for Photographing Protest


ON1 Makes Good on Promise, Adds Plugin Support for Capture

MCGUCKEN_0000045







It took me a lot longer to hike to the edge of the lake than I had originally estimated, as again, things are often far larger and distances greater than they at first appear in Death Valley due to the vast expanses and scales we are not normally used to. Even a lake spanning ten miles can appear rather small and close. But try hiking to its edge and you will find it to be far away and vast.



FEB 01, 2021



**Annie Leibovitz Shoots the Pirelli Calendar into a New Direction**

DEC 01, 2015



**Censorship Concerns Arise After Journalist Arrested for Photographing Protest**

FEB 01, 2021



**Leica Adds Perspective Control to Trio of M Cameras via Firmware Update**

JAN 30, 2021



**Artist Converts Lunar Photos Into 4-Hour Real-Time Orbit Around the Moon**

FEB 01, 2021

**ARCHIVES**







MCGUCKEN000046



*__About the author__: Dr. Elliot McGucken is a fine art landscape and seascape photographer. The opinions expressed in this article are solely those of the author. You can find more of McGucken's*

MCGUCKEN000047



SUBSCRIBE   RENEW   GIVE A GIFT

SMARTNEWS   HISTORY   SCIENCE   INGENUITY   ARTS & CULTURE   TRAVEL   AT THE SMITHSONIAN   PHOTOS   VIDEO   GAMES   SUBSCRIBE   SHOP

HISTORY   SCIENCE   INNOVATION   ARTS & CULTURE   TRAVEL



ADVERTISEMENT



# SMARTNEWS *Keeping you current*

## Flooding Creates a 10-Mile-Long Lake in Death Valley

The rare ephemeral lake was caused when the compacted, dry desert soil wasn't able to absorb the .87 inches of rain that recently fell on the national park



(Elliot McGucken, www.mcgucken.com)



By Jason Daley
SMITHSONIANMAG.COM
MARCH 13, 2019



PHOTO OF THE DAY

A Day at Woodland Park Zoological Gardens in Seattle Where
PHOTO OF THE DAY»

MOST POPULAR

1. Amateur Treasure Hunter Unearths Missing Centerpiece of Henry VIII's Crown
2. Archaeologists Unearth 600-Year-Old Golden Eagle Sculpture at Aztec Temple
3. Watch Giant Pandas and Other Zoo Animals Frolic in the Snow
4. Anglo-Saxon Cemetery Found Beneath Demolished University Housing
5. An Evolutionary Timeline of Homo Sapiens
6. These Are the Highest Resolution Photos Ever Taken of Snowflakes
7. In the 1980s, a Far-Left, Female-Led Domestic Terrorism Group Bombed the U.S. Capitol
8. A New Explanation for the Dyatlov Pass Incident
9. Ten-Billion-Pixel Image Shows Every Inch of Vermeer's 'Girl With a Pearl Earring'
10. How Photography Tells the Story of the Civil War's Black Soldiers
11. 'Royal Purple' Fabric Dated to Time of Biblical King David Found in Israel
12. Spot the Difference
13. The Invention of the Ski Chairlift
14. How Dogs Migrated to America From Ice Age Siberia 15,000 Years Ago
15. Four-Year-Old Finds Dinosaur Footprint in

**M**ost of the time, visitors to Death Valley National Park in southern California don't expect to see much water. The area is the hottest and driest spot in North America. So it was surprising when, after a massive storm last week, a winding 10-mile-long lake appeared in the park.

The shallow body of water was discovered by photographer Elliott McGucken on March 7, reports Amy Graff at SFGate.com. After the storm moved through the area, McGucken was planning to visit Badwater Basin to take some photos, hoping that an ephemeral lake had formed in the area. But he couldn't reach the spot because the other, larger lake along Salt Creek blocked the way.

ADVERTISEMENT



MCGUCKEN000050



It actually turned out to be even better than Badwater Basin. McGucken was able to shoot some once-in-a-lifetime images of the flooding with the surrounding Panamint Mountains reflected in the water. "Nature presents this ephemeral beauty, and I think a lot of what photography is about is searching for it and then capturing it," he tells Graff.

While it's difficult to pin down just how large the lake is, the National Park Service estimates that it stretches about 10 miles. "I believe we would need aerial photos to accurately determine the size. From the road, it looks like it stretched from approximately Harmony Borax Works to Salt Creek right after the rain, which is a little less than 10 road miles," the park said in a statement emailed to McGucken. "But, the road does curve a bit, so it's not an entirely accurate guess."

According to Pam Wright at Weather.com, the flooding occurred because on March 5 and 6, the Park received .87 inches of rain, almost three times the average for March. The deluge represents about one-third of Death Valley's total annual precipitation.

The parched, compacted soil of the desert can be like concrete, and is unable to suck up such a large amount of rain quickly. "Because water is not readily absorbed in the desert environment, even moderate rainfall can cause flooding in Death Valley," Weather.com meteorologist Chris Dolce explains. "Flash flooding can happen even where it is not raining. Normally dry creeks or arroyos can become flooded due to rainfall upstream."

ADVERTISEMENT

Park officials tell Graff the lake is still present, though it is gradually getting smaller.



(Elliot McGucken, www.mcgucken.com)

Sadly, the rains have come too late to power a superbloom in Death Valley, reports the NPS. Superblooms occur when the desert gets above average rainfall at the right time in the winter months, leading to an irruption of desert flowers. Currently, a superbloom, the second in two years, is taking place in Anza-Borrego Desert State Park, the state's largest, which received the right amount of rain early on. Fields of orange poppies, purple sand verbena, white and yellow primroses and other desert wildflowers are blossoming in unison.

Death Valley experienced a major superbloom in 2005 and it's latest superbloom was in 2016. Those flowers, however, came with a price. In October 2015, the park experienced the largest flood event in the Valley's recorded history when between 1 to 2 inches of rain fell over the park. At that time, Badwater Basin, normally a dry lake bed, filled with water. The road to the Scotty's Castle area of the park was closed, and it is still not expected to reopen until 2020.

Like this article? SIGN UP for our newsletter   [Email]   SIGN UP

Privacy Policy, Terms of Use

Jason Daley is a Madison, Wisconsin-based writer specializing in natural history, science, travel, and the environment. His work has appeared in *Discover*, *Popular Science*, *Outside*, *Men's Journal*, and other magazines.

Read more from this author | Follow @jasondaley608

TAGS   Botany   Climatology   Flood   Flowers   National Parks   Natural Disasters   rain





## Recommended Videos



### Around the Web

Sponsored by ZergNet



Here's What Happens to Your Body When You Stop Wearing Underwear



Love Scenes That Went Too Far



The Tragedy Of The Alaskan Bush People Is Just Sad, Really Sad



Skull Of Pompeii's 'Unluckiest Man' Reveals Grim Surprise



Nostradamus' Predictions For 2021 Sound Pretty Bad



Experts Horrified By Mysterious Black Sarcophagus' Contents

## COMMENT ON THIS STORY





MCGUCKEN000052







MCGUCKEN000053