

Cowan,
DeBaets,
Abrahams &
Sheppard LLP

41 Madison Avenue
New York, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

Nancy E. Wolff
212 974 7474
NWolff@cdas.com

September 21, 2021

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

**Re:** *McGucken v. Newsweek* LLC, Case No. 1:19-cv-09617-KPF

Dear Judge Failla:

We represent defendant Newsweek Digital LLC ("Newsweek") in the above-captioned action. We write to provide notice to the Court regarding the outcome of a case cited and discussed in Newsweek's summary judgment briefing. *See* Dkt. No. 65 at 22; Dkt. No. 73 at 2. Attached as **Exhibit A** please find a copy of the September 17, 2021 Order granting Instagram, LLC's motion to dismiss in *Hunley v. Instagram, LLC*, Case No. 21-cv-03778-CRB, before the U.S. District Court for the Northern District of California.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Nancy E. Wolff*

Nancy E. Wolff

cc: All Counsel of Record (via CM/ECF)