

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | 41 MADISON AVENUE<br>NEW YORK, NY 10010<br>T: 212 974 7474<br>F: 212 974 8474<br>www.cdas.com | NANCY E. WOLFF<br>212 974 7474<br>NWOLFF@CDAS.COM |
|---|---|---|

October 4, 2021

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



**Re:** *McGucken v. Newsweek LLC*, Case No. 1:19-cv-09617-KPF

Dear Judge Failla:

We represent defendant Newsweek Digital LLC ("Newsweek") in the above-referenced action. We write to briefly respond to a letter, dated October 1, 2021, from plaintiff Elliot McGucken's ("Plaintiff") counsel regarding a decision on a motion to dismiss in a recent case entited *Hunley v. Buzzfeed, Inc.*, No. 1:20-cv-08844-ALC (S.D.N.Y. Sept. 30, 2021) (the "Decision"). *See* Dkt. No. 78. Plaintiff described this Decision as "highly relevant" to the instant case and made a number of supplementary arguments. However, Plaintiff mischaracterized the Decision in a number of respects, including by drawing legal conclusions from mere recitations of the allegations in the pleading, and misconstruing the court's constraints on a motion to dismiss as a rejection of Buzzfeed, Inc.'s arguments on the merits. Newsweek respectfully requests that the Court disregard Plaintiff's representations regarding the Decision in its consideration of the motions for summary judgment, which do not carry those same constraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Nancy E Wolff*

Nancy E. Wolff

cc: All Counsel of Record (via CM/ECF)

The Court is in receipt of Plaintiff's October 1, 2021 notice of supplemental authority (Dkt. #78), and Defendant's October 4, 2021 response (Dkt. #79).  The Court considers briefing on this issue closed.

Dated:     October 5, 2021          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE