

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | 41 MADISON AVENUE<br>NEW YORK, NY 10010<br>T: 212 974 7474<br>F: 212 974 8474<br>www.cdas.com | NANCY E. WOLFF<br>212 974 7474<br>NWOLFF@CDAS.COM |

April 13, 2022

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

Re:   *McGucken v. Newsweek* LLC, Case No. 1:19-cv-09617-KPF

Dear Judge Failla:

We represent defendant Newsweek Digital LLC in the above-captioned action. We write jointly with plaintiff Elliot McGucken to provide the Court with a status update pursurant to Your Honor's March 21, 2022 Order (ECF No. 83). The parties have reached an agreement in principle to settle their dispute in its entirety. The parties respectfully ask the Court to stay this case until a stipulation of dismissal with prejudice is filed.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Nancy E. Wolff*

Nancy E. Wolff

cc:  All Counsel of Record (via CM/ECF)